**FILED**

MAR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN DOE, *et al.*,

          Plaintiffs,

      v.

THE ISLAMIC REPUBLIC OF IRAN,
*et al.*

          Defendants.

Civil Action No.    08 0540

**O R D E R**

Upon consideration of the Plaintiffs' *Ex Parte* Motion for Leave to File a

Complaint Omitting the Plaintiffs' Real Names and Addresses, it is by the Court

this ____ day of _____, 2008, hereby:

ORDERED, that the motion be and hereby is GRANTED, and that Plaintiffs

may file their complaint without submitting their real names and addresses.

_____
CHIEF JUDGE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

Stuart H. Newberger
Michael L. Martinez
Laurel P. Malson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595

2