UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF JOHN DOE, *et al.,*          )
                                       )
                    Plaintiffs,        )
                                       )
        v.                             )          Civil Action No. 08-540-JDB
                                       )
ISLAMIC REPUBLIC OF IRAN,              )
    *et al.,*                          )
                                       )
                    Defendants.        )
_____ )

**PLAINTIFFS' STATUS REPORT
CONCERNING SERVICE OF PROCESS**

This is an action filed on March 28, 2008 against the Islamic Republic of Iran
and Iran's Ministry of Information and Security ("MOIS"), arising out of the April
1983 and September 1984 terrorist attacks on the United States embassy in Beirut,
Lebanon.  The case was filed pursuant to a sixty day window enacted into law in
late January 2008, during which, among other things, certain new cases by certain
parties could be filed under the terrorism exception to the Foreign Sovereign
Immunities Act ("FSIA"), 28 U.S.C. §1605, *et seq.  See* section 1083 of the National
Defense Authorization Act for Fiscal Year 2008, Public Law 110-181 (codified at 28
U.S.C. § 1605A).

Because this case was filed four months ago today, the Plaintiffs wanted to
report to the Court on the status of service of process.  In the normal case not
against a foreign state, Rule 4(m) of the Federal Rules of Civil Procedure provides
that the complaint be dismissed without prejudice if service is not effected within

that time period of 120 days. The Rule explicitly does not apply to a foreign state Defendant, however, and instead Rule 4(j)(1) provides that service on a foreign state is governed by 28 U.S.C. § 1608. That provision does not appear to impose any time limits on service. Nevertheless, Plaintiffs desire to report to the Court on the status of the case and, to the extent the Court deems it necessary, seek additional time within which to effect service on the Defendants.

Because the window of opportunity opened by Congress in its January enactment was very narrow and because the Plaintiffs in this case number well in excess of two hundred, counsel for Plaintiffs have spent much of the past four months conducting due diligence and getting appropriate paperwork in order so that Plaintiffs can proceed forward – something that was simply impossible to complete adequately in the limited time before the Complaint was filed. Plaintiffs are nearing the completion of this process. Once completed Plaintiffs likely will need to amend the Complaint and then plan to proceed to have it translated into Farsi and served on the Defendants pursuant to 28 U.S.C. § 1608(a)(4).[1]

Plaintiffs propose that they file another Status Report with the Court in approximately 90 days, on or before October 31, 2008, advising the Court at that time as to the status of service efforts on the Defendants. Alternatively, if the Court

---

[1]    We note as well that there is currently pending before the Court Plaintiffs' Motion to Waive Local Rule 5.1(e)(1) and to Proceed Pseudonymously. Given the nature of this case and the concerns expressed in the memorandum in support of that motion, Plaintiffs expect that they will desire to continue the litigation with pseudonyms even after service is effected, and would ask that the Court therefore grant that motion.

deems it necessary, we seek an enlargement of time to that date, within which to

serve the summons and complaint on the Defendants – subject to additional

enlargements being sought, if necessary.

Date:  July 28, 2008                              Respectfully submitted,


                                          _____/s/_____
                                          Stuart H. Newberger, D.C. Bar No. 294793
                                          Michael L. Martinez, D.C. Bar No. 347310
                                          Laurel Pyke Malson, D.C. Bar No. 317776
                                          CROWELL & MORING LLP
                                          1001 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20004-2595
                                          (202) 624-2500

                                          *Counsel for Plaintiffs*


6137267