UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF DOE *et al.*,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN *et al.*,

    Defendants.

No. 1:08-cv-540-JDB-JMF

**NOTICE OF FILING UNDER SEAL DEPOSITION TRANSCRIPTS**

Pursuant to Local Rule 5.4(e)(1) and this Court's December 27, 2012 Minute Order, Plaintiffs hereby give notice that they have filed under seal, in paper and electronic form, transcripts of forty *de bene esse* depositions, originally filed as video DVDs on February 15, 2012, ECF No. 65.

Date: January 31, 2013

Respectfully submitted,

 */s/ Aryeh S. Portnoy*
Stuart H. Newberger, D.C. Bar No. 294793
Laurel Pyke Malson, D.C. Bar No. 317776
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Kerry M. Mustico, D.C. Bar No. 982240
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
202-624-2500 (tel)
202-628-5116 (fax)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that Defendants in this action could not be sent a copy of the Notice of Filing Under Seal Deposition Transcripts as they have not yet entered an appearance and appear not to have acknowledged other efforts to contact them in this action or in others similar to it.

Date: January 31, 2013                               */s/ Aryeh S. Portnoy*
                                                     Aryeh S. Portnoy