# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESTATE OF JOHN DOE,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No. 08-540 (JDB/JMF)** |
| | : | |
| | : | |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

# REPORT AND RECOMMENDATION

This case arises from two terrorist attacks in Beirut, Lebanon—one in April, 1983, which targeted the United States Embassy (hereinafter referred to as the "1983 Embassy bombing"), and a second on September 20, 1984 ("1984 Annex bombing"), which targeted the new location of Embassy operations, referred to as the "Embassy Annex." Estate of John Doe v. Islamic Republic of Iran, 808 F. Supp. 2d 1, 5-6 (D.D.C. 2011).[1]  In total, 64 people were killed and dozens more were injured. Id.  Plaintiffs are 58 foreign national employees of the U.S. Government and one U.S. national employee of the U.S. Government, all of whom were working in the U.S. Embassy or Embassy Annex in Beirut, Lebanon during the terrorist attacks, and 255 of their immediate family members. Id. at 6.  These individuals brought suit against the Islamic Republic of Iran and its Ministry of Information and Security under a 1996 amendment to the Foreign Sovereign Immunities Act ("FSIA") and section 1083 of the National Defense

---

[1] This is a "related action" to Dammarell v. Islamic Republic of Iran, 01-CIV-2224, 2006 WL 2583043 (D.D.C. Sept. 7, 2006), Salazar v. Islamic Republic of Iran, 370 F. Supp. 2d 105 (D.D.C. 2005), Wagner v. Islamic Republic of Iran, 172 F. Supp. 2d 128 (D.D.C. 2001), and Welch v. Islamic Republic of Iran, 01-CIV-863, 2007 U.S. Dist. LEXIS 99191 (D.D.C. Sept. 20, 2007), adopted by the district court in 2007 U.S. Dist. LEXIS 99192 (D.D.C. Oct. 15, 2007).

Authorization Act for Fiscal Year 2008 ("2008 NDAA"), 28 U.S.C. § 1605A, which "permits foreign national employees of the United States Government killed or injured while acting within the scope of their employment . . . and their families, to sue a state sponsor of terrorism for injuries and damages resulting from an act of terrorism." Doe, 808 F. Supp. 2d at 6 (citing 28 U.S.C. § 1605A(a)(2)(A)(ii)(II) & (III)).

On August 16, 2011, Judge Bates granted summary judgment in favor of the plaintiffs on the issue of liability. Order [#48].  He then referred the case to me for a Report and Recommendation on damages, including proposed findings of fact and conclusions of law. Id. On October 18, 2011, I ordered the plaintiffs to file an amended complaint, if necessary, and submit testimony in the form of affidavits and *de bene esse* deposition testimony. Order [#52]. Those materials were submitted to me in accordance with my order, and on May 15-16, 2012, I held an evidentiary hearing.  Plaintiffs also submitted an expert report from Stephen Wolf quantifying the economic loss to each deceased victim's estate caused by the 1983 and 1984 attacks.  See Report of Stephen A. Wolf [#65-2].  Mr. Wolf also testified before this Court regarding his conclusions.  On August 31, 2012, the plaintiffs submitted their Proposed Findings of Fact and Conclusions of Law [#89].

I have now reviewed those proposed findings, along with, *inter alia*, the transcripts from the evidentiary hearing, the *de bene esse* depositions, and the submitted affidavits.  Accordingly, this Court makes the following recommendations regarding damages.

# FINDINGS OF FACT[2]

## I.      Family of JOHN DOE

### a.      Estate of JOHN DOE (deceased)

1.      John Doe was killed in the April 18, 1983 bombing of the Embassy in Beirut,

Lebanon. <u>Sealed Affidavits</u> [#66] at 2.  At the time of his death, JOHN DOE was about 40 years

old and employed by the U.S. Embassy as [REDACTED]. <u>Id.</u>  He is represented in this litigation

by his son, JOHN CHILD1 DOE. <u>Id.</u>

2.      JOHN DOE worked at the Embassy for [REDACTED] years. <u>Id.</u>  Prior to

working at the Embassy, JOHN DOE worked as [REDACTED]. <u>Id.</u>

3.      At the time of his death, JOHN DOE had [REDACTED] children, [#66] at 13,

and he earned an annual salary of $11,748, [#65] at 48.

4.      Mr. Wolf calculated JOHN DOE's projected earnings from the day he died

through his anticipated age of retirement at 64, increased by the average annual CPI rate for all

future years, and found that JOHN DOE's death in 1983 resulted in a total estimated economic

loss of $1,158,000 to his estate. [#65] at 31, 47-48.

### b.      Estate of JANE SPOUSE DOE (Wife of JOHN DOE)

5.      JANE SPOUSE DOE was the wife of JOHN DOE, who was killed in the 1983

Embassy bombing.  JANE SPOUSE DOE died in [REDACTED], and her estate is represented

by her son, JOHN CHILD1 DOE. [#66] at 12-13.

---

[2] The victims and their families described in this section are roughly grouped in the following
categories, with a few exceptions: 1) those who were killed in the 1983 bombing; 2) those who
were injured in the 1983 bombing; 3) those who were killed in the 1984 bombing; and 4) those
who were injured in the 1984 bombing.  A chart is included at the end of this Report and
Recommendation listing all of the victims and their family members, and the damages I
recommend they be awarded, in the order in which they are discussed.

6.      JOHN DOE was the sole provider for JANE SPOUSE DOE and their five children. [#66] at 13.

7.      The last time JANE SPOUSE DOE saw JOHN DOE was the morning of the attack when JOHN DOE left for work. Id.

8.      Three days following the attack, JANE SPOUSE DOE went to identify her husband's body. Id. at 14.  JOHN DOE's body was so badly burned from the explosion that JANE SPOUSE DOE could only identify him by [REDACTED]. Id.

9.      Following the identification, JANE SPOUSE DOE "would shake all the time," and, in mourning, she wore black every day for the rest of her life. Id.  She also struggled to support herself, her children, and JOHN DOE's mother. Id. at 15.

10.      JANE SPOUSE DOE was diagnosed with cancer [REDACTED] years after her husband's death, and died shortly thereafter at [REDACTED] years old. Id.

**c.      Estate of JANE PARENT1 DOE (Mother of JOHN DOE)**

11.      JOHN DOE was the only child of his mother, JANE PARENT1 DOE, and he was her sole provider. [#66] at 8.  JANE PARENT1 DOE lived with JOHN DOE and his family. Id.

12.      After her son's death, JANE PARENT1 DOE stopped eating and sleeping. Id. at 9.  Although she previously went to a monastery in the countryside to pray, once JOHN DOE died, she had no one to drive her to the monastery. Id.

13.      Within [REDACTED] years of JOHN DOE's death, JANE PARENT1 DOE had a stroke that left her paralyzed. Id.  JOHN DOE's son, JOHN CHILD1 DOE, believed that JANE PARENT1 DOE's heart problems and high blood pressure were exacerbated by JOHN DOE's death. Id.  JANE PARENT1 DOE was cared for by JOHN DOE's wife, JANE SPOUSE DOE, and upon JANE SPOUSE DOE's passing, by JANE PARENT1 DOE's granddaughter. Id.

**d.   JOHN CHILD2 DOE (Son of JOHN DOE)**

14.      JOHN CHILD2 DOE is the youngest of JOHN DOE's [REDACTED] children. [#66] at 17-18.  At the time of JOHN DOE's death, JOHN CHILD2 DOE was still living with his parents. Id. at 18.

15.      On the day of the bombing, JOHN CHILD2 DOE was in school. Id.  He remembers feeling the bomb go off and hearing the windows break at his school. Id.

16.      Although JOHN CHILD2 DOE knew his father worked for the Embassy, he was not sure whether or not his father was in the building at the time of the explosion. Id.  He did not find out what happened to his father until three or four days later. Id.

17.      When JOHN CHILD2 DOE found out his father died, he felt "distraught," "angry," and "sad." Id. at 19.  Later, at the funeral, JOHN CHILD2 DOE felt an "overwhelming feeling . . . of uncertainty, the feeling of being a young boy and no longer having a father anymore." Id.  He also had trouble sleeping, and recalls seeing his mother shake and cry constantly. Id.

18.      JOHN CHILD2 DOE thinks of his father often and notes that JOHN DOE's death "was not one isolated traumatic event that happened in [his] past," but rather is an event that "has affected everything in [his] life." Id. at 20.

**e.   JANE CHILD3 DOE (Daughter of JOHN DOE)**

19.      JANE CHILD3 DOE is the daughter of JOHN DOE, and lived at home with her parents at the time of her father's death. [#66] at 23-24.   On the day of the bombing, JANE CHILD3 DOE was at home with her sister, grandmother, mother, and brother. Id.

20.     After learning that her father had died, JANE CHILD3 DOE felt "sad" and "afraid of what would happen next." Id. at 24.  She recalls crying "all the time" in the days following, and saw that her family continued to struggle financially. Id.

21.     JANE CHILD3 DOE took care of her mother and grandmother when they both became ill in the years following JOHN DOE's death. Id. at 25.  JANE CHILD3 DOE also suffered from physical and emotional ailments, including fibromyalgia and depression. Id. JANE CHILD3 DOE believes these conditions were brought on by the stress and sadness of losing her father. Id.

**f.  JANE CHILD4 DOE (Daughter of JOHN DOE)**

22.     JANE CHILD4 DOE is the daughter of JOHN DOE, and lived at home at the time of her father's death. [#66] at 29.  JANE CHILD4 DOE was [REDACTED] at the time, and heard about the bombing when she got home from school. Id.

23.     JANE CHILD4 DOE felt that her father's death "left a huge hole in [her] life." Id. at 30.  She also watched her mother struggle to deal with JOHN DOE's death while caring for JOHN DOE's elderly grandmother and attempting to support JANE CHILD4 DOE and her siblings. Id.

24.     JANE CHILD4 DOE did not return to school after her father's death, and instead got married. Id.  She felt that this would ease some of the financial burden that rested on JANE CHILD4 DOE's mother following JOHN DOE's death. Id.

25.     JANE CHILD4 DOE now has children of her own, and feels "hurt" that her children will never know their grandfather. Id.

**g.  JOHN CHILD5 DOE (Son of JOHN DOE)**

26.     JOHN CHILD5 DOE is the son of JOHN DOE, and was living in [REDACTED] at the time of the bombing with his brother, JOHN CHILD1 DOE. [#66] at 37.  JOHN DOE wanted his family to move to [REDACTED], and had begun that process [REDACTED]. Id.  JOHN DOE intended to [REDACTED] within a few years. Id.  JOHN CHILD5 DOE planned to open a [REDACTED] shop with JOHN DOE. Id.

27.     After JOHN CHILD5 DOE moved to [REDACTED], he spoke with his father on the phone about twice a month. Id.

28.     On the day of the bombing, JOHN CHILD5 DOE was at work, and heard about the attack from his boss. Id.  When he got home from work, JOHN CHILD5 DOE and his brother called their uncle in Lebanon to ask if they should return home. Id. at 38.  The uncle told them not to come because it was not safe. Id.  JOHN CHILD5 DOE felt "guilty" that he was in [REDACTED] rather than at home, and found it "very upsetting" when he learned that his mother had to identify his father's body. Id.

29.     JOHN CHILD5 DOE had a "very hard time emotionally" following his father's death.  He was not able to attend his father's funeral because his family did not think it would be safe for him to travel to Lebanon. Id.  He became "overwhelmed by the sadness" at night and would cry. Id. at 39.  He also regrets that his daughter will never know her grandfather, and that he will never get to run a business with his father. Id.

**h.  JOHN CHILD1 DOE (Son of JOHN DOE)**

30.     JOHN CHILD1 DOE is the son of JOHN DOE, and was living in [REDACTED] at the time of his father's death. Tr. of 5/15/12, [#89-1] at 26-27.  JOHN CHILD1 DOE learned about the bombing when he turned on the television after coming home from school. Id.

31.     JOHN CHILD1 DOE was unable to travel back to Lebanon to attend his father's funeral. Id. at 29.  He remembers being continually sad, and avoided his church where other patrons would try to talk to him about the bombing. Id. at 29-30.  Whenever he heard his school's bell clock chime, he was reminded of his father's death. Id. at 30.

32.     JOHN CHILD1 DOE also felt "a lot of pressure" to provide for his family while [REDACTED]. Id. at 31-32.  He took a job working overnight as a [REDACTED] on top of going to school. Id. at 32-33.  He "didn't date anybody" and would forego social activities in order to work. Id. at 34.  He also never married because he was always working to raise money for his family back home. Id. at 35.

## II.     Family of JOHN VICTIM ADOE

### a.   Estate of JOHN VICTIM ADOE (Deceased)

33.     JOHN VICTIM ADOE was killed in the 1983 Embassy bombing. Deposition Transcripts Filed Under Seal [#93-1] at 37. JOHN VICTIM ADOE was employed as a [REDACTED] at the Embassy, and was on the ground floor of the building when the bombing occurred. Id.  His estate is represented by his wife, JANE SPOUSE ADOE. Id. at 36.

34.     JANE SPOUSE ADOE testified that JOHN VICTIM ADOE's salary was approximated 600 Lebanese pounds every two weeks. Id. at 40.  The report prepared by Mr. Wolf, based on employment records provided by the Embassy, states that JOHN VICTIM ADOE's annual income was $18,276. [#65] at 39.  The projected income from JOHN VICTIM ADOE's death until his anticipated age of retirement, increased by the average annual CPI rate for all future years, yields a total economic loss to JOHN VICTIM ADOE's estate of $1,006,000. Id.

### b.  JANE SPOUSE ADOE (Wife of JOHN VICTIM ADOE)

35.     JANE SPOUSE ADOE is the wife of JOHN VICTIM ADOE, and they were married for [REDACTED] years at the time of the 1983 Embassy bombing. [#93-1] at 37.  The last time she saw her husband was the morning of the bombing when she prepared him coffee before he left for work. Id. at 45.

36.     When asked how JANE SPOUSE ADOE would describe the impact of the bombing, she responded:  "How can I describe this . . . How would you describe this loss?" Id. at 47.  She frequently talks about JOHN VICTIM ADOE with their children. Id. at 48.

**c.  Estate of JANE SIBLING1 ADOE (Sister of JOHN VICTIM ADOE)**

37.     JANE SIBLING1 ADOE was the sister of JOHN VICTIM ADOE. [#66] at 44. Her estate is represented by her daughter, LEGAL REPRESENTATIVE 014. Id.

38.     JANE SIBLING1 ADOE and JOHN VICTIM ADOE were close with one another. Id.  When JOHN VICTIM ADOE was killed, JANE SIBLING1 ADOE felt "lonely" and "was always crying." Id.  She also developed stomach pains and ulcers. Id.

**d.  JANE SIBLING2 ADOE (Sister of JOHN VICTIM ADOE)**

39.     JANE SIBLING2 ADOE is JOHN VICTIM ADOE's older sister. [#66] at 47. She was [REDACTED] years old when her brother died. Id.  JANE SIBLING2 ADOE and her brother were very close and were neighbors as adults. Id.

40.     When the attack occurred, JANE SIBLING2 ADOE was walking to her job at [REDACTED], a job that her brother JOHN VICTIM ADOE helped her obtain. Id.  She was in such shock when she heard the explosion that she urinated on herself. Id.

41.     JANE SIBLING2 ADOE describes the death of her brother as "the biggest shock of [her] life." Id. at 48.  She could not work for two to three weeks, and began taking medicine for depression. Id.  She also suffers from heart troubles and depression. Id.

**e.   JOHN CHILD1 ADOE (Son of JOHN VICTIM ADOE)**

42.      JOHN CHILD1 ADOE is the son of JOHN VICTIM ADOE. [#66] at 51.  JOHN CHILD1 ADOE was [REDACTED] years old when his father was killed. Id.  JOHN CHILD1 ADOE and his father were very close. Id.

43.      JOHN CHILD1 ADOE was at school when the attack at the Embassy occurred. Id.  He went to the Embassy, but was not allowed to enter. Id.  He remembers seeing bodies being carried out of the rubble where the explosion occurred, and he was "in shock." Id.

44.      JOHN CHILD1 ADOE recalls that his father's body was not found for a week, and he was never allowed to see it. Id.  He sought the help of a psychiatrist on many occasions because he felt "extreme shock" over what occurred. Id.  He also felt "lonely." Id. at 51, 52.

**f.   JANE CHILD2 ADOE (Daughter of JOHN VICTIM ADOE)**

45.      JANE CHILD2 ADOE is the daughter of JOHN VICTIM ADOE, and was about [REDACTED] years old when her father was killed. [#66] at 57.  JANE CHILD2 ADOE heard the explosion from her family's home Id. at 58.

46.      JANE CHILD2 ADOE and her father were very close, and they would go hiking and cook together. Id. at 57.

47.      The loss of her father caused financial stress for JANE CHILD2 ADOE and her family. Id. at 58.  She also recalls that her mother became depressed and started taking sleeping pills, and would not let JANE CHILD2 ADOE leave the home for fear that something would happen to her. Id.

**III.    Family of JOHN VICTIM BDOE**

**a.  Estate of JOHN VICTIM BDOE (Deceased)**

48.     JOHN VICTIM BDOE was killed during the 1983 Embassy bombing. [#66] at 61.  At the time of his death, he was between 51 and 53 years old[3] and employed by the Embassy in [REDACTED]. Id.  He had been working for the Embassy for [REDACTED] years. Id.  His estate is represented by his son, JOHN CHILD2 BDOE. Id.

49.     At the time of the bombing, JOHN VICTIM BDOE was copying paperwork in his office for the Ambassador. Id.  JOHN VICTIM BDOE' office was near [REDACTED]; it is said that the floor of the office was blown out during the explosion and JOHN VICTIM BDOE was thrown from the building into the fire. Id.

50.     JOHN VICTIM BDOE's salary at the Embassy was $8,150 annually. [#65] at 41.  The projected income from his death until his anticipated age of retirement, increased by the average annual CPI rate for all future years, yields a total economic loss to JOHN VICTIM BDOE's estate of $432,000. Id.

**b.  JANE SPOUSE BDOE (Wife of JOHN VICTIM BDOE)**

51.     JANE SPOUSE BDOE was the wife of JOHN VICTIM BDOE. [#66] at 67.

52.     When JANE SPOUSE BDOE heard about the bombing, she felt "sick" and "couldn't sleep" or eat. Id.  She recalls that she "fell apart" and "couldn't work," and felt depressed. Id.  At JOHN VICTIM BDOE' funeral, JANE SPOUSE BDOE "fell to the ground in anguish," and her children had to give her sedatives to help her cope. Id.  JANE SPOUSE BDOE still has trouble sleeping and cries when she thinks about her husband. Id.  She also suffers from high blood pressure and hemorrhaging. Id.

**c.  JOHN CHILD1 BDOE (Son of JOHN VICTIM BDOE)**

---

[3] The expert report submitted by the plaintiffs states that JOHN VICTIM BDOE was 53 years old when he was killed; presumably, this is the age used in calculating JOHN VICTIM BDOE's projected income. [#65] at 40.

53.    JOHN CHILD1 BDOE is the son of JOHN VICTIM BDOE, and was around [REDACTED] years old at the time of his father's death. [#66] at 73.  At the time of the bombing, JOHN CHILD1 BDOE was working at the [REDACTED]. Id.  He recalls falling to his knees when he heard the explosion, feeling that something terrible had happened. Id.

54.    JOHN CHILD1 BDOE and his family waited nearly two days to find out that his father was killed. Id.  The authorities were eventually able to identify JOHN VICTIM BDOE based on his clothing and [REDACTED]. Id.  JOHN CHILD1 BDOE was never able to see his father's body. Id.

55.    After his father died, JOHN CHILD1 BDOE was responsible for taking care of his family. Id. at 74.  He worked for 20 hours a day to support them, and was forced to give up his dreams of being a canter in his church or working as an interior designer. Id.  JOHN CHILD1 BDOE thinks of his father often and says he still "cr[ies] with [his] heart every day." Id. at 75.

**d.  JOHN CHILD2 BDOE (Son of JOHN VICTIM BDOE)**

56.    JOHN CHILD2 BDOE is the son of JOHN VICTIM BDOE, and was at his construction job when he heard the explosion that killed his father. [#66] at 77.  When he got home, he saw "hundreds of people" gathering around the house, and he "fell to the ground" as soon as he got out of his car. Id.  That evening, his family got a phone call asking them to come to the hospital to identify the body. Id.

57.    JOHN CHILD2 BDOE was very close with his father, and was "in shock for almost a full year after he died, unable to keep a job." Id. at 78.  JOHN CHILD2 BDOE also tried to start his own construction business, but could not keep it up because of his grief. Id.

**e.  JANE CHILD3 BDOE (Daughter of JOHN VICTIM BDOE)**

58.     JANE CHILD3 BDOE is the daughter of JOHN VICTIM BDOE, and was [REDACTED] years old at the time of the bombing. [#66] at 85.

59.     After learning that her father died, JANE CHILD3 BDOE began running a high temperature. Id.  She also began taking anti-anxiety medication and medication for high blood pressure. Id.

60.     JANE CHILD3 BDOE also had to "put [her] dreams on hold to care for [her] mother" and sister. Id. at 85-86.  She worked to pay for the family's expenses. Id.

   **f.  JANE CHILD4 BDOE (Daughter of JOHN VICTIM BDOE)**

61.     JANE CHILD4 BDOE is the daughter of JOHN VICTIM BDOE, and she was [REDACTED] when her father was killed. [#66] at 91.  JANE CHILD4 BDOE suffered from health problems her entire life and was never able to work. Id.  JANE CHILD4 BDOE believes that her father's death exacerbated her physical conditions. Id.

**IV.   Family of JOHN VICTIM CDOE**

   **a.  Estate of JOHN VICTIM CDOE (Deceased)**

62.     JOHN VICTIM CDOE was killed in the 1983 Embassy bombing. [#66] at 97.  He was 31 years old at the time of his death, and was employed as [REDACTED] at the Embassy. Id.  His estate is represented by his mother, JANE PARENT1 CDOE. Id.

63.     The day of the bombing was [REDACTED]. Id.  He [REDACTED] a salary of 35,724 Lebanese pounds. Id.  Prior to his employment with the Embassy, JOHN VICTIM CDOE worked [REDACTED]. Id.  According to his mother, JOHN VICTIM CDOE intended to stay at the Embassy until his retirement. Id.

64.     The projected income from the time of JOHN VICTIM CDOE's death until his anticipated retirement at the age of 64, increased by the average annual CPI rate for all future

years, yields a total economic loss to JOHN VICTIM CDOE's estate of $1,024,000. [#65] at 43-44.

### b.  JANE PARENT1 CDOE (Mother of JOHN VICTIM CDOE)

65.     JANE PARENT1 CDOE is the mother of JOHN VICTIM CDOE. [#66] at 103. She lived with her son at the time of the bombing, and the two "took care of each other." Id.

66.     JANE PARENT1 CDOE recalls that on the morning of the bombing, JOHN VICTIM CDOE told her that she could stop working her job at [REDACTED] because JOHN VICTIM CDOE would be able to provide for her going forward. Id.

67.     JANE PARENT1 CDOE was "overcome by the shock and sadness of losing [JOHN VICTIM CDOE]." Id. at 104. She does not remember her son's funeral because she was so "consumed with grief." Id.  She quit her job at [REDACTED] because she "could not meet the required level of focus and concentration." Id.  She also reports that in the years following JOHN VICTIM CDOE's death, she had no one to help support her financially. Id.

## V.    Family of JOHN VICTIM DDOE

### a.  Estate of JOHN VICTIM DDOE (Deceased)

68.     JOHN VICTIM DDOE was killed in the 1983 Embassy bombing. [#66] at 109. At the time of his death, he was 44 years old and employed in the Embassy's [REDACTED]. Id. His estate is represented by his wife, JANE SPOUSE DDOE. Id.

69.     Prior to his employment with the Embassy, JOHN VICTIM DDOE worked as a [REDACTED]. Id.  He joined the Embassy as a [REDACTED] in 1973, and later moved to the [REDACTED]. Id.  According to his wife, JOHN VICTIM DDOE was [REDACTED] at the

time of his death, and would receive a bonus every Christmas equivalent to one month's salary.

Id.[4]

70.     At the time of his death, JOHN VICTIM DDOE's annual salary was $8,841.

[#65] at 44.  His projected income until his anticipated retirement age of 60, increased by the

average annual CPI rate for all future years, resulted in a total economic loss to his estate of

approximately $656,000. Id.

### b.  JANE SPOUSE DDOE (Wife of JOHN VICTIM DDOE)

71.     JANE SPOUSE DDOE was the wife of JOHN VICTIM DDOE, and the couple

had [REDACTED] children. [#66] at 115.  She does not know exactly how her husband died, but

remembers that JOHN VICTIM DDOE's body was one of the last bodies to be found. Id.  By the

time his body was found, it was already beginning to decay. Id.

72.     JANE SPOUSE DDOE received no compensation for her husband's death, and

paid his funeral expenses out of pocket. Id. at 116.  They had planned to [REDACTED] and buy

a house together. Id.

## VI.   Family of JOHN VICTIM EDOE[5]

### a.  Estate of JOHN VICTIM EDOE (Deceased)

73.     JOHN VICTIM EDOE was killed in the 1983 Embassy bombing. [#66] at 121.

He was 45 years old at the time of his death, and had been working at the Embassy for at least

[REDACTED] years. Id.  His estate is represented by his wife, JANE SPOUSE EDOE. Id.

---

[4] The plaintiffs' expert report makes no mention of any [REDACTED], and instead states that
JOHN VICTIM DDOE was employed as a [REDACTED] at the time of his death at a salary of
$8,841. [#65] at 44.
[5] In the plaintiffs' affidavits, the surname for this family is spelled as both [REDACTED] and
[REDACTED].  I will use the [REDACTED] spelling throughout this opinion for the sake of
consistency.

74.     Before working at the Embassy, JOHN VICTIM EDOE was employed at [REDACTED] for ten years, [REDACTED]. Id.  At the Embassy, he earned a salary of at least 17,820 Lebanese pounds a year, plus an extra month's salary at the end of each year. Id.

75.     JOHN VICTIM EDOE's [REDACTED] was badly burned in the bombing. Id. at 136.  When his body was found, it was covered with debris. Id.

76.     JOHN VICTIM EDOE's projected income from the date of his death until his anticipated retirement age of 64, increased by the average annual CPI rate for all future years, yields a projected total economic loss of approximately $429,000. [#65] at 45.

**b.  JANE SPOUSE EDOE (Wife of JOHN VICTIM EDOE)**

77.     JANE SPOUSE EDOE was the wife of JOHN VICTIM EDOE. [#66] at 127.  She was very close with her husband, and they planned to buy a house in Beirut and travel together. Id.

78.     JANE SPOUSE EDOE was at home when the bombing occurred, and her house shook from the explosion. Id. at 128.  When she was finally able to make it to the Embassy, she found her cousin, who at first told JANE SPOUSE EDOE that JOHN VICTIM EDOE had "gone home." Id.  JANE SPOUSE EDOE collapsed from shock and woke up in the hospital, where she learned that her husband had died. Id.

79.     JANE SPOUSE EDOE did not attend her husband's funeral because she was too depressed, and her doctor put her on medicine to help her sleep. Id.  At one point, JANE SPOUSE EDOE tried to commit suicide by jumping from a sixth floor balcony. Id.  Her family could not leave her alone because they feared she would hurt herself. Id.

80.     JANE SPOUSE EDOE continues to visit her husband's grave. Id.

**c.  JANE CHILD1 EDOE (Daughter of JOHN VICTIM EDOE)**

81.     JANE CHILD1 EDOE was the daughter of JOHN VICTIM EDOE, and was [REDACTED] years old at the time of her father's death. [#66] at 135.  She was very close to her father, and relied on him for emotional support. Id.

82.     On the day of the bombing, JANE CHILD1 EDOE's aunt picked her up early from school, but would not tell her why. Id. at 136.  When they got back to her aunt's house, JANE CHILD1 EDOE learned about the bombing. Id.  She did not know at first whether her father had survived, and she went back and forth between being hopeful and worried. Id.  Three days later, she learned her father had died. Id.

83.     During the funeral procession, JANE CHILD1 EDOE tried to open the car and the casket to see her father, but those around her stopped her, causing her to scream and cry. Id.

84.     JANE CHILD1 EDOE recalls the financial strain her father's death caused. Id. at 136-137.  Her mother had "very little money, so she borrowed some from her brother" to prevent JOHN VICTIM EDOE's siblings from claiming an ownership interest in JOHN VICTIM EDOE's house. Id.at 137.  JANE CHILD1 EDOE and her mother moved to a suburb to live with other family members and JANE CHILD1 EDOE could no longer attend school. Id.

85.     JANE CHILD1 EDOE's mother forced JANE CHILD1 EDOE to marry young, and soon after she had a baby. Id.  She believes that if her father were still alive, this would not have happened. Id.

**d.  Estate of JOHN SIBLING2 EDOE (Brother of JOHN VICTIM EDOE)**

86.     JOHN SIBLING2 EDOE was the older brother of JOHN VICTIM EDOE; he passed away some time after his brother was killed. [#66] at 141. JOHN SIBLING2 EDOE's estate is represented by his son, LEGAL REPRESENTATIVE 005. Id.

87.     JOHN SIBLING2 EDOE and his brother JOHN VICTIM EDOE did not become close until later in JOHN SIBLING2 EDOE's life, due to their [REDACTED] year age difference. Id. at 142.  On the day of the attack, JOHN SIBLING2 EDOE was at the family home, and he heard the explosion. Id.  JOHN SIBLING2 EDOE was among the family members who identified JOHN VICTIM EDOE's body. Id.

88.     JOHN SIBLING2 EDOE was "totally shocked" by his brother's death, and took time off of work to cope. Id.  Eventually, he returned to work and helped support his brother's family financially. Id.

**VII.    Family of JOHN VICTIM FDOE**

**a.  Estate of JOHN VICTIM FDOE (Deceased)**

89.     JOHN VICTIM FDOE was about 37 years old when he was killed in the 1983 Embassy bombing. [#66] at 146; [#65] at 46.  His estate is represented by his son, JOHN CHILD1 FDOE. [#66] at 146.

90.     At the time of the bombing, JOHN VICTIM FDOE was employed as [REDACTED] at the Embassy. Id.  He had worked there for almost [REDACTED] years, and he was the sole provider for his two children. Id.  His children were [REDACTED] and [REDACTED] years old when JOHN VICTIM FDOE was killed. Id.

91.     It is believed that JOHN VICTIM FDOE was standing near the door to the Embassy when the bomb exploded, and that he died when the bomb exploded. Id. at 146-147.

92.     At the time of his death, JOHN VICTIM FDOE's annual salary was $7,999. [#65] at 46.  His projected income until his anticipated age of retirement at 64, increased by the average annual CPI rate for all future years, yields a total economic loss to his estate of approximately $750,000. Id.

18

**b.   JANE SPOUSE FDOE (Wife of JOHN VICTIM FDOE)**

93.      JANE SPOUSE FDOE was the wife of JOHN VICTIM FDOE, and at the time of

her husband's death, JANE SPOUSE FDOE was carrying vegetables home from the market.

[#66] at 152-53.

94.      When she heard her neighbors yelling that there was a bombing at the Embassy,

she dropped everything and ran to the Embassy's location. Id. at 153.  She was not allowed close

to the Embassy, so she went to a nearby rooftop so she could see what was going on. Id.  She

stayed on the rooftop for ten days waiting for news. Id.  Finally, her husband was found beneath

the rubble of the building. Id.

95.      JANE SPOUSE FDOE was "very angry" after the bombing, particularly because

her husband worked for the Embassy for [REDACTED] years and she received no compensation

after his death. Id.  Because her husband was the sole provider for the family, his death took an

economic toll on JANE SPOUSE FDOE. Id.  She began to sell cosmetics and clothes to try and

support her family. Id.

96.      JANE SPOUSE FDOE reports that JOHN VICTIM FDOE's death "devastated"

her, and she had a "nervous breakdown." Id.  She also reports that she had a difficult time caring

for her children alone, and she became "very impatient and violent." Id.  Her children had to stay

with other relatives for a while because JANE SPOUSE FDOE was unable to cope. Id.

**c.   JOHN PARENT1 FDOE (Father of JOHN VICTIM FDOE)**

97.      JOHN PARENT1 FDOE is the father of JOHN VICTIM FDOE, and was

[REDACTED] years old at the time of his son's death. [#66] at 160.  JOHN VICTIM FDOE was

his only child, and they were very close; they used to speak every day, and JOHN VICTIM

FDOE would provide for JOHN PARENT1 FDOE financially. Id.

98.     JOHN PARENT1 FDOE found out about the bombing from his neighbor, and when he learned that JOHN VICTIM FDOE was killed, he felt "powerless" and "sad all of the time." Id. at 160-61.  He feels that his "life changed totally." Id. at 161.  He never saw his son's body because it was "distorted" from the bombing, and JOHN PARENT1 FDOE was too depressed. Id.

99.     JOHN PARENT1 FDOE "cannot describe the grief" that he felt in the weeks after his son's death. Id.  He suffered financial hardship after losing the support of his son, but work also became more difficult. Id.

**d.  JOHN CHILD1 FDOE (Son of JOHN VICTIM FDOE)**

100.    JOHN CHILD1 FDOE is the son of JOHN VICTIM FDOE, and was about [REDACTED] years old when his father was killed. [#66] at 166.

101.    He does not remember much about his father, but knows he was the sole provider for his family and that "everything changed" when JOHN VICTIM FDOE was killed. Id. at 166-67.  JOHN CHILD1 FDOE's mother told him that if the family had not saved money when JOHN VICTIM FDOE was alive, they would not have survived. Id. at 167.  He also notes that he had to leave school to work and support the family. Id.

102.    The loss of his father at an early age caused JOHN CHILD1 FDOE to live in "constant fear" that his mother would remarry and leave him, or that there was no one to protect him and his sister. Id.  He also feels very alone and that he has no one to turn to for fatherly advice. Id.

**e.  JANE CHILD2 FDOE (Daughter of JOHN VICTIM FDOE)**

103.    JANE CHILD2 FDOE is the daughter of JOHN VICTIM FDOE, and she was [REDACTED] years old at the time of her father's death. [#66] at 173.

104.    Following her father's death, JANE CHILD2 FDOE "went through a lot of trauma" and had trouble sleeping because she feared others around her would die. Id. at 174-75.

105.    JANE CHILD2 FDOE feels that her personal suffering has been exacerbated by the grief she saw in her family members. Id. at 173.  She remembers her grandmother feeling terrified, and being scared because of her grandmother's crying and screaming. Id. at 174.  She also notes that her father was very badly burned and the thought of him in such pain causes her additional grief. Id.

## VIII.   Family of JOHN VICTIM GDOE

### a.   Estate of JOHN VICTIM GDOE (Deceased)

106.    JOHN VICTIM GDOE was between 48 and 49 years old when he was killed in the 1983 Embassy bombing. [#66] at 178.  His estate is represented by his son, JOHN CHILD1 GDOE. Id.

107.    At the time of his death, JOHN VICTIM GDOE was employed at the Embassy as [REDACTED]. Id.  He had worked there for [REDACTED] years. Id.  Before that, JOHN VICTIM GDOE worked for a [REDACTED]. Id. at 179.  He planned to retire from his position at the Embassy and move to his hometown to tend to the family's [REDACTED]. Id.

108.    JOHN VICTIM GDOE earned an annual salary of $20,790 at the Embassy. [#65] at 47.  His projected income until his anticipated retirement at 64, increased by the average annual CPI rate for all future years, yields a total economic loss of $1,506,000 to his estate. Id.

### b.   Estate of JANE SPOUSE GDOE (Wife of JOHN VICTIM GDOE)

109.    JANE SPOUSE GDOE was the wife of JOHN VICTIM GDOE. [#66] at 182. Her estate is represented by her son, JOHN CHILD1 GDOE. Id.

110.     JANE SPOUSE GDOE worked in a high-rise office building and was able to hear the explosion at the Embassy from her office. Id.  She left her office and went towards the Embassy, but ran into her son, JOHN CHILD1 GDOE. Id. at 182-83.  JOHN CHILD1 GDOE explained that he had been by the Embassy but was unable to learn any information, so JANE SPOUSE GDOE traveled with him to the [REDACTED] Hospital to see if JOHN VICTIM GDOE turned up there. Id. at 183.

111.     JANE SPOUSE GDOE was very anxious while awaiting news about her husband. Id.  After a few hours of waiting at the hospital, JANE SPOUSE GDOE and JOHN CHILD1 GDOE returned home. Id.  Later that day, a family friend came by to say he saw JOHN VICTIM GDOE's body at the hospital. Id.  A funeral was held a few days later. Id.

112.     Following her husband's death, JANE SPOUSE GDOE was responsible for taking care of her family and managing their money. Id.  She also suffered psychologically and went on psychiatric medication. Id.

**c.   JOHN CHILD1 GDOE (Son of JOHN VICTIM GDOE)**

113.     JOHN CHILD1 GDOE is the son of JOHN VICTIM GDOE, and was [REDACTED] years old at the time of the bombing. Tr. of 5/15/12 Ev. Hrg. [#90] at 4.  JOHN CHILD1 GDOE was at his university, located [REDACTED], when he heard the bomb explode. Id. at 7.  He ran outside and saw a large cloud of smoke rising from the Embassy, and he ran to a yard on the grounds of the university that was separated from the Embassy by a fence. Id.  There, he saw people being removed from the Embassy in stretchers. Id.

114.     After waiting some time, JOHN CHILD1 GDOE headed towards his family's home to find his mother. Id. at 8.  He did not find her there, so he went towards her work, and found her leaving the office with a colleague. Id.  He escorted his mother to the hospital, where

they waited for more information. Id. at 8-9.  They learned about JOHN VICTIM GDOE's death once they returned home. Id. at 9.

115.    JOHN CHILD1 GDOE attended his father's funeral, and describes feeling "numb" and being in disbelief. Id. at 10.  He was unable to return to school at first. Id. at 11.  He also was forced to take on new responsibilities for the family. Id. at 12.

116.    JOHN CHILD1 GDOE believes he would not have left Lebanon if it weren't for his father's death. Id. at 13.  He also feels sad that he was deprived of an adult relationship with his father, and that his father was not there for the rest of JOHN CHILD1 GDOE's life milestones, such as his graduations or his wedding. Id. at 12-13.

### d.  JANE SIBLING1 GDOE[6] (Sister of JOHN VICTIM GDOE)

117.    JANE SIBLING1 GDOE is the sister of JOHN VICTIM GDOE, and was approximately [REDACTED] years old at the time of the 1983 Embassy bombing. [#93-1] at 1232.

118.    JANE SIBLING1 GDOE was the youngest of the GDOE siblings, and described her relationship with her brother as a "normal sibling relationship," id. at 1234, and noted that JOHN VICTIM GDOE took an interest in her life, id. at 1236.  As adults, they lived close by one another. Id. at 1239-40.

119.    When the 1983 Embassy bombing occurred, JANE SIBLING1 GDOE was living in [REDACTED]. Id. at 1241.  She heard about the attack on the TV and started screaming and crying. Id.  She recalls that JOHN VICTIM GDOE's tailor was the one who identified JOHN

---

[6] Although all affidavits submitted by this family spell the surname "[REDACTED]," in her *de bene esse* deposition, JANE SIBLING1 GDOE spelled her surname "[REDACTED]." [#93-1] at 1229.

VICTIM GDOE in the morgue because he could tell that the jacket JOHN VICTIM GDOE was wearing was one the tailor had made for him. Id. at 1243.

120.    JANE SIBLING1 GDOE tried to attend her brother's funeral, but due to mechanical problems, her flight was delayed by one day and she missed the service. Id. at 1244. She made it to Lebanon to grieve with her family, but when she returned to [REDACTED], she found it difficult because she did not have the rest of her family around. Id. at 1246.

**e.   JANE SIBLING2 GDOE (Sister of JOHN VICTIM GDOE)**

121.    JANE SIBLING2 GDOE is the sister of JOHN VICTIM GDOE. [#66] at 187. They remained close as adults, even after JANE SIBLING2 GDOE moved to [REDACTED] in [REDACTED]. Id.  They wrote letters back and forth often, and in [REDACTED] JANE SIBLING2 GDOE took her children to visit JOHN VICTIM GDOE in Lebanon. Id. at 188.

122.    JANE SIBLING2 GDOE learned about the bombing from her daughter. Id.  She then turned on the news and began to pray. Id.  She called her family in Beirut and reached her nephew, who had not yet learned what happened to his father. Id.  Later, JANE SIBLING2 GDOE spoke with JOHN VICTIM GDOE's wife and learned her brother had died. Id.

123.    JANE SIBLING2 GDOE was unable to afford a ticket back to Lebanon to see her family after her brother's death. Id. at 189.  She felt "really sad and depressed" and "began to have a lot of trouble sleeping." Id.  She also started taking heart medication, and believes her heart troubles and other physical ailments were linked to the "emotional strain" she experienced as a result of her brother's death. Id.

**f.   JANE SIBLING3 GDOE (Sister of JOHN VICTIM GDOE)**

124.    JANE SIBLING3 GDOE is the sister of JOHN VICTIM GDOE, and was approximately [REDACTED] years old when her brother was killed. [#66] at 191.  She was

working in an office in [REDACTED] and heard the explosion at the Embassy. Id.  She recalls

seeing black smoke everywhere and screaming that her brother was dead. Id.

125.    JANE SIBLING3 GDOE went with her husband to the hospital where the victims

were located, and waited to hear her brother's name, which was never read out among the

wounded or the dead. Id. at 191-92.  A friend told JANE SIBLING3 GDOE that she thought she

recognized JOHN VICTIM GDOE by his smile, but JOHN VICTIM GDOE's face had been

blown off by the explosion. Id. at 192.  After six hours of waiting at the hospital, JANE

SIBLING3 GDOE went home. Id.  Someone called a few hours later to inform JANE SIBLING3

GDOE of her brother's death. Id.

126.    After her brother's death, JANE SIBLING3 GDOE was responsible for caring for

their mother. Id.  JANE SIBLING3 GDOE was afraid that the news of JOHN VICTIM GDOE's

death would traumatize their mother, so rather than tell their mother, she told her that JOHN

VICTIM GDOE moved to the U.S. Id.

127.    JANE SIBLING3 GDOE claims that after JOHN VICTIM GDOE died, she lost

her voice, and when she went to the doctor, she was told that it was caused by nerves. Id.  She

also had trouble sleeping for a number of months. Id.

**g.  Estate of JANE PARENT1 GDOE (Mother of JOHN VICTIM GDOE)**

128.    JANE PARENT1 GDOE was the mother of JOHN VICTIM GDOE; she died in

[REDACTED] and is represented in this litigation by her grandson, JOHN CHILD1 GDOE.

[#66] at 196-97.  JANE PARENT1 GDOE stayed in contact with JOHN VICTIM GDOE after he

was grown. Id. at 196.  In [REDACTED], JANE PARENT1 GDOE went to live in a nursing

home. Id. at 197.  Although she was never told of her son's death, JOHN CHILD1 GDOE

believes JANE PARENT1 GDOE wondered why her son did not visit her anymore. Id.

### h.  JANE CHILD2 GDOE (Daughter of JOHN VICTIM GDOE)

129.    JANE CHILD2 GDOE is the daughter of JOHN VICTIM GDOE, and she was [REDACTED] years old when he was killed. [#66] at 200-201.  She recalls growing up in a loving family, and that her father wanted to retire as early as possible to [REDACTED]. <u>Id.</u>

130.    JANE CHILD2 GDOE was at school when the bomb exploded; after she heard the blast, she went home to find out what happened. <u>Id.</u> at 201.  She felt "numb" and worried about her mother. <u>Id.</u>

131.    In the weeks following her father's death, JANE CHILD2 GDOE "felt like a zombie." <u>Id.</u>  She felt depressed and had trouble sleeping. <u>Id.</u> at 202.  She eventually dropped out of school, went on and off numerous anti-depressant medications and saw psychiatrists. <u>Id.</u> When she was finally able to return to school, she lost eligibility for financial aid, requiring her to take out large loans to pay for her education [REDACTED]. <u>Id.</u>

132.    JANE CHILD2 GDOE continues to have "very bad memories" of the description of her father's body after the attack. <u>Id.</u> at 202-03.

## IX.   Family of JOHN VICTIM HDOE

### a.  Estate of JOHN VICTIM HDOE (Deceased)

133.    JOHN VICTIM HDOE was 54 years old when he was killed in the 1983 Embassy bombing. [#66] at 205.  His estate is represented by his wife, JANE SPOUSE HDOE. <u>Id.</u>  JOHN VICTIM HDOE was employed in [REDACTED] of the Embassy, and was on the second floor of the middle section of the building when the bomb exploded. <u>Id.</u>  The wall of JOHN VICTIM HDOE's office fell on his head, killing him instantly. <u>Id.</u>  All six floors of the middle section of the building collapsed, and JOHN VICTIM HDOE's body was found three days later in the basement, buried under debris. <u>Id.</u>

134.    Before working at the Embassy, JOHN VICTIM HDOE was [REDACTED]. Id.
He also spent some time [REDACTED], but left school for the Embassy job. Id.  He also
[REDACTED] to make extra money. Id. at 206.  At the Embassy, he made approximately 93,000
Lebanese pounds annually, Id., or $22,487, [#65] at 48.

135.    One year after JOHN VICTIM HDOE died, the U.S. government gave his family
85,000 Lebanese pounds. [#66] at 207.  The family also receives about $1,300 from the U.S.
each month. Id.

136.    JOHN VICTIM HDOE's projected income until his anticipated retirement at 64,
increased by the average annual CPI rate for all future years, yields a total economic loss to
JOHN VICTIM HDOE's estate of $1,072,000. [#65] at 49.

**b.  JANE SPOUSE HDOE (Wife of JOHN VICTIM HDOE)**

137.    JANE SPOUSE HDOE was the wife of JOHN VICTIM HDOE. [#66] at 211.
She recalls that on the day of the bombing, she had trouble reaching her husband by phone; when
they eventually spoke, JOHN VICTIM HDOE told her when he would be coming home. Id.  The
bomb exploded eight minutes later. Id.

138.    At first, JANE SPOUSE HDOE was convinced that her husband was unharmed in
the attack. Id. at 212.  When she was told about the bombing, she drove to the Embassy building,
and from her approach everything looked intact. Id.  When she drove around the other side,
however, she saw "a huge block of concrete that had been a floor of the building hanging down
like a curtain," and she "knew there was no way that JOHN VICTIM HDOE could have
survived." Id.

139.    It took three days to get any news about JOHN VICTIM HDOE. Id.  At 1:30 AM
on the third night, a man from the Embassy called JANE SPOUSE HDOE and told her JOHN

VICTIM HDOE had died. Id.  JANE SPOUSE HDOE felt like she "was going to die from a

heart attack." Id.  When her son woke up and saw the anguish on her face, he began to bang his

head against the wall. Id. at 213.

140.    JANE SPOUSE HDOE was unable to identify her husband's body because she

was too emotionally overwhelmed. Id.  In the weeks following her husband's death, JANE

SPOUSE HDOE recalls that her children, especially her son, had difficulty adjusting and were

acting out. Id.  This made her feel scared for his safety. Id.  JANE SPOUSE HDOE felt that she

needed to stay strong to support her children, but as soon as they started to feel better, her

emotional health deteriorated. Id. at 214.  She began having nightmares. Id.

141.    When her husband died, JANE SPOUSE HDOE received a one-time payment of

about 85,000 Lebanese pounds. Id.  She then started receiving monthly payments from the U.S.

government of about $1,300. Id.

### c.  JOHN CHILD1 HDOE (Son of JOHN VICTIM HDOE)[7]

142.    JOHN CHILD1 HDOE was the son of JOHN VICTIM HDOE. [#66] at 217.

JOHN CHILD1 HDOE was at school when the bombing occurred, and found out about his

father's death a few days later. Id. at 218.  JOHN CHILD1 HDOE recalls that the "whole period

[surrounding his father's death] was a nightmare" and he wasn't really aware of what was going

on around him. Id.

143.    In the first two years after his father's death, JOHN CHILD1 HDOE felt a lot of

anger and did not sleep or eat well. Id. at 219.  He also started "engaging in a lot of risky

behavior" and began to smoke. Id.  He believes that if his father did not die, he would have been

---

[7] JOHN CHILD1 HDOE's affidavit spells both his and his father's last name as "[REDACTED]"
rather than "[REDACTED]." [#66] at 217.  JOHN CHILD1 HDOE's is the only affidavit to use
the alternative spelling of "[REDACTED]."  For the sake of consistency, I will use the spelling
"[REDACTED]" for all of JOHN VICTIM HDOE's family members.

able to go to law school as he originally planned, but because of the death he could not afford that degree. Id.  JOHN CHILD1 HDOE also feels that he missed out on getting to know his father as an adult. Id. at 219-20.

### d.  JANE CHILD2 HDOE (Daughter of JOHN VICTIM HDOE)

144.    JANE CHILD2 HDOE is the daughter of JOHN VICTIM HDOE, and was [REDATED] when her father died. [#66] at 222-23.  She was at school when the bomb exploded, and as soon as she learned about it, she went home to wait for news about her father. Id. at 223.

145.    In the weeks after her father died, JANE CHILD2 HDOE was "in shock" and had trouble sleeping. Id.  She had nightmares and felt angry. Id.  She feels that she missed out on her father's "support, his guidance and orientation." Id. at 224.  She goes to the memorial ceremony at the Embassy each year on the anniversary of the bombing. Id.

## X.    Family of JANE VICTIM IDOE

### a.  Estate of JANE VICTIM IDOE (Deceased)

146.    JANE VICTIM IDOE was killed in the 1983 Embassy bombing, and was between 49-50 years old[8] at the time of her death. [#66] at 227.  She was employed by the U.S. Embassy as [REDACTED]. Id.  Her estate is represented in this litigation by her son, JOHN CHILD1 IDOE. Id.

147.    JANE VICTIM IDOE previously worked as [REDACTED], and then for the [REDACTED], before [REDACTED]. Id. at 228.

---

[8] JOHN CHILD1 IDOE's affidavit in support of his mother's claim states that his mother was [REDACTED] years old at the time of the bombing, [#66] at 227, but the expert report states that JANE VICTIM IDOE was born on [REDACTED], meaning she was actually [REDACTED], [#65] at 49.

148.     At the time of the bombing, JANE VICTIM IDOE was in the Embassy lobby, near the front door. Id. at 227.  She worked part time and usually left by noon, but stayed later that day to help organize a party. Id.  The bomb exploded close to her, and the building collapsed on top of her. Id.  It took the rescue team four days to find her body. Id.

149.     JANE VICTIM IDOE's annual salary at the Embassy was $10,721. [#65] at 50. Her projected income until her anticipated age of retirement at 64, increased by the average annual CPI rate for all future years, yields a total economic loss to her estate of $735,000. Id.

**b.  Estate of JOHN SPOUSE IDOE (Husband of JANE VICTIM IDOE)**

150.     JOHN SPOUSE IDOE was the husband of JANE VICTIM IDOE. [#66] at 231. He is represented in this litigation by his son, JOHN CHILD1 IDOE. Id.

151.     When JOHN SPOUSE IDOE heard about the bombing, he went to the Embassy to try to find his wife, but he was unable to get through the barricade. Id. at 232.  [REDACTED]. Id.  He was still not allowed through the barricade, so he returned home to wait for news. Id. When he heard that his wife had died, he did not tell his children, and instead had the funeral without them. Id.  He only told them of their mother's death after the funeral. Id.

152.     JOHN SPOUSE IDOE's son, JOHN CHILD1 IDOE, recalls that after JANE VICTIM IDOE's death, JOHN SPOUSE IDOE "became an angry, bitter and lost man, and he slipped into a twenty-year depression." Id.  JOHN CHILD1 IDOE suggested that they see a therapist together, but his father was unwilling. Id.

153.     JOHN SPOUSE IDOE was able to move the family from Lebanon to [REDACTED], but even after the move, he remained "extremely introverted." Id. at 233.  After JOHN CHILD1 IDOE's brother graduated from college, JOHN SPOUSE IDOE returned to Lebanon, where he passed away. Id.

### c.   JOHN CHILD1 IDOE (Son of JANE VICTIM IDOE)

154.   JOHN CHILD1 IDOE is the son of JANE VICTIM IDOE, and he was [REDACTED] years old at the time of his mother's death. Tr. 5/15/12 A.M. Hrg. [#89-1] at 66. He was very close with his mother, and described her as playing both the mother and father roles in his life because his father often worked overseas. Id. at 68.

155.   On the day of the bombing, JOHN CHILD1 IDOE was at school. Id. at 72.  He recalls that at first, no one in the school understood what happened. Id. at 73.  However, when the driver who normally picked him and other school children up after school did not come, and JOHN CHILD1 IDOE's father came instead, he knew something was wrong. Id.[9]  When they arrived home, neighbors began asking JOHN CHILD1 IDOE's father if he had heard anything. Id. at 74.  At first, everyone was optimistic because JANE VICTIM IDOE usually left work at noon, before the explosion happened. Id.  As the days wore on, "the mood sort of started getting more and more depressing" and JOHN CHILD1 IDOE and his brother were sent to stay with relatives. Id. at 76.  Finally, JOHN CHILD1 IDOE's aunt explained that JANE VICTIM IDOE had died, and JOHN CHILD1 IDOE recalls that they "just sat there and cried." Id. at 77.  A few days later, JOHN CHILD1 IDOE had to tell his younger brother the news. Id. at 78.

156.   JOHN CHILD1 IDOE recalls that his mother was close to getting her green card and had plans to move the family to [REDACTED]. Id. at 71-72.  Eventually, with the help of [REDACTED] and employees who knew JANE VICTIM IDOE, JOHN CHILD1 IDOE and his family were able to immigrate to [REDACTED]. Id. at 81-82.

157.   JOHN CHILD1 IDOE recalls that this was a very difficult time for his family because they did not speak English and his father struggled to learn how to raise children on his

---

[9] This account is contradicted by JOHN CHILD1 IDOE's brother's affidavit, which states that the driver did come to pick them up from school, but came earlier than usual. [#66] 245.

own. Id. at 82-83.  JOHN CHILD1 IDOE felt that when his mother passed away, he and his

brother "pretty much became orphans." Id. at 86.

158.    As an adult, JOHN CHILD1 IDOE was diagnosed with depression and mild post-

traumatic stress disorder, and began taking medication and seeing a therapist. Id. at 89.  He

believes that much of his depression comes from what happened to his mother and how it

affected his life. Id. at 89-90.

### d.  Estate of JOHN SIBLING1 IDOE (Brother of JANE VICTIM IDOE)

159.     JOHN SIBLING1 IDOE was the brother of JANE VICTIM IDOE, and is

represented in this litigation by his daughter, LEGAL REPRESENTATIVE 012. [#66] at 236.

LEGAL REPRESENTATIVE 012 recalls that the only time she saw her father cry was after he

learned that his sister JANE VICTIM IDOE was missing after the bombing. Id.

160.    JOHN SIBLING1 IDOE could not bring himself to go to the Embassy to search

for JANE VICTIM IDOE, so his wife went instead. Id. at 236-37.  JOHN SIBLING1 IDOE's

wife was able to identify JANE VICTIM IDOE by her [REDACTED]. Id.  JOHN SIBLING1

IDOE wept throughout JANE VICTIM IDOE's funeral. Id.

161.    JOHN SIBLING1 IDOE was "completely devastated" by his sister's death, and

became "extremely worried" about his family's safety. Id.  JOHN SIBLING1 IDOE made his

family stay inside the house, and eventually decided it was too dangerous to continue living in

Lebanon and moved his family to [REDACTED]. Id.  The move forced him to liquidate his

business and the family suffered "a huge financial blow." Id.

### e.  JANE SIBLING2 IDOE (Sister of JANE VICTIM IDOE)

162.    JANE SIBLING2 IDOE is the sister of JANE VICTIM IDOE. [#66] at 240.  She

was at home when she heard the bomb explode, and when she turned on the television, she

learned the explosion was at the Embassy. Id.  She was very close with her sister and they would drive to work together every day. Id. at 241.

163.     In the months following JANE VICTIM IDOE's death, JANE SIBLING2 IDOE was "inconsolable." Id.  She "became depressed and [] experienced a lot of mental and emotional anguish." Id.  She also had difficulty sleeping and developed high blood pressure, which she believes was related to her sister's death. Id.  JANE SIBLING2 IDOE's family also suffered financially; they moved to [REDACTED], but her husband had difficulty finding work. Id.

### f.   JOHN CHILD2 IDOE (Son of JANE VICTIM IDOE)

164.     JOHN CHILD2 IDOE is the younger son of JANE VICTIM IDOE, and he was [REDACTED] years old at the time of the bombing. [#66] at 245.  He recalls that when his mother died, he felt like he "was hit in the head with a frying pan," and felt "completely stupefied." Id. at 246.  He was also unable to think at school, and became "quiet and emotionally shut-in." Id.

165.     When the family decided to move to [REDACTED], JOHN CHILD2 IDOE found leaving Lebanon behind to be a "scary and nerve-racking prospect." Id. at 247.  He eventually moved out of the house at [REDACTED] and got a job to pay for college. Id.

166.     JOHN CHILD2 IDOE says he still has a difficult time sharing his feelings, and believes the death of his mother "stunted" him emotionally. Id.

## XI.   Family of JOHN VICTIM JDOE

### a.   Estate of JOHN VICTIM JDOE (Deceased)

167.     JOHN VICTIM JDOE was about 35 years old when he was killed in the 1983 Embassy bombing. [#66] at 250.  At the time of his death, he was employed as [REDACTED] at the Embassy, and his office was [REDACTED]. Id.  It is suspected that he died instantly because

of his close proximity to the sight of the explosion, but JOHN VICTIM JDOE's body was never found; only his shoes were recovered. Id.  He is represented in this litigation by his son, JOHN CHILD1 JDOE. Id.

168.    Prior to working at the Embassy, JOHN VICTIM JDOE worked as a [REDACTED], and as a [REDACTED], including [REDACTED]. Id. at 250-51.  He worked for the Embassy for approximately [REDACTED] years. Id. at 251.

169.    At the time of the bombing, JOHN VICTIM JDOE's annual salary was $10,057 and he received full health benefits. [#65] at 53.  His projected income until his anticipated age of retirement at 64, increased by the average annual CPI rate for all future years, yields a total economic loss to his estate of approximately $1,115,000. Id. at 54.

**b.  JANE SPOUSE JDOE (Wife of JOHN VICTIM JDOE)**

170.    JANE SPOUSE JDOE was the wife of JOHN VICTIM JDOE, and was [REDACTED] years old when her husband was killed. [#89-1] at 38-39.  [REDACTED]. Id. at 39.  [REDACTED]. Id.  [REDACTED]. Id. at 42.

171.    When the bomb exploded, JANE SPOUSE JDOE was playing with their son, JOHN CHILD1 JDOE, in his room. Id.  Two minutes later, she received a phone call from her friend who worked at the Dutch Embassy, who immediately asked if JOHN VICTIM JDOE was at work. Id.  When JANE SPOUSE JDOE said yes, the friend asked which side of the building JOHN VICTIM JDOE worked in, and after JANE SPOUSE JDOE said the west side, the friend informed her that the explosion happened on that side of the building. Id.  JANE SPOUSE JDOE tried to reach the Embassy by phone, with no success, so she left JOHN CHILD1 JDOE with a neighbor and went with JOHN VICTIM JDOE's cousin to the Embassy. Id. at 42-43.  As soon as

she saw the building, she knew there was no way JOHN VICTIM JDOE could have survived. Id. at 43.

172.    JANE SPOUSE JDOE remembers going to the [REDACTED] Hospital and the morgue to find her husband's body, and seeing coworkers from the Embassy who were injured or killed. Id. at 43.  In the days following the bombing, JANE SPOUSE JDOE went to the Embassy to help identify the injured. Id. at 44.  She also visited one of JOHN VICTIM JDOE's friends at the hospital, who told her that JOHN VICTIM JDOE was sitting at his desk when the explosion occurred. Id. at 45.

173.    JANE SPOUSE JDOE assumed her husband had died, but only his shoes were found at the explosion site; his body was never recovered, and his death certificate reads "[REDACTED]." Id. at 45-46.

174.    JANE SPOUSE JDOE describes her relationship with her husband as a "deep friendship." Id. at 40.  In the weeks after her husband's death, she felt very alone, but she tried to shut down her feelings and be strong for her son. Id. at 46.  The only consolation she had was helping other widows and victims complete their worker's compensation paperwork. Id.

175.    JANE SPOUSE JDOE also searched for another place to live because she could not bear being in the house she shared with her husband. Id. at 47.  Eventually, she moved with JOHN CHILD1 JDOE to [REDACTED]. Id. at 49.

176.    On more than one occasion, JANE SPOUSE JDOE had what she described as a nervous breakdown, and she would wake up in the hospital not remembering what happened. Id. at 48.  She is also still affected by loud noises and vibrations, and has trouble being in enclosed, dark places. Id. at 49-50.

### c.   JOHN CHILD1 JDOE (Son of JOHN VICTIM JDOE)

177.     JOHN CHILD1 JDOE is the son of JOHN VICTIM JDOE, and was approximately [REDACTED] years old when his father was killed. [#66] at 255.  He does not remember much from the weeks after his father's death. Id. at 256.

178.     JOHN CHILD1 JDOE "tried not to show emotion," but felt "deeply depressed" about his father's death. Id.  He felt he had no male role model in his life. Id.  He keeps a picture of his father at his bedside, and thinks about him often. Id.  JOHN CHILD1 JDOE was "pained" that his father was not able to watch him get married, graduate, or move to [REDACTED]. Id. He also has a "constant fear of something bad happening" and suffers from "severe anxiety" as a result of his father's death. Id. at 257.

### d.  JOHN SIBILING1 JDOE (Brother of JOHN VICTIM JDOE)

179.     JOHN SIBILING1 JDOE is the younger brother of JOHN VICTIM JDOE. [#66] at 259.  At the time of the bombing, they lived on the same street and saw each other regularly. Id.  When JOHN SIBILING1 JDOE learned about the bombing, he "felt numb" and "could not stand up." Id. at 260.

180.     When he "recovered enough from the shock to be able to move," he met up with JOHN VICTIM JDOE's wife to search for JOHN VICTIM JDOE. Id.  With each body he viewed, JOHN SIBILING1 JDOE grew more afraid, and had a "terrible feeling of despair." Id.

181.     When the rescue workers recovered JOHN VICTIM JDOE's shoes, this compounded JOHN SIBILING1 JDOE's depression about losing his brother. Id. at 260.  His brother's death made him lose excitement about life, and he stopped going to school. Id. at 261. JOHN SIBILING1 JDOE also recalls that he had to lie to his mother regarding JOHN VICTIM JDOE's death because she was in poor health and might not have been able to handle the news. Id.

182.     JOHN SIBLING1 JDOE feels that he wasted his potential after his brother's death, and this makes him feel even more "disappointed, disgusted, sad, and angry." Id. at 262.

**e. Estate of JANE SIBLING2 JDOE (Sister of JOHN VICTIM JDOE)**

183.     JANE SIBLING2 JDOE was the sister of JOHN VICTIM JDOE, and she was very close to her brother. [#66] at 264. She is represented in this litigation by her son, LEGAL REPRESENTATIVE 001. Id. At the time of the bombing, JOHN VICTIM JDOE and JANE SIBLING2 JDOE were in contact on a weekly basis, last seeing each other the night before the bombing at JANE SIBLING2 JDOE's house to celebrate [REDACTED]. Id.

184.     JANE SIBLING2 JDOE was at home at the time of the bombing and first learned of the attack from television news. Id. She found the news "incredibly upsetting," causing her to worry about her brother's safety. Id.

185.     JANE SIBLING2 JDOE was very affected by her brother's death. Id. at 264-65. His death made her feel "extremely upset and disheartened," even "disturbed." Id. at 264. From that point on, JANE SIBLING2 JDOE felt that she ceased to be the "strong, confident woman who took initiative" that she was previously, and instead "became very sad, closed up and angry most of the time" while "liv[ing] in fear." Id. at 265. JANE SIBLING2 JDOE also felt depressed and had nightmares. Id.

186.     Physically, JANE SIBLING2 JDOE began to experience heart problems soon after JOHN VICTIM JDOE's death, including experiencing a heart attack. Id. at 264. These heart problems continued, and JANE SIBLING2 JDOE had a second heart attack in [REDACTED], which resulted in her death. Id.

**f. JANE SIBLING3 JDOE (Sister of JOHN VICTIM JDOE)**

187.    JANE SIBLING3 JDOE is the sister of JOHN VICTIM JDOE, and the two shared "a very good relationship." [#66] at 270.  At the time of JOHN VICTIM JDOE's death, JANE SIBLING3 JDOE would see him almost daily, as JANE SIBLING3 JDOE would watch JOHN VICTIM JDOE's son, JOHN CHILD1 JDOE, [REDACTED], and JOHN VICTIM JDOE would usually drop JOHN CHILD1 JDOE off. Id.

188.    JANE SIBLING3 JDOE was at home cooking when she heard of the bombing over the radio. Id. at 271.  JANE SIBLING3 JDOE remembers that when she heard the explosion, "[i]t was as though the day instantly became black." Id.

189.    In the days following the attack, JANE SIBLING3 JDOE's sadness "increased each day and was compounded by the subsequent news of [JOHN VICTIM JDOE]'s death . . . ." Id.  To JANE SIBLING3 JDOE, the death of JOHN VICTIM JDOE felt like losing a part of her, "almost like [she] had lost a limb or an eye." Id.  She also had persistent nightmares regarding the bombing, and trouble sleeping. Id.

190.    Because of JOHN VICTIM JDOE's death, JANE SIBLING3 JDOE also feels as though she has "lost everything," particularly because of the care and guidance JOHN VICTIM JDOE provided her. Id. at 272.  She feels particularly depressed when reminded of her brother by certain events, such as his birthday or the anniversary of his death. Id.

## XII.    Family of JOHN VICTIM KDOE and JOHN CHILD2 KDOE

### a.    Estate of JOHN VICTIM KDOE (Deceased)

191.    JOHN VICTIM KDOE was about 53 years old when he was killed in the 1983 Embassy bombing. [#66] at 278.  At the time of his death, JOHN VICTIM KDOE was employed as [REDACTED] at the Embassy. Id.  He is represented in this litigation by his son, JOHN CHILD3 KDOE. Id.

192.     JOHN VICTIM KDOE's body was found at the Embassy approximately a week after the bombing. Id.  He suffered multiple fractures and was crushed to death. Id.

193.     JOHN VICTIM KDOE had worked for [REDACTED] for over ten years before working at the Embassy. Id.  He had worked at the Embassy for [REDACTED] years, where his responsibilities included [REDACTED]. Id.

194.     At the time of the bombing, JOHN VICTIM KDOE's annual salary was $6,199, and he received medical benefits for his family. [#65] at 55.  His projected income until his anticipated age of retirement at 60, increased by the average annual CPI rate for all future years, yields a total economic loss to his estate of approximately $264,000. Id. at 56.

**b.  JOHN CHILD2 KDOE (Son of JOHN VICTIM KDOE; Injured)**

195.     JOHN CHILD2 KDOE is the son of JOHN VICTIM KDOE. [#66] at 302.  Prior to JOHN VICTIM KDOE's death, JOHN CHILD2 KDOE and JOHN VICTIM KDOE "used to do everything together," and were "good friends." Id.

196.     When JOHN CHILD2 KDOE came home from school on the day of the bombing, his mother was crying and hitting herself in reaction to the bombing, which JOHN CHILD2 KDOE found "very difficult to watch." Id. at 303.

197.     After JOHN VICTIM KDOE's death, JOHN CHILD2 KDOE became the "man of the house" and [REDACTED]. Id.  Because of this, JOHN CHILD2 KDOE was unable to complete his formal education. Id.  He was [REDACTED] years old when he started working at the Embassy. Id. at 306.

198.     JOHN CHILD2 KDOE worked [REDACTED], the job he held when the 1984 Annex bombing occurred. Id.  JOHN CHILD2 KDOE found it difficult to work at the Embassy as he was "constantly reminded of [his] father and [his father's] death." Id.

199.    At the time of the 1984 Annex bombing, JOHN CHILD2 KDOE was working in the [REDACTED] area of the Embassy when he "heard a shot outside." Id.  As he ran to see what happened, the ceiling fell on his head. Id.  Once he was able to get up, JOHN CHILD2 KDOE moved through the damaged building, checking on those who were inside. Id. at 307.  It was at this point that JOHN CHILD2 KDOE saw the body of his best friend, whose brain had been disembodied by the blast. Id.  For the remainder of the day, JOHN CHILD2 KDOE worked to help survivors get to safety. Id.  It was at some point during this time that JOHN CHILD2 KDOE realized that he could not hear out of his left ear, but he felt he could not stop what he was doing to seek treatment. Id.  It was not until two weeks after the bombing that JOHN CHILD2 KDOE was able to receive medical attention; the doctors confirmed that he had lost hearing in his left ear, and this deafness has continued. Id.

200.    JOHN CHILD2 KDOE could not sleep in the days after the bombing and still feels "haunted by the images of what [he] saw." Id.  JOHN CHILD2 KDOE continued on at the Embassy in the same position until [REDACTED], when he moved to [REDACTED]. Id. at 307-08.  JOHN CHILD2 KDOE struggled to find a job in [REDACTED], which he believes was due to his lack of formal education. Id. at 308.  He believes that had he been able to finish his education, he and his family would be "better off." Id.

**c.  Estate of JANE SPOUSE KDOE (Wife of JOHN VICTIM KDOE; Mother of JOHN CHILD2 KDOE)**

201.    JANE SPOUSE KDOE was the wife of JOHN VICTIM KDOE, [#88] at 2, and the mother of JOHN CHILD2 KDOE. [#66] at 284.  She was about [REDACTED] years old at the time of the 1983 Embassy bombing, [#88] at 2, and [REDACTED] years old at the time of

the 1984 Annex bombing. [#66] at 284.  She is represented in this litigation by her son, JOHN

CHILD3 KDOE. [#66] at 284; [#88] at 2.

202.    JANE SPOUSE KDOE and JOHN VICTIM KDOE were married in

[REDACTED] and had a "wonderful relationship." [#88] at 2.  Together, they had

[REDACTED] children, who, at the time of JOHN VICTIM KDOE's death, were

[REDACTED] years old. Id.  Prior to his death, JOHN VICTIM KDOE was a "great support" in

raising their children, and his salary and benefits provided for the entire family. Id.

203.    JANE SPOUSE KDOE was at home on the day of the 1983 bombing. Id.  After

the bombing, JANE SPOUSE KDOE went with her family to look for JOHN VICTIM KDOE.

Id.  JANE SPOUSE KDOE was in shock for the remainder of the day, and was "in agony"

during the time it took to locate JOHN VICTIM KDOE's body. Id.  When JOHN VICTIM

KDOE's body was located and JANE SPOUSE KDOE learned of its condition, she believed that

he suffered before he died. Id.  This belief "made her suffering worse" and caused her to

experience "incredible grief." Id.  JANE SPOUSE KDOE sold her jewelry and had to borrow

money in order to pay for the funeral. Id. at 2-3.  Following the funeral, JANE SPOUSE KDOE

became "deeply depressed." Id. at 3.  She felt lost and "didn't know what to do without [JOHN

VICTIM KDOE]." Id.  JANE SPOUSE KDOE continued to grieve for the rest of her life, often

stating that she missed JOHN VICTIM KDOE "too much." Id.

204.    JANE SPOUSE KDOE began to suffer a decline in her physical health, and had

heart problems, which she believed was due to her grief. [#66] at 284; [#88] at 3.  After JOHN

VICTIM KDOE's death, the Embassy gave JANE SPOUSE KDOE a small monthly stipend,

somewhere in the range of $180. [#66] at 278.[10]  JANE SPOUSE KDOE felt nervous about

letting JOHN CHILD2 KDOE work at the Embassy, but "knew that he needed to for the sake of

[the] family." Id. at 284.  While JOHN CHILD2 KDOE worked at the Embassy, JANE SPOUSE

KDOE remained terrified that he would be in danger. Id.  When her son JOHN CHILD2 KDOE

was injured in the 1984 Annex bombing, JANE SPOUSE KDOE felt "another huge burden," and

that the second bombing was "a nightmare that came true." Id.  JANE SPOUSE KDOE suffered

"great distress and anxiety" when she saw JOHN CHILD2 KDOE suffer from his injuries. Id.

JANE SPOUSE KDOE became JOHN CHILD2 KDOE's caretaker while he sought medical

attention for his injuries. Id.  She also took on the high expense of his medical visits, which

caused the family to have to cut many other expenses. Id.

### d.  JOHN CHILD3 KDOE (Son of JOHN VICTIM KDOE; Brother of JOHN CHILD2 KDOE)

205.    JOHN CHILD3 KDOE is the son of JOHN VICTIM KDOE, [#66] at 310, and the

youngest brother of JOHN CHILD2 KDOE. Id. at 316.  Prior to his death, JOHN VICTIM

KDOE would take JOHN CHILD3 KDOE with him to work on occasion, where they would

enjoy lunches together in the Embassy cafeteria. Id. at 310.  These instances made JOHN

CHILD3 KDOE feel special. Id.

206.    After JOHN VICTIM KDOE's death, JOHN CHILD3 KDOE was affected in

such a way that he felt unable to finish his education. Id. at 311.  JOHN CHILD3 KDOE believes

that he has suffered "lasting harm" as a result of JOHN VICTIM KDOE's death, suffering which

he feels is exacerbated by the impact JOHN VICTIM KDOE's death has had on the rest of the

family. Id. at 310.

---

[10] It is unclear whether Mr. Wolf included money received from the U.S. Government in his
financial projections for each of the plaintiffs. [#65] at 55-56.

207.     JOHN CHILD3 KDOE was [REDACTED] years old when JOHN CHILD2 KDOE was injured in the 1984 Annex bombing. Id. at 316.  Prior to the attack, his mother's fear that JOHN CHILD2 KDOE would be injured while working at the Embassy affected JOHN CHILD3 KDOE greatly. Id.  At the time of the bombing, JOHN CHILD3 KDOE and JOHN CHILD2 KDOE had a "very good relationship," a bond which had become even more important to JOHN CHILD3 KDOE after the loss of JOHN VICTIM KDOE. Id.

**e.   Estate of JOHN CHILD1 KDOE (Son of JOHN VICTIM KDOE; Brother of JOHN CHILD2 KDOE)**

208.     JOHN CHILD1 KDOE was the son of JOHN VICTIM KDOE, [#66] at 290, and the younger brother of JOHN CHILD2 KDOE.  Id. at 296.  He is represented in this litigation by his wife, LEGAL REPRESENTATIVE 008. Id. at 290, 296.

209.     The 1983 Embassy bombing occurred [REDACTED]. Id. at 290.  JOHN CHILD1 KDOE was very affected by the loss of his father and would sometimes wake up at night screaming. Id.  JOHN CHILD1 KDOE's widow, LEGAL REPRESENTATIVE 008, states that it seemed JOHN CHILD1 KDOE had a "very good relationship" with his father. Id.  Because of JOHN VICTIM KDOE's death, JOHN CHILD1 KDOE remained afraid that someone else he cared about would die. Id.

210.     JOHN CHILD1 KDOE had a "very special relationship" with his brother, JOHN CHILD2 KDOE. Id. at 296.  JOHN CHILD1 KDOE was very affected by JOHN CHILD2 KDOE's injuries, suffering "greatly from anxiety and depression." Id.

211.     Due the trauma he experienced after the two bombings, JOHN CHILD1 KDOE found it difficult to remain in Lebanon and moved to [REDACTED]. Id.  For the rest of JOHN

CHILD1 KDOE's life, he was "very anxious" about ever returning to Lebanon and fearful that something would happen to his family there. Id.

## XIII.  Family of JANE VICTIM LDOE

### a.  Estate of JANE VICTIM LDOE (Deceased)

212.     JANE VICTIM LDOE was about 37 years old when she was killed in the 1983 Embassy bombing. [#66] at 322.  She was employed at the Embassy as [REDACTED]. Id.  She is represented in this litigation by her brother, JOHN SIBLING1 LDOE. Id.

213.     JANE VICTIM LDOE had been working at the Embassy for somewhere between [REDACTED] at the time of the attack. Id.  JANE VICTIM LDOE is believed to have either been in the hallway just outside of the cafeteria, or inside the cafeteria itself, at the time the bombing occurred. Id.   Her body was identified by JOHN SIBLING1 LDOE, who was told that she died from exposure to gas from the explosion and from the blast's shockwave. Id.

214.     Prior to working at the Embassy, JANE VICTIM LDOE had been employed at [REDACTED] for approximately [REDACTED] years. Id.  According to JOHN SIBLING1 LDOE, JANE VICTIM LDOE planned to work at the Embassy for the rest of her career, at which point she intended to immigrate to [REDACTED]. Id. at 323.

215.     At the time of the bombing, JANE VICTIM LDOE's annual salary was $9,677, and she received health insurance benefits. [#65] at 56.  Her projected income until her anticipated age of retirement at 64, increased by the average annual CPI rate for all future years, yields a total economic loss to her estate of approximately $945,000. Id. at 57.

### b.  JANE PARENT1 LDOE (Mother of JANE VICTIM LDOE)

216.     JANE PARENT1 LDOE is the mother of JANE VICTIM LDOE, and was about [REDACTED] years old at the time of the 1983 Embassy bombing. [#66] at 337.  Due to dementia, she is represented in this litigation by her son, JOHN SIBLING1 LDOE. Id.

217.     JANE PARENT1 LDOE and JANE VICTIM LDOE had "a very special bond, a very tender relationship," and out of all of JANE PARENT1 LDOE's children, she was especially close to JANE VICTIM LDOE. Id. at 338.  JANE PARENT1 LDOE and JANE VICTIM LDOE lived together at the time of the bombing, and JANE VICTIM LDOE had promised that if she ever married, she would live in the same house as JANE PARENT1 LDOE. Id.

218.     JANE PARENT1 LDOE first learned of the attack from neighbors and from JOHN SIBLING1 LDOE. Id.  Her reactions were that of shock and worry, and she cried and pulled her hair when she received the news. Id.  JANE PARENT1 LDOE suffered from nightmares after the bombing and would wake up shouting, "Where is [JANE VICTIM LDOE]? Why has she not come home?  Call her!  Find out where she is!" Id. at 339.  When JANE VICTIM LDOE's body was found in the wreckage three days after the attack, the news of her death was "catastrophic and demoralizing" for JANE PARENT1 LDOE. Id. at 338.  She became deeply depressed and has been hospitalized over the years "several times" due to this depression. Id. at 338-39.

219.     JOHN SIBLING1 LDOE stated that JANE PARENT1 LDOE "has continued her life on tranquilizers, antidepressants, and other medicines as a way to cope" with the loss of JANE VICTIM LDOE. Id. at 339.  She wore black for years to grieve for JANE VICTIM LDOE and visited her grave at least twice a year, though has since stopped taking these visits when the depression that followed them "became too much for [JANE PARENT1 LDOE] to handle." Id.

**c.  JANE SIBLING2 LDOE (Sister of JANE VICTIM LDOE)**

220.    JANE SIBLING2 LDOE is the younger sister of JANE VICTIM LDOE. [#66] at 330.  When they were children, the two would play together and JANE VICTIM LDOE took care of and looked out for JANE SIBLING2 LDOE. Id.  They became even closer after their other siblings married, remaining so into adulthood, and were living in the same house at the time of the bombing. Id.  Prior to her death, JANE VICTIM LDOE also provided financial support for JANE SIBLING2 LDOE, as well as for the rest of the family. Id.

221.    JANE SIBLING2 LDOE first learned of the attack later that day while at work. Id.  Upon hearing of the attack, JANE SIBLING2 LDOE began "running around the office in a crazy manner." Id.  When she returned home, the scene she encountered was "one of hysteria and crying." Id. at 331.

222.    At JANE VICTIM LDOE's funeral, JANE SIBLING2 LDOE experienced "deep sorrow, anguish, pain, and incredible grief," feelings which she described as "unbelievable [and] incomprehensible." Id. at 331.  She still experiences anger, depression, flashbacks, and nightmares, though the nightmares and flashbacks are less frequent than they were previously. Id.  She is still afraid that "something bad is going to happen." Id.  JANE SIBLING2 LDOE also feels as if she lost her "support" when JANE VICTIM LDOE died. Id.

223.    After JANE VICTIM LDOE's death, JANE SIBLING2 LDOE became JANE PARENT1 LDOE's sole caretaker, forcing her to quit her job. Id.

**d.  JOHN SIBLING1 LDOE (Brother of JANE VICTIM LDOE)**

224.    JOHN SIBLING1 LDOE is the brother of JANE VICTIM LDOE. [#93-1] at 918. JOHN SIBLING1 LDOE testified that of all his siblings, he was closest to JANE VICTIM LDOE. Id. at 923.

225.     JOHN SIBLING1 LDOE was about a kilometer away from his mother's house when he heard about the bombing. Id. at 926.  He went to the Embassy to look for his sister, and remembers that the police would bring body bags over for him to look at to see if his sister was inside. Id. at 927.  He finally identified JANE VICTIM LDOE's body at a hospital. Id.

226.     JOHN SIBLING1 LDOE testified that when he remembers his sister, he cries. Id. at 935.  After JANE VICTIM LDOE's death, JOHN SIBLING1 LDOE took responsibility for caring for their mother, which forced him to discontinue his teaching work. Id. at 936-37.  He describes his sister's death as a "total loss." Id. at 941.

## XIV.    Family of JOHN VICTIM MDOE

### a.    Estate of JOHN VICTIM MDOE (Deceased)

227.     JOHN VICTIM MDOE was 21 years old when he was killed in the 1983 Embassy bombing. [#66] at 346.  At the time of his death, he was employed as [REDACTED] at the Embassy. Id.  When the bombing occurred, JOHN VICTIM MDOE was in a section of the Embassy that completely collapsed. Id. at 359.  His body was thrown in the air and later found a block from the Embassy, missing part of [REDACTED]. Id.  He is represented in this litigation by his brother, JOHN SIBLING1 MDOE. Id. at 346.

228.     At the time of the bombing, JOHN VICTIM MDOE's annual salary was $6,549. [#65] at 57.  His projected income until his anticipated age of retirement at 64, increased by the average annual CPI rate for all future years, yields a total economic loss to his estate of approximately $893,000. Id. at 58.

### b.    Estate of JANE PARENT1 MDOE (Mother of JOHN VICTIM MDOE)

229.     JANE PARENT1 MDOE was the mother of JOHN VICTIM MDOE. [#66] at 362.  She is represented in this litigation by her son, JOHN SIBLING1 MDOE. Id.

230.    JOHN VICTIM MDOE and JANE PARENT1 MDOE had an "exceptional relationship." Id.

231.    After the prior death of JANE PARENT1 MDOE's husband, JOHN VICTIM MDOE became the sole financial provider for her and the rest of the family, and remained so until his death. Id.

232.    JANE PARENT1 MDOE was "completely devastated" when she heard the news of JOHN VICTIM MDOE's death. Id.  After that point, she stayed at home "all the time" and cried "constantly." Id.  JANE PARENT1 MDOE wore black every day for twenty years to mourn JOHN VICTIM MDOE. Id. at 363.  JOHN SIBLING1 MDOE believes that this grief caused JANE PARENT1 MDOE to develop diabetes, heart problems, high cholesterol, and nerve problems, which he in turn believes shortened her life. Id.  The loss of JOHN VICTIM MDOE's income made it difficult for her to purchase food, let alone to cover the medical costs associated with these ailments. Id.

c.  **JOHN SIBLING1 MDOE (Brother of JOHN VICTIM MDOE)**

233.    JOHN SIBLING1 MDOE is the brother of JOHN VICTIM MDOE, and the two were "very, very close" and were "much more than brothers." [#66] at 352.  JOHN VICTIM MDOE was the sole financial provider for JOHN SIBLING1 MDOE, as well as for the rest of the family. Id.

234.    At the time of the bombing, JOHN SIBLING1 MDOE was away from home at [REDACTED]. Id.  He returned home for JOHN VICTIM MDOE's funeral, where he felt "overcome with anger and sadness." Id.  After the funeral, JOHN SIBLING1 MDOE began to act irrationally, becoming enraged and violent due to the "smallest thing." Id.  JOHN SIBLING1

MDOE describes JOHN VICTIM MDOE's death as akin to "a wound to [his] heart that can never be healed." Id. at 353.

### d.  JOHN SIBLING2 MDOE (Brother of JOHN VICTIM MDOE)

235.    JOHN SIBLING2 MDOE is the brother of JOHN VICTIM MDOE, and described his brother as being "everything" to him and his "role model." [#66] at 358.  JOHN SIBLING2 MDOE was about [REDACTED] years old at the time of JOHN VICTIM MDOE's death. Id. JOHN VICTIM MDOE was the sole financial provider for JOHN SIBLING2 MDOE, as well as for the rest of the family. Id.

236.    JOHN SIBLING2 MDOE returned home immediately upon learning of the bombing. Id. at 359.  However, in an effort to protect him, JOHN SIBLING2 MDOE's family did not tell him of JOHN VICTIM MDOE's death until three days later, during which time JOHN SIBLING2 MDOE was sent to stay with a friend. Id.  The family held the funeral during that time because they believed that JOHN SIBLING2 MDOE could not have handled seeing JOHN VICTIM MDOE buried. Id.  When he did learn of JOHN VICTIM MDOE's death, JOHN SIBLING2 MDOE was "utterly devastated." Id.  After that time, JOHN SIBLING2 MDOE fell into an "extreme depression," from which he believes he has never recovered. Id.  Because of JOHN VICTIM MDOE's death, JOHN SIBLING2 MDOE's beliefs in God, life, and "absolutely everything" have been "totally shaken." Id.

237.    JOHN SIBLING2 MDOE felt that he could no longer concentrate in school, and he later dropped out. Id. at 360.  He continues to suffer from depression and has reccuring nightmares about JOHN VICTIM MDOE. Id.

### XV.    Family of JANE VICTIM NDOE

### a.  Estate of JANE VICTIM NDOE (Deceased)

238.     JANE VICTIM NDOE was about 22 years old when she was killed in the 1983 Embassy bombing. [#66] at 368.  At the time of her death, she was employed as [REDACTED] the Embassy, a job which she had [REDACTED] before the attack. Id.  JANE VICTIM NDOE had previously been employed as [REDACTED]. Id.  She is represented in this litigation by her brother, JOHN SIBLING3 NDOE. Id.

239.     JANE VICTIM NDOE was at the Embassy at the time of the bombing; however, the exact circumstances of her death are otherwise unknown. Id.

240.     At the time of the bombing, JANE VICTIM NDOE's annual salary was $7,859. [#65] at 58.  Her projected income until her anticipated age of retirement at 64, increased by the average annual CPI rate for all future years, yields a total economic loss to her estate of approximately $1,058,000. Id. at 59.

**b.  Estate of JOHN PARENT1 NDOE (Father of JANE VICTIM NDOE)**

241.     JOHN PARENT1 NDOE was the father of JANE VICTIM NDOE. [#93-1] at 1015.  He is represented in this litigation by his son, JOHN SIBLING1 NDOE. Id. at 1018.

242.     JOHN PARENT1 NDOE and JANE VICTIM NDOE had a close relationship, especially as JOHN PARENT1 NDOE got older. Id. at 1063.  They spoke every day about JOHN PARENT1 NDOE's health, and JANE VICTIM NDOE would visit JOHN PARENT1 NDOE to check in on him. Id. at 1063-64.

243.     JOHN PARENT1 NDOE heard the bomb explode. Id. at 1065.  Because JOHN PARENT1 NDOE used to work at the Embassy as [REDACTED], he knew exactly where the explosion occurred and, at first, did not think his daughter was nearby. Id. at 1065-66.

244.     When JOHN SIBLING1 NDOE spoke to his father by telephone, he would "use a whole [calling] card without getting anything from him more than just tears." Id. at 1069.  JOHN

SIBLING1 NDOE recalls that JOHN PARENT1 NDOE never drank alcohol prior to JANE

VICTIM NDOE's death, but after she died, he began to drink to cope with the loss. Id. at 1073.

### c.   JANE PARENT2 NDOE (Mother of JANE VICTIM NDOE)

245.    JANE PARENT2 NDOE is the mother of JANE VICTIM NDOE. [#93-1] at

1081.  JANE VICTIM NDOE was living at her parents' home at the time of the bombing. Id.

JANE PARENT2 NDOE heard about the bombing from her neighbors. Id. at 1084.

246.    JANE PARENT2 NDOE still wears a picture of her daughter in a necklace, and

sleeps with the necklace on. Id. at 1088.  Even though it has been over 30 years, JANE

PARENT2 NDOE still cries when she looks at pictures of JANE VICTIM NDOE. Id.

### d.   JOHN SIBLING1 NDOE (Brother of JANE VICTIM NDOE)

247.    JOHN SIBLING1 NDOE is the brother of JANE VICTIM NDOE. [#93-1] at

1014.  JOHN SIBLING1 NDOE and JANE VICTIM NDOE would speak on the telephone every

few weeks. Id. at 1029.  When he heard about the bombing, JOHN SIBLING1 NDOE thought,

"it can't be," because he had just spoken with his sister. Id. at 1033.

248.    In the first few months following the attack, JOHN SIBLING1 NDOE found it

difficult to think about other things besides his sister's death. Id. at 1044-45.  He testified that the

emotional pain of losing his sister is "uneraseable." Id. at 1052.

249.    JOHN SIBLING1 NDOE believes that he has to spend more of his own money

supporting his family than he did before his sister's death, because JANE VICTIM NDOE used

to contribute financially. Id. at 1050.

### e.   JANE SIBLING6 NDOE (Sister of JANE VICTIM NDOE)

250.     JANE SIBLING6 NDOE is the older sister of JANE VICTIM NDOE, and the two shared a "very close relationship as sisters." [#66] at 403.  Additionally, JANE SIBLING6 NDOE had helped their mother deliver JANE VICTIM NDOE and felt "like a mother" to her. Id.

251.     JANE SIBLING6 NDOE was living in [REDACTED] with her husband at the time of the attack. Id. at 403-04.  When she was told of the bombing, JANE SIBLING6 NDOE's reaction was one of shock. Id. at 404.  She returned home to Lebanon for JANE VICTIM NDOE's funeral and for 40 days of mourning. Id.  JANE SIBLING6 NDOE found it very difficult to deal with the loss because JANE VICTIM NDOE was so young when she died. Id.

252.     Since the loss of JANE VICTIM NDOE, JANE SIBLING6 NDOE has suffered from chronic neck pain, which she believes is due to the stress of those events. Id. at 405.  She also has trouble sleeping. Id.

**f.   JANE SIBLING5 NDOE (Sister of JANE VICTIM NDOE)**

253.     JANE SIBLING5 NDOE is the sister of JANE VICTIM NDOE, and the two were "very close." [#66] at 395.  JANE SIBLING5 NDOE was about [REDACTED] years old at the time of the attack. Id.

254.     On the day of the bombing, JANE SIBLING5 NDOE was at a friend's house when she felt the building shake, presumably from the power of the explosion. Id. at 396.  At this point, JANE SIBLING5 NDOE turned on the radio and heard the news of the attack. Id.  She then ran home, where she told their mother, JANE PARENT2 NDOE, of the attack; JANE PARENT2 NDOE's reaction was to hit herself and shriek, "The girl is gone!" Id.  JANE SIBLING5 NDOE described this reaction as "horrible." Id.  It was not until that evening when JANE VICTIM NDOE's name was announced on the radio as having died in the attack that JANE SIBLING5 NDOE found out what had happened to her sister. Id.

255.   After JANE VICTIM NDOE's funeral, JANE SIBLING5 NDOE wore black clothing in mourning for a year, and she did not wear makeup or style her hair for that time as a tribute to her sister. Id.

256.   JANE SIBLING5 NDOE suffers from health problems, which she believes are attributable to the shock of her sister's death. Id. at 397.  These include depression and migraines. Id.  JANE SIBLING5 NDOE still cries when she thinks or speaks of JANE VICTIM NDOE. Id.

**g.  JOHN SIBLING3 NDOE (Brother of JANE VICTIM NDOE)**

257.   JOHN SIBLING3 NDOE is the brother of JANE VICTIM NDOE, and the two had a "very good relationship as siblings." [#66] at 381.  JOHN SIBLING3 NDOE describes JANE VICTIM NDOE as being "everything" to him. Id.  He was about [REDACTED] years old at the time of JANE VICTIM NDOE's death. Id.

258.   JOHN SIBLING3 NDOE was on the bus home from school on the day of the bombing. Id.  He first heard news of the bombing on the radio. Id.  When JOHN SIBLING3 NDOE returned home, he found that his parents had already gone to look for JANE VICTIM NDOE, so he waited for three to four hours with the other younger siblings. Id.  They heard JANE VICTIM NDOE's name announced as dead on the radio while they were waiting for their parents to return home. Id.  The news was "very hard" for JOHN SIBLING3 NDOE to hear. Id.

259.   JOHN SIBLING3 NDOE found the time after JANE VICTIM NDOE's death to be "very hard" for him. Id.  His mother put pictures of JANE VICTIM NDOE around the house, which JOHN SIBLING3 NDOE found upsetting, and the family did not celebrate any holidays for years due to their grief. Id.

**h.  JOHN SIBLING2 NDOE (Brother of JANE VICTIM NDOE)**

260.     JOHN SIBLING2 NDOE is the brother of JANE VICTIM NDOE, and the two

shared a "great relationship." [#66] at 375.  JOHN SIBLING2 NDOE was about [REDACTED]

years old at the time of JANE VICTIM NDOE's death. Id.

261.     JOHN SIBLING2 NDOE was working in [REDACTED] at the time of the

bombing. Id.  He first learned of the attack from one of his brothers. Id.  After attempting to

reach his family by telephone for four hours, JOHN SIBLING2 NDOE finally learned of his

sister's death. Id.  Upon hearing the news, he was "shocked and very sad." Id.  JOHN SIBLING2

NDOE returned home to Lebanon to see JANE VICTIM NDOE's body in the hospital; she had

lost [REDACTED] and the rest of her body was "severely injured." Id. at 375-76.

262.     JOHN SIBLING2 NDOE wore black for a year in mourning for JANE VICTIM

NDOE. Id. at 376.  He had trouble sleeping for three years due to nightly dreams of JANE

VICTIM NDOE. Id.  Thinking about what JANE VICTIM NDOE's life might have become

"fills [him] with anger and a deep sadness." Id.

   **i.   JANE SIBLING4 NDOE (Sister of JANE VICTIM NDOE)**

263.     JANE SIBLING4 NDOE is the sister of JANE VICTIM NDOE. [#66] at 389.

JANE SIBLING4 NDOE and JANE VICTIM NDOE were "true friends." Id.  JANE SIBLING4

NDOE was about [REDACTED] years old when JANE VICTIM NDOE died. Id.

264.     JANE SIBLING4 NDOE was walking outside about 10 or 12 blocks from the

Embassy when she heard the explosion. Id. at 390.  When she returned to work, JANE

SIBLING4 NDOE learned that the explosion occurred at the Embassy. Id.  Though

[REDACTED] at the time, JANE SIBLING4 NDOE ran to the Embassy to try and find her

sister. Id.  She later tried to sneak into the hospital to see if she could find JANE VICTIM

NDOE. Id. at 391.  After JANE SIBLING4 NDOE's family arrived at the hospital, they went to

the morgue to discover JANE VICTIM NDOE was there labeled as "[REDACTED]." Id.

265.    JANE SIBLING4 NDOE still finds it emotional to think about JANE VICTIM

NDOE. Id.  Additionally, she believes she suffers from "survivor's guilt" for suggesting that

JANE VICTIM NDOE apply for the Embassy job. Id.  She has also found it difficult to watch

her family suffer from JANE VICTIM NDOE's death. Id.

### j.   JANE SIBLING7 NDOE (Sister of JANE VICTIM NDOE)

266.    JANE SIBLING7 NDOE is the sister of JANE VICTIM NDOE. [#66] at 411.

JANE SIBLING7 NDOE describes JANE VICTIM NDOE as being "a wonderful big sister." Id.

267.    JANE SIBLING7 NDOE was on a bus home from school at the time of the 1983

Embassy bombing. Id. at 412.  The bus driver then turned on the radio, which is how JANE

SIBLING7 NDOE first heard the Embassy had been attacked. Id.  She began "shouting [JANE

VICTIM NDOE]'s name in distress." Id.  Once home, JANE SIBLING7 NDOE waited two

hours for her parents to return; when they did and JANE SIBLING7 NDOE saw how upset her

mother was, she knew that JANE VICTIM NDOE was dead. Id.  This was a "terrible shock" to

JANE SIBLING7 NDOE. Id.

268.    JANE SIBLING7 NDOE found it very difficult to watch JANE VICTIM NDOE's

funeral procession. Id. at 413.  Afterward, she would dream of JANE VICTIM NDOE, which

would cause her to wake up crying and shouting. Id.  JANE SIBLING7 NDOE wore black for a

year in mourning of JANE VICTIM NDOE. Id.  Every April, JANE SIBLING7 NDOE takes

their mother to the annual memorial service at the Embassy, where they cry together. Id.  JANE

SIBLING7 NDOE is still sad over the loss of JANE VICTIM NDOE, who is "always on [her]

mind." Id. at 413-14.

Case 1:08-cv-00540-JDB   Document 103   Filed 04/12/13   Page 56 of 252

**XVI.  Family of JOHN VICTIM ODOE**

    **a.  Estate of JOHN VICTIM ODOE (Deceased)**

269.    JOHN VICTIM ODOE was about 32 years old when he was killed in the 1983 Embassy Bombing. [#66] at 419.  At the time of his death, JOHN VICTIM ODOE was employed in [REDACTED] at the Embassy. Id.  He had been working at the Embassy for more than [REDACTED] years when the attack occurred. Id.  He is represented in this litigation by his mother, JANE PARENT1 ODOE. Id.

270.    JOHN VICTIM ODOE was working in his office at the time of the bombing. Id.  When his mother later saw his body, she noted that JOHN VICTIM ODOE's [REDACTED] had been injured. Id.

271.    At the time of the bombing, JOHN VICTIM ODOE's annual salary was $7,419. [#65] at 59.  His projected income until his anticipated age of retirement at 64, increased by the average annual CPI rate for all future years, yields a total economic loss to his estate of approximately $865,000. Id. at 59-60.

    **b.  JANE PARENT1 ODOE (Mother of JOHN VICTIM ODOE)**

272.    JANE PARENT1 ODOE is the mother of JOHN VICTIM ODOE. [#66] at 425.  JOHN VICTIM ODOE was JANE PARENT1 ODOE's only child and the two had "a very close relationship" when he was growing up, which continued into his adulthood. Id.  JOHN VICTIM ODOE was living with JANE PARENT1 ODOE at the time of his death and they would spend time together every day when he returned home from work. Id.

273.    JANE PARENT1 ODOE was at home at the time of the bombing. Id.  She first learned of the attack from her husband. Id.  When she heard the news, JANE PARENT1 ODOE

56

was in shock and felt "an enormous sense of loss." Id. at 426. JANE PARENT1 ODOE saw

JOHN VICTIM ODOE's body after the attack and noted the injuries to his [REDACTED]. Id.

274.    JANE PARENT1 ODOE was "very depressed" in the weeks after JOHN VICTIM

ODOE's death. Id. She still suffers from depression. Id. She also continues to suffer from

nightmares and insomnia. Id. Though she takes medication for the insomnia, she still cannot

sleep for more than two hours a night. Id. She feels lonely and believes her emotional problems

are "getting worse all the time." Id. She thinks of JOHN VICTIM ODOE "every second." Id.

## XVII.  Family of JOHN VICTIM PDOE

### a.  Estate of JOHN VICTIM PDOE (Deceased)

275.    JOHN VICTIM PDOE was about 53 years old when he was killed in the 1983

Embassy bombing. [#66] at 431. At the time of his death, JOHN VICTIM PDOE was employed

in [REDACTED] of the Embassy. Id.  He is represented in this litigation by his wife, JANE

SPOUSE PDOE. Id.

276.    Before working at the Embassy, JOHN VICTIM PDOE was previously employed

at [REDACTED]. Id. He had been employed at the Embassy for over [REDACTED] years

when he died. Id.

277.    JOHN VICTIM PDOE was working at the Embassy at the time of the attack. Id.

The exact circumstances of his death are unknown. Id.[11] It took 15 days to recover his body

from the rubble. Id.

278.    At the time of the bombing, JOHN VICTIM PDOE's annual salary was $10,147.

[#65] at 61. His projected income until his anticipated age of retirement at 64, increased by the

---

[11]According to the Affidavit of JOHN CHILD1 PDOE, JOHN CHILD1 PDOE states that he had
been told JOHN VICTIM PDOE had gone to the cafeteria for his lunch break when the bombing
occurred, though it is unclear under what circumstances and from whom he received this
information. [#66] at 443.

average annual CPI rate for all future years, yields a total economic loss to his estate of

approximately $572,000. Id.[12]

**b.   JANE SPOUSE PDOE (Wife of JOHN VICTIM PDOE)**

279.     JANE SPOUSE PDOE was the wife of JOHN VICTIM PDOE. [#66] at 437.

280.     JANE SPOUSE PDOE was at home at the time of the attack. Id.  She first learned

of the bombing from the radio. Id.  She rushed to the Embassy in search of JOHN VICTIM

PDOE, but could not find him. Id.  She describes the ensuing 15 days prior to the recovery of his

body as a "terrible time." Id.

281.     JOHN VICTIM PDOE's death came as a "shock" to JANE SPOUSE PDOE. Id.

She struggled to come to terms with his unexpected demise. Id.  JANE SPOUSE PDOE felt as if

she had lost everything, especially since she had previously lost her parents and brother. Id.

282.     JANE SPOUSE PDOE attests that her life has been very difficult since JOHN

VICTIM PDOE's death. Id. at 438.  She no longer owns her own home and has had to move into

a rented house with her daughter. Id.

**c.   JOHN CHILD4 PDOE (Son of JOHN VICTIM PDOE)**

283.     JOHN CHILD4 PDOE is the son of JOHN VICTIM PDOE, [#93-1] at 1309, and

was about [REDACTED] years old at the time of the 1983 Embassy bombing. Id. at 1311.

JOHN CHILD4 PDOE was in school when the bombing occurred, and, after hearing a rumor

about the attack, he went directly to the Embassy. Id. at 1317.  When he arrived, he saw that half

---

[12] According to the Affidavit of JANE SPOUSE PDOE supporting her claims for the death of her husband, she has been receiving JOHN VICTIM PDOE's pension of approximately $1,050 per month from the Embassy. [#66] at 438.  It is unclear whether Mr. Wolf included this figure in his financial projections, though he does state that JOHN VICTIM PDOE was the sole provider for the family and that JANE SPOUSE PDOE has no other source of income, a possible indication that these funds were not included. [#65] at 61.

the building had collapsed. Id.  He recalls that every time a new body was recovered, he would go with his family to the hospital to see if it was JOHN VICTIM PDOE. Id. at 1318.

284.    Following his father's funeral, JOHN CHILD4 PDOE felt lost, and did not go to school or find a job. Id. at 1322.  JOHN CHILD4 PDOE wanted to be a doctor, but believes that his plan to do so "went away" when his father died. Id. at 1327.

**d.  JOHN CHILD2 PDOE (Son of JOHN VICTIM PDOE)**

285.    JOHN CHILD2 PDOE is the son of JOHN VICTIM PDOE, and the two had a "good relationship." [#66] at 449.  JOHN CHILD2 PDOE describes JOHN VICTIM PDOE as a "good father." Id.

286.    JOHN CHILD2 PDOE was asleep at home at the time of the bombing. Id.  A neighbor woke him up and told him of the bombing and that the Embassy had collapsed. Id. JOHN CHILD2 PDOE then ran crying from their house to the Embassy. Id.  He described the scene at the Embassy as "a horrible sight, worse than anything [he] could have imagined." Id.

287.    JOHN CHILD2 PDOE describes learning of his father's death as a 'terrible shock." Id.  JOHN CHILD2 PDOE was in denial for a long time. Id.  For six months after the attack, JOHN CHILD2 PDOE felt "lost" and "did not know where to turn for help." Id.

288.    After JOHN VICTIM PDOE's death, JOHN CHILD2 PDOE found it difficult to witness his family's suffering. Id. at 450.  Additionally, JOHN CHILD2 PDOE had to end his enrollment in an [REDACTED] program at [REDACTED] to take a full-time [REDACTED] job to support the family. Id.

**e.  JOHN CHILD1 PDOE (Son of JOHN VICTIM PDOE)**

289.    JOHN CHILD1 PDOE is the son of JOHN VICTIM PDOE, and the two had a "good relationship." [#66] at 443.  JOHN CHILD1 PDOE describes JOHN VICTIM PDOE as a

"good father who supported his entire family." Id.  JOHN CHILD1 PDOE was proud of JOHN

VICTIM PDOE and the work he did. Id.

290.   JOHN CHILD1 PDOE first heard of the bombing from his mother, who told him

there had been an explosion near the Embassy. Id.  When he later found out that the Embassy

itself had been attacked, he was "shocked." Id.  JOHN CHILD1 PDOE rushed to the Embassy

and saw that "everything was destroyed." Id. at 444.  While there, JOHN CHILD1 PDOE saw an

Embassy employee who knew JOHN VICTIM PDOE; the employee started to cry and said,

"[JOHN CHILD1 PDOE], I'm sorry, your dad is dead." Id.

291.   Once the fire department recovered JOHN VICTIM PDOE's body, JOHN

CHILD1 PDOE was asked to identify it. Id.  According to JOHN CHILD1 PDOE, his father's

body was "burned and covered in sand." Id.  This was a "terrible" experience for him. Id.

292.   JOHN CHILD1 PDOE feels that the bombing ended the "good life" his family

previously enjoyed, and that the family "struggled during that terrible time." Id.  He quit school

to help support the family, taking a job in [REDACTED]. Id.

293.   JOHN CHILD1 PDOE still carries a photo of JOHN VICTIM PDOE. Id.  He

states that he cannot forget what happened to his father and that "[n]othing can replace the soul

of a lost loved one." Id.

   **f.  JANE CHILD5 PDOE (Daughter of JOHN VICTIM PDOE)**

294.   JANE CHILD5 PDOE is the daughter of JOHN VICTIM PDOE, and the two

shared a "very good relationship." [#66] at 461.  JANE CHILD5 PDOE suffers from a physical

handicap, predating JOHN VICTIM PDOE's death, and JOHN VICTIM PDOE "always took

good care" of JANE CHILD5 PDOE. Id.  She was about [REDACTED] years old at the time of

the attack. Id.

295.   JANE CHILD5 PDOE was visiting her grandmother on the day of the bombing, and she did not learn of the attack until that night when the bombing was reported on television. Id.  Upon seeing the report, JANE CHILD5 PDOE took a cab home to be with her family. Id. JANE CHILD5 PDOE was "very sad" to learn of her father's death and became "deeply depressed" thereafter. Id.  She describes watching JOHN VICTIM PDOE's burial as being "very difficult" for her. Id.

296.   Prior to his death, JOHN VICTIM PDOE would frequently take JANE CHILD5 PDOE to treatment for her handicap. Id. at 462.  After JOHN VICTIM PDOE died, JANE CHILD5 PDOE believed that she was so "unwell psychologically" that she felt she could not continue treatment. Id.  She believes that if she had been able to continue treatment, it is possible that she would have been able to regain the use of her arm and shoulder, and that it is possible she would have been able to find work to support herself. Id.

297.   JANE CHILD5 PDOE still misses the way JOHN VICTIM PDOE took care of her. Id.  She feels that "nothing can ever replace him in [her] heart." Id.

**g.  JOHN CHILD3 PDOE (Son of JOHN VICTIM PDOE)**

298.   JOHN CHILD3 PDOE is the son of JOHN VICTIM PDOE. [#66] at 455.  JOHN CHILD3 PDOE was about [REDACTED] years old at the time of JOHN VICTIM PDOE's death. Id.  JOHN CHILD3 PDOE and JOHN VICTIM PDOE shared a "good relationship" before JOHN VICTIM PDOE died. Id. at 456.

299.   JOHN CHILD3 PDOE was at school at the time of the attack. Id. at 455.  His aunt and sister first told him of the attack. Id.  When he returned home, his mother was crying and told him that JOHN VICTIM PDOE was "gone and would never come back," which JOHN CHILD3 PDOE describes as "a horrible moment." Id.

300.     Because of his young age and the danger associated with it, JOHN CHILD3 PDOE's family would not let him walk in JOHN VICTIM PDOE's funeral procession. Id.  This "pained" JOHN CHILD3 PDOE. Id.

301.     After JOHN VICTIM PDOE's death, JOHN CHILD3 PDOE felt "sad and lost" and "like [he] was homeless." Id. at 456.  He "lost [his] confidence" without his father. Id. JOHN CHILD3 PDOE found it troubling to watch his mother suffer, crying with her whenever she cried. Id.  He would also wake up at night asking for his father. Id.

302.     JOHN CHILD3 PDOE's school ejected him, knowing that the family could no longer afford to pay for his education after JOHN VICTIM PDOE's death. Id.  JOHN CHILD3 PDOE's dreams of completing his education and becoming a pilot "vanished." Id. at 457.  JOHN CHILD3 PDOE tried to find work to help support his family, but at [REDACTED] years old he often found this to be difficult and the family was "barely surviving" during this time. Id.

**h.  Estate of JOHN SIBLING1 PDOE (Brother of JOHN VICTIM PDOE)**

303.     JOHN SIBLING1 PDOE was the brother of JOHN VICTIM PDOE, and the two had an "extremely close relationship." [#66] at 467.  JOHN SIBLING1 PDOE is represented in this litigation by his son, LEGAL REPRESENTATIVE 010. Id.

304.     JOHN SIBLING1 PDOE and JOHN VICTIM PDOE had worked together at [REDACTED] prior to JOHN VICTIM PDOE's employment at the Embassy. Id. at 468. Through that work, the two got to know Embassy employees. Id.  JOHN SIBLING1 PDOE asked these contacts if they could help JOHN VICTIM PDOE get a job at the Embassy, which resulted in JOHN VICTIM PDOE's employment there. Id.

305.     JOHN SIBLING1 PDOE was home sick on the day of the attack. Id.  It is unclear how JOHN SIBLING1 PDOE learned of the attack or of JOHN VICTIM PDOE's death. Id.

306.     JOHN VICTIM PDOE's death was a "terrible shock" for JOHN SIBLING1

PDOE. Id.  JOHN SIBLING1 PDOE was "very deeply shocked, saddened, and depressed" by

the loss of his brother. Id.  After JOHN VICTIM PDOE's death, JOHN SIBLING1 PDOE

stopped speaking, though he would sometimes scream. Id.  LEGAL REPRESENTATIVE 010

believes this is attributable to the "profound shock" JOHN SIBLING1 PDOE experienced due to

JOHN VICTIM PDOE's death. Id.  LEGAL REPRESENTATIVE 010 also believes this is the

reason JOHN SIBLING1 PDOE became unable to leave his bed. Id.

## XVIII. Family of JOHN VICTIM QDOE

### a.  JOHN VICTIM QDOE (Injured)

307.     JOHN VICTIM QDOE was approximately 37 years old when he was injured in

the 1983 Embassy bombing. [#93-1] at 81.  At that time, he was the [REDACTED] at the

Embassy. Id.

308.     Before the bombing, JOHN VICTIM QDOE played soccer and tennis. Id. at 100.

He also enjoyed swimming. Id.

309.     JOHN VICTIM QDOE was in the [REDACTED] Section when the bombing

exploded. Id. at 102.  He remembers waking up and screaming for help, but there was blood in

his mouth. Id. at 103.  He felt someone pulling on his leg, and then he woke up in the hospital.

Id.  He recalls that his injuries were so severe that at first his family was not permitted to tell him

what happened. Id. at 107-08.  Eventually, after a few days JOHN VICTIM QDOE's doctors

explained that JOHN VICTIM QDOE suffered a bad eye injury and lost part of his nose. Id. at

108.  Eight or nine days after the bombing, JOHN VICTIM QDOE went to use the bathroom at

the hospital and saw his reflection, which caused him to faint. Id.

310. JOHN VICTIM QDOE was in the hospital for almost two months. Id. at 109. His hands were badly burned as well. Id. He testified that he "tasted death" and "felt it under [his] skin." Id. at 113. JOHN VICTIM QDOE underwent "something like five operations" to try to fix his eye and nose, but he was left permanently disfigured. Id. at 115-16. He wears a prosthetic eye which causes him pain. Id. at 119. The injuries caused by the bombing also make him feel depressed, anxious, and irritated. Id. at 120.

**b. JANE SPOUSE QDOE (Wife of JOHN VICTIM QDOE)**

311. JANE SPOUSE QDOE is the wife of JOHN VICTIM QDOE. [#66] at 475. Before the bombing, JANE SPOUSE QDOE and JOHN VICTIM QDOE were "very happy." Id.

312. On the day of the bombing, JANE SPOUSE QDOE was having lunch at home with her in-laws and children. Id. While they were still at lunch, they saw a newsflash on the television reporting the bombing. Id. at 475-76. After seeing the news, JANE SPOUSE QDOE ran out into the street and flagged down a passing driver to take her to the Embassy. Id. at 476. She waited outside the Embassy for 3 hours, unable to get any information. Id.

313. JANE SPOUSE QDOE was eventually told that those injured had been taken to [REDACTED] Hospital, and so she went there in search of JOHN VICTIM QDOE. Id. At the hospital, JANE SPOUSE QDOE was informed that JOHN VICTIM QDOE was alive but had been injured and was in "very bad condition," and that due to an ongoing operation she would be unable to see him until the next morning. Id. When JANE SPOUSE QDOE was finally able to see JOHN VICTIM QDOE, she did not recognize him. Id. She described his appearance as that of a "monster;" one of his eyes had been removed, his skin was green, his face swollen, and his body was wrapped in bandages. Id. JOHN VICTIM QDOE was unconscious at the time, and remained so for about a week. Id.

314.    At the end of the summer of 1983, JANE SPOUSE QDOE travelled to

[REDACTED] with JOHN VICTIM QDOE so that he could have additional surgeries. Id. at

477.  The experience was difficult for JANE SPOUSE QDOE to live through, and she does not

like thinking about it. Id.

315.    JANE SPOUSE QDOE found it very difficult to see JOHN VICTIM QDOE

suffer and not be able to help. Id.  She also found it difficult to see their children struggle with

the aftermath of the attack. Id.  JANE SPOUSE QDOE witnessed changes in JOHN VICTIM

QDOE's personality. Id.  JOHN VICTIM QDOE would have nightmares every night for three or

four years and during this time JANE SPOUSE QDOE would sleep in a different room due to his

screaming. Id.

**c.  JOHN CHILD1 QDOE (Son of JOHN VICTIM QDOE)**

316.    JOHN CHILD1 QDOE is the son of JOHN VICTIM QDOE. [#66] at 488.  He

was about [REDACTED] years old at the time of the 1983 Embassy bombing. Id.

317.    JOHN CHILD1 QDOE's memories of the day of the attack "come in flashes." Id.

He remembers knowing of the bombing because the news was on at a neighbor's house. Id.  He

believes that he found out about his father's injury when he saw his grandmother crying. Id.

JOHN CHILD1 QDOE remembers that JOHN VICTIM QDOE was gone for a long time and

that when he returned home, JOHN CHILD1 QDOE did not recognize him, due to his injuries.

Id. at 489.

318.    JOHN CHILD1 QDOE feels as if, from that point on, he did not have a father. Id.

JOHN VICTIM QDOE was often gone for much of time, working out of the country for long

stretches, and when he was at home, he was "always angry, always edgy." Id.  JOHN CHILD1

QDOE believes that JOHN VICTIM QDOE is not the same person he was before the bombing.
Id.

319.    JOHN CHILD1 QDOE feels that these events and their aftermath have affected

his whole life. Id.  These experiences affected his relationship with JOHN VICTIM QDOE, and

he believes that they have also affected his ability to have relationships with other people. Id. at

489-90.

### d.  JANE CHILD2 QDOE (Daughter of JOHN VICTIM QDOE)

320.    JANE CHILD2 QDOE is the daughter of JOHN VICTIM QDOE. [#66] at 492.

She was about [REDACTED] old at the time of the 1983 Embassy bombing. Id.

321.    Due to her very young age at the time of the bombing, JANE CHILD2 QDOE has

no personal memory of the attack or of her father before the attack. Id.  She first knew of the

attack and the events surrounding it from photographs and news clippings kept in files by JOHN

VICTIM QDOE. Id.  One of the pictures in the file was [REACTED], which she found to be

"horrifying." Id.  [REDACTED], and this image is "still vivid in [her] mind." Id.

322.    As a child, JANE CHILD2 QDOE "knew there was something wrong with

[JOHN VICTIM QDOE], but [she] didn't know why." Id.  She did not know the true story of the

bombing until she found JOHN VICTIM QDOE's glass eye in a drawer when she was a teenager

and she asked her mother what happened. Id. at 493.  JANE CHILD2 QDOE was "totally

shocked" when she realized all that had happened to her father. Id.  She became "really sad

around him." Id.

323.    Living with JOHN VICTIM QDOE was "not easy" for JANE CHILD2 QDOE.

Id.  She remembers that when she was young, JOHN VICTIM QDOE was "so angry all the

time" and would lose his temper and yell "for no reason, in a split second." Id.  As she grew up,

"his moods got worse and worse and his outbursts harsher and harsher." Id.  She felt as if she never got to meet the father she was born to. Id.

324.     JANE CHILD2 QDOE also remembers seeing her brother crying sometimes, which she did not understand until after learning of the bombing. Id.  It was painful for her to see JOHN CHILD1 QDOE struggle and take on "more responsibilities than a boy should have." Id. at 494.  She also witnessed how difficult things were for her mother. Id.  JANE CHILD2 QDOE finds it difficult to describe how hard things were for her mother, and how hard it was to watch her mother struggle. Id.

**e.  Estate of JOHN PARENT1 QDOE (Father of JOHN VICTIM QDOE)**

325.     JOHN PARENT1 QDOE was the father of JOHN VICTIM QDOE, and on the day of the bombing, JOHN PARENT1 QDOE was in church. [#93-1] at 149.  Someone came in to JOHN PARENT1 QDOE's meeting and informed those in the church about an explosion. Id.  JOHN PARENT1 QDOE went directly to the Embassy and tried to find JOHN VICTIM QDOE. Id.

326.     Eventually, a guard told JOHN PARENT1 QDOE that JOHN VICTIM QDOE was in the hospital. Id.  JOHN PARENT1 QDOE waited there for hours for news about JOHN VICTIM QDOE's condition. Id. at 150-51. JOHN PARENT1 QDOE thought that JOHN VICTIM QDOE was dead and that he was only being told that JOHN VICTIM QDOE was alive to keep him calm. Id. at 150.

327.     JOHN PARENT1 QDOE went to the hospital to visit JOHN VICTIM QDOE every day. Id. at 153.  Even after JOHN VICTIM QDOE's multiple surgeries, JOHN PARENT1 QDOE remained worried about his son's condition and would question him constantly. Id. at 162.  The bombing was a "constant memory" for him. Id. at 163.

**f.   Estate of JANE PARENT2 QDOE (Mother of JOHN VICTIM QDOE)**

328.   JANE PARENT2 QDOE was the mother of JOHN VICTIM QDOE, and when she first saw footage of the collapsed Embassy on TV, she fainted. [#93-1] at 152.  JOHN VICTIM QDOE believes that his mother had a "very bad stroke" or a heart attack when she heard about the bombing. Id. at 153.  JANE PARENT2 QDOE saw JOHN VICTIM QDOE the morning after the explosion, and afterward, she "went home sick, and she stayed in bed." Id.

329.   JANE PARENT2 QDOE became worried that JOHN VICTIM QDOE's wife would leave him because of his disfigurement. Id. at 155.  She feared that JOHN VICTIM QDOE would not be able to take care of his family financially any longer. Id. at 157.

**g.   JOHN SIBLING2 QDOE (Brother of JOHN VICTIM QDOE)**

330.   JOHN SIBLING2 QDOE is the brother of JOHN VICTIM QDOE. [#66] at 483. He was about [REDACTED] years old at the time of the 1983 Embassy bombing. Id.  Prior to the bombing, JOHN SIBLING2 QDOE and JOHN VICTIM QDOE were "very close." Id. at 484.

331.   JOHN SIBLING2 QDOE was working in [REDACTED] at the time of the bombing. Id. at 483.  He was driving home when he heard of the attack on the news. Id.  He was so terrified that he could no longer drive and pulled over. Id.  JOHN SIBLING2 QDOE tried to call his family for information about JOHN VICTIM QDOE, but could not get through. Id.  He had trouble getting information about JOHN VICTIM QDOE for about 48 hours, when he finally learned of JOHN VICTIM QDOE's injury from a friend. Id.  He describes waiting for the news as "agonizing." Id.

332.     JOHN SIBLING2 QDOE flew to Beirut to visit JOHN VICTIM QDOE, and saw him in the hospital "wrapped in bandages from head to toe." Id.  What he saw at the hospital still "haunts" him. Id.

333.     JOHN SIBLING2 QDOE believes that JOHN VICTIM QDOE's attitude towards him and others has changed since the bombing. Id. at 484.  JOHN VICTIM QDOE would cut off conversations abruptly and seemed depressed. Id. at 485.

334.     JOHN SIBLING2 QDOE has been personally affected by JOHN VICTIM QDOE's injuries. Id.  He felt "very angry" over what happened, as well as great pressure to be responsible for JOHN VICTIM QDOE's children. Id.  He also believes that his distress over the events has caused him to develop psoriasis. Id.

## XIX.   Family of JANE VICTIM RDOE

### a.   JANE VICTIM RDOE (Injured)

335.     JANE VICTIM RDOE was injured in the 1983 Embassy bombing. [#66] at 497. At the time of the attack, JANE VICTIM RDOE was about 35 years old and employed at the Embassy as [REDACTED]. Id.

336.     JANE VICTIM RDOE was in her office on [REDACTED] floor of the Embassy at the time of the bombing. Id.  She remembers feeling a "gush of warm air" before being knocked unconscious. Id.  JANE VICTIM RDOE later learned that she had been pulled from the debris by a colleague who, believing she was dead, threw her from the building staircase to the ambulance below. Id.  It was not until JANE VICTIM RDOE was at the hospital that they realized she had survived and her treatment began. Id.  JANE VICTIM RDOE did not wake up for a "couple of days." Id.

337.     JANE VICTIM RDOE remained in the hospital for eight months, during which time she underwent more than ten major surgeries, as well as other more minor surgeries.  Id. at 498.  Her injuries included a "severed" crown, a cracked jaw, damage to her hearing and vision, cuts and bruises all over her body, and facial disfigurement, including having all of her teeth broken. Id.

338.     Before the bombing, JANE VICTIM RDOE had been engaged. Id.  She blames the end of this engagement, as well as the loss of friends, on the injuries she suffered. Id.  She also believes that her injuries prevented her from being able to finish her education and from being able to become a mother. Id.

339.     JANE VICTIM RDOE still suffers from these injuries today. Id.  Due to dizziness and an inability to tolerate loud noises, JANE VICTIM RDOE can no longer swim, dance, or sing. Id.  She also cannot do her own hair. Id.  Psychologically, she has trouble with crowds and cannot attend funerals, visit hospitals, or see injured persons. Id.

   **b.   Estate of JANE PARENT1 RDOE (Mother of JANE VICTIM RDOE)**

340.     JANE PARENT1 RDOE was the mother of JANE VICTIM RDOE. [#66] at 512. She was about [REDACTED] years old at the time of the 1983 Embassy bombing. Id.  She is represented in this litigation by her daughter, JANE VICTIM RDOE. Id.

341.     JANE VICTIM RDOE was JANE PARENT1 RDOE's youngest child and the two were "very close." Id.  JANE VICTIM RDOE used to take care of JANE PARENT1 RDOE and was her main source of income. Id.

342.     On the day of the bombing, JANE PARENT1 RDOE was at home entertaining some neighbors when they heard the news on the radio. Id. at 513.  JANE PARENT1 RDOE became "incredibly distraught" and she cried constantly. Id.  She did not see JANE VICTIM

RDOE until three months after the bombing; she wept when she finally saw what had happened to her daughter. Id.

343.   JANE VICTIM RDOE believes that the "blood pressure problems, constant headaches and perpetual anxiety" which JANE PARENT1 RDOE developed are attributable to suffering JANE PARENT1 RDOE experienced due to JANE VICTIM RDOE's injuries. Id.

### c.  JOHN SIBLING1 RDOE (Brother of JANE VICTIM RDOE)

344.   JOHN SIBLING1 RDOE is the brother of JANE VICTIM RDOE. [#66] at 502. JANE VICTIM RDOE and JOHN SIBLING1 RDOE were "very close," and since they were the closest in age of their siblings, JOHN SIBLING1 RDOE "looked after her." Id.

345.   JOHN SIBLING1 RDOE was at his store in Beirut on the day of the bombing. Id. He heard the explosion and turned on the radio. Id.  When he realized that the Embassy had been bombed, JOHN SIBLING1 RDOE went straight there, though he was not allowed close to the building. Id.  JOHN SIBLING1 RDOE later heard JANE VICTIM RDOE's name announced as dead on the radio. Id.  JOHN SIBLING1 RDOE was "devastated." Id.  JOHN SIBLING1 RDOE and his wife went to the morgue the next day to identify JANE VICTIM RDOE's body, going drawer by drawer to find her remains, an experience which JOHN SIBLING1 RDOE found "overwhelming." Id. at 503.  When JOHN SIBLING1 RDOE finaly found out that JANE VICTIM RDOE was alive and able to see her after 15 days in intensive care, she was "unrecognizable" and "completely disfigured." Id.

346.   When JANE VICTIM RDOE was final able to leave the hospital, JOHN SIBLING1 RDOE and his family brought her to their home. Id. at 504.  The next few years were "very difficult and traumatic" for JOHN SIBLING1 RDOE and his family. Id.  JANE VICTIM RDOE stayed at their home for about a year. Id.  JOHN SIBLING1 RDOE closed down his shop

for a time to take care of JANE VICTIM RDOE. Id.  JOHN SIBLING1 RDOE started to experience severe anxiety and trembling, conditions which he still treats with medication. Id.

347.     Though he is more than [REDACTED] years old today, JOHN SIBLING1 RDOE feels as though he cannot retire because JANE VICTIM RDOE will have to live with him in her old age and he will have to take care of her. Id. at 505.

**d.  JANE SIBLING3 RDOE (Sister of JANE VICTIM RDOE)**

348.     JANE SIBLING3 RDOE is the sister of JANE VICTIM RDOE. [#66] at 520. She was in her [REDACTED] at the time of the 1983 Embassy bombing. Id.  JANE SIBLING3 RDOE was about [REDACTED] years older than JANE VICTIM RDOE and had helped raise her. Id.  JANE SIBLING3 RDOE felt very protective of JANE VICTIM RDOE and like a mother to her. Id. at 521.  Due to dementia, she is represented in this litigation by her sister-in-law, LEGAL REPRESENTATIVE 002. Id. at 520.

349.     JANE SIBLING3 RDOE was living in [REDACTED] at the time of the bombing. Id. at 521.  When she was erroneously told that JANE VICTIM RDOE had died in the attack, JANE SIBLING3 RDOE was "completely torn up about it." Id.  Since that day, JANE SIBLING3 RDOE has developed "debilitating arthritis in her hands," which LEGAL REPRESENTATIVE 002 attributes to the stress of the event. Id.  When she saw JANE VICTIM RDOE in the hospital, she was "beside herself." Id.

350.     JANE SIBLING3 RDOE took JANE VICTIM RDOE's injuries especially hard, and LEGAL REPRESENTATIVE 002 does not believe that JANE SIBLING3 RDOE has ever gotten over the trauma. Id. at 522.  After JANE VICTIM RDOE's injures, JANE SIBLING3 RDOE became "very nervous and sad." Id.

**XX.     Family of JANE VICTIM SDOE**

### a.  JANE VICTIM SDOE (Injured)

351.     JANE VICTIM SDOE was injured in the 1983 Embassy bombing. [#93-1] at 195.
She worked in [REDACTED]. Id. at 199.  She [REDACTED], and also [REDACTED]. Id. at
200-01.

352.     At the time of the attack, JANE VICTIM SDOE was in the back room of her
office heating up her food for lunch. Id. at 206-07.  She heard a sound, and then "saw [herself]
on the ground." Id.  She believes she was unconscious for some time, and was taken to the
hospital where she underwent surgery for 7 to 8 hours. Id. at 207-08.

353.     As a result of the bombing, JANE VICTIM SDOE lost sight in her right eye. Id.
at 208.  She traveled to [REDACTED] at one point to see specialists who thought they could fix
the injury, but they "decided they couldn't save [her] sight." Id. at 208-09.  She now wears a
prosthetic eye. Id.  When she returned to work after a few months, she had trouble doing her
work because of her eyesight. Id. at 211.

354.     JANE VICTIM SDOE believes her relationship with her husband suffered as a
result of the bombing. Id. at 216.

355.     JANE VICTIM SDOE also survived the 1984 Annex bombing without injury. Id.
at 214.

### b.  Estate of JOHN SPOUSE SDOE (Husband of JANE VICTIM SDOE)

356.     JOHN SPOUSE SDOE was the husband of JANE VICTIM SDOE. [#93-1] at
198.  JOHN SPOUSE SDOE passed away [REDACTED] years ago, and his estate is represented
by JANE VICTIM SDOE. Id. at 198-99.

357.     JOHN SPOUSE SDOE and JANE VICTIM SDOE had [REDACTED] children
together. Id. at 205.  JANE VICTIM SDOE worked at the Embassy to supplement JOHN

SPOUSE SDOE's salary. Id.  JANE VICTIM SDOE testified that up until the time of the

bombing, she and JOHN SPOUSE SDOE had a "close marriage." Id. at 206.  After JANE

VICTIM SDOE was injured, JOHN SPOUSE SDOE had to assume additional responsibilities

within the family on top of working. Id. at 210.

### c.  JOHN CHILD2 SDOE (Son of JANE VICTIM SDOE)

358.    JOHN CHILD2 SDOE is the son of JANE VICTIM SDOE. [#67] at 8.  Growing

up, JOHN CHILD2 SDOE and his brother were "very attached" to JANE VICTIM SDOE, and

she was "everything" to them. Id.  He was about [REDACTED] years old at the time of the 1983

Embassy bombing. Id.

359.    JOHN CHILD2 SDOE was a student at [REDACTED] when the bombing

occurred. Id. at 9.  He first learned of the attack from a friend, and as he watched the coverage on

[REDACTED], he was sure that JANE VICTIM SDOE was dead. Id.  He did not find out what

happened for "a couple of days," and during that time JOHN CHILD2 SDOE was "extremely

upset" and could not study. Id.

360.    Because he felt it was not safe for [REDACTED] people to be out in public in

[REDACTED] after the bombing, JOHN CHILD2 SDOE spent the next two days at home

crying. Id.  He was not able to speak to his mother on the phone for ten days. Id. at 10.

361.    JOHN CHILD2 SDOE was forced to become responsible for the family

financially. Id.  He left school [REDACTED] to move closer to home, but had trouble finding

work in Beirut. Id.  He eventually found a job in [REDACTED], which allowed him to put his

brothers through school. Id. JOHN CHILD2 SDOE lost [REDACTED] because of the time

away from [REDACTED]. Id. at 11.  He also feels he missed out on the "best part" of his life

because of the time he spent working to support the family in [REDACTED]. Id.

### d.  JOHN CHILD1 SDOE (Son of JANE VICTIM SDOE)

362.    JOHN CHILD1 SDOE is the son of JANE VICTIM SDOE. [#67] at 2.  JOHN

CHILD1 SDOE has been "very close" to JANE VICTIM SDOE for all his life. Id. at 3.

363.    At the time of the attack, JOHN CHILD1 SDOE was at school with his brother,

JOHN CHILD3 SDOE. Id.  As he was about to go home, the school principal asked if he was

going straight home, and a classmate's father asked the same question on the way home; these

questions made JOHN CHILD1 SDOE worry. Id.  When he arrived home to find people on his

balcony, he knew something had happened. Id.  A neighbor told him about the bombing, but no

one would give him a straight answer about his mother. Id.

364.    When JOHN CHILD1 SDOE saw the footage of the Embassy, he assumed JANE

VICTIM SDOE was dead. Id.  When her name was listed among the dead, JOHN CHILD1

SDOE "experienced an anguish that lasted for hours," and thought that he had "lost everything."

Id.  When he was later told that JANE VICTIM SDOE was alive and about to undergo surgery,

he had trouble believing it. Id.  When JOHN CHILD1 SDOE finally saw his mother after

surgery, he broke down and cried, realizing how close he came to losing her. Id. at 4.  During

JANE VICTIM SDOE's two month stay at the hospital, it caused JOHN CHILD1 SDOE "great

anxiety and sadness" as he watched her struggle through recovery. Id.

365.    JANE VICTIM SDOE's depression after the attack affected her relationship with

JOHN CHILD1 SDOE. Id. at 5.  She no longer seemed like the same person to JOHN CHILD1

SDOE. Id.

366.    JOHN CHILD1 SDOE feared that JANE VICTIM SDOE would be harmed in

another attack, and he would worry for her safety. Id.  He experienced nightmares for a time

about his mother being killed in such an attack. Id.

**e.  JOHN CHILD3 SDOE (Son of JANE VICTIM SDOE)**

367.    JOHN CHILD3 SDOE is the son of JANE VICTIM SDOE. [#67] at 13.  They were "very close" and JANE VICTIM SDOE was like a "good friend" to JOHN CHILD3 SDOE, with whom he "shared a lot." Id. at 13-14.  She was also "almost the sole financial provider" for the family. Id. at 13.

368.    JOHN CHILD3 SDOE was at school on the day of the 1983 Embassy bombing. Id. at 14.  He was unaware of the bombing until he arrived home to find people in their home. Id. Once he heard of the bombing, he felt panicked and devastated, and immediately rushed to the hospital to find JANE VICTIM SDOE. Id.  At the hospital, JOHN CHILD3 SDOE was directed to the morgue to identify JANE VICTIM SDOE's body, but eventually learned that she was alive and in surgery. Id.

369.    JOHN CHILD3 SDOE did not get to see JANE VICTIM SDOE until the following morning, and when he saw her condition he felt "shock and sadness." Id.  JOHN CHILD3 SDOE stayed with the rest of the family at the hospital while JANE VICTIM SDOE recovered. Id.  Though he tried to hide these feelings from JANE VICTIM SDOE, he would cry when he was at home. Id.

370.    JOHN CHILD3 SDOE still gets flashbacks of looking for his mother among the dead and disfigured bodies in the morgue. Id. at 15.  He worries about his mother, and feels awful that his children are afraid to be near JANE VICTIM SDOE due to her appearance. Id.  He also feels sad for the things he will never get to do with his mother, such as travel together. Id.

**XXI.  Family of JOHN VICTIM TDOE**

**a.  JOHN VICTIM TDOE (Injured)**

371.     JOHN VICTIM TDOE was 49 years old when he was injured in the 1983 Embassy bombing. [#93-1] at 395-96.  JOHN VICTIM TDOE began working at the Embassy in [REDACTED] as a [REDACTED] in the [REDACTED] office. Id. at 397.  He then began working on [REDACTED], and finally, at the time of the bombing, JOHN VICTIM TDOE worked as [REDACTED] in the [REDACTED] office. Id. at 398.

372.     On the day of the bombing, JOHN VICTIM TDOE's co-workers were going down to the snack bar to get lunch. Id. at 402.  JOHN VICTIM TDOE did not like the menu for the day, so he decided to go back to his office instead. Id.  All of his co-workers who went to the snack bar were killed. Id.

373.     JOHN VICTIM TDOE's office was two floors above [REDACTED], and when the bomb exploded, JOHN VICTIM TDOE "felt that [he] died." Id. at 410.  JOHN VICTIM TDOE sustained eye and ear injuries, and after an operation, it was determined that he lost 10-40% of his vision in his right eye. Id. at 413-14.[13]  He also underwent an operation to repair several facial lacerations caused by the exploding glass. Id. at 418.

**b.  JANE SPOUSE TDOE (Wife of JOHN VICTIM TDOE)**

374.     JANE SPOUSE TDOE is the wife of JOHN VICTIM TDOE. [#67] at 19.  JANE SPOUSE TDOE and JOHN VICTIM TDOE have a "very close" relationship. Id.

375.     JANE SPOUSE TDOE was just arriving home to bring lunch to her children when the attack occurred. Id.  Hearing the explosion, JANE SPOUSE TDOE asked a neighbor what had happened, and was told of the attack on the Embassy. Id.  She rushed to the Embassy, where she was initially told that JOHN VICTIM TDOE was deceased before learning that he

---

[13] There was some disagreement among doctors regarding how much of JOHN VICTIM TDOE's vision was lost as a result of the bombing.  One doctor insisted that he only lost 10%. Id. at 415-16.

was alive, but injured. Id.  Once at the hospital, JANE SPOUSE TDOE heard someone shouting, "My name is [JOHN VICTIM TDOE].  Does anyone know me?" Id.  She found JOHN VICTIM TDOE covered in blood and glass, and he was unable to see. Id.

376.    Before his injuries, JOHN VICTIM TDOE helped JANE SPOUSE TDOE with "everything," but afterward, she had to do "everything on her own." Id. at 20.  Because of this, JANE SPOUSE TDOE took two months of unpaid leave from her job to help JOHN VICTIM TDOE recover and "manage his anxiety and fear." Id.

377.    When JOHN VICTIM TDOE recommenced work, JANE SPOUSE TDOE would worry for his safety. Id.  This led the family to move to a location closer to the new Embassy location, and they lost "a lot of money" on the sale of the house. Id.

378.    JANE SPOUSE TDOE is still reminded of the bombing, and the memories of their pain and suffering continue to affect her. Id.

**c.  JANE CHILD2 TDOE (Daughter of JOHN VICTIM TDOE)**

379.    JANE CHILD2 TDOE is the daughter of JOHN VICTIM TDOE. [#67] at 32. When she was young, JOHN VICTIM TDOE was her "hero." Id.  JOHN VICTIM TDOE was a "good friend" to JANE CHILD2 TDOE and felt she "could always share [her] feelings with him." Id.

380.    JANE CHILD2 TDOE was at school when she heard the bombing. Id. at 33. After the school day, JANE CHILD2 TDOE heard from a friend that the Embassy had been attacked and that JOHN VICTIM TDOE was listed as dead. Id.  She ran home to find the house empty, so she ran to the hospital. Id.  There, a family member told her that JOHN VICTIM TDOE was still alive, but in surgery. Id.

381.    JANE CHILD2 TDOE was able to see JOHN VICTIM TDOE and the extent of his injuries after the surgery. Id.  She overheard others at the hospital discussing the long term condition of her father's eye and facial scars, as well as whether he would work again. Id.  This made JANE CHILD2 TDOE afraid. Id.  The two weeks JOHN VICTIM TDOE was in the hospital were "hell" for JANE CHILD2 TDOE, and she felt "so alone." Id.  She would visit JOHN VICTIM TDOE after school, and each time she entered the hospital, she would relive the fear of losing him. Id. at 33-34.

382.    JANE CHILD2 TDOE continued to fear losing JOHN VICTIM TDOE in another attack. Id. at 34.  She lost sleep and had nightmares. Id.  She continues to suffer fear and anxiety, though not as intensely as before. Id.

**d.  JANE CHILD3 TDOE (Daughter of JOHN VICTIM TDOE)**

383.    JANE CHILD3 TDOE is the daughter of JOHN VICTIM TDOE. [#67] at 38. JANE CHILD3 TDOE describes JOHN VICTIM TDOE as a "good friend," and as someone she can be "open and honest with." Id. at 39.  Whenever she needed advice as a child, she would go to JOHN VICTIM TDOE first. Id.

384.    JANE CHILD3 TDOE was in her first year at the [REDACTED] at the time of the attack. Id.  She was home for lunch with her mother when they heard and felt the explosion. Id.  A few minutes later they found out the explosion had been at the Embassy, and they ran to the hospital to see if JOHN VICTIM TDOE was there. Id.  JANE CHILD3 TDOE did not find out that JOHN VICTIM TDOE was alive and in surgery until about an hour later. Id. at 40. When JANE CHILD3 TDOE saw JOHN VICTIM TDOE after surgery, she felt "love mixed with pity, worry, fury, hatred, pain, and anger." Id.  JANE CHILD3 TDOE believes that she did not sleep for three or four nights after the attack. Id.

385.    It was "very difficult" for JANE CHILD3 TDOE to watch her father suffer. Id. at 41.  After JOHN VICTIM TDOE returned to work, JANE CHILD3 TDOE would feel anxious every morning that she would never see him again. Id.  She still feels anger over the disruption the attack caused in their lives. Id.

### e.  JOHN CHILD1 TDOE (Son of JOHN VICTIM TDOE)

386.    JOHN CHILD1 TDOE is the only son of JOHN VICTIM TDOE, and the two have a "strong relationship." [#67] at 27.  As JOHN CHILD1 TDOE got older, their relationship "turned into a friendship," and the two remain close, talking every day. Id.

387.    JOHN CHILD1 TDOE was driving home from work, and was passing near the Embassy when he saw it collapse. Id. at 28.  He knew that JOHN VICTIM TDOE had been at work that day, so he drove straight home to be with his mother before going on to the hospital. Id.  On the way to the hospital, JOHN CHILD1 TDOE heard his father's name on the radio listed as dead. Id.  Eventually JOHN CHILD1 TDOE found JOHN VICTIM TDOE at the hospital among the injured. Id.  He was relieved that JOHN VICTIM TDOE was alive, but angry about the attack and worried about JOHN VICTIM TDOE's injuries. Id.

388.    JOHN CHILD1 TDOE had to quit his job when the family moved due to safety concerns. Id. at 29.  It also complicated the remainder of JOHN CHILD1 TDOE's degree program. Id.  He had anxiety over JOHN VICTIM TDOE's health and became fearful. Id.

389.    JOHN CHILD1 TDOE continues to care for JOHN VICTIM TDOE, paying for both of his parent's private insurance at a cost of about $9,000 per year. Id.

## XXII.  Family of JOHN VICTIM UDOE

### a.  JOHN VICTIM UDOE (Injured)

390.    JOHN VICTIM UDOE was injured in both the 1983 and 1984 bombings. [#93-1] at 465.  He was approximately 52 years old at the time of the first bombing. Id. at 471.

391.    JOHN VICTIM UDOE began working at the Embassy in 1953, and at the time of first bombing he was employed as a [REDACTED]. Id. at 473.

392.    At the time of the 1983 Embassy bombing, JOHN VICTIM UDOE had left his office and gone to the [REDACTED] section. Id. at 484.  JOHN VICTIM UDOE testified that he usually ate lunch in the snack bar at the exact time of the bombing, but he stayed behind that day to meet with someone. Id. at 483.  He got a phone call that the person he was meeting was waiting in the lobby, but JOHN VICTIM UDOE wanted to finish up work in [REDACTED] before going to the lobby to greet his guest. Id.  If he had gone to lunch at the snack bar, or gone to the lobby to meet his guest right away, JOHN VICTIM UDOE would have been killed by the explosion. Id.  Instead, he sustained only a leg injury which required stitches, bed rest for ten days, and years of physical therapy. Id. at 486-87.

393.    At the time of the 1984 Annex bombing, JOHN VICTIM UDOE was still working for the Embassy, [REDACTED]. Id. at 492.  On the day of the bombing, JOHN VICTIM UDOE [REDACTED] to speak with some his staff about [REDACTED]. Id. at 493-94. While he was speaking with another staff member, the explosion occurred. Id. at 494-95.  JOHN VICTIM UDOE sustained an eye injury and shrapnel wounds to his chest. Id. at 498.

**b.  Estate of JANE SPOUSE UDOE (Wife of JOHN VICTIM UDOE)**

394.    JANE SPOUSE UDOE was the wife of JOHN VICTIM UDOE. [#93-1] at 467. JANE SPOUSE UDOE died in [REDACTED] sometime after the two Embassy bombings. Id. at 475.  Her estate is represented in this litigation by her husband. Id. at 467.

395.    JOHN VICTIM UDOE testified that JANE SPOUSE UDOE was worried about JOHN VICTIM UDOE because JOHN VICTIM UDOE was the supporter of the family. Id. at 508.  JANE SPOUSE UDOE also "started visiting the religious places to thank God for saving [JOHN VICTIM UDOE's] life." Id.

**c.   JOHN CHILD1 UDOE (Son of JOHN VICTIM UDOE)**

396.    JOHN CHILD1 UDOE is the only son of JOHN VICTIM UDOE, and the two had a "very strong relationship" when JOHN CHILD1 UDOE was growing up. [#67] at 73.

397.    JOHN CHILD1 UDOE was at home with his mother at the time of the 1983 Embassy bombing. Id. at 74.  Because they lived close to the Embassy, they could hear the explosion. Id.  While JOHN CHILD1 UDOE did not know exactly what was going on, he knew something was wrong with his father and was "distressed" because he saw his mother "crying and screaming." Id.

398.    JOHN CHILD1 UDOE remembers the house being "crazy" while JOHN VICTIM UDOE was in the hospital. Id.  That time was a "nightmare" for JOHN CHILD1 UDOE. Id. When JOHN CHILD1 UDOE was finally able to see JOHN VICTIM UDOE a week later, he became "speechless," and is still rendered speechless today when he thinks or talks about this time. Id.

399.    JOHN CHILD1 UDOE was also at home at the time of the 1984 Annex Bombing. Id.  JOHN CHILD1 UDOE thought that JOHN VICTIM UDOE was dead because the entire building was destroyed. Id.  The event brought back all the emotions from the prior attack. Id.

400.    JOHN CHILD1 UDOE remembers seeing JOHN VICTIM UDOE's face covered with glass and blood after this attack. Id.  He became "overcome with emotions about losing [JOHN VICTIM UDOE] all over again." Id. at 74-75.

401.    JOHN CHILD1 UDOE suffers from anxiety, which he believes is a result of JOHN VICTIM UDOE's injuries. Id. at 75.  He believes the attacks changed his "character," making him "more aggressive and prone to conflict." Id.  JOHN CHILD1 UDOE still fears losing his father and worries whenever he gets sick. Id.  He feels that he has lost the "happy family [he] grew up with." Id. at 76.

**d.  JANE CHILD2 UDOE (Daughter of JOHN VICTIM UDOE)**

402.    JANE CHILD2 UDOE is the daughter of JOHN VICTIM UDOE. [#67] at 78.  Prior to the bombings, JOHN VICTIM UDOE was "everything" to her. Id.

403.    Because she was so young at the time, JANE CHILD2 UDOE does not remember much from the 1983 Embassy bombing. Id. at 79.  When the Embassy was moved after the first bombing, JANE CHILD2 UDOE would worry about JOHN VICTIM UDOE while he was away at work. Id.  This time was "hard" on JANE CHILD2 UDOE. Id.  She also does not remember much about the 1984 Annex bombing, but does recall that JOHN VICTIM UDOE's injuries were worse than after the first attack, and it was "difficult" for her to see JOHN VICTIM UDOE suffer. Id.  After the second attack, JANE CHILD2 UDOE worried there would be a third. Id.

404.    JANE CHILD2 UDOE still suffers from anxiety when reminded of the attacks, and finds these memories to be painful. Id.

**e.  JANE CHILD3 UDOE (Daughter of JOHN VICTIM UDOE)**

405.    JANE CHILD3 UDOE is the daughter of JOHN VICTIM UDOE. [#67] at 81.  Even though JOHN VICTIM UDOE was very busy when she was growing up, JANE CHILD3 UDOE "was close to him." Id.

406.    JANE CHILD3 UDOE was at home during the 1983 Embassy bombing. Id.  She heard about the explosion, but her family kept much of the details from her except that her father's leg was injured. Id.  JANE CHILD3 UDOE was scared that he could have died. Id.

407.    JANE CHILD3 UDOE remembers the 1984 Annex bombing more clearly, and how it was hard for them to get information until JOHN VICTIM UDOE finally called home. Id. at 81-82.  When JOHN VICTIM UDOE came home that day, his clothes were torn and he was bloody. Id. at 82.  JANE CHILD3 UDOE found it difficult to see JOHN VICTIM UDOE this way because it made her feel "scared and insecure." Id.

408.    JANE CHILD3 UDOE feels as though she has not been a happy person since the attacks and has instead had "sadness, fear, and anxiety." Id.  She worries about her father's well-being. Id.

**f.   Estate of JANE SIBLING3 UDOE (Sister of JOHN VICTIM UDOE)**

409.    JANE SIBLING3 UDOE was the sister of JOHN VICTIM UDOE, and she passed away last year. [#93-1] at 481.  Her estate is represented in this litigation by JOHN VICTIM UDOE. Id. at 468.

410.    JOHN VICTIM UDOE and JANE SIBLING3 UDOE were very close. Id. at 481. JOHN VICTIM UDOE describes JANE SIBLING3 UDOE as his "statue" and he supported her because JANE SIBLING3 UDOE did not work. Id.  JOHN VICTIM UDOE also testified that JANE SIBLING3 UDOE "worred about [him] more than my wife" because his sister "lived all her life with me . . . she's part of me." Id. at 489.

**g.   JANE SIBLING1 UDOE (Sister of JOHN VICTIM UDOE)**

411.    JANE SIBLING1 UDOE is the sister of JOHN VICTIM UDOE. [#67] at 46.  As the eldest of JOHN VICTIM UDOE's sisters, JANE SIBLING1 UDOE helped take care of him

when he was young and "was like a second mother to him." Id.  As they got older, they remained

close, and JOHN VICTIM UDOE began helping JANE SIBLING1 UDOE's family. Id.

412.    On the day of the 1983 Embassy bombing, JANE SIBLING1 UDOE was at home

in [REDACTED]. Id.  She had no way of getting information about JOHN VICTIM UDOE's

condition, and was for several days "shocked and under great stress." Id. at 46-47.  She was not

able to see JOHN VICTIM UDOE until three or four weeks later, and until she saw him, she was

"very depressed and worried." Id. at 47.

413.    JANE SIBLING1 UDOE was also at home on the day of the 1984 Annex

bombing. Id.  As with the prior attack, JANE SIBLING1 UDOE could not offer much physical

support for JOHN VICTIM UDOE, and this "caused [her] pain." Id.

414.    When JANE SIBLING1 UDOE thinks or speaks of the attacks, she becomes

"depressed and restless." Id.

**h.  JANE SIBLING2 UDOE (Sister of JOHN VICTIM UDOE)**

415.    JANE SIBLING2 UDOE is the sister of JOHN VICTIM UDOE. [#67] at 53.

Growing up, JANE SIBLING2 UDOE and JOHN VICTIM UDOE were very close; she was

"like his shadow." Id.

416.    On the day of the 1983 Embassy bombing, JANE SIBLING2 UDOE was at home

in [REDACTED]. Id.  It took her a few days to hear word of JOHN VICTIM UDOE's condition.

Id.  When she found out that he was injured, it "shocked" her, and she was "depressed and

worried" until she could see for herself that JOHN VICTIM UDOE was okay. Id.

417.    JANE SIBLING2 UDOE was also at home on the day of the 1984 Annex

bombing. Id.  As with the prior attack, JANE SIBLING2 UDOE could not offer much physical

support for JOHN VICTIM UDOE, and this was "very upsetting" for her. Id.

418.     When JANE SIBLING2 UDOE thinks or speaks of the attacks, she becomes "depressed and restless." Id.

**i.   Estate of JANE SIBLING5 UDOE (Sister of JOHN VICTIM UDOE)**

419.     JANE SIBLING5 UDOE was the sister of JOHN VICTIM UDOE, and the two had an "amazingly strong bond." [#67] at 68.  JANE SIBLING5 UDOE was in her [REDACTED] at the time of the bombings. Id.  She is represented in this litigation by her son, LEGAL REPRESENTATIVE 006. Id.

420.     JANE SIBLING5 UDOE first learned of the 1983 Embassy bombing from the news, and it left her "devastated." Id. at 69.  Believing that JOHN VICTIM UDOE was dead, she was "crying and yelling." Id.  Even after JANE SIBLING5 UDOE found out that JOHN VICTIM UDOE had survived, she could not bring herself to believe it until she saw JOHN VICTIM UDOE for herself, and even then her shock continued. Id.

421.     JANE SIBLING5 UDOE also learned of the 1984 Annex bombing from the news, but her reaction was "even worse." Id.  JANE SIBLING5 UDOE cried a lot after this attack, but soon began to internalize her feelings. Id. at 70.  She became very depressed and developed hypertension. Id.  Her strength began to fail her. Id.

**j.   Estate of JANE SIBLING4 UDOE (Sister of JOHN VICTIM UDOE)**

422.     JANE SIBLING4 UDOE was the sister of JOHN VICTIM UDOE. [#67] at 62.  She is represented in this litigation by her daughter, LEGAL REPRESENTATIVE 011. Id.

423.     JANE SIBLING4 UDOE was home alone at the time of the 1983 Embassy bombing. Id.  She was "devastated" when she heard the news and passed out. Id.  JANE SIBLING4 UDOE became so depressed that some worried she might kill herself. Id. at 63.  She

developed high blood pressure and her diabetes worsened, which LEGAL REPRESENTATIVE 011 believes is attributable to the shock she suffered due to JOHN VICTIM UDOE's injuries. Id.

424.     JANE SIBLING4 UDOE was still suffering from the emotional effects of the first attack at the time of the 1984 Annex bombing. Id.  Her reaction to this attacked worsened her condition. Id.

## XXIII. Family of JANE VICTIM VDOE

### a.  JANE VICTIM VDOE (Injured)

425.     JANE VICTIM VDOE was injured in both the 1983 and 1984 Embassy bombings. [#93-1] at 271.  JANE VICTIM VDOE began working for the Embassy in [REDACTED] as an [REDACTED]. Id. at 273-74.  At the time of the 1983 Embassy bombing, she was employed in the [REDACTED]. Id. at 274.

426.     At the time of the 1983 Embassy bombing, JANE VICTIM VDOE was talking to her boss by the door of her office, directly above [REDACTED]. Id. at 286.  After the bomb exploded, JANE VICTIM VDOE went out in the hallway to get help for her boss. Id. at 287.  After that, she does not remember what happened. Id.

427.     As a result of the explosion, JANE VICTIM VDOE suffered an eye injury, ringing in her ears, and difficulty breathing. Id. at 290.  She recalls that the "psychological effect was terrible." Id.  She had difficulty sleeping and was not as active as she used to be. Id. at 294.

428.     At the time of the 1984 Annex bombing, JANE VICTIM VDOE was working for [REDACTED] of the Embassy, filling in for [REDACTED]. Id. at 299.   When the bomb exploded, she was standing by the filing cabinet, and the explosion threw her into the air and she landed on the stair railing. Id. at 300.  She woke up in the hospital with a severe spinal cord injury. Id. at 300-01.

429.    JANE VICTIM VDOE also believes the explosion made her lose her motivation, ambition, and "zest for life," and that because of her injuries, her relationship with her fiancé ended. Id. at 304-05.  JANE VICTIM VDOE was also told by doctors that she could not have children because the injuries she sustained in the 1984 Annex bombing made her back too weak to be able to bear children. Id. at 324.

**b.  Estate of JANE PARENT1 VDOE (Mother of JANE VICTIM VDOE)**

430.    JANE PARENT1 VDOE was the mother of JANE VICTIM VDOE, and JANE VICTIM VDOE is representing JANE PARENT1 VDOE's estate in this litigation. [#93-1] at 272.  JANE VICTIM VDOE was living with JANE PARENT1 VDOE at the time of the bombings. Id. at 273.  JANE PARENT1 VDOE and JANE VICTIM VDOE had a "very intimate" relationship. Id. at 278.

431.    JANE VICTIM VDOE recalls that when JANE PARENT1 VDOE saw her for the first time after the 1983 bombing, JANE PARENT1 VDOE "was crying." Id. at 288.  It was difficult for JANE PARENT1 VDOE to see her daughter in pain. Id. at 293.

432.    JANE VICTIM VDOE believes her mother's health was affected by the two bombings. Id. at 304.  For example, following the 1984 Annex bombing, JANE PARENT1 VDOE was admitted to the hospital to be treated for psychological problems. Id. at 313.

**c.  JOHN SIBLING1 VDOE (Brother of JANE VICTIM VDOE)**

433.    JOHN SIBLING1 VDOE is the brother of JANE VICTIM VDOE. [#67] at 89. As children, the two were close. Id. at 90.  They remain close as adults. Id.

434.    JOHN SIBLING1 VDOE and JANE VICTIM VDOE were living together with their mother at the time of the bombings. Id.  JOHN SIBLING1 VDOE was working at [REDACTED] when the 1983 Embassy bombing occurred and he could hear the blast from his

office. Id.  He ran to the Embassy to look for JANE VICTIM VDOE, but was unable to find her

until he arrived at the hospital, at which point she was "between life and death" and was "barely

conscious." Id.  The events left JOHN SIBLING1 VDOE "depressed." Id. at 91.

435.    JOHN SIBLING1 VDOE had a harder time finding JANE VICTIM VDOE after

the 1984 Annex bombing because the injured were taken to 4 or 5 different hospitals. Id.  By the

time he found JANE VICTIM VDOE, JOHN SIBLING1 VDOE felt "helpless" and his

depression "deepened." Id.

436.    JOHN SIBLING1 VDOE watched his sister suffer through her injuries, and due

to their close relationship, he suffered with her. Id.  He spent three or four months caring for her

after each bombing. Id.  Their mother's health also deteriorated, and JOHN SIBLING1 VDOE

was forced to care for both of them. Id.  He felt "a lot of stress and anxiety." Id.  During the three

to five years that JOHN SIBLING1 VDOE cared for JANE VICTIM VDOE, he lost interest in

his own life, withdrawing socially and ending a serious relationship. Id. at 92.  It took him about

ten years to move on, but he still has nightmares, which occur irregularly. Id.

## XXIV. JANE VICTIM WDOE

### a.  JANE VICTIM WDOE (Injured)

437.    JANE VICTIM WDOE was injured in the 1983 Embassy bombing. [#67] at 96.

She was about 31 years old at the time and was employed at the Embassy as [REDACTED]. Id.

438.    JANE VICTIM WDOE had been about to leave work to pick her children up for

lunch when a man came into her office for [REDACTED]; the attack occurred while she was

assisting this man. Id. at 97.  She remembers seeing a flash of light and then one side of the

office was gone. Id.  She was covered in ash and, though she did not know it at the time, her

head was bleeding. Id.  When she was finally able to evacuate the Embassy, she found her

mother and sister, who told her to go to the hospital. Id. at 97-98.  At the hospital, JANE VICTIM WDOE had several pieces of shrapnel removed from her head and received stitches, though without anesthesia. Id.  She saw all of the injured in the hallways of the hospital, which was "a horrible scene to watch." Id.

439.    JANE VICTIM WDOE eventually returned to work, but found it difficult emotionally, especially initially when the office she was placed in had "blood all over everything." Id. at 99.  JANE VICTIM WDOE and her family later moved to [REDACTED] due to her emotional difficulties. Id.

440.    At around [REDACTED] years old, JANE VICTIM WDOE developed cataracts, which her doctors attributed to the head trauma she suffered in the attack. Id. at 100.  The bombing and her resultant injuries continue to affect her emotionally. Id.  Thinking about the bombings upsets her. Id.

### b.  JOHN SPOUSE WDOE (Husband of JANE VICTIM WDOE)

441.    JOHN SPOUSE WDOE is the husband of JANE VICTIM WDOE. [#67] at 102.

442.    On the day of the 1983 Embassy bombing, JOHN SPOUSE WDOE was in his office, about 10 minutes from the Embassy. Id.  In the afternoon, he noticed the sound of sirens and then heard that the Embassy had been attacked. Id.  When JOHN SPOUSE WDOE was finally able to get home through the traffic, someone told him that JANE VICTIM WDOE was in the hospital and it was "a shock to hear this news." Id.  At the hospital, JOHN SPOUSE WDOE saw JANE VICTIM WDOE's condition, which was "very disturbing" to him. Id. at 103.

443.    The bombing changed their family's whole life. Id.  Due to JANE VICTIM WDOE's injuries, they could no longer go out and do things as they once had. Id.  When she would wake up crying in the middle of the night, JOHN SPOUSE WDOE would wake up and

become upset too. Id.  These effects continue, and it "pains" JOHN SPOUSE WDOE to see how these things have changed their lives. Id. at 103-04.

### c.  JOHN CHILD1 WDOE (Son of JANE VICTIM WDOE)

444.    JOHN CHILD1 WDOE is the son of JANE VICTIM WDOE. [#67] at 111.  He was about [REDACTED] years old at the time of the 1983 Embassy bombing. Id.  At that time, he was "as close to [his] mother as any child that age." Id.

445.    When the bombing occurred, JOHN CHILD1 WDOE was at school. Id.  He heard the blast and felt the ground shake. Id.  The teacher then told the class that the Embassy had been bombed. Id.  Soon after, JOHN CHILD1 WDOE's aunt picked him and his sister up from school and took them home to see JANE VICTIM WDOE. Id. at 112.  When he saw JANE VICTIM WDOE and her injuries, JOHN CHILD1 WDOE "started crying." Id.

446.    JOHN CHILD1 WDOE was "extremely sad" when the family left Lebanon. Id.

### d.  Estate of JANE PARENT1 WDOE (Mother of JANE VICTIM WDOE)

447.    JANE PARENT1 WDOE was the mother of JANE VICTIM WDOE. [#67] at 106. JANE PARENT1 WDOE was about [REDACTED] years old when the 1983 Embassy bombing occurred. Id.  When JANE VICTIM WDOE was growing up, the two shared a "very good relationship," and they remained close into JANE VICTIM WDOE's adulthood. Id.  She is represented in this litigation by her daughter, JANE VICTIM WDOE. Id.

448.    At the time of the attack, JANE PARENT1 WDOE was living with JANE VICTIM WDOE and her family at their house [REDACTED]. Id.  JANE PARENT1 WDOE was home when the attack occurred. Id. at 107.  [REDACTED], and she ran out of the house to see the Embassy in flames. Id.  JANE PARENT1 WDOE was terrified for JANE VICTIM WDOE's safety, and began screaming and asking people if they had seen JANE VICTIM WDOE. Id.  She

was very upset to see what happened to JANE VICTIM WDOE and to the others coming out of the Embassy. Id.

449.    JANE VICTIM WDOE believes that the "emotional upheaval" caused by witnessing all of this affected JANE PARENT1 WDOE's preexisting heart problems and the smoke worsened her asthma. Id. at 108.  She also worried that JANE PARENT1 WDOE would have a nervous breakdown. Id.  It was very painful to JANE PARENT1 WDOE to see JANE VICTIM WDOE suffer. Id.

## XXV.  Family of JOHN VICTIM YDOE

### a.  Estate of JOHN VICTIM YDOE (Injured)

450.    JOHN VICTIM YDOE was injured in the 1983 Embassy bombing. [#67] at 114. At the time of the bombing, JOHN VICTIM YDOE had been employed as [REDACTED] at the Embassy for about [REDACTED] years. Id.  JOHN VICTIM YDOE was about 55 years old when the attack occurred. Id.  He is represented in this litigation by his daughter, JANE CHILD1 YDOE. Id.

451.    JOHN VICTIM YDOE was working two floors underground when the bomb went off. Id.  The building collapsed on top of him, crushing an arm and a leg. Id.  He also suffered burns to his arm. Id.  JOHN VICTIM YDOE was stuck under the rumble until about midnight. Id.  He ended up losing the crushed leg. Id.  JOHN VICTIM YDOE was in and out of hospitals for the next year. Id.  According to JANE CHILD1 YDOE, he never fully recovered his strength, either physically or psychologically, to return to work. Id.  He felt frustrated that he could no longer provide for his family. Id.

452.     After the bombing, JOHN VICTIM YDOE was "frustrated and angry all of the time." Id. at 115.  He was depressed and unsatisfied because he could no longer work. Id.  He felt like he was a burden to his family and this continued until his death in 1997. Id.

**b.  JANE CHILD1 YDOE (Daughter of JOHN VICTIM YDOE)**

453.     JANE CHILD1 YDOE is the daughter of JOHN VICTIM YDOE. [#67] at 120. She was about [REDACTED] years old at the time of the 1983 Embassy bombing. Id.

454.     JANE CHILD1 YDOE was at home caring for her mother when the attack occurred. Id.  They first heard of the bombing on the radio. Id.  JANE CHILD1 YDOE stayed at home to care for her mother while the rest of the family went to the Embassy in search of JOHN VICTIM YDOE. Id.  JANE CHILD1 YDOE was "in shock and terrified that [JOHN VICTIM YDOE] was dead." Id.  It was not until after midnight that JANE CHILD1 YDOE learned that JOHN VICTIM YDOE was alive, and waiting to hear news of him was "agonizing." Id.

455.     It was "devastating" for JANE CHILD1 YDOE to see how JOHN VICTIM YDOE suffered for the remainder of his life. Id. at 121.  JANE CHILD1 YDOE became responsible for caring for both her mother and her father. Id.  JANE CHILD1 YDOE feels that she has sacrificed her life to take care of her parents, forgoing her education and ending a serious relationship that would have taken her away from her family. Id.

**c.  JANE CHILD2 YDOE (Daughter of JOHN VICTIM YDOE)**

456.     JANE CHILD2 YDOE is the daughter of JOHN VICTIM YDOE. [#67] at 126. She was about [REDACTED] years old at the time of the 1983 Embassy bombing. Id.

457.     JANE CHILD2 YDOE was at home caring for her mother when the attack occurred. Id.  They first heard of the bombing on the radio. Id.  JANE CHILD2 YDOE went to the Embassy in search of JOHN VICTIM YDOE. Id.  She was so desperate to find her father that

she even looked through the body bags, an experience which still haunts her. Id.  Around

midnight, JOHN VICTIM YDOE spotted JANE CHILD2 YDOE and called to her. Id.  JOHN

VICTIM YDOE was so badly injured that she did not realize it was him at first. Id.  It was

"devastating" to see her father this way. Id.

458.    JANE CHILD2 YDOE took care of her father after the attack, giving him baths

and massaging his back. Id. at 127.  She took on the responsibility of looking after the entire

family. Id.  JANE CHILD2 YDOE feels that she has sacrificed her life to take care of her

parents, forgoing her education and ending a serious relationship that would have taken her away

from her family. Id.

**d.  Estate of JOHN CHILD3 YDOE (Son of JOHN VICTIM YDOE)**

459.    JOHN CHILD3 YDOE was the son of JOHN VICTIM YDOE. [#67] at 132.

JOHN CHILD3 YDOE and JOHN VICTIM YDOE had a good relationship, and they would talk

often even after JOHN CHILD3 YDOE moved out to live on his own. Id.  He is represented in

this litigation by his wife, LEGAL REPRESENTATIVE 007. Id.

460.    JOHN CHILD3 YDOE was in [REDACTED] for work at the time of the 1983

Embassy bombing. Id.  He saw the news of the attack on television. Id.  Worried about JOHN

VICTIM YDOE, JOHN CHILD3 YDOE went back to Lebanon "immediately." Id.  It was

"devastating" for JOHN CHILD3 YDOE to see what happened to his father, and JOHN VICTIM

YDOE's injuries "deeply affected [JOHN CHILD3 YDOE] emotionally." Id.

461.    After the attack, JOHN CHILD3 YDOE took on responsibility for caring for his

parents and providing for his unmarried sisters. Id.  For a period of time, JOHN CHILD3 YDOE

would commute back and forth between [REDACTED] and Lebanon, but eventually moved

back to Lebanon permanently. Id. at 132-33.

462.     JOHN CHILD3 YDOE took on the financial burden of supporting both families. Id. at 133.  He would also provide care for JOHN VICTIM YDOE, which caused JOHN CHILD3 YDOE to pay less attention to his own wife and children. Id.  It also "took a toll on [JOHN CHILD3 YDOE]" to see his father so physically and emotionally damaged from his injuries. Id.

## XXVI. Family of JOHN VICTIM ZDOE

### a. JOHN VICTIM ZDOE (Injured)

463.     JOHN VICTIM ZDOE was injured in the 1983 Embassy bombing. [#93-1] at 638.  JOHN VICTIM ZDOE began working at the Embassy in [REDACTED], and was employed as [REDACTED] at the time of the bombing. Id. at 642.  JOHN VICTIM ZDOE had just returned from [REDACTED] and went into the office of [REDACTED] when the explosion occurred. Id.  A door fell on JOHN VICTIM ZDOE, injuring his leg. Id.

464.     JOHN VICTIM ZDOE continues to experience pain in his leg. Id. at 643.  He also continues to think about his colleagues who passed away in the bombing. Id. at 649.  He describes the time after the bombing as being "like [he was] lost for six or seven months" thinking about his friends who were killed. Id.

### b. Estate of JANE SPOUSE ZDOE (Wife of JOHN VICTIM ZDOE)

465.     JANE SPOUSE ZDOE was the wife of JOHN VICTIM ZDOE. [#93-1] at 640. She passed away [REDACTED] years ago. Id. at 653.  Her estate is represented in this litigation by JOHN VICTIM ZDOE. Id. at 640.

466.     JANE SPOUSE ZDOE learned about the attack on the radio, and immediately left home to find her husband. Id. at 650.  She felt angry that soldiers in the Lebanese Army would not let her close to the Embassy site. Id.  When JOHN VICTIM ZDOE made it home, JANE

SPOUSE ZDOE passed out. Id.  Following the bombing, JANE SPOUSE ZDOE consoled JOHN

VICTIM ZDOE about the loss of his friends and his experience in the attack. Id. at 651.

**XXVII.       Family of JOHN VICTIM AADOE**

     **a. Estate of JOHN VICTIM AADOE (Injured)**

467.     JOHN VICTIM AADOE was about 58 years old when he was injured in the 1983

Embassy bombing. [#67] at 140.  At the time of the attack, JOHN VICTIM AADOE had been

employed at the Embassy for about [REDACTED] years. Id.  He is represented in this litigation

by his son, JOHN CHILD1 AADOE. Id.

468.     JOHN VICTIM AADOE was in his office on the [REDACTED] floor of the

Embassy when the bombing took place. Id.  The explosion shattered his office windows,

resulting in glass shards cutting his chest, back, and neck. Id.  His office also caught fire, and

JOHN VICTIM AADOE jumped from his office window to avoid being burned, resulting in

severe injuries to his back and legs. Id.

469.     As a result of the blast, JOHN VICTIM AADOE lost his hearing for four to five

days, and later suffered from reoccurring headaches which JOHN CHILD1 AADOE attributes to

JOHN VICTIM AADOE's damaged hearing. Id.  He also suffered from his back injuries for the

rest of his life, eventually losing the ability to walk altogether. Id. at 140-41.  Additionally,

JOHN VICTIM AADOE had trouble sleeping after the attack and suffered from nightmares and

paranoia. Id. at 141.  He also developed high blood pressure, which eventually resulted in a heart

attack, both of which JOHN CHILD1 AADOE believes are a result of the bombing. Id.

470.     JOHN VICTIM AADOE was not able to return to work after the attack, and this

created a financial burden on the family and was difficult for JOHN VICTIM AADOE to cope

with. Id.

**b.  JANE SPOUSE AADOE (Wife of JOHN VICTIM AADOE)**

471.    JANE SPOUSE AADOE is the wife of JOHN VICTIM AADOE, who was

injured in the 1983 Embassy bombing. [#93-1] at 871.  When she heard about the bombing, she

"started rushing to the Embassy." Id. at 874.  She "couldn't walk" and "felt devastated" when

she saw the Embassy because she thought her husband must be dead.  Id.  From there, she went to

the hospital to search for JOHN VICTIM AADOE, and found his name listed as among the

deceased. Id.  This caused her to fall to the floor.  Id.  Finally, she saw her husband "all

bandaged." Id. at 875.  She felt "very frustrated and sad, but [she] was glad [she] saw him alive."

Id.

472.    After JOHN VICTIM AADOE was injured, "everything was affected" because

JANE SPOUSE AADOE had to take care of everyone and there was no salary coming in from

JOHN VICTIM AADOE. Id. at 886.  JANE SPOUSE AADOE also believes that she developed

heart problems as a result of the shock of the attack. Id. at 887-88.

473.    JANE SPOUSE AADOE believes that, although the bombing did not kill JOHN

VICTIM AADOE outright, it caused him to die "gradually . . . very slowly" and suffer greatly.

Id. at 896.

**c.  JOHN CHILD1 AADOE (Son of JOHN VICTIM AADOE)**

474.    JOHN CHILD1 AADOE is the son of JOHN VICTIM AADOE. [#67] at 153.

JOHN VICTIM AADOE and JOHN CHILD1 AADOE had a "very close relationship," which

JOHN CHILD1 AADOE describes as "more like a friendship, a relationship between an older

brother and a younger brother." Id.

475.    JOHN CHILD1 AADOE was at school at the time of the attack. Id.  Other

students started talking about the bombing, but JOHN CHILD1 AADOE did not really know

what was going on until his uncle told him, which made JOHN CHILD1 AADOE "fearful and anxious." Id.  JOHN CHILD1 AADOE later learned the exact nature of JOHN VICTIM AADOE's condition, and he describes this as "the shock of a lifetime." Id.

476.    JOHN VICTIM AADOE's injuries "turned [JOHN CHILD1 AADOE's] life upside down." Id. at 154.  JOHN CHILD1 AADOE was forced to help provide for the family. Id. He had to give up on his dream of going to Engineering school and instead began working as a [REDACTED], while working towards a [REDACTED]. Id.  JOHN CHILD1 AADOE describes this time as "the worst period of [his] life." Id.

477.    After the bombing, JOHN CHILD1 AADOE suffered from nightmares and depression. Id.  He has developed high blood pressure, which he believes is the result of his father's injuries. Id.  He is still sad when he thinks about the attack. Id.

**d.  JOHN CHILD2 AADOE (Son of JOHN VICTIM AADOE)**

478.    JOHN CHILD2 AADOE is the son of JOHN VICTIM AADOE, and was about [REDACTED] years old when his father was injured in the 1983 Embassy bombing. [#67] at 160.  He was at school on the day of the bombing, and recalls that a stranger came to pick him and his sister up from school instead of his mother. Id.

479.    After JOHN CHILD2 AADOE heard about the bombing, he began to cry and pray. Id.  He felt frightened by the images he saw on TV, and feared his father was dead. Id. When his father eventually returned home from the hospital, he had blood on his clothes, and bandages over his back, head, and legs. Id.  JOHN CHILD2 AADOE recalls that his father "looked unconscious." Id.

480.    JOHN CHILD2 AADOE recalls that after the bombing, his father "did not seem to be the same person" and suffered from various ailments such as headaches, body aches, and

depression. Id. at 161.  When JOHN VICTIM AADOE finally told JOHN CHILD2 AADOE about his experience, JOHN CHILD2 AADOE was "deeply affected" and felt much anger towards the people who caused his father's injuries. Id.

481.    JOHN CHILD2 AADOE also recalls that his father's injuries made family finances tight, and all the siblings went to work to help support the family. Id.  JOHN CHILD2 AADOE stated that he does not get to see his family much because he was "forced to take a job" away from them. Id.  He took that job because he did not get a college degree, but rather went to work to support his family, and as a result, his job prospects are limited. Id.

**e.  JANE CHILD3 AADOE (Daughter of JOHN VICTIM AADOE)**

482.    JANE CHILD3 AADOE is the daughter of JOHN VICTIM AADOE, and was [REDACTED] years old at the time father was injured. [#67] at 167.  When she learned about the bombing at the Embassy, she "fell to the floor and began crying uncontrollably." Id.  After her father returned home from the hospital, JANE CHILD3 AADOE "held on to his hand and cried" because she "was so happy to see him return home alive." Id.

483.    JANE CHILD3 AADOE recalls that her father "seemed sad" after the bombing, and was "preoccupied" with what had occurred. Id.  She was troubled when she saw her father crying after reading a list of the names of his colleagues who died in the attack. Id.  JOHN VICTIM AADOE also became sensitive to noise, and JANE CHILD3 AADOE and her siblings were forbidden from playing near him. Id. at 168.

484.    JANE CHILD3 AADOE believes her father's injuries "impacted [her] ability to enjoy life," in part because she "spent so much time taking care of him" later in his life. Id.

**f.  JANE CHILD4 AADOE (Daughter of JOHN VICTIM AADOE)**

485.     JANE CHILD4 AADOE is the daughter of JOHN VICTIM AADOE, and was about [REDACTED] years old when her father was injured. [#67] at 173.  On the day of the bombing, her cousin came to pick her up from school and explained that something had happened at the Embassy. Id.  When she got home, she found many people at her house who were crying and acting distressed, and knew something was wrong. Id.

486.     JANE CHILD4 AADOE recalls that at first, her father's name was on a list of people who had died, which caused a lot of confusion. Id.  Later, when she learned that her father was only injured, she felt afraid. Id.

487.     JANE CHILD4 AADOE did not feel the same closeness to her father after the bombing, because "the incident really changed [her] father a lot." Id. at 174.  JANE CHILD4 AADOE "cried a lot," became angry and afraid, and "suffered depression at different points." Id. Watching her father suffer "was very hard" and caused JANE CHILD4 AADOE "much grief." Id.  She also believes that if not for the bombing, she would have gone to college and her income would be higher. Id.

**g.  JANE SIBLING1 AADOE (Sister of JOHN VICTIM AADOE)**

488.     JANE SIBLING1 AADOE is the sister of JOHN VICTIM AADOE, and was about [REDACTED] years old at the time of the bombing. [#67] at 147.  JANE SIBLING1 AADOE was living with JOHN VICTIM AADOE and his family when the bombing occurred, and when she heard about it on the news, she ran to the hospital to see if JOHN VICTIM AADOE was there. Id.  When she found him, she "could tell that he was hurt" and "blood was running down his face." Id.  He was unable to hear JANE SIBLING1 AADOE because "the explosion affected his hearing." Id.

489.     Following the attack, JANE SIBLING1 AADOE felt nervous and angry. Id.  She claims that her "anger was so strong that it caused [her] to have a heart attack" soon after the bombing, and later, she had an operation on her heart. Id.  She "suffered a lot of sorrow and pain" because of what happened to her brother. Id. at 148.

## XXVIII.     Family of JANE VICTIM BBDOE

### a.  JANE VICTIM BBDOE (Injured)

490.     JANE VICTIM BBDOE was about 37 years old when she was injured in the 1983 Embassy bombing. [#67] at 180.  At the time of the bombing, she was employed by the [REDACTED] as an [REDACTED] at the Embassy. Id.  She earned about 250 Lebanese pounds per pay period, and received health insurance. Id.

491.     A few minutes before the bombing, JANE VICTIM BBDOE was in the Embassy's lobby. Id. at 181.  She then returned to her office, and the explosion occurred. Id.  She "never heard a sound, but suddenly it felt like a one-ton weight had smashed into [her] back." Id.  When she opened her eyes, she "realized there was blood all over [her] face, arms, and back" and she "was covered with blood and pieces of glass." Id.  She called for help and a colleague brought her toilet paper to help bandage her arm. Id.

492.     JANE VICTIM BBDOE "ran out into the corridor" with colleagues and "saw dust and debris everywhere" and "people running around panicked and screaming." Id.  An ambulance took her to the emergency room at the hospital, and she received stiches on her left arm, back, and face. Id. at 181-82.  It "took months" for her to recover, and although the Embassy covered some medical expenses, JANE VICTIM BBDOE had to pay for a doctor and nurse to visit her at home. Id.  She still [REDACTED] from the injuries she suffered. Id.

493.     Emotionally, JANE VICTIM BBDOE found it difficult to sleep after the attack, and she experienced nightmares and panic attacks. Id.  Eventually she went back to work at the Embassy, but found that "it was much harder for [her] to make [herself] go to work each day" because she was "always afraid." Id.

### b.   JOHN SPOUSE BBDOE (Husband of JANE VICTIM BBDOE)

494.     JOHN SPOUSE BBDOE is the husband of JANE VICTIM BBDOE. [#93-1] at 1203.  JOHN SPOUSE BBDOE was at his office at the time of the bombing, and heard about it on the radio. Id. at 1210.  He tried to get to the Embassy by car, but he was stopped on his way there. Id. at 1211.  He ran an additional two or three miles from where he parked the car towards the Embassy, but when he arrived, he saw that that the building was "completely destroyed." Id.

495.     JOHN SPOUSE BBDOE then ran to the hospital, where he saw his wife, and saw that "her face was bleeding." Id.  He waited with JANE VICTIM BBDOE as she got stiches in her back and arm, and then, because the hospital was so crowded with others who were injured in the bombing, JOHN SPOUSE BBDOE took JANE VICTIM BBDOE home. Id. at 1212.

496.     JANE VICTIM BBDOE was at home for more than a month after the bombing, and JOHN SPOUSE BBDOE hired a nurse to come to the house to change the dressings on JANE VICTIM BBDOE's wounds. Id.  JOHN SPOUSE BBDOE also took time off from work to care for JANE VICTIM BBDOE. Id. at 1214.

### c.   JOHN CHILD1 BBDOE (Son of JANE VICTIM BBDOE)

497.     JOHN CHILD1 BBDOE is the son of JANE VICTIM BBDOE, and he was about [REDACTED] years old at the time of the bombing. [#67] at 187.  He was at school when the bombing occurred, and was taken from school to his grandmother's house, where he learned of the bombing on television. Id. at 188.  JOHN CHILD1 BBDOE saw his mother shortly after she

was released from the hospital and recalls that "her clothes were torn up and covered with blood" and "she seemed out of sorts." Id.

498.     JOHN CHILD1 BBDOE recalls that "the entire balance of [their] daily lives was thrown off by the bombing." Id.  It was hard for JOHN CHILD1 BBDOE to see his mother adjust to life after the bombing. Id.

## XXIX. Family of JANE VICTIM CCDOE

### a.   JANE VICTIM CCDOE (Injured)

499.     JANE VICTIM CCDOE was about 52 years old when she was injured in the 1983 Embassy bombing, and 53 years old when she was injured in the 1984 bombing of the Embassy Annex. [#67] at 191.  At the time of the bombings, she was employed as a [REDACTED] in the [REDACTED], which was [REDACTED]. Id.

500.     At the time of the 1983 bombing, JANE VICTIM CCDOE was near her office on the [REDACTED] floor. Id.  She was "thrown to the floor by the force of the explosion" and "escaped from the Embassy by going down some sort of artificial stairs, almost like a ladder, used to help evacuate the Embassy." Id.  At first JANE VICTIM CCDOE did not think she sustained any injures, so she walked to her husband's office instead of seeking treatment. Id. at 192.

501.     When JANE VICTIM CCDOE returned to work a few weeks after the bombing, she had trouble hearing; she later learned that the first bombing had damaged her hearing badly. Id.  She now wears hearing aids. Id.

502.     JANE VICTIM CCDOE felt much grief and anxiety regarding the bombing, but returned to work because her "family depended on [her] income." Id.  She was working at the Embassy Annex in 1984 when the second bombing occurred. Id. at 193.

503.     JANE VICTIM CCDOE recalls that she heard shots being fired by Embassy guards, who were shooting at the bomber's car. Id.  She went to a back room to hide, and was hiding there when the bomb went off. Id.  Dust and debris flew into the room, and her "physical injuries were immediately apparent this time." Id.  She was taken to a hospital with several other employees. Id.  Years later, doctors discovered that she still had shards of glass stuck in her head. Id.

504.     The bombings made JANE VICTIM CCDOE afraid, and she had flashbacks to the incidents. Id.  She had to stop working because she could "no longer cope" with feeling like "a target simply because [she] worked there." Id. at 194.  She eventually moved to [REDACTED], where she tried to obtain work, but her hearing loss made working too difficult. Id.

505.     The bombings caused JANE VICTIM CCDOE to have "terrible nightmares," and she took medicine for a while to help her cope. Id.  She also had a "fear of being out and away from [her] home," which continued for years. Id.

## XXX.  Family of JANE VICTIM DDDOE and JOHN PARENT1 DDDOE

### a.  JANE VICTIM DDDOE (Injured; Daughter of JOHN PARENT1 DDDOE)

506.     JANE VICTIM DDDOE was about 27 years old when she was injured in the 1983 Embassy bombing and about 28 when her father, JOHN PARENT1 DDDOE, was injured in the 1984 Annex bombing. [#77] at 2.  JANE VICTIM DDDOE had been working at the Embassy as a [REDACTED] since she was [REDACTED] years old. Id.  Being the oldest child, she helped her mother raise her [REDACTED] younger siblings, and was "really like a second mother to them." Id.  She is also very close to her parents, and would commute to work with her father every day until just before the 1983 Embassy bombing. Id.

507.    JANE VICTIM DDDOE was in her office working the switchboard on the day of the 1983 Embassy bombing, when she heard a "terrible sound . . . like the sky was opening and closing." Id. at 3.  She has a vague memory of being dragged out from under the debris. Id.  She remembers being at the hospital, but does not remember how she got there. Id.

508.    JANE VICTIM DDDOE suffered "terrible" back and neck injuries from the attack, which she still takes pain medication for. Id.  She also suffered from cuts, lacerations, and bleeding from the head and ears, which in turn has left her with permanent hearing loss. Id.  She feels "angry and resentful" about the effects of the attack on herself, and others, and feels guilty that she survived while others were less fortunate. Id.

509.    JANE VICTIM DDDOE had moved to [REDACTED] by the time the 1984 Annex bombing occurred. Id. at 6.  JANE VICTIM DDDOE learned of the attack from her husband, and watched the television coverage of the attack "in horror." Id. at 7.  JANE VICTIM DDDOE was "devastated." Id.  At some point she learned that her father had been injured but survived the attack. Id.

510.    JANE VICTIM DDDOE found it very difficult not to re-live her own experiences from the 1983 Embassy bombing. Id.  She was also troubled that she was so far away and not able to help her father. Id.  She feels the trauma of this attack is still with her today. Id.

**b.  JOHN PARENT1 DDDOE (Injured; Father of JANE VICTIM DDDOE)**

511.    JOHN PARENT1 DDDOE is the father of JANE VICTIM DDDOE, who was injured in the 1983 Embassy bombing, and he himself was injured in the 1984 Annex bombing. [#67] at 239, 248.

512.    JOHN PARENT1 DDDOE had gone to work as usual on the day of the 1983 Embassy bombing, but had gone home early due to a headache. Id. at 239.  He was drinking

coffee at home when a neighbor came and told him about the attack. Id.  JOHN PARENT1

DDDOE found the news to be "both a surprise and also a big shock." Id. at 240.  He became

afraid and worried about JANE VICTIM DDDOE. Id.  JOHN PARENT1 DDDOE did not find

out that JANE VICTIM DDDOE survived until the early afternoon; he was not able to see her

until the next day at the hospital. Id.  When he saw JANE VICTIM DDDOE, she "looked to be

in bad shape," and the fear and worry JOHN PARENT1 DDDOE experienced when he first

heard of the attack came back, only "much stronger." Id.

513.    When JANE VICTIM DDDOE and JOHN PARENT1 DDDOE had to return to

work a few days after the attack, JOHN PARENT1 DDDOE worried for both of their safety. Id.

He would check on her every 15 minutes. Id.  JOHN PARENT1 DDDOE experienced stress and

was "not happy like before." Id. at 241.

514.    At the time of the 1984 Annex bombing, JOHN PARENT1 DDDOE was about

[REDACTED] years old and was still employed at the Embassy as [REDACTED]. Id. at 248.

On the day of the attack, he was working in the basement when "suddenly the ground shook and

the lights went out." Id.  The supply shelves fell on him, leaving him trapped and injured. Id.

Someone eventually rescued JOHN PARENT1 DDDOE. Id.  Though he had cuts and was

covered in blood, he was still able to walk on his own. Id.  Once outside, JOHN PARENT1

DDDOE saw "charred bodies and limbs all over the place," and this scene made him "sick." Id.

at 249.  His sons brought him to the hospital, where he was treated for two days and released. Id.

515.    JOHN PARENT1 DDDOE returned to work about a month after the bombing, but

he experienced "constant fear" and he was "full of angst." Id.  He also became depressed. Id.

JOHN PARENT1 DDDOE continued to work at the Embassy until [REDACTED] when he

could not "take it any longer." Id.  He and his wife then immigrated to [REDACTED]. Id.

**c.  JANE PARENT2 DDDOE (Mother of JANE VICTIM DDDOE; Wife of JOHN PARENT1 DDDOE)**

516.    JANE PARENT2 DDDOE is the mother of JANE VICTIM DDDOE and the wife of JOHN PARENT1 DDDOE. [#67] at 255, 263.

517.    JANE PARENT2 DDDOE and JANE VICTIM DDDOE "have always had a very good relationship." Id. at 255.  She describes JANE VICTIM DDDOE as "a wonderful daughter" and "almost like a sister." Id.

518.    JANE PARENT2 DDDOE was at home at the time of the 1983 Embassy bombing. Id.  She first learned of the attack from a neighbor, and she found the news so shocking that she "fainted almost immediately." Id. at 255-56.  She did not learn that JANE VICTIM DDDOE was still alive, but injured, until the next day. Id. at 256.  While she was relieved that JANE VICTIM DDDOE had survived, she was "very sad and hurt" that JANE VICTIM DDDOE was injured, and JANE PARENT2 DDDOE "cried and cried" for her daughter's suffering. Id.

519.    After this attack, JANE PARENT2 DDDOE was constantly scared that something would happen to herself or her family. Id.  She was not able to enjoy herself, and was "easily irritated." Id.  She eventually lost the use of one eye, which she attests that a doctor attributed to her crying too much over JANE VICTIM DDDOE's injuries. Id.

520.    At the time of the 1984 Annex bombing, JANE PARENT2 DDDOE and JOHN PARENT1 DDDOE had been married for almost [REDACTED] years. Id. at 263.  JANE PARENT2 DDDOE was at home the day the bombing occurred. Id.  She was listening to the radio when news of the attack was reported. Id.  JANE PARENT2 DDDOE "was overcome with emotion, and [she] burst into tears." Id.  She was distressed, and had no way of communicating

with JOHN PARENT1 DDDOE to find out if he was alright. Id.  JANE PARENT2 DDDOE did

not learn that JOHN PARENT1 DDDOE was alive, though injured, until she saw him the

following day. Id. at 264.  She was relieved that he was alive, but very upset about everything he

said he had been through. Id.

521.    After this attack, JANE PARENT2 DDDOE had similar reactions as she did to

the previous attack, such as trouble sleeping and nightmares, and she experienced the same

emotional strain. Id.  The family also experienced financial difficulties. Id.

**d. JOHN SIBLING2 DDDOE (Brother of JANE VICTIM DDDOE; Son of JOHN**
   **PARENT1 DDDOE)**

522.    JOHN SIBLING2 DDDOE is the brother of JANE VICTIM DDDOE and the son

of JOHN PARENT1 DDDOE. [#93-1] at 950.

523.    JOHN SIBLING2 DDDOE recalls that his sister "was like a provider to the

family" and "another mother" to JOHN SIBLING2 DDDOE and his siblings while they were

growing up. Id. at 953.  On the day of the 1983 Embassy bombing, JOHN SIBLING2 DDDOE

was at home, and one of his neighbors came over and told him about the bombing. Id. at 954.  He

left to go find out what happened, and when he found his sister at the hospital, he saw that

"blood was coming out of her ears." Id. at 955-56.

524.    In the days after the bombing, JOHN SIBLING2 DDDOE felt "awful every day"

and had trouble sleeping because he was "always terrified." Id. at 957.  JOHN SIBLING2

DDDOE testified that because of the bombing, "in a way [he] could not have hopes for the

future" and he felt like he "could die any minute from anything that could happen." Id. at 959.

525.    JOHN SIBLING2 DDDOE was approximately [REDACTED] years old when his

father was injured in the 1984 Annex bombing. Id. at 963.

526.    JOHN SIBLING2 DDDOE remembers that he was going to visit his dad at the Embassy that day when he heard a "very, very loud explosion." Id. at 965.  He and his brother JOHN SIBLING1 DDDOE turned on the radio and heard about the bombing. Id.  JOHN SIBLING2 DDDOE and JOHN SIBLING1 DDDOE drove towards the Embassy and when they got close, JOHN SIBLING1 DDDOE got out of the car and ran towards the building. Id. at 966.  As JOHN SIBLING2 DDDOE got out of the car, he saw JOHN SIBLING1 DDDOE standing with their father, who was visibly injured. Id.

527.    The second Embassy bombing brought back "the bad memories" of the prior bombing. Id. at 969.  Every time he went to sleep, he saw the dead bodies that he witnessed at the explosion site. Id. at 971.  JOHN SIBLING2 DDDOE also remembers that this was a difficult time financially for the family, and they had to borrow money because JOHN PARENT1 DDDOE was out of work for some time following the bombing. Id. at 970.

**e.   JOHN SIBLING3 DDDOE (Brother of JANE VICTIM DDDOE; Son of JOHN PARENT1 DDDOE)**

528.    JOHN SIBLING3 DDDOE is the brother of JANE VICTIM DDDOE and the son of JOHN PARENT1 DDDOE. [#67] at 203, 211.

529.    JOHN SIBLING3 DDDOE and JANE VICTIM DDDOE were [REDACTED] apart in school, and "have always been very close." Id. at 203.  She also helped support him financially when he was studying in [REDACTED], where he was still living at the time of the 1983 Embassy bombing. Id.  He first learned of the attack from co-workers. Id.  The news came as a "big shock" to him. Id.  He was anxious and worried about both JANE VICTIM DDDOE and JOHN PARENT1 DDDOE. Id. at 204.  It took JOHN SIBLING3 DDDOE a few days to find out about JANE VICTIM DDDOE's condition. Id.  However, he feared that her condition was

somehow worse than his family let on and would wake up at night worrying about JANE

VICTIM DDDOE. Id.  JOHN SIBLING3 DDDOE was able to see JANE VICTIM DDDOE a

few months later, and while he was relieved to see her alive, it was very upsetting for him to see

her suffer. Id.

530.    JOHN SIBLING3 DDDOE was still in [REDACTED] when the 1984 Annex

bombing occurred. Id. at 211.  He also first learned of this attack from co-workers. Id.  He

experienced "incredible stress and extreme anxiety" as to his family's safety, and his mind raced

back to when JANE VICTIM DDDOE was injured. Id.  JOHN SIBLING3 DDDOE was not able

to reach his family until the following morning. Id. at 212.  Until he was able to contact them,

JOHN SIBLING3 DDDOE was "incredibly worried" and "felt as though [he] was going crazy."

Id.  He was relieved to hear [REDACTED] and that JOHN PARENT1 DDDOE's injuries were

"light." Id.  However, when JOHN SIBLING3 DDDOE was later able to visit with JOHN

PARENT1 DDDOE, he was pained to see how JOHN PARENT1 DDDOE has been affected

psychologically. Id.

531.    JOHN SIBLING3 DDDOE feels as though his combined experiences from the

two attacks have had a "lasting impact on [him] emotionally." Id. at 213.  He relives these

experiences whenever he hears of similar attacks, which he describes as an "awful" experience.

Id.

   **f.   JOHN SIBLING1 DDDOE (Brother of JANE VICTIM DDDOE; Son of JOHN
        PARENT1 DDDOE)**

532.    JOHN SIBLING1 DDDOE is the brother of JANE VICTIM DDDOE. [#67] at

198. He is also the son of JOHN PARENT1 DDDOE. [#88] at 8.

533.    JOHN SIBLING1 DDDOE and JANE VICTIM DDDOE have always been close. [#67] at 198.  He believes that "[l]ife would not be as meaningful without [JANE VICTIM DDDOE]." Id.

534.    JOHN SIBLING1 DDDOE first learned of the 1983 Embassy bombing from a neighbor. Id.  Fearing that JANE VICTIM DDDOE was dead, JOHN SIBLING1 DDDOE "started shaking" and "could not breathe." Id. at 198-99.  JOHN SIBLING1 DDDOE went with some of his siblings to the hospital to see if they could find JANE VICTIM DDDOE; when they found her alive, he was relieved, though he did cry upon seeing her injuries. Id. at 199.

535.    JOHN SIBLING1 DDDOE could not sleep for days after the attack, and he worried about JANE VICTIM DDDOE's recovery. Id.  He experienced anxiety and stress, though this did get better, slowly, as JANE VICTIM DDDOE recovered. Id.

536.    JOHN SIBLING1 DDDOE and JOHN PARENT1 DDDOE have always had a "good relationship." [#88] at 8.  He describes JOHN PARENT1 DDDOE as being a "great father" and a "great friend." Id.

537.    At the time of the 1984 Annex bombing, JOHN SIBLING1 DDDOE was [REDACTED]. Id.  [REDACTED], but JOHN SIBLING1 DDDOE and his brother were driving to the Annex that day to see JOHN PARENT1 DDDOE at work. Id.  On the way, they heard a loud explosion, and they became fearful that it came from the Embassy. Id.  JOHN SIBLING1 DDDOE had a flashback of the 1983 Embassy bombing, which was a "horrible feeling." Id.  JOHN SIBLING1 DDDOE "drove like crazy" to get to the Annex to check on JOHN PARENT1 DDDOE, arriving about five or ten minutes after the attack. Id.  He found JOHN PARENT1 DDDOE there and helped tend to his wounds. Id.

538.    JOHN SIBLING1 DDDOE felt guilty and blamed himself for the attack,

[REDACTED]. Id. at 9.  He blamed himself and suffered from depression. Id.  He was reminded

of the attack and JOHN PARENT1 DDDOE's injuries every time he [REDACTED]. Id.  He

experienced stress and worried that there would be another attack. Id.

### g.  JANE SIBLING4 DDDOE (Sister of JANE VICTIM DDDOE; Daughter of JOHN PARENT1 DDDOE)

539.    JANE SIBLING4 DDDOE is the sister of JANE VICTIM DDDOE. [#67] at 219.

She is also the daughter of JOHN PARENT1 DDDOE. Id. at 224.

540.    JANE SIBLING4 DDDOE and JANE VICTIM DDDOE "have always been very

close." Id. at 219.  JANE SIBLING4 DDDOE describes JANE VICTIM DDDOE as "almost like

another mother" and as "a good friend." Id.

541.    JANE SIBLING4 DDDOE was at home on the day of the 1983 Embassy

bombing. Id.  She learned of the attack from her father. Id.  The news left her feeling "numb." Id.

She then left with her siblings to try and find JANE VICTIM DDDOE at the hospital. Id. at 220.

She remembers all the sirens and ambulances on the way to the hospital, which was "like a

nightmare" for JANE SIBLING4 DDDOE. Id.  When they found JANE VICTIM DDDOE,

JANE SIBLING4 DDDOE was relieved that she was alive, but saw the shape JANE VICTIM

DDDOE was in and how scared she was. Id.  JANE SIBLING4 DDDOE "felt sorry for her." Id.

542.    After the attack, JANE SIBLING4 DDDOE tried to comfort JANE VICTIM

DDDOE as she dealt with the physical and emotional toll. Id.  This was "stressful and difficult"

for JANE SIBLING4 DDDOE, and seeing JANE VICTIM DDDOE's injuries made JANE

SIBLING4 DDDOE "depressed." Id.  For her own part, JANE SIBLING4 DDDOE suffered

from nightmares and experienced difficulty sleeping. Id.  She no longer felt safe going to school

in [REDACTED], and so dropped out of [REDACTED] even though she was only a year away from graduating. Id.

543.    JANE SIBLING4 DDDOE was at home on the day of the 1984 Annex bombing. Id. at 224.  She does not remember how she found out about the attack, but she does remember that hearing the news reminded her of the 1983 Embassy bombing, which left her feeling "distraught and weak." Id.  She became anxious and worried about her father. Id.  The next day her brother, JOHN SIBLING2 DDDOE, brought JOHN PARENT1 DDDOE home. Id. at 255. JANE SIBLING4 DDDOE was relieved that he was alive, but distraught that he had been injured. Id.

544.    JANE SIBLING4 DDDOE again experienced nightmares and had trouble sleeping. Id. at 226.  Seeing how the bombing had affected JOHN PARENT1 DDDOE made JANE SIBLING4 DDDOE "depressed." Id.

**h.  JANE SIBLING5 DDDOE (Sister of JANE VICTIM DDDOE; Daughter of JOHN PARENT1 DDDOE)**

545.    JANE SIBLING5 DDDOE is the sister of JANE VICTIM DDDOE. [#67] at 229. She is also the daughter of JOHN PARENT1 DDDOE. Id. at 234.

546.    JANE SIBLING5 DDDOE and JANE VICTIM DDDOE have always had a "close relationship." Id. at 229.  The two "really shared [their] lives." Id.

547.    JANE SIBLING5 DDDOE was home on the day of the 1983 Embassy bombing. Id. at 230.  Because she was so young at the time, JANE SIBLING5 DDDOE's parents were initially reticent to tell her of the attack, but JANE SIBLING5 DDDOE knew something had happened based on their reactions. Id.  When they did tell her what had happened, she began to cry and was "extremely scared" for JANE VICTIM DDDOE's safety. Id.  JANE SIBLING5

DDDOE went to the hospital with the family to search for JANE VICTIM DDDOE and when they found her at the hospital, JANE SIBLING5 DDDOE ran to her, crying. Id.  JANE SIBLING5 DDDOE was relieved that JANE VICTIM DDDOE was alive, but her injuries "deeply distressed" JANE SIBLING5 DDDOE. Id.

548.     In the time immediately after the attack, JANE SIBLING5 DDDOE would hear JANE VICTIM DDDOE having nightmares and crying at night. Id. at 31.  Experiencing her sister's stress would make JANE SIBLING5 DDDOE cry as well, and she would also have nightmares of her own involving JANE VICTIM DDDOE's injuries. Id.

549.     JANE SIBLING5 DDDOE was about [REDACTED] years old at the time of the 1984 Annex bombing. Id. at 234.  She was still living at home with her father at the time. Id. She was at home on the day of this attack. Id.  Her mother found out about the attack first; JANE SIBLING5 DDDOE knew something was wrong because the look on her mother's face was the same one she had the day of the 1983 Embassy bombing. Id. at 234-35.  JANE SIBLING5 DDDOE was "afraid and worried." Id. at 235.  Not knowing if her family was safe made JANE SIBLING5 DDDOE feel "as though [she] was going crazy." Id.  When JOHN PARENT1 DDDOE came home the next day, JANE SIBLING5 DDDOE was grateful that he survived, yet distressed that he was injured. Id.  JOHN PARENT1 DDDOE told her what had happened to him, which disturbed JANE SIBLING5 DDDOE. Id.

550.     Seeing how JOHN PARENT1 DDDOE was affected by the bombing "depressed" JANE SIBLING5 DDDOE. Id. at 236.  According to JANE SIBLING5 DDDOE, JOHN PARENT1 DDDOE "was not the same father" as he was prior to the attack. Id.  Her performance in school that year suffered, which she believes is due to her distress over JOHN

PARENT1 DDDOE's injuries. Id.  Today JANE SIBLING5 DDDOE has trouble experiencing happiness, believing that something bad will happen. Id.

## XXXI. Family of JOHN VICTIM EEDOE

### a.  Estate of JOHN VICTIM EEDOE (Deceased)

551.    JOHN VICTIM EEDOE was about 20 years old when he was killed in the 1984 Annex bombing. [#93-1] at 6.  JOHN VICTIM EEDOE's estate is represented in this litigation by his brother, JOHN SIBLING1 EEDOE. Id. at 5.

552.    JOHN VICTIM EEDOE worked in [REDACTED] at the Embassy and went to [REDACTED]. Id. at 11.  His brother testified that the whole family was depending on JOHN VICTIM EEDOE and his salary, because at the time, no one else was employed. Id. at 13.

553.    JOHN VICTIM EEDOE's body was so badly injured that it was difficult for the authorities to identify it. Id. at 17.  JOHN SIBLING1 EEDOE testified that they identified JOHN VICTIM EEDOE by his [REDACTED] and his blue underwear. Id. at 17-18.

554.    JOHN VICTIM EEDOE's salary at the Embassy was $4,354 annually. [#65] at 38.  The projected income from his death until his anticipated age of retirement, increased by the average annual CPI rate for all future years, yields a total economic loss to JOHN VICTIM EEDOE's estate of $529,000. Id. at 39.

### b.  JOHN PARENT1 EEDOE (Father of JOHN VICTIM EEDOE)

555.    JOHN PARENT1 EEDOE is the father of JOHN VICTIM EEDOE. [#67] at 282. He was about [REDACTED] years old when JOHN VICTIM EEDOE was killed in the 1984 Annex bombing. Id.  JOHN PARENT1 EEDOE "relied a lot" on JOHN VICTIM EEDOE. Id.

556.    JOHN PARENT1 EEDOE was working in [REDACTED] at the time of the attack. Id.  He received the news that JOHN VICTIM EEDOE was in the hospital, but he was

unaware of the explosion. Id. at 282-83.  He returned home to Beirut, and at the airport JOHN

PARENT1 EEDOE's brother told him that JOHN VICTIM EEDOE had died in the bombing. Id.

JOHN PARENT1 EEDOE was "in total shock." Id.

557.    It was very upsetting to JOHN PARENT1 EEDOE that, because JOHN VICTIM

EEDOE had been so badly injured, he was unable to see JOHN VICTIM EEDOE's body. Id.

Losing JOHN VICTIM EEDOE was also difficult for JOHN PARENT1 EEDOE financially. Id.

### c.  JANE PARENT2 EEDOE Abdo (Mother of JOHN VICTIM EEDOE)

558.    JANE PARENT2 EEDOE is the mother of JOHN VICTIM EEDOE. [#67] at 289.

At the time of the bombing, JOHN VICTIM EEDOE was helping JANE PARENT2 EEDOE

raise his younger siblings since JOHN PARENT1 EEDOE was working in [REDACTED]. Id.

She depended a lot on JOHN VICTIM EEDOE. Id.

559.    The last time JANE PARENT2 EEDOE saw JOHN VICTIM EEDOE alive was at

7:00 a.m. on the day of the 1984 Annex bombing. Id.  When she heard of the explosion a few

hours later, she immediately went to the Annex, but was told there that the dead and injured had

already been taken to the hospitals. Id. at 289-90.  She went from hospital to hospital looking for

JOHN VICTIM EEDOE. Id. at 290.  When she finally found where his body had been taken, she

was not permitted to see the body because it was so badly damaged. Id.

560.    JANE PARENT2 EEDOE believes that the shock and grief from JOHN VICTIM

EEDOE's death have "completely crushed [her]." Id.  She believes that these emotions have

caused her physical health to decline. Id.  She also experiences emotional trauma, such as

nervousness and depression. Id.

### d.  JOHN SIBLING1 EEDOE (Brother of JOHN VICTIM EEDOE)

561.     JOHN SIBLING1 EEDOE is the brother of JOHN VICTIM EEDOE, and he was [REDACTED] years old when his brother was killed in the 1984 Annex bombing. [#93-1] at 6-7. JOHN SIBLING1 EEDOE testified that JOHN VICTIM EEDOE was his hero, and they spent "every minute of the day" together. Id. at 10.

562.     On the day of the bombing, JOHN SIBLING1 EEDOE heard a "loud bump" and then heard his mother screaming. Id. at 13-14.  A neighbor's son drove JOHN SIBLING1 EEDOE and his mother towards the Embassy, and they listened to the news on the radio. Id. at 14.  When they arrived, JOHN SIBLING1 EEDOE was allowed to get near the perimeter of the building, and he remembers "it was a chaotic situation . . . dust, smokes [sic], everything, people with blood on their head." Id. at 15.  After searching multiple hospitals for four to five hours, JOHN SIBLING1 EEDOE's cousin sent JOHN SIBLING1 EEDOE and his mother home to rest. Id. at 16.  A few hours later, they received news that JOHN VICTIM EEDOE had died in the attack. Id.

563.     JOHN SIBLING1 EEDOE testified that he misses his brother, and that because of the bombing, he "didn't get the chance to share him my problems, to protect me, to be the one who I trust [sic]." Id. at 19.

**e.  JANE SIBLING3 EEDOE (Sister of JOHN VICTIM EEDOE)**

564.     JANE SIBLING3 EEDOE is the sister of JOHN VICTIM EEDOE. [#67] at 277. JANE SIBLING3 EEDOE and JOHN VICTIM EEDOE were "very close," and they "confided in each other." Id.  She was about [REDACTED] years old when JOHN VICTIM EEDOE was killed in the 1984 Annex bombing. Id.

565.     JANE SIBLING3 EEDOE was at home when she heard news of the attack. Id. at 278.  A neighbor took her to the Annex to look for JOHN VICTIM EEDOE. Id.  When she was

told that those in the building had been taken for treatment, she went from hospital to hospital looking for JOHN VICTIM EEDOE. Id.  JANE SIBLING3 EEDOE eventually learned that JOHN VICTIM EEDOE had been killed, and his body very badly damaged. Id.

566.    JANE SIBLING3 EEDOE took tranquilizers for a year after the attack to help cope with the loss of her brother. Id. at 279.  She recalls that "there was no more laughter in the household." Id.  Because of the attack, she is fearful that something similar will happen to her husband or children. Id.

**f.  JANE SIBLING2 EEDOE (Sister of JOHN VICTIM EEDOE)**

567.    JANE SIBLING2 EEDOE is the sister of JOHN VICTIM EEDOE. [#67] at 272. JANE SIBLING2 EEDOE and JOHN VICTIM EEDOE were "very close." Id.  She was about [REDACTED] years old when JOHN VICTIM EEDOE was killed in the 1984 Annex bombing. Id.

568.    JANE SIBLING2 EEDOE was at home on the day of the attack. Id. at 273.  After she heard of the explosion, JANE SIBLING2 EEDOE went with her family to find JOHN VICTIM EEDOE at the Annex, and then helped them search for him at the hospitals. Id.  JANE SIBLING2 EEDOE eventually learned that JOHN VICTIM EEDOE had been killed, and his body very badly damaged. Id.

569.    After JOHN VICTIM EEDOE's death, JANE SIBLING2 EEDOE had to drop out of school and get a job to help support the family. Id. at 274.  She still finds it hard to talk about JOHN VICTIM EEDOE's death, and when she does, she suffers headaches and nausea. Id.

**XXXII.    Family of JOHN VICTIM FFDOE**

**a.  Estate of JOHN VICTIM FFDOE (Deceased)**

570.     JOHN VICTIM FFDOE[14] was around 26 years old when he was killed in the 1984 Annex bombing. [#93-1] at 176.  His estate is represented in this litigation by his son, JOHN CHILD1 FFDOE. Id. at 175.  The exact circumstances of his death are unknown.

571.     JOHN VICTIM FFDOE was a [REDACTED] at the Embassy, id. at 176, and his salary was $4,354 annually. [#65] at 41.  The projected income from his death until his anticipated age of retirement, increased by the average annual CPI rate for all future years, yields a total economic loss to JOHN VICTIM FFDOE's estate of $481,000. Id. at 42.

**b.  JANE SPOUSE FFDOE (Wife of JOHN VICTIM FFDOE)**

572.     JANE SPOUSE FFDOE was the wife of JOHN VICTIM FFDOE. [#67] at 298.  She was about [REDACTED] years old when JOHN VICTIM FFDOE was killed in the 1984 Annex bombing. Id.

573.     JANE SPOUSE FFDOE was giving their [REDACTED] son a bath at the time of the explosion. Id.  She heard the explosion, but did not know what it was until someone told her the Annex had been attacked. Id.  She became very anxious. Id. at 299.  When she heard JOHN VICTIM FFDOE had been killed, she felt as if "[her] soul left [her] body." Id.

574.     JANE SPOUSE FFDOE suffered emotionally and financially from JOHN VICTIM FFDOE's death. Id.  She feels like her life was destroyed. Id.  She was forced to move in with her parents to support herself and her son. Id.

**c.  JOHN CHILD1 FFDOE (Son of JOHN VICTIM FFDOE)**

575.     JOHN CHILD1 FFDOE is the son of JOHN VICTIM FFDOE. [#93-1] at 175.  He was [REDACTED] old when his father was killed in the 1984 Annex bombing. Id.

---

[14] In the materials submitted by the plaintiffs, the surname of this family is spelled as both [REDACTED] and [REDACTED].  [REDACTED] used for all family members for the sake of consistency.

576.     JOHN CHILD1 FFDOE testified that it was difficult growing up without a father. Id. at 178.  His mother remarried, but her new husband did not want to raise JOHN CHILD1 FFDOE, so he went to live with his grandparents for a year until his mother and step father got divorced. Id. at 179.  He testified that he had to build his life "alone, without the help of somebody beside you supporting you always." Id. at 189.

### d.   JANE PARENT1 FFDOE (Mother of JOHN VICTIM FFDOE)

577.     JANE PARENT1 FFDOE is the mother of JOHN VICTIM FFDOE. [#67] at 346. JOHN VICTIM FFDOE was "very dear" to JANE PARENT1 FFDOE. Id.  JANE PARENT1 FFDOE was living with JOHN VICTIM FFDOE and his family at the time of his death. Id.

578.     JANE PARENT1 FFDOE was at home when the attack occurred. Id. at 347.  Her son-in-law came and told her that JOHN VICTIM FFDOE was in the hospital. Id.  When she arrived at the hospital and found out that JOHN VICTIM FFDOE was dead, JANE PARENT1 FFDOE was "devastated" and wanted to die. Id.

579.     After JOHN VICTIM FFDOE's death, JANE PARENT1 FFDOE was forced to get a job [REDACTED] to help support herself and her family. Id.  She is still sad when she thinks about JOHN VICTIM FFDOE. Id.

### e.   JOHN SIBLING1 FFDOE (Brother of JOHN VICTIM FFDOE)

580.     JOHN SIBLING1 FFDOE is the brother of JOHN VICTIM FFDOE. [#67] at 305. Even as adults, JOHN SIBLING1 FFDOE and JOHN VICTIM FFDOE were "very close" and spoke daily. Id.

581.     As soon as he heard news of the attack, JOHN SIBLING1 FFDOE went to the Annex to search for JOHN VICTIM FFDOE. Id.  It took him a week to find out which hospital

JOHN VICTIM FFDOE had been taken to, though JOHN SIBLING1 FFDOE never saw JOHN VICTIM FFDOE's body. Id.

582.     When he learned of JOHN VICTIM FFDOE's death, JOHN SIBLING1 FFDOE was "in total shock for days." Id. at 306.  He began to experience a depression, which he believes has "never left [him]." Id.

**f.   JOHN SIBLING2 FFDOE (Brother of JOHN VICTIM FFDOE)**

583.     JOHN SIBLING2 FFDOE is the brother of JOHN VICTIM FFDOE. [#67] at 312.

584.     JOHN SIBLING2 FFDOE believes he was at work at the time of the attack. Id. He heard about the attack on the radio, and immediately went home. Id.  He later heard on the radio that JOHN VICTIM FFDOE had been killed. Id.  A few days later, JOHN VICTIM FFDOE went with his mother and uncle to identify JOHN VICTIM FFDOE's body; JOHN SIBLING2 FFDOE only recognized JOHN VICTIM FFDOE by his [REDACTED]. Id.

585.     The loss of JOHN VICTIM FFDOE devastated JOHN SIBLING2 FFDOE. Id. He was also forced to assume some of JOHN VICTIM FFDOE's responsibilities for the family. Id.  The image of JOHN VICTIM FFDOE's body at the morgue still haunts him. Id.

**g.   JOHN SIBLING3 FFDOE (Brother of JOHN VICTIM FFDOE)**

586.     JOHN SIBLING3 FFDOE is the brother of JOHN VICTIM FFDOE. [#67] at 319.

587.     JOHN SIBLING3 FFDOE was at work at the time of the attack. Id.  When he heard the news of the attack, JOHN SIBLING3 FFDOE went straight home. Id.  Once he got there, his family told him that JOHN VICTIM FFDOE had been killed. Id.  The news was a "great shock" to JOHN SIBLING3 FFDOE. Id.

588.     After JOHN VICTIM FFDOE's death, JOHN SIBLING3 FFDOE was forced to take on some of JOHN VICTIM FFDOE's financial responsibilities to their family, and had to

put his own goals on hold. Id. at 319-20.  It was very difficult for JOHN SIBLING3 FFDOE

without JOHN VICTIM FFDOE. Id. at 320.  He still misses his brother. Id.

### h.   JANE SIBLING4 FFDOE (Sister of JOHN VICTIM FFDOE)

589.     JANE SIBLING4 FFDOE is the sister of JOHN VICTIM FFDOE. [#67] at 325.

JOHN VICTIM FFDOE and JANE SIBLING4 FFDOE were "extremely close." Id.  At the time

of the bombing, JANE SIBLING4 FFDOE and her husband were living [REDACTED]. Id.

590.     JANE SIBLING4 FFDOE was at home when the attack occurred, and she heard

the explosion. Id.  She turned on the television to find out where the explosion had come from,

and when she found out that it came from the Annex, she went [REDACTED] to tell JOHN

VICTIM FFDOE's wife. Id.

591.     When she heard JOHN VICTIM FFDOE's name announced as one of the dead,

JANE SIBLING4 FFDOE was "in total shock." Id.  She finds it hard to describe how hard it was

to lose JOHN VICTIM FFDOE. Id. at 326.  She feels that she has lost her confidant and has a

constant sense that something is missing. Id.

### i.   JANE SIBLING5 FFDOE (Sister of JOHN VICTIM FFDOE)

592.     JANE SIBLING5 FFDOE is the sister of JOHN VICTIM FFDOE. [#67] at 332.

JOHN VICTIM FFDOE and JANE SIBLING5 FFDOE had a "very, very good relationship." Id.

593.     JANE SIBLING5 FFDOE was home with her husband when the bombing

occurred. Id. at 333.  When she heard news of the attack, she went to their family's home. Id.

She found it "agonizing" to wait for news of JOHN VICTIM FFDOE's condition, and she was

"despondent" when she finally found out he had been killed. Id.

594.     JANE SIBLING5 FFDOE felt "very depressed" at JOHN VICTIM FFDOE's

funeral. Id.  In the weeks after his death, JANE SIBLING5 FFDOE felt "handcuffed by sadness."

Id.  She feels as though losing JOHN VICTIM FFDOE has never stopped affecting her, and she still thinks of him "all the time." Id.

### j.   JANE SIBLING6 FFDOE (Sister of JOHN VICTIM FFDOE)

595.    JANE SIBLING6 FFDOE is the sister of JOHN VICTIM FFDOE. [#67] at 340. JANE SIBLING6 FFDOE and JOHN VICTIM FFDOE had a "good relationship." Id.

596.    JANE SIBLING6 FFDOE was at home when the bombing occurred. Id. at 341. When she heard about the attack on the radio, she "could not believe what happened." Id.  She was extremely worried about JOHN VICTIM FFDOE. Id.

597.    JANE SIBLING6 FFDOE feels that she has missed out on having JOHN VICTIM FFDOE's love and support throughout her life. Id.  She believes his death has had a lasting psychological effect on her. Id.  She still finds it painful to think about his death. Id.  She still thinks of JOHN VICTIM FFDOE every day. Id.

## XXXIII.    Family of JOHN VICTIM GGDOE

### a.  Estate of JOHN VICTIM GGDOE (Deceased)

598.    JOHN VICTIM GGDOE was about 27 years old when he was killed in the 1984 Annex bombing. [#67] at 355.  At the time of his death, JOHN VICTIM GGDOE was employed as [REDACTED] in the [REDACTED], a position which [REDACTED]. Id.  He had previously been employed as [REDACTED]. Id.  He is represented in this litigation by his wife, JANE SPOUSE GGDOE. Id.

599.    Just prior to the bombing, JOHN VICTIM GGDOE had been [REDACTED]. Id. He [REDACTED]. Id.  JOHN VICTIM GGDOE's sister testified that JOHN VICTIM GGDOE was [REDACTED]. [#93-1] at 698.  The bombing occurred immediately after this. [#67] at 355.

600.    JOHN VICTIM GGDOE's salary at the Embassy was $4,601 annually. [#65] at

51.  The projected income from his death until his anticipated age of retirement, increased by the

average annual CPI rate for all future years, yields a total economic loss to JOHN VICTIM

GGDOE's estate of $511,000. Id.

### b.  JANE SPOUSE GGDOE (Wife of JOHN VICTIM GGDOE)

601.    JANE SPOUSE GGDOE was the wife of JOHN VICTIM GGDOE. [#67] at 361.

She describes JOHN VICTIM GGDOE as a "wonderful husband," and she was "so in love with

him." Id. at 362.

602.    JANE SPOUSE GGDOE was at home when she heard news of the attack over the

radio. Id. at 361.  She took her son over to JOHN VICTIM GGDOE's family's house, where

they later received a call that JOHN VICTIM GGDOE had been killed. Id.  JOHN VICTIM

GGDOE's family then went to the hospital, though JANE SPOUSE GGDOE could not bring

herself to go with them. Id. at 362.

603.    After JOHN VICTIM GGDOE's death, JANE SPOUSE GGDOE was "extremely

depressed, stressed and anxious." Id.  Since JOHN VICTIM GGDOE had been the family's

supporter, after his death JANE SPOUSE GGDOE and their son had to live with her family for

five years. Id.  Their son developed medical problems, and JANE SPOUSE GGDOE had to rely

on JOHN VICTIM GGDOE's friends to help pay for his medical bills. Id.  She still thinks of

JOHN VICTIM GGDOE often. Id.

### c.  JOHN CHILD1 GGDOE (Son of JOHN VICTIM GGDOE)

604.    JOHN CHILD1 GGDOE is the son of JOHN VICTIM GGDOE. [#67] at 382.  He

was about [REDACTED] old when JOHN VICTIM GGDOE was killed in the 1984 Annex

bombing. Id.

605.    Growing up without a father was "difficult" for JOHN CHILD1 GGDOE. Id. JOHN CHILD1 GGDOE does not often ask about his father because "it is too painful for [his] mother and family members." Id.  He found it especially painful that JOHN VICTIM GGDOE was not there standing next to him at his wedding. Id. at 383.

### d.  JANE SIBLING1 GGDOE (Sister of JOHN VICTIM GGDOE)

606.    JANE SIBLING1 GGDOE is the sister of JOHN VICTIM GGDOE. [#93-1] at 688-89.  JANE SIBLING1 GGDOE and JOHN VICTIM GGDOE "were always together as siblings." Id. at 690.  After JANE SIBLING1 GGDOE moved out of the family home, she still spoke to JOHN VICTIM GGDOE frequently by telephone. Id. at 692.

607.    When JANE SIBLING1 GGDOE learned that JOHN VICTIM GGDOE died in the bombing, at first, she "did not believe it." Id. at 693.  She was on the first plane back to Lebanon, and as she approached her parents' home, she saw her brother's coffin on the balcony, and then the reality set in. Id. at 694.

608.    In the time following her brother's death, JANE SIBLING1 GGDOE felt very sad, and felt sorry for JOHN VICTIM GGDOE's son, who was only [REDACTED] years old. Id. at 695.

### e.  JANE SIBLING2 GGDOE (Sister of JOHN VICTIM GGDOE)

609.    JANE SIBLING2 GGDOE is the sister of JOHN VICTIM GGDOE. [#67] at 370.

610.    JANE SIBLING2 GGDOE was at home with her husband at the time of the attack. Id.  When they heard the news of the bombing on the radio, they immediately went to her family's house to await news of JOHN VICTIM GGDOE. Id.  She found out later that he had been killed. Id.  For JANE SIBLING2 GGDOE, that entire day was "completely heartbreaking." Id.

611.    After JOHN VICTIM GGDOE's death, JANE SIBLING2 GGDOE became "depressed and anxious." Id.  It was also very difficult for her to see her family's suffering. Id.

**f.   JANE SIBLING3 GGDOE (Sister of JOHN VICTIM GGDOE)**

612.    JANE SIBLING3 GGDOE is the sister of JOHN VICTIM GGDOE. [#67] at 376. JOHN VICTIM GGDOE was "close to [JANE SIBLING3 GGDOE's] heart," and she considered him a friend as well as a brother. Id.

613.    On the day of the attack, JANE SIBLING3 GGDOE was at home when her older brother came over and asked her to go with him to their parents' house. Id.  Once she got there, JANE SIBLING3 GGDOE found out about the attack and that JOHN VICTIM GGDOE had been killed. Id.  When she heard the news, JANE SIBLING3 GGDOE "went into complete shock and lost control." Id.  She began hitting herself and lost consciousness. Id.

614.    JANE SIBLING3 GGDOE became deeply depressed over JOHN VICTIM GGDOE's death for "a long time." Id. at 377.  She underwent psychological treatment and still takes anti-depressants. Id.  She still thinks of JOHN VICTIM GGDOE "always." Id.

**XXXIV.    Family of JOHN VICTIM HHDOE**

**a.  Estate of JOHN VICTIM HHDOE (Deceased)**

615.    JOHN VICTIM HHDOE was about 28 years old when he was killed in the 1984 Annex bombing. [#67] at 385.  At the time of his death, JOHN VICTIM HHDOE was employed at the Embassy Annex as [REDACTED] in [REDACTED]. Id.  He is represented in this litigation by his son, JOHN CHILD1 HHDOE. Id.

616.    JOHN VICTIM HHDOEwas at the Annex when the attack occurred. Id.  The bombing left him in a coma, with serious head injuries and a fractured arm. Id.  He remained in a coma for [REDACTED] days before succumbing to his injuries on [REDACTED]. Id.

617.     JOHN VICTIM HHDOE's salary at the Embassy was $6,290 annually. [#65] at 53.  The projected income from his death until his anticipated age of retirement, increased by the average annual CPI rate for all future years, yields a total economic loss to JOHN VICTIM HHDOE's estate of $724,000. Id.

**b.  JANE SPOUSE HHDOE (Wife of JOHN VICTIM HHDOE)**

618.     JANE SPOUSE HHDOE is the wife of JOHN VICTIM HHDOE. [#93-1] at 982. JANE SPOUSE HHDOE and JOHN VICTIM HHDOE grew up together, and started dating later on. Id. at 984.  They married in [REDACTED]. Id.

619.     JANE SPOUSE HHDOE heard the bomb explode [REDACTED], but she could not travel across the border between East and West Beirut to make it to the Embassy. Id. at 988-89.  Instead, JANE SPOUSE HHDOE waited for JOHN VICTIM HHDOE's coworkers to return to West Beirut to drive her over. Id. at 989.  She then searched for him in the different hospitals. Id. at 990.  When she reached [REDACTED] Hospital, she was told that there was someone there undergoing an operation, but he did not have any identification on him. Id.  JANE SPOUSE HHDOE waited until the surgery was over, when she was able to see her husband in the intensive care unit. Id.  JOHN VICTIM HHDOE was so wounded that JANE SPOUSE HHDOE recognized him only by his feet. Id.

620.     JOHN VICTIM HHDOE's death was very difficult for JANE SPOUSE HHDOE. Id. at 995.  She described it as a "disaster" and that she "lost someone who is everything for us." Id. at 998.  She recalls that, when their parents disapproved of their marriage because JOHN VICTIM HHDOE was a [REDACTED] and she was a [REDACTED], she told them that she needed nothing else from the world besides him. Id. at 999.  JANE SPOUSE HHDOE is reminded of her husband whenever she sees their son. Id. at 1002.

### c.  JOHN CHILD1 HHDOE (Son of JOHN VICTIM HHDOE)

621.    JOHN CHILD1 HHDOE is the son of JOHN VICTIM HHDOE. [#67] at 415.  He was [REDACTED] old when JOHN VICTIM HHDOE was killed in the 1984 Annex bombing. Id.

622.    Even though JOHN CHILD1 HHDOE was only [REDACTED] when JOHN VICTIM HHDOE was killed, he feels like the loss is a "constant presence" in his life. Id.  He has experienced feelings of emptiness and depression. Id. at 416.  He has also developed avoidance issues and a "crisis of identity." Id.  He found it particularly upsetting that JOHN VICTIM HHDOE was not there for his college graduation. Id.

### d.  JANE PARENT1 HHDOE (Mother of JOHN VICTIM HHDOE)

623.    JANE PARENT1 HHDOE is the mother of JOHN VICTIM HHDOE. [#93-1] at 792.  JANE PARENT1 HHDOE testified that JOHN VICTIM HHDOE was providing her with financial support at the time of the Annex bombing, because her husband, JOHN VICTIM HHDOE's father, had died [REDACTED] earlier. Id. at 798.

624.    JANE PARENT1 HHDOE testified that after she heard the bombing, she tried to find JOHN VICTIM HHDOE by searching different hospitals, and when she finally found him, he was severely wounded. Id. at 799.

625.    After JOHN VICTIM HHDOE passed away, JANE PARENT1 HHDOE supported herself financially by doing some work for her sister, and she also received money from a charity. Id. at 804.

626.    JANE PARENT1 HHDOE believes that her son's death had a negative impact on her health. Id. at 806.  She says that she has "no more tears," and that since her son and husband passed away, she "cannot do anything." Id. at 806-08.

### e.   JANE SIBLING1 HHDOE (Sister of JOHN VICTIM HHDOE)

627.    JANE SIBLING1 HHDOE is the sister of JOHN VICTIM HHDOE. [#67] at 394.
JANE SIBLING1 HHDOE and JOHN VICTIM HHDOE were "very close." Id.  JANE
SIBLING1 HHDOE recalls that they were friends as well as siblings. Id.

628.    JANE SIBLING1 HHDOE was home at the time of the attack. Id.  When she
heard news of the attack on the radio, she prayed that JOHN VICTIM HHDOE was safe. Id. at
394-95.  She went to the hospital to visit JOHN VICTIM HHDOE, but was so distraught that she
cannot recall the details of the visit. Id. at 395.

629.    JANE SIBLING1 HHDOE is angry that her brother died so young. Id.  She has
had a lot of "psychological difficulties" and has become very pessimistic. Id.  She feels that she
was not able to finish her degree as a result of JOHN VICTIM HHDOE's death. Id.

### f.   JANE SIBLING2 HHDOE (Sister of JOHN VICTIM HHDOE)

630.    JANE SIBLING2 HHDOE is the sister of JOHN VICTIM HHDOE. [#67] at 401.
She feels that her "heart was taken out" when her brother died. Id.

631.    JANE SIBLING2 HHDOE was at home when she heard news of the attack. Id.
Waiting to hear news of his condition was the "most frustrating and all-consuming event" of her
life. Id.  Eventually, she made her way to the hospital to find JOHN VICTIM HHDOE in a coma.
Id. at 402.

632.    JANE SIBLING2 HHDOE finds it difficult to explain the void that JOHN
VICTIM HHDOE's death left in her life. Id.  Without him she feels as if she is all alone. Id.

### g.   JANE SIBLING3 HHDOE (Sister of JOHN VICTIM HHDOE)

633.    JANE SIBLING3 HHDOE is the sister of JOHN VICTIM HHDOE. [#67] at 408.

634.     On the day of the attack, JANE SIBLING3 HHDOE remembers hearing a blast and then running straight home. Id.  It took JANE SIBLING3 HHDOE and her family a long time to find out what happened to JOHN VICTIM HHDOE, and she found waiting for information very difficult. Id.  She later found her brother at the hospital in a coma, an experience which for JANE SIBLING3 HHDOE was "beyond words." Id.

635.     Life was very difficult for JANE SIBLING3 HHDOE after JOHN VICTIM HHDOE's death, and she was forced to start working to help support the family. Id. at 409. JANE SIBLING3 HHDOE feels that JOHN VICTIM HHDOE's death has greatly impacted her, and she finds it difficult to talk about the "enormous loss." Id.

### h.  JOHN SIBLING4 HHDOE (Brother of JOHN VICTIM HHDOE)

636.     JOHN SIBLING4 HHDOE is the brother of JOHN VICTIM HHDOE. [#89-1] at 53.  JOHN SIBLING4 HHDOE was [REDACTED] years old when his brother was killed. Id. JOHN SIBLING4 HHDOE testified that he and his brother had a close relationship, and everyone in the family depended on JOHN VICTIM HHDOE. Id. at 54.

637.     JOHN SIBLING4 HHDOE was on the beach when he heard about the bombing. Id. at 58.  He ran home, and later learned that his brother was in a coma. Id. at 58-59.  He waited at home to hear if his brother would come out of the coma, but he was not allowed to visit the hospital where his brother was being treated because it was on the other side of the city. Id. at 59-60.  After he heard that his brother died, JOHN SIBLING4 HHDOE started crying, and was "really shocked." Id. at 60.

638.     In the months following the bombing, JOHN SIBLING4 HHDOE felt "really down" and confused. Id. at 61.  He had to take on new responsibilities for his family, and was

unable to finish school because he needed to work and make money to support his mother. Id. at 61-62.

XXXV.      **Family of JOHN VICTIM IIDOE**

    **a.  Estate of JOHN VICTIM IIDOE (Deceased)**

639.      JOHN VICTIM IIDOE was about 60 years old when he was killed in the 1984 Annex bombing. [#67] at 424.  At the time of his death, JOHN VICTIM IIDOE was employed at the Embassy Annex as [REDACTED]. Id.  He is represented in this litigation by his wife, JANE SPOUSE IIDOE. Id.

640.      JOHN VICTIM IIDOE was in his office when the explosion occurred. Id.  Part of the Annex fence fell into his office, nearly decapitating him. Id.  He was taken to the hospital, and about an hour later his wife received a call notifying her that JOHN VICTIM IIDOE had died. Id.

641.      JOHN VICTIM IIDOE's salary at the Embassy was $14,316 annually. [#65] at 54.  The projected income from his death until his anticipated age of retirement, increased by the average annual CPI rate for all future years, yields a total economic loss to JOHN VICTIM IIDOE's estate of $270,000. Id. at 55.

    **b.  JANE SPOUSE IIDOE (Wife of JOHN VICTIM IIDOE)**

642.      JANE SPOUSE IIDOE is the wife of JOHN VICTIM IIDOE. [#93-1] at 851.  JANE SPOUSE IIDOE was a widow from a previous marriage, and JOHN VICTIM IIDOE was previously married but divorced. Id. at 854.  They married one another in [REDACTED]. Id.

643.      JANE SPOUSE IIDOE heard the sound of the explosion, and was "terrified." Id. at 861.  She recalls that she heard JOHN VICTIM IIDOE's name listed as among the dead on the radio. Id.  When she heard this, she "fell on the floor" and "could not wake up for three

days." Id. at 862. When she saw her husband's body in the morgue, she felt sick, and she

testified that she "spent one year in the hospital" following her husband's death. Id. at 863.  She

felt like she had "lost [her] mind" and said that she wished she had died instead of her husband.

Id. at 864.

644.    After JOHN VICTIM IIDOE was killed, JANE SPOUSE IIDOE was forced to

sell [REDACTED] that she previously inherited and gifts she received to pay off debts JOHN

VICTIM IIDOE had stemming back to his earlier divorce. Id. at 859-60.  She testified that her

husband's death "completely destroyed" her and that she now lives in poverty. Id. at 865.

## XXXVI.    Family of JOHN VICTIM JJDOE

### a.  Estate of JOHN VICTIM JJDOE (Deceased)

645.    JOHN VICTIM JJDOE was killed in the 1984 Annex bombing. [#93-1] at 1172,

1175.  At the time of the bombing, JOHN VICTIM JJDOE worked in [REDACTED] at the

Embassy. Id. at 1174.  The exact circumstances of his death are unclear.

646.    At the time of the bombing, JOHN VICTIM JJDOE's annual salary at the

Embassy was $14,798.  His projected income until his anticipated age of retirement, increased by

the average annual CPI rate for all future years, yields a total economic loss to his estate of

$1,143,000.

### b.  JANE SPOUSE JJDOE (Wife of JOHN VICTIM JJDOE)

647.    JANE SPOUSE JJDOE was the wife of JOHN VICTIM JJDOE. [#67] at 432.

648.    During the afternoon on the day of the attack, JANE SPOUSE JJDOE heard an

explosion and "immediately had the paralyzing fear" that JOHN VICTIM JJDOE had been

killed. Id.  Soon after, someone contacted her and told her of the attack and her husband's death.

Id.  JANE SPOUSE JJDOE was "completely beside [her]self." Id.

649.    After her husband's death, JANE SPOUSE JJDOE became "depressed, anxious and stressed." Id. at 433.  She still thinks of JOHN VICTIM JJDOE "constantly." Id.

### c.  JOHN CHILD1 JJDOE (Son of JOHN VICTIM JJDOE)

650.    JOHN CHILD1 JJDOE is the son of JOHN VICTIM JJDOE. [#93-1] at 1172-73. He was about [REDACTED] years old at the time of his father's death. Id. at 1175.  JOHN CHILD1 JJDOE and his father were "extremely close." Id. at 1178.

651.    JOHN CHILD1 JJDOE testified that after his family learned about the bombing, they listened to the radio for any news, and after four or five hours, the newscaster started reading the names of the deceased. Id. at 1180.  The newscaster announced [REDACTED], and JOHN CHILD1 JJDOE's mother "went crazy." Id.  [REDACTED]. Id.

652.    JOHN CHILD1 JJDOE described his father's death as a "big loss," noting that he "had to leave the house for a few days because [he] couldn't stand [the] environment." Id. at 1181.

653.    JOHN CHILD1 JJDOE testified that growing up without his father was like driving a car without an insurance policy. Id. at 1182.  He also recalls that as a result of his father's death, he had to become a father figure to his younger brother, id. at 1177, and he and his brother "made a lot of sacrifice and compromise." Id. at 1191.

### d.  JOHN CHILD2 JJDOE (Son of JOHN VICTIM JJDOE)

654.    JOHN CHILD2 JJDOE is the son of JOHN VICTIM JJDOE. [#67] at 472.  He was about [REDACTED] years old when JOHN VICTIM JJDOE was killed in the 1984 Annex bombing. Id.

655.    JOHN CHILD2 JJDOE was at home eating lunch on the day of the attack, when his mother received a call about the bombing. Id.  However, JANE SPOUSE JJDOE did not tell

JOHN CHILD2 JJDOE about what happened to JOHN VICTIM JJDOE for four years, making excuses for his father's absence during that time. Id.  When he finally found out that JOHN VICTIM JJDOE had died, JOHN CHILD2 JJDOE felt sad, but it took some years before the information fully sunk in. Id.

656.     JOHN CHILD2 JJDOE found it very difficult to grow up without a father. Id. at 473.  He still thinks about his father "every minute." Id.

**e.   JANE CHILD3 JJDOE (Daughter of JOHN VICTIM JJDOE)**

657.     JANE CHILD3 JJDOE is the daughter of JOHN VICTIM JJDOE. [#67] at 476. She was about [REDACTED] years old when JOHN VICTIM JJDOE was killed in the 1984 Annex bombing. Id.

658.     JANE CHILD3 JJDOE was at home on the day of the attack. Id.  She overheard a phone call informing her family that JOHN VICTIM JJDOE was dead. Id. at 477.  Upon hearing the news, she was "deeply wounded," but could not cry because she was "emotionally blocked." Id.

659.     JANE CHILD3 JJDOE feels that as a result of her father's death, she has lost her "guiding light." Id.  As the eldest, she became responsible for helping JANE SPOUSE JJDOE raise her brothers. Id. at 478.  Even today, JANE CHILD3 JJDOE thinks of JOHN VICTIM JJDOE "every minute of [her] life." Id.

**f.   JOHN SIBLING1 JJDOE (Brother of JOHN VICTIM JJDOE)**

660.     JOHN SIBLING1 JJDOE is the brother of JOHN VICTIM JJDOE. [#67] at 439. JOHN VICTIM JJDOE was "everything" to JOHN SIBLING1 JJDOE. Id.

661.     JOHN SIBLING1 JJDOE was visiting Beirut from [REDACTED] at the time of the attack. Id.  He was waiting for JOHN VICTIM JJDOE to come home from work when he

heard news of the attack on the radio. Id.  The news placed JOHN SIBLING1 JJDOE in "complete shock." Id.  He then went to the Annex, and from hospital to hospital searching for JOHN VICTIM JJDOE. Id.   JOHN SIBLING1 JJDOE finally found the right hospital and saw JOHN VICTIM JJDOE's dead body. Id.  JOHN SIBLING1 JJDOE does not have words to describe how he felt seeing his brother's body. Id.

662.    After his brother's death, JOHN SIBLING1 JJDOE left his job in [REDACTED] to move to [REDACTED] and help raise JOHN VICTIM JJDOE's children. Id. at 440.  He is still depressed over his brother's death and thinks about JOHN VICTIM JJDOE "every second." Id.

### g.   JANE SIBLING5 JJDOE (Sister of JOHN VICTIM JJDOE)

663.    JANE SIBLING5 JJDOE is the sister of JOHN VICTIM JJDOE. [#67] at 461. JANE SIBLING5 JJDOE and JOHN VICTIM JJDOE "always had a good relationship." Id.

664.    JANE SIBLING5 JJDOE was at home in [REDACTED] at the time of the attack. Id.  JANE SIBLING5 JJDOE and her family believed that JOHN VICTIM JJDOE had still been away on business when they first heard of the attack. Id.  It was not until JANE SIBLING5 JJDOE notified her that he had located JOHN VICTIM JJDOE's dead body that she knew that he was even in the country at the time of the attack. Id.

665.    JANE SIBLING5 JJDOE feels that when JOHN VICTIM JJDOE died, she lost the "center of [her] family." Id. at 462.  She felt that life became "sad and hopeless." Id.  She still thinks about JOHN VICTIM JJDOE often. Id.

### h.   JANE SIBLING2 JJDOE (Sister of JOHN VICTIM JJDOE)

666.     JANE SIBLING2 JJDOE is the sister of JOHN VICTIM JJDOE. [#67] at 445. JANE SIBLING2 JJDOE considered JOHN VICTIM JJDOE to be "so important in [her] life." Id.

667.     JANE SIBLING2 JJDOE was at home in [REDACTED] on the day of the attack. Id.  She was unsure of whether JOHN VICTIM JJDOE had returned from his business trip when the attack occurred, and she and her family were "very agitated and frightened" as they waited for news of JOHN VICTIM JJDOE. Id.  She eventually learned of JOHN VICTIM JJDOE's death from her other brother. Id.

668.     JANE SIBLING2 JJDOE was "completely devastated" by her brother's death and continues to mourn his loss today. Id. at 446.

**i.   JANE SIBLING4 JJDOE (Sister of JOHN VICTIM JJDOE)**

669.     JANE SIBLING4 JJDOE is the sister of JOHN VICTIM JJDOE. [#67] at 455. JANE SIBLING4 JJDOE and JOHN VICTIM JJDOE were "very close." Id. at 455-56.

670.     JANE SIBLING4 JJDOE spent the night at JOHN VICTIM JJDOE's house the night before the bombing. Id. at 455.  The next day, while on public transportation, the driver informed her of the explosion. Id.  JANE SIBLING4 JJDOE was "stunned." Id.  She got off the public transit and went to her relative's house where she learned that JOHN VICTIM JJDOE had been killed. Id.  After she went to the hospital to identify JOHN VICTIM JJDOE's body, JANE SIBLING4 JJDOE "collapsed completely." Id.

671.     JANE SIBLING4 JJDOE is still "sad and frustrated" over her brother's death. Id. at 456.  She has also suffered from depression, high blood pressure, and heart problems, which she believes are a result of the shock surrounding her brother's death. Id.

**j.   Estate of JANE SIBLING3 JJDOE (Sister of JOHN VICTIM JJDOE)**

672.    JANE SIBLING3 JJDOE was the sister of JOHN VICTIM JJDOE. [#67] at 451.

She is represented in this litigation by her son, LEGAL REPRESENTATIVE 009. Id.

673.    JANE SIBLING3 JJDOE was at her home in [REDACTED] on the day of the

attack. Id.  She first learned of the attack when her sisters came over to tell her about it. Id.  They

turned on the radio to hear if JOHN VICTIM JJDOE was being reported among those who had

been killed. Id.  Eventually, they did hear his name on the radio. Id. at 452.  After hearing this,

JANE SIBLING3 JJDOE "went crazy," and began hitting her eyes. Id.  When she later saw her

brother's body, she began hitting her eyes again and could not calm down. Id.

674.    After her brother's death, JANE SIBLING3 JJDOE became depressed. Id.  She

stopped attending social gatherings, preferring instead to sit with her sisters and cry over pictures

of JOHN VICTIM JJDOE. Id.

### k.  Estate of JANE SIBLING6 JJDOE (Sister of JOHN VICTIM JJDOE)

675.    JANE SIBLING6 JJDOE was the sister of JOHN VICTIM JJDOE. [#67] at 467.

JOHN VICTIM JJDOE "meant the world" to JANE SIBLING6 JJDOE. Id. at 468.  She is

represented in this litigation by her son, LEGAL REPRESENTATIVE 016. Id. at 467.

676.    JANE SIBLING6 JJDOE went into shock when she heard news of the bombing.

Id.  After she became aware of her brother's death, JANE SIBLING6 JJDOE became "depressed

and emotionally disturbed." Id. at 468.  She mourned his death until she passed away. Id. at 469.

### XXXVII.    Family of JOHN VICTIM KKDOE

### a.  JOHN VICTIM KKDOE (Injured)

677.    JOHN VICTIM KKDOE was about 34 years old when he was injured in the 1984

Annex bombing. [#67] at 481.  At the time of the bombing, JOHN VICTIM KKDOE was

working at the Embassy Annex as [REDACTED] in the [REDACTED] office. Id.  He started in this position [REDACTED]. Id.

678.    At the time of the attack, JOHN VICTIM KKDOE was in his office on the [REDACTED] floor of the Annex, just above [REDACTED]. Id.  He heard what sounded like two gun shots. Id.  The next thing he knew, JOHN VICTIM KKDOE found himself in the corridor outside his office, the power of the blast having propelled him from his desk. Id. Someone on the scene told him that his arms and face were full of glass and that he was bleeding profusely. Id. at 482.  He had trouble breathing. Id.  He remembers riding in an ambulance and waking up the next day in a hospital. Id.

679.    Once awake, JOHN VICTIM KKDOE was in intense pain "everywhere," had trouble breathing, and found that he could not move his arm. Id.  A nurse informed him that he had suffered a broken clavicle, lung damage, and that nerves in his spinal cord had been severed. Id.  He also became deaf in his right ear due to his close proximity to the blast. Id.

680.    After spending a month in the hospital, JOHN VICTIM KKDOE returned home but could no longer dress, bathe, or drive himself. Id.  Even moving his arm slightly caused "unbearable" pain. Id.  He returned to work almost a year after the attack, but he found it hard to concentrate due to the ongoing pain he experienced and the deafness in his right ear. Id. at 483. He underwent multiple surgeries to repair his injuries, but the damage was too severe to repair. Id.

681.    JOHN VICTIM KKDOE still experiences pain from his injuries. Id. at 484.  He often has severe trouble breathing and has to rely on [REDACTED]. Id.  He also is haunted by the memories of the attack; the moment which he claims "ruined [his] life." Id.

   **b.  JANE SPOUSE KKDOE (Wife of JOHN VICTIM KKDOE)**

682.    JANE SPOUSE KKDOE is the wife of JOHN VICTIM KKDOE. [#67] at 487.

She was about [REDACTED] years old when JOHN VICTIM KKDOE was injured in the 1984

Annex bombing. Id.

683.    JANE SPOUSE KKDOE was in the western part of Beirut at the time of the

attack. Id.  She heard the explosion even though she was on the other side of the city. Id.  She

later found out that JOHN VICTIM KKDOE had been taken to the hospital, and she struggled to

get through the closed passage points of the city to get to him. Id.  When she finally saw JOHN

VICTIM KKDOE at the hospital, his condition was "dire." Id.  She was "distraught," but

thankful that he was alive. Id.

684.    When JOHN VICTIM KKDOE came home, JANE SPOUSE KKDOE had to help

him with "everything," since JOHN VICTIM KKDOE could not use his arm. Id. at 488.  It was

very difficult for JANE SPOUSE KKDOE to see her husband in this state. Id.

**c.  JANE CHILD2 KKDOE (Daughter of JOHN VICTIM KKDOE)**

685.    JANE CHILD2 KKDOE is the daughter of JOHN VICTIM KKDOE. [#67] at

497.  She was about [REDACTED] years old when JOHN VICTIM KKDOE was injured in the

1984 Annex bombing. Id.

686.    JANE CHILD2 KKDOE was shopping with her aunt when the attack occurred.

Id.  They head the explosion and wondered what it was until someone told them that the

Embassy Annex had been bombed. Id. at 497-498.  Upon hearing this, JANE CHILD2 KKDOE

started to scream because she knew JOHN VICTIM KKDOE was at the Embassy Annex. Id. at

498.  She and her aunt went to JANE CHILD2 KKDOE's grandparent's house to listen to the

news. Id.  While they were listening to the news, they heard that a man [REDACTED] had been

killed; for two hours they believed this was JOHN VICTIM KKDOE. Id.

687.     JANE CHILD2 KKDOE went with her mother to the hospital to see JOHN VICTIM KKDOE. Id.  She remembers being at the hospital and seeing the injured, dead, and dying on the hospital floor, and found it to be a "horrifying scene." Id.  When she saw JOHN VICTIM KKDOE, he was sleeping, covered in blood with tubes in him. Id.  JANE CHILD2 KKDOE cried when he opened his eyes. Id.

688.     JANE CHILD2 KKDOE feels as if her entire relationship with her father changed after the attack. Id. at 499.  His personality changed, and it was very difficult for JANE CHILD2 KKDOE to adjust. Id.  As the oldest, JANE CHILD2 KKDOE felt it was her responsibility to help the family by taking on tasks such as running errands and helping raise the younger children. Id.  She decided to forgo college in order to work to help support the family financially. Id.

689.     For years, JANE CHILD2 KKDOE experienced nightmares about what happened to her father. Id. at 500.  JANE CHILD2 KKDOE still feels depressed about what happened to her father. Id. at 499.  She wishes there was something she could do for him. Id.

**d.  JANE CHILD3 KKDOE (Daughter of JOHN VICTIM KKDOE)**

690.     JANE CHILD3 KKDOE is the daughter of JOHN VICTIM KKDOE. [#67] at 502.  She was about [REDACTED] years old when JOHN VICTIM KKDOE was injured in the 1984 Annex Bombing. Id.

691.     Because she was so young at the time of the attack, JANE CHILD3 KKDOE does not remember many details of the attack. Id.  She believes that she was home when the bombing occurred. Id.  Her mother tried to keep calm, but the news on the radio about the attack was troubling. Id.

692.     JANE CHILD3 KKDOE finally saw JOHN VICTIM KKDOE a week later. Id.
She remembers that he was in a lot of pain and could not speak, and she found it "very hard" to
see him this way. Id.

693.     JANE CHILD3 KKDOE remembers that JOHN VICTIM KKDOE was very
depressed when he came home from the hospital. Id.  Her life changed completely after this
point. Id.  The family no longer went out, and there was a sense of unhappiness in their home
because of what the bombing had done to JOHN VICTIM KKDOE. Id. at 502-03.

694.     JANE CHILD3 KKDOE feels as if she missed out on her childhood because of all
the time the family spent alone at their house and all of the additional responsibilities to support
the family that were required of her. Id. at 503.  She feels as if she had to forgo her dream of
becoming a lawyer to instead help the family. Id.  Even today, it makes JANE CHILD3 KKDOE
sad to see JOHN VICTIM KKDOE suffer. Id.

**e.  JANE CHILD1 KKDOE (Daughter of JOHN VICTIM KKDOE)**

695.     JANE CHILD1 KKDOE is the daughter of JOHN VICTIM KKDOE. [#67] at
493.  She was about [REDACTED] years old at the time of the 1984 Annex bombing. Id.

696.     Because she was so young at the time of the attack, JANE CHILD1 KKDOE only
remembers "snippets" from that time. Id.  She remembers visiting JOHN VICTIM KKDOE in
the hospital, that the hospital staff would not let her see her father because she was too young,
and that she and her sister would sneak back to see him. Id.  She also remembers how depressed
JOHN VICTIM KKDOE was on the day he came home from the hospital. Id. at 494.

697.     JANE CHILD1 KKDOE found it very hard to see her father "helpless." Id.  She
also did not know the story behind her father's injuries for some time. Id.  When she was told

about the bombing, she was "completely shocked." <u>Id.</u>  Watching JOHN VICTIM KKDOE

suffer has caused JANE CHILD1 KKDOE "great anguish and sadness." <u>Id.</u>

## XXXVIII.      Family of JANE VICTIM LLDOE

### a.  JANE VICTIM LLDOE (Injured)

698.    JANE VICTIM LLDOE was a [REDACTED] at the time she was injured in the

1984 Annex bombing. [#90] at 49.  She began working at the Embassy in [REDACTED] in the

[REDACTED], and worked her way up to the [REDACTED]. <u>Id.</u> at 51.  She also did

[REDACTED], and worked as part of [REDACTED]. <u>Id.</u>  She was approximately 24 years old at

the time of the 1984 Annex bombing. <u>Id.</u>

699.    On the day of the bombing, JANE VICTIM LLDOE heard shots, and ducked

down. <u>Id.</u> at 53.  She then "went unconscious" and "when [she] woke up, everything was dark,

and [she] didn't know what year it was." <u>Id.</u>  "All [she] could see was dark and smell of charred

bodies . . . people moaning and crying for help." <u>Id.</u>  She felt "helpless" and "didn't know what

to do." <u>Id.</u>

700.    At first, JANE VICTIM LLDOE did not know she was injured. <u>Id.</u> at 54.  Later

on, however, she "started feeling pain in [her] back" and noticed she was cut on her forehead and

on her leg and arm. <u>Id.</u>  When JANE VICTIM LLDOE got to the hospital, she saw many of her

colleagues, some of whom were U.S. citizens who did not speak the same language as hospital

employees and needed her help. <u>Id.</u> at 55.  She was so busy taking care of other people at the

hospital that she failed to realize her shoes were full of glass. <u>Id.</u> at 56.

701.    JANE VICTIM LLDOE testified that the she still suffers from migraine

headaches and was diagnosed with post-traumatic stress disorder, anxiety, and panic attacks. <u>Id.</u>

at 56, 59-60.  To this day, she cannot be near fireworks, or in confined spaces such as movie theaters. Id. at 60.

### b.  JANE SIBLING1 LLDOE (Sister of JANE VICTIM LLDOE)

702.    JANE SIBLING1 LLDOE is the sister of JANE VICTIM LLDOE. [#67] at 507. Growing up, JANE SIBLING1 LLDOE and JANE VICTIM LLDOE were "close like twins," and they remained close as adults. Id.

703.    JANE SIBLING1 LLDOE was living in [REDACTED] at the time of the bombing. Id. at 508.  She cannot remember exactly how she first learned of the attack, partially because she believes she has blocked much of the day's events due to shock. Id.  She does remember that when she found out about the explosion, she immediately worried about JANE VICTIM LLDOE's safety. Id.  She did not find out any news about JANE VICTIM LLDOE for about eight or nine hours, and she found the wait to be "agonizing." Id.

704.    When JANE VICTIM LLDOE [REDACTED], JANE SIBLING1 LLDOE worried for her safety and found this to be stressful. Id. at 508-09.  JANE SIBLING1 LLDOE believes her sister is a different person since the attack. Id. at 509.  This makes JANE SIBLING1 LLDOE sad, and she finds it hard to accept the suffering that JANE VICTIM LLDOE has experienced. Id.  JANE SIBLING1 LLDOE has experienced anxiety and trouble sleeping due to her worry for JANE VICTIM LLDOE. Id.

## XXXIX.    Family of JANE VICTIM MMDOE

### a.  JANE VICTIM MMDOE (Injured)

705.    JANE VICTIM MMDOE was about 28 years old when she was injured in the 1984 Annex bombing. [#67] at 511.  At the time of the attack, JANE VICTIM MMDOE was employed at the Embassy Annex in the [REDACTED]. Id.

706.    JANE VICTIM MMDOE was in her office at the time of the attack. Id.  When the bomb went off, something hit her in the head and she lost consciousness. Id. at 511-12.  She went in and out of consciousness, until she found herself at the hospital. Id. at 512.   Due to her head injury, she lost some of her hearing, and has experienced pain in her head, including migraines, and dizziness. Id.  She also felt depressed. Id.

707.    Since the attack, JANE VICTIM MMDOE can no longer drive more than short distances, because she has lost consciousness while driving due to severe pain in her head. Id. at 513.  As a result, she feels that she can no longer go out and do things. Id.  She also had to take Xanax for five years after the attack. Id. at 512.

## XL.    Family of JOHN VICTIM NNDOE

### a.  JOHN VICTIM NNDOE (Injured)

708.    JOHN VICTIM NNDOE was about 50 years old when he was injured in the 1984 Annex bombing.[15] [#93-1] at 543.  He began working at the Embassy in [REDACTED], at first in [REDACTED], and then moved to [REDACTED]. Id. at 545.  At the time of the bombing, he was in charge of [REDACTED]. Id. at 546.

709.    JOHN VICTIM NNDOE was on the second floor of the building, [REDACTED], when he heard shooting. Id. at 548.  He then felt "as if someone hit [him] on the face" and he blacked out. Id.  When he woke up, there was a lot of blood, and he could not see anything. Id.  One of his eyes "was out" and he was very cut up, and the Red Cross helped him to the hospital. Id. at 549.  The doctors made JOHN VICTIM NNDOE talk continuously to prevent him from slipping into a coma. Id.

---

[15] JOHN VICTIM NNDOE was also in the Embassy at the time of the 1983 bombing, but was on the other side of the building, and was not injured. [#93-1] at 564-65.

710.     JOHN VICTIM NNDOE lost 95% of his vision in one eye, and has trouble with the other eye as well. Id. at 550.  He also suffered a broken shoulder, id. at 568, and a head wound, id. at 552.  When doctors cleaned JOHN VICTIM NNDOE's head wound, it was so painful that he would scream and cry very loudly. Id. at 552-53.

711.     JOHN VICTIM NNDOE testified that "life is awful" and he "suffered a lot." Id. at 551.  He does not get enjoyment out of life anymore. Id.  He resigned from his job because his eyesight was so poor. Id.

**b.  JANE SPOUSE NNDOE (Wife of JOHN VICTIM NNDOE)**

712.     JANE SPOUSE NNDOE is the wife of JOHN VICTIM NNDOE. [#67] at 517. JANE SPOUSE NNDOE stated that before the bombing, JOHN VICTIM NNDOE was the "family's main financial provider." Id.  He was also very close with their children and would take them on weekend outings. Id.

713.     JANE SPOUSE NNDOE was on the phone with her husband when the bomb exploded. Id.  She "heard strange noises, and then [their] call dropped." Id.  When she found out what happened, she "became weak" and "physically unable to leave the house." Id.  She listened to the news, and heard the names of the other five employees working in JOHN VICTIM NNDOE's section of the Embassy listed as among the dead. Id. at 518.

714.     Finally, JANE SPOUSE NNDOE's sister called her from the hospital to say that she found JOHN VICTIM NNDOE. Id.  JANE SPOUSE NNDOE went to the hospital and waited for a long time to get information about her husband's condition. Id.  Finally, a doctor told her that JOHN VICTIM NNDOE needed surgery on his eye. Id.

715.     JOHN VICTIM NNDOE was in the hospital for a month and a half, and JANE SPOUSE NNDOE took a leave of absence from her job to stay with him. Id.  She recalls that "it

was very upsetting . . . to know that [her] children were so upset and that [she] could not be with

them." Id.  When JOHN VICTIM NNDOE returned from the hospital, JANE SPOUSE NNDOE

spent all her time taking care of him. Id.  Even after she was able to return to work part time, she

saw that JOHN VICTIM NNDOE needed extra help. Id.  This period of time "was very difficult

financially" because the family no longer had JOHN VICTIM NNDOE's salary and his medical

care was expensive. Id. at 519.

### c.   JOHN CHILD1 NNDOE (Son of JOHN VICTIM NNDOE)

716.    JOHN CHILD1 NNDOE is the son of JOHN VICTIM NNDOE, and he was about

[REDACTED] years old at the time his father was injured. [#68] at 2, 3.  When the bombing

occurred, JOHN CHILD1 NNDOE was at home with his mother, and he heard about the

bombing on the radio. Id. at 3.  JOHN CHILD1 NNDOE recalls that it was a "very confusing

time" for him. Id.

717.    At some point after the bombing, JOHN CHILD1 NNDOE went to visit his father

at the hospital, but was not allowed into his father's room. Id.  He could see that his father was

wrapped up in bandages, and JOHN CHILD1 NNDOE says that, "to this day, [he] cannot forget"

that image. Id.  JOHN CHILD1 NNDOE was "very sad" while his father was in the hospital, and

he "started doing very badly at school." Id.

718.    JOHN CHILD1 NNDOE "had to work to support the family, at a younger age

than [he] would have if [his] father had not been injured." Id. at 4.  He also claims that he went to

[REDACTED] because the program "allow[ed] [him] to start working quickly in order to help

support [his] family." Id.  JOHN CHILD1 NNDOE also notes that he was never able to have a

close relationship with his father, and he was forced to grow up faster than he would have

otherwise. Id.

### d.   JANE CHILD2 NNDOE (Daughter of JOHN VICTIM NNDOE)

719.    JANE CHILD2 NNDOE is the daughter of JOHN VICTIM NNDOE, and was [REDACTED] years old when her father was injured. [#68] at 7.  She does not remember how she heard about the bombing, but she recalls that her father did not come home for a while and her mother "was sad all the time." Id.  JANE CHILD2 NNDOE would cry because she missed her father. Id.

720.    When JANE CHILD2 NNDOE saw her father's body wrapped in bandages at the hospital, she "was mesmerized with horror" and "remained frozen in the doorway." Id.  This image sticks with her today. Id.

721.    JANE CHILD2 NNDOE recalls that, after the bombing, her "whole life changed dramatically" and she "no longer laughed and played all the time" like she used to. Id. at 8.  She became introverted at school and could not concentrate. Id.  There was no longer a bond between her and her father, and she worried about him constantly. Id.

### e.   JANE CHILD3 NNDOE (Daughter of JOHN VICTIM NNDOE)

722.    JANE CHILD3 NNDOE is the daughter of JOHN VICTIM NNDOE, and she was about [REDACTED] years old at the time her father was injured. [#68] at 13.  Like her siblings, JANE CHILD3 NNDOE was home when the bombing occurred, and recalls "crying a lot" and being "really scared." Id. at 14.  She was "old enough to know that something was very wrong." Id.

723.    After the bombing, JANE CHILD3 NNDOE "started doing very badly in school," and her school threatened to expel her for performing poorly. Id.

724.    JANE CHILD3 NNDOE visited her father in the hospital, and recalls that "up until that day, [she] had not realized just how badly [her] father had been injured." Id.  She also

remembers that after her father returned from the hospital, he was never the same, and she did not spend as much time with him as she would have if the bombing did not occur. Id. at 15.

725.    JANE CHILD3 NNDOE also was forced to work twenty hours a week to put herself through college because the bombing "negatively impacted" her family's financial situation. Id.  She felt that she had to take care of herself "too early in life" because of what happened to her father. Id.

### f.   JANE CHILD4 NNDOE (Daughter of JOHN VICTIM NNDOE)

726.    JANE CHILD4 NNDOE is the daughter of JOHN VICTIM NNDOE, and was [REDACTED] years old at the time of the bombing. [#68] at 18.  She recalls going to visit him at the hospital and seeing him wrapped in bandages. Id. at 19.

727.    JANE CHILD4 NNDOE states that after the bombing, she started doing poorly in school. Id.  She also notes that her father was different, and he could no longer taker her out because of his vision problems. Id.  When she thinks about the bombing, JANE CHILD4 NNDOE feels "angry" and believes that if the bombing did not happen, her life "would have been better." Id. at 20.

### XLI.   Family of JOHN VICTIM OODOE

### a.   JOHN VICTIM OODOE (Injured)

728.    JOHN VICTIM OODOE was about 61 years old when he was injured in the 1984 Annex bombing. [#68] at 22.  At the time of the bombing, he was employed by the Embassy in [REDACTED], and worked in [REDACTED]. Id.  Prior to his job at the Embassy, JOHN VICTIM OODOE was [REDACTED]. Id.  He made around 1,200 Lebanese lire a week at his job at the Embassy. Id.

729.    On the day of the bombing, JOHN VICTIM OODOE was in [REDACTED] at the front of the Annex. Id.  He heard gun shots, went to the balcony, and saw a car driving towards the Annex. Id.  When the bomb exploded, JOHN VICTIM OODOE was knocked unconscious, and he awoke in the hospital. Id.

730.    JOHN VICTIM OODOE remained in the hospital for [REDACTED] days, suffering from a torn shoulder, internal bleeding, broken ribs, and a left ear injury that caused him to lose hearing. Id.  JOHN VICTIM OODOE had four different surgeries to restore hearing to his left year, but none worked. Id.  His broken ribs never fully healed, either. Id. at 23.

731.    JOHN VICTIM OODOE was unable to work for about a year after the bombing, and during this time the Embassy continued to pay his salary. Id.  Eventually he was able to return to work, and he retired at [REDACTED]. Id.

**b.  JANE SPOUSE OODOE (Wife of JOHN VICTIM OODOE)**

732.    JANE SPOUSE OODOE is the wife of JOHN VICTIM OODOE. [#93-1] at 574. JANE SPOUSE OODOE testified that she and JOHN VICTIM OODOE "have always been in love" and that JOHN VICTIM OODOE "was a friend, a lover, someone [she] relied on." Id. at 578.

733.    When JOHN VICTIM OODOE was injured in the 1984 Annex bombing, JANE SPOUSE OODOE "went crazy" and worried about how she would care for their children. Id. at 580.  She heard about the bombing on the radio, and got family members [REDACTED] to look for JOHN VICTIM OODOE. Id. at 581.  She found her husband at [REDACTED] Hospital, and he was in a coma. Id. at 582.  JANE SPOUSE OODOE would visit JOHN VICTIM OODOE at the hospital every day. Id.

734.     JANE SPOUSE OODOE testified that, because of the bombing, she suffers from "nervous problems" and problems with her heart. Id. at 585.  She believes that her medical conditions are a result of what happened to her husband. Id.  She also had to cope with her children's fear and take on the responsibility of providing for her family. Id. at 589-90.

### c.   JOHN CHILD1 OODOE (Son of JOHN VICTIM OODOE)

735.     JOHN CHILD1 OODOE is the son of JOHN VICTIM OODOE, and was [REDACTED] years old at the time of the bombing. [#68] at 29.  When the bombing occurred, JOHN CHILD1 OODOE was at home listening to the radio, and he heard a news flash about the explosion. Id.  He recalls sitting in his room, "trying to understand what happened," and thinking that his father must have died because he worked at the front of the building. Id.

736.     While in the car driving to the Embassy, JOHN CHILD1 OODOE heard his father's name read off on a list of people who had died. Id.  When they got to the Embassy, they were redirected to the hospital. Id. at 30.

737.     Finally, JOHN CHILD1 OODOE saw his father "lying on a stretcher" unconscious, with a swollen body and face. Id.  He felt "anxious and depressed" while waiting to see if his father would survive his surgery. Id.  JOHN CHILD1 OODOE spent "five or six" nights at the hospital with his father. Id.

738.     JOHN CHILD1 OODOE recalls that his responsibilities increased around the house after his father was injured, and the bombing "stopped all the plans [he] had for the future." Id.  JOHN CHILD1 OODOE had to take on the "role of an adult" and feels he missed out on his teenage years as a result. Id.  He also feels that he "had to bear the psychological burden" of his father's injuries, and he became "very cautious and vigilant" about his own safety

because he "would never want [his] children to have to go through losing their father like [he] almost did." Id. at 30-31.

### d.   JANE CHILD3 OODOE (Daughter of JOHN VICTIM OODOE)

739.    JANE CHILD3 OODOE is the daughter of JOHN VICTIM OODOE, and was about [REDACTED] years old at the time of the bombing. [#68] at 42.  She was at home when the bomb exploded, and learned about it from her brother, who had heard it on the radio. Id.  She "started crying" and "was very upset" and scared. Id.  JANE CHILD3 OODOE remembers seeing an image of her father on the TV and found it very upsetting. Id. at 43.

740.    JANE CHILD3 OODOE stayed with her father in the hospital. Id.  She remembers that when a nurse came to change the dressings on her father's wounds, she saw the injuries on his back and found them "so horrifying" that she "almost vomited." Id.  Once her father returned home from the hospital, JANE CHILD3 OODOE felt "down and depressed" and had trouble sleeping. Id. at 44.  She could not focus at school and her grades were "worse that year than they had ever been before." Id.  She believes the bombing created an "emotional scar" that will stay with her until she dies. Id.

### e.   JOHN CHILD2 OODOE (Son of JOHN VICTIM OODOE)

741.    JOHN CHILD2 OODOE is the son of JOHN VICTIM OODOE, and was [REDACTED] years old at the time of the bombing. [#68] at 36.  JOHN CHILD2 OODOE had just graduated from [REDACTED], and was at work when he heard the explosion. Id. at 37.  In a taxi on his way home, he heard a news announcer read his father's name as among the dead. Id.  When he arrived at a hospital with his family and heard his father was alive, he did not believe it at first. Id. at 38.

742.     After the bombing, JOHN CHILD2 OODOE felt anxiety over having to support his family financially, and found it was difficult to communicate with his father because of his father's hearing loss. Id. at 39. JOHN CHILD2 OODOE also believes that the bombing caused him to lose out on a job opportunity working [REDACTED], which was offered to him before the explosion. Id. He feels he "cannot escape" what happened to his father, and he thinks about the bombing "all the time." Id.

**f.   JANE CHILD4 OODOE (Daughter of JOHN VICTIM OODOE)**

743.     JANE CHILD4 OODOE is the daughter of JOHN VICTIM OODOE, and was [REDACTED] years old when the bombing occurred. [#67] at 515. She was a student at [REDACTED], but was planning to transfer to [REDACTED], which was [REDACTED]. Id. at 48. When she heard about the bombing she felt as if her "legs were paralyzed" and her "heart started beating very hard." Id.

744.     When JANE CHILD4 OODOE found her father at the hospital, she "was screaming" because his face was "blue and yellow." Id.

745.     The period after the bombing was "very hard" on JANE CHILD4 OODOE, because she was the oldest girl in the family, and felt she had to look after her younger siblings and give her mother strength. Id. at 49. She feels she became "very cautious and careful" and afraid of loud noises.

746.     JANE CHILD4 OODOE was unable to transfer to [REDACTED] after the bombing because it was too expensive and her family was struggling financially. Id. at 50. She believes that if she had transferred, she would have gotten a much better [REDACTED] job. Id.

**g.   JOHN CHILD5 OODOE (Son of JOHN VICTIM OODOE)**

747.     JOHN CHILD5 OODOE is the son of JOHN VICTIM OODOE, and was about [REDACTED] years old at the time of the bombing. [#68] at 53.  On the morning of the attack, JOHN CHILD5 OODOE and JOHN VICTIM OODOE left for work together, and walked to a location where they each took a taxi to their respective jobs. Id. at 54.  While at work, JOHN CHILD5 OODOE learned about the bombing, and heard his father's name announced on the radio as one of the injured or dead. Id.

748.     When JOHN CHILD5 OODOE went to visit his father in the hospital, he was "so horrified that [he] had to walk out of the room" and "was about to vomit." Id. at 55.  JOHN CHILD5 OODOE recalls that during one visit, his father did not recognize him because he had lost his memory. Id.  When JOHN VICTIM OODOE returned home from this hospital, JOHN CHILD5 OODOE helped take care of him. Id. at 56.

749.     JOHN CHILD5 OODOE notes that the bombing "impacted [him] profoundly." Id.  He felt uncertain, and reacted whenever he heard explosions, which were common due to the on-going war in Lebanon. Id.  Eventually, JOHN CHILD5 OODOE decided to move to [REDACTED]. Id.  He believes that if were not for the bombing, he would have continued to live close to his parents, and would not have missed out on so much time with his family. Id. at 56-57.

## XLII.  Family of JOHN VICTIM PPDOE

### a.  JOHN VICTIM PPDOE (Injured)

750.     JOHN VICTIM PPDOE was injured in the 1984 Annex Bombing. [#93-1] at 603. He was about 34 years old at the time of the attack, and was then employed at the Embassy Annex as [REDACTED]. Id.  He started working at the Embassy Annex in [REDACTED], and prior to that time he worked at [REDACTED]. Id. at 604.

751.    JOHN VICTIM PPDOE was at work, [REDACTED] when the attack occurred. Id. at 609.  Around noon, JOHN VICTIM PPDOE saw a vehicle break through the front entrance to the Annex. Id. at 609-611.  When the driver started shooting, JOHN VICTIM PPDOE [REDACTED]. Id. at 610.  Once the vehicle [REDACTED], it exploded, [REDACTED]. Id. When he tried to stand up, he realized that his leg was broken. Id. at 610-11.  He was also bleeding from his chest. Id. at 611.  He was later taken to the hospital for treatment. Id.

752.    JOHN VICTIM PPDOE's chest was injured by shrapnel, which punctured his lungs. Id.  The shrapnel had made its way near his heart and spine, causing internal bleeding as well. Id. at 612.  JOHN VICTIM PPDOE underwent surgery for these injuries and remained in the hospital for [REDACTED] days. Id. at 612-13.  It took 18 months for his leg to heal; it took an additional three months to rehab. Id. at 613.  JOHN VICTIM PPDOE was not able to return to work for four months, first as a [REDACTED] for ten months before returning to [REDACTED]. Id. at 614, 617.

753.    JOHN VICTIM PPDOE still experiences numbness and pain in his leg and chest, especially in cold weather. Id. at 615.  One of his lungs only operates at 80 percent capacity. Id. Because of these injuries, JOHN VICTIM PPDOE can no longer participate in athletic activities that he once enjoyed. Id.  He also feels his career was limited because of his injuries. Id. at 625.

### b.  Estate of JANE PARENT1 PPDOE (Mother of JOHN VICTIM PPDOE)

754.    JANE PARENT1 PPDOE was the mother of JOHN VICTIM PPDOE. [#68] at 86.  JOHN VICTIM PPDOE was living with JANE PARENT1 PPDOE and the rest of the family at the time of the attack. Id.  She is represented in this litigation by her son, JOHN VICTIM PPDOE. Id.

755.    JANE PARENT1 PPDOE was at home when the attack occurred. Id. at 87.  She heard about the explosion on the news, which was a "fantastic shock" to her. Id.  JOHN VICTIM PPDOE believes that her jaw became paralyzed due to this shock. Id.  JANE PARENT1 PPDOE then ran towards the Annex in search of JOHN VICTIM PPDOE. Id.  She arrived at the Annex and saw all the chaos for herself, and could not find out any information about JOHN VICTIM PPDOE for three or four hours. Id.  JANE PARENT1 PPDOE thought JOHN VICTIM PPDOE was dead. Id.

756.    When she eventually found JOHN VICTIM PPDOE at the hospital, JANE PARENT1 PPDOE ran to him and hugged him before fainting, which JOHN VICTIM PPDOE believes is due to the shock of seeing his injuries. Id.  When he went into surgery, JANE PARENT1 PPDOE thought she would never see him again, which was a "horrible feeling for her." Id.

757.    JANE PARENT1 PPDOE barely slept while JOHN VICTIM PPDOE was in the hospital. Id.  She also became depressed. Id.  Because JOHN VICTIM PPDOE could not work, the family also suffered financially. Id.  JANE PARENT1 PPDOE's depression got in the way of her doing chores in the house. Id. at 88.  The shock of JOHN VICTIM PPDOE's injuries stayed with her, and he believes that she never recovered. Id.

### c.  Estate of JOHN PARENT2 PPDOE (Father of JOHN VICTIM PPDOE)

758.    JOHN PARENT2 PPDOE was the father of JOHN VICTIM PPDOE. [#68] at 94. JOHN VICTIM PPDOE and JOHN PARENT2 PPDOE had an "excellent relationship," which deepened as JOHN VICTIM PPDOE grew older. Id.  JOHN VICTIM PPDOE was living with JOHN PARENT2 PPDOE and the rest of the family at the time of the attack. Id.  He is represented in this litigation by his son, JOHN VICTIM PPDOE. Id.

759.    JOHN PARENT2 PPDOE was at home when the attack occurred. Id. at 95.  He first learned of the attack from neighbors, but they downplayed the severity of the situation and told him that JOHN VICTIM PPDOE was safe. Id.  They took him to the hospital to see JOHN VICTIM PPDOE, and when JOHN PARENT2 PPDOE saw JOHN VICTIM PPDOE through the glass at the ICU, he was "in shock" and had tears in his eyes. Id.

760.    After the attack, JOHN PARENT2 PPDOE became depressed and feared for JOHN VICTIM PPDOE's life. Id.  He also had trouble sleeping and experienced nightmares. Id. at 96. JOHN VICTIM PPDOE believes that JOHN PARENT2 PPDOE began to age "unnaturally" because of the experiences surrounding JOHN VICTIM PPDOE's injuries, and that he went from being a young man to an old man rather quickly. Id.

**d.   Estate of JOHN SIBLING3 PPDOE (Brother of JOHN VICTIM PPDOE)**

761.    JOHN SIBLING3 PPDOE was the brother of JOHN VICTIM PPDOE. [#68] at 77. JOHN VICTIM PPDOE was living with JOHN SIBLING3 PPDOE and the rest of the family at the time of the attack. Id.  Their relationship was "really excellent." Id.  He is represented in this litigation by his brother, JOHN VICTIM PPDOE. Id.

762.    JOHN SIBLING3 PPDOE was at work when the bombing occurred. Id. at 78. After he heard about the attack on the news, JOHN SIBLING3 PPDOE left work to look for JOHN VICTIM PPDOE. Id.  When he got home, some of the neighbors told him that JOHN VICTIM PPDOE had been injured. Id.  JOHN SIBLING3 PPDOE was shocked, and feared that JOHN VICTIM PPDOE might actually be dead. Id.  He was relieved when he finally saw JOHN VICTIM PPDOE at the hospital. Id.

763.    After JOHN VICTIM PPDOE came home from the hospital, JOHN SIBLING3 PPDOE was constantly worried about him. Id.  He had trouble sleeping and experienced

nightmares. Id.  He became angry and depressed. Id.  He suffered because of having to see JOHN VICTIM PPDOE in pain. Id.

### e.  JOHN SIBLING1 PPDOE (Brother of JOHN VICTIM PPDOE)

764.    JOHN SIBLING1 PPDOE is the brother of JOHN VICTIM PPDOE. [#68] at 61. The two shared a "really good relationship growing up." Id.  He was about [REDACTED] when JOHN VICTIM PPDOE was injured in the 1984 Annex bombing. Id.  JOHN VICTIM PPDOE was living with JOHN SIBLING1 PPDOE and the rest of the family at the time of the attack. Id.

765.    JOHN SIBLING1 PPDOE was at work when the bombing occurred. Id.  He heard the explosion and found out from the news that the Annex had been attacked. Id.  He ran to the Annex, and there found out that JOHN VICTIM PPDOE had been injured. Id.  When he got to the hospital, it was very hard for JOHN SIBLING1 PPDOE to see his brother "between life and death." Id.

766.    After JOHN VICTIM PPDOE came home, JOHN SIBLING1 PPDOE helped take care of him, which resulted in JOHN SIBLING1 PPDOE having to miss work at times. Id. at 62. He believes that because he spent so much time taking care of JOHN VICTIM PPDOE that he did not spend enough time with his fiancée, and that this caused her to leave him. Id.  He believes that the time spent caring for his brother also prevented him from advancing at work. Id. He still thinks about the horror of the attack every time he sees his brother. Id.

### f.  JANE SIBLING2 PPDOE (Sister of JOHN VICTIM PPDOE)

767.    JANE SIBLING2 PPDOE is the sister of JOHN VICTIM PPDOE. [#68] at 69. Growing up, the two were "very close," and they remained so as adults. Id.  She was about [REDACTED] years old when JOHN VICTIM PPDOE was injured in the 1984 Annex bombing.

Id.  JOHN VICTIM PPDOE was living with JANE SIBLING2 PPDOE and the rest of the family at the time of the attack. Id.

768.    JANE SIBLING2 PPDOE was at home when the attack occurred. Id.  She first learned of the bombing from a radio news broadcast. Id.  Upon hearing the news, JANE SIBLING2 PPDOE was sure that JOHN VICTIM PPDOE was dead, and she began to cry. Id. She ran to the Embassy Annex in search of JOHN VICTIM PPDOE, and amidst the chaos was able to find out that he had been taken to the hospital. Id. at 70.  When she saw him at the hospital, JOHN VICTIM PPDOE was lying on the floor, covered in blood. Id.  JANE SIBLING2 PPDOE thought that he was dead, and cried. Id.

769.    While JOHN VICTIM PPDOE was recovering, JANE SIBLING2 PPDOE felt sad and angry. Id.  She experienced nightmares and had trouble sleeping. Id.  She felt "on edge all the time," and she would worry. Id.  She still worries about JOHN VICTIM PPDOE and thinks about the bombing "all the time." Id. at 71.

**XLIII. Family of JANE VICTIM QQDOE**

**a.  JANE VICTIM QQDOE (Injured)**

770.    JANE VICTIM QQDOE was injured in the 1984 Annex bombing. [#93-1] at 668. JANE VICTIM QQDOE began working at the Embassy in [REDACTED] as [REDACTED], and [REDACTED] as a [REDACTED]. Id. at 659-60.

771.    JANE VICTIM QQDOE was in her office when the attack occurred. Id. at 667. She remembers finding herself on the ground of her office with blood on her face and glass in her head. Id. at 668.  She was able to find her way out of her office and out of the building. Id. at 669.  Once she left the Embassy, JANE VICTIM QQDOE made her way to a nearby pharmacy

to call her family and let them know she had survived, before being picked up by her father. Id. at 673.

772.    JANE VICTIM QQDOE suffered injuries to her head, neck, back, and shoulders which bothered her for months. Id. at 669.  She was still removing glass from her head months later. Id.  She has experienced hearing problems, which persist today. Id. at 670.

773.    Since the bombing, JANE VICTIM QQDOE has experienced fear and nervousness, particularly as she has continued to work for the Embassy. Id. at 671.  She has also stopped driving, relying on her husband for transportation. Id.

### b.  Estate of JOHN PARENT1 QQDOE (Father of JANE VICTIM QQDOE)

774.    JOHN PARENT1 QQDOE was the father of JANE VICTIM QQDOE. [#93-1] at 658.  JOHN PARENT1 QQDOE and JANE VICTIM QQDOE were "very close." Id. at 661. JOHN PARENT1 QQDOE was living with JANE VICTIM QQDOE at the time of the 1984 Annex bombing. Id. at 674.  JOHN PARENT1 QQDOE is represented in this litigation by his daughter, JANE VICTIM QQDOE. Id. at 658.

775.    Once JOHN PARENT1 QQDOE learned of the attack, he drove across town towards the Embassy Annex to look for JANE VICTIM QQDOE. Id. at 673.  Once he found her, JOHN PARENT1 QQDOE took JANE VICTIM QQDOE home. Id.

776.    After the attack, JOHN PARENT1 QQDOE urged JANE VICTIM QQDOE to leave her job at the Embassy Annex. Id.  He thought the Embassy Annex was too dangerous and feared losing his daughter. Id. at 677.  He experienced a great deal of stress due to JANE VICTIM QQDOE's [REDACTED]. Id. at 679.  He internalized his feelings about the ordeal, and never discussed the attack even with JANE VICTIM QQDOE. Id. at 674.

### c.  Estate of JANE PARENT2 QQDOE (Mother of JANE VICTIM QQDOE)

777.     JANE PARENT2 QQDOE was the mother of JANE VICTIM QQDOE. [#93-1] at 658.  JANE PARENT2 QQDOE and JANE VICTIM QQDOE were "very close." Id. at 661. JANE PARENT2 QQDOE was living with JANE VICTIM QQDOE at the time of the 1984 Annex bombing. Id. at 674.  JANE PARENT2 QQDOE is represented in this litigation by her daughter, JANE VICTIM QQDOE. Id. at 658.

778.     JANE PARENT2 QQDOE received a phone call from JANE VICTIM QQDOE after the attack, letting JANE PARENT2 QQDOE know that JANE VICTIM QQDOE had survived. Id. at 672-673.  JANE VICTIM QQDOE saw her at home before she went to the hospital. Id. at 673.

779.     After the attack, JANE PARENT2 QQDOE urged JANE VICTIM QQDOE to leave her job at the Embassy Annex. Id. at 673.  She thought the Embassy Annex was too dangerous and feared losing her daughter. Id. at 677.  She experienced a great deal of stress due to JANE VICTIM QQDOE's [REDACTED]. Id. at 679.  She internalized her feelings about the ordeal, and never discussed the attack even with JANE VICTIM QQDOE. Id. at 674.

**d.  JANE SIBLING1 QQDOE (Sister of JANE VICTIM QQDOE)**

780.     JANE SIBLING1 QQDOE is the sister of JANE VICTIM QQDOE. [#68] at 105. The two were close growing up and remain so today. Id.  JANE SIBLING1 QQDOE was living with JANE VICTIM QQDOE at the time of the attack. Id.

781.     JANE SIBLING1 QQDOE was at work when the bombing occurred. Id. at 106. When she heard about the attack from coworkers, her heart started pounding and she "went crazy." Id.  She went home to be with her family. Id.  When JANE VICTIM QQDOE eventually came home, JANE SIBLING1 QQDOE was relieved that she had survived and took her to the hospital. Id.

782.    In the time after the attack, JANE SIBLING1 QQDOE would worry about JANE VICTIM QQDOE. Id.  Fear of further attacks affected her appetite. Id.  Today, she takes medication for ulcers, which she attributes to the resultant stress and nervousness from the attack. Id.  She also suffers from back pain, which she attributes to stress as well. Id.

### e.  JANE SIBLING2 QQDOE (Sister of JANE VICTIM QQDOE)

783.    JANE SIBLING2 QQDOE is the sister of JANE VICTIM QQDOE. [#68] at 109. The two were close growing up and remain so today. Id.  JANE SIBLING2 QQDOE was living with JANE VICTIM QQDOE at the time of the attack. Id.

784.    JANE SIBLING2 QQDOE was at work when the attack occurred. Id.  JANE VICTIM QQDOE called home at some point, to let the family know that she was alive, though injured. Id.  JANE SIBLING2 QQDOE went home to wait for JANE VICTIM QQDOE to arrive, and then took her to the hospital. Id.

785.    JANE SIBLING2 QQDOE worried about JANE VICTIM QQDOE after the attack. Id. at 110.  It made her angry to see JANE VICTIM QQDOE suffer. Id.  She still suffers from the anxiety and worry she has experienced since the bombing. Id.

## XLIV. Family of JANE VICTIM RRDOE

### a.  JANE VICTIM RRDOE (Injured)

786.    JANE VICTIM RRDOE was injured in the 1984 Annex bombing. [#89-3] at 13-17.  At that time, JANE VICTIM RRDOE was employed at the Embassy as [REDACTED]. Id. at 5.  [REDACTED]. Id. at 8.

787.    JANE VICTIM RRDOE was at work on the day of the 1984 Annex bombing. Id. at 13.  She was walking out to run an errand when she heard gunfire, which caused her to run back into the building, and she returned to her desk. Id.  She was standing at her window when

she saw the explosion. Id. at 14.  She was hit by debris, and fell to the floor with blood running

down her face. Id.  She was able to leave the building and was taken in an ambulance. Id.  She

had pieces of glass shrapnel in her head. Id. at 15.  The next day she awoke to neck and back

pain as well. Id. at 16.

788.    After the bombing, JANE VICTIM RRDOE was unable to sleep despite taking

sleeping pills. Id. at 17.  She still has some pieces of glass shrapnel in her head, which cause pain

and swelling. Id. at 15.

**b.  JANE CHILD2 RRDOE (Daughter of JANE VICTIM RRDOE)**

789.    JANE CHILD2 RRDOE is the daughter of JANE VICTIM RRDOE. [#68] at 120.

790.    JANE CHILD2 RRDOE was at home at the time of the bombing. Id. at 121.  She

broke down crying when she heard the news of the attack. Id.  JANE CHILD2 RRDOE waited at

home for news of JANE VICTIM RRDOE, and when she finally returned, JANE CHILD2

RRDOE was relieved that she had survived but was traumatized to see her covered in blood. Id.

791.    JANE CHILD2 RRDOE was terrified when JANE VICTIM RRDOE

[REDACTED]. Id.  She was "constantly anxious" that something else would happen to JANE

VICTIM RRDOE. Id.

792.    JANE CHILD2 RRDOE still thinks about the bombing today. Id. at 122.  When

she does, she becomes overcome with the same feelings of fear that she experienced at the time

of the attack. Id.

**c.  JOHN CHILD1 RRDOE (Son of JANE VICTIM RRDOE)**

793.    JOHN CHILD1 RRDOE is the son of JANE VICTIM RRDOE. [#68] at 116.

794.    JOHN CHILD1 RRDOE does not remember where he was when the bombing

occurred, but he does remember hearing the blast. Id.  When he saw on the news that the

Embassy Annex had been targeted, he rushed there to look for his mother. Id.  He could not find

JANE VICTIM RRDOE there, so he went from hospital to hospital in search of her. Id.  At the

hospitals, JOHN CHILD1 RRDOE had to look through the dead bodies in search of JANE

VICTIM RRDOE, an experience which was "extremely traumatic" for him. Id.  Several hours

later, JANE VICTIM RRDOE called the house to let them know that she was alright, but in the

hospital for treatment. Id.

795.    JOHN CHILD1 RRDOE had nightmares, night sweats, and difficulty sleeping

after the attack. Id.  He remained traumatized from his experiences in the hospital for about ten

years. Id.

## XLV.  Family of JANE VICTIM SSDOE

### a.  JANE VICTIM SSDOE (Injured)

796.    JANE VICTIM SSDOE was about 22 years old when she was injured in the 1984

Annex bombing. [#68] at 124.  At the time of the bombing, JANE VICTIM SSDOE was

working at the Embassy Annex as [REDACTED] in the [REDACTED] of the Annex. Id.

797.    JANE VICTIM SSDOE was performing [REDACTED] duties on the day of the

bombing. Id.  She was [REDACTED] when she heard glass breaking and the security guards

shouting. Id.  After that, JANE VICTIM SSDOE drifted in and out of consciousness for some

time. Id.  She eventually learned that the [REDACTED] shattered, spraying her with glass which

badly cut her face and upper body. Id.  For the next three months, JANE VICTIM SSDOE

underwent surgeries to repair her injuries. Id.  She still has scars from the event and one of her

eyes had been replaced with an artificial one. Id.

798.    JANE VICTIM SSDOE is still affected by the bombing, and she has difficulty

talking or thinking about the events. Id. at 124-25.

### b.   JANE PARENT1 SSDOE (Mother of JANE VICTIM SSDOE)

799.    JANE PARENT1 SSDOE is the mother of JANE VICTIM SSDOE. [#68] at 128.
They have always been close. Id. at 129.  She was about [REDACTED] years old when JANE
VICTIM SSDOE was injured in the 1984 Annex bombing. Id. at 128.  Due to age-related
memory loss, JANE PARENT1 SSDOE is represented in this litigation by her daughter, JANE
SIBLING1 SSDOE. Id.

800.    JANE PARENT1 SSDOE went into "complete shock" when she first learned of
the attack from her neighbors. Id. at 129.  Shortly thereafter, a doctor came to the house to
administer an anti-depressant; she has taken anti-depressants ever since. Id. at 129.  She has also
experienced insomnia. Id.

### c.   JANE SIBLING1 SSDOE (Sister of JANE VICTIM SSDOE)

801.    JANE SIBLING1 SSDOE is the sister of JANE VICTIM SSDOE. [#93-1] at 348-
49.  JANE VICTIM SSDOE and JANE SIBLING1 SSDOE were living in the same house at the
time of the 1984 Annex bombing. Id. at 351.  The two share a relationship similar to that of
"strong friends." Id.

802.    JANE SIBLING1 SSDOE was at home sick on the day of the attack. Id. at 353.
She was sleeping when her older sister came to tell her about the attack, and they drove to the
Embassy Annex. Id. at 353-55.  When they arrived, JANE SIBLING1 SSDOE saw someone she
recognized from visiting JANE VICTIM SSDOE at work, and he told her that JANE VICTIM
SSDOE had survived. Id.  After that, JANE SIBLING1 SSDOE spent the next four or five hours
driving from hospital to hospital in search of JANE VICTIM SSDOE. Id. at 356-57.  She was not
able to see JANE VICTIM SSDOE for two days, and when she did, JANE VICTIM SSDOE was

covered in bandages. Id. at 358.  When she found out that JANE VICTIM SSDOE had lost an eye, JANE SIBLING1 SSDOE became sad and enraged. Id. at 359.

803.    After the attack, JANE SIBLING1 SSDOE found it very sad to see her sister in pain. Id. at 363.  It was like a nightmare for JANE SIBLING1 SSDOE. Id.  JANE SIBLING1 SSDOE ended up quitting her job to take care of JANE VICTIM SSDOE. Id. at 364.  She continued to care for JANE VICTIM SSDOE for three years. Id. at 368.

## XLVI. Family of JOHN VICTIM TTDOE

### a.  JOHN VICTIM TTDOE (Injured)

804.    JOHN VICTIM TTDOE was injured in both the 1983 Embassy bombing and the 1984 Annex bombing. [#93-1] at 735.  At the time of the 1983 Embassy bombing, JOHN VICTIM TTDOE had been working at the Embassy for [REDACTED] as [REDACTED], and he was [REDACTED] at the time of the 1984 Annex bombing. Id. at 735-36.

805.    JOHN VICTIM TTDOE was at work on the day of the 1983 Embassy bombing. Id. at 742.  He stepped out of an elevator just before the bomb went off. Id.  The blast threw JOHN VICTIM TTDOE in the air. Id. at 743.  After he came to rest, he remembers there were tables, chairs, and glass on top of him. Id.  He sustained injuries to his foot and back, and the explosion had knocked out his teeth. Id.  Despite the pain of his injuries, JOHN VICTIM TTDOE worked to help others evacuate the building. Id. at 744.  JOHN VICTIM TTDOE continued to work at the Embassy in the days after the bombing, and helped sort through the aftermath. Id. at 745.  He was very sad during this time. Id. at 746.  When the Embassy moved to the Annex building, JOHN VICTIM TTDOE moved [REDACTED] and, as a result, he was not able to see his family except for once every two to three months. Id.

806.    On the day of the 1984 Annex bombing, JOHN VICTIM TTDOE was at work, driving through the parking lot, when he heard shots fired. Id. at 747.  He turned his head to see a white van racing towards the Annex, and then explode. Id.  Glass and the roof of his car fell on him and he felt pain in his back. Id.  Again, despite his injuries, JOHN VICTIM TTDOE helped get people away from the Annex, and drove them to the hospital. Id. at 749.

807.    After the attacks he felt frightened, pained, and depressed. Id. at 752.  His depression has continued. Id.  Even today, JOHN VICTIM TTDOE has trouble standing for long periods of time, and he experiences pain in his back. Id. at 744.  He feels that the attacks have affected him greatly. Id. at 753.

### b.  JANE SPOUSE TTDOE (Wife of JOHN VICTIM TTDOE)

808.    JANE SPOUSE TTDOE is the wife of JOHN VICTIM TTDOE. [#68] at 133.

809.    JANE SPOUSE TTDOE was cooking lunch at home when the 1983 Embassy bombing occurred. Id.  She heard a "huge explosion" which shattered the windows of her home. Id. at 133-34.  She then went outside to see people running towards the Embassy. Id. at 134.  She found JOHN VICTIM TTDOE's family sobbing, thinking that he was dead. Id.  She went with them to his parents' house and waited. Id.  After several hours, JOHN VICTIM TTDOE arrived, covered in blood. Id.  He recovered from his injuries and returned to work, but JANE SPOUSE TTDOE worried about him constantly. Id.

810.    JANE SPOUSE TTDOE was sitting at home on the day of the 1984 Annex bombing. Id.  She found out about this attack from the news. Id.  JANE SPOUSE TTDOE became extremely scared and "feared the worst." Id.  JOHN VICTIM TTDOE called a few hours later to let JANE SPOUSE TTDOE know that he was alive, but injured. Id.  She was relieved, but extremely anxious for his safety. Id.

811.    JANE SPOUSE TTDOE believes that JOHN VICTIM TTDOE's injuries have affected her ability to live. Id. Her concern for his safety has led to nightmares and difficulty sleeping. Id. She also became depressed, and has developed diabetes and high blood pressure, which she attributes to the depression. Id. at 134-35.

### c.  JOHN CHILD1 TTDOE (Son of JOHN VICTIM TTDOE)

812.    JOHN CHILD1 TTDOE is the son of JOHN VICTIM TTDOE. [#93-1] at 758, 761. He was about [REDACTED] years old when JOHN VICTIM TTDOE was injured in the 1983 Embassy bombing. Id. at 762. When JOHN CHILD1 TTDOE was growing up, he and JOHN VICTIM TTDOE were "extremely close." Id. at 764.

813.    JOHN CHILD1 TTDOE was at school on the day of the 1983 Embassy bombing. Id. at 765. He heard a "big boom" and the classroom shook. Id. After school, JOHN CHILD1 TTDOE went home to find that his mother was not there, so he went next door to his grandmother's house. Id. His aunt was crying when she opened the door, as was the rest of his family at the house. Id. at 765-66. They told him about the bombing at the Embassy. Id. at 766. JOHN CHILD1 TTDOE did not know if JOHN VICTIM TTDOE had survived until his father finally came home that evening. Id. When he walked in the door, JOHN CHILD1 TTDOE saw that he was covered in blood. Id. After his father moved [REDACTED], JOHN CHILD1 TTDOE only saw him every two or three months, and he became "the man of the house." Id. at 768-69.

814.    JOHN CHILD1 TTDOE was at school on the day of the 1984 Annex bombing. Id. at 770. When he came home, his mother was crying, and she told him about the attack. Id. JOHN CHILD1 TTDOE finds it difficult to describe the feelings he had while he waited to find out if JOHN VICTIM TTDOE survived this attack. Id. at 771. JOHN CHILD1 TTDOE did not

know that JOHN VICTIM TTDOE had survived until he called later that night, and he was not able to see JOHN VICTIM TTDOE until one month after the attack. Id.

815. After this attack, the family relocated to [REDACTED], and at [REDACTED] years old, JOHN CHILD1 TTDOE was forced to get a job to help support the family. Id. at 779. Because of the bad memories he has of the attacks, JOHN CHILD1 TTDOE does not believe he will ever go back to Lebanon. Id. at 778. He feels as if he lost his father as a result of the attacks. Id. at 782.

### d. JANE CHILD2 TTDOE (Daughter of JOHN VICTIM TTDOE)

816. JANE CHILD2 TTDOE is the daughter of JOHN VICTIM TTDOE. [#68] at 142. Growing up, JOHN VICTIM TTDOE was the person JANE CHILD2 TTDOE would look to for guidance, and she "depended" on him. Id. at 142-43.

817. JANE CHILD2 TTDOE was [REDACTED] at the time of the 1983 Embassy bombing, and therefore does not recall much of the events of that day. Id. at 143.

818. JANE CHILD2 TTDOE was at home with her family on the day of the 1984 Annex bombing. Id. She found out about the bombing from a phone call her mother received. Id. She recalls thinking that she would never see her father again. Id.

819. JANE CHILD2 TTDOE believes that her home was no longer a happy place after the attacks. Id. It was difficult for her to witness her father's suffering, and this depressed JANE CHILD2 TTDOE. Id. at 144. She still thinks about the attacks every time she sees her father. Id.

### e. JANE CHILD3 TTDOE (Daughter of JOHN VICTIM TTDOE)

820. JANE CHILD3 TTDOE is the daughter of JOHN VICTIM TTDOE. [#68] at 147. Growing up, JOHN VICTIM TTDOE was JANE CHILD3 TTDOE's best friend. Id.

821.    JANE CHILD3 TTDOE was at her grandmother's house on the day of the 1983 Embassy bombing. Id. at 148.  She heard the explosion. Id.  "Chaos erupted at the house," and JANE CHILD3 TTDOE felt "weak, helpless and lost." Id.  When JOHN VICTIM TTDOE had returned home and was finally able to tell JANE CHILD3 TTDOE what he went through, she felt angry and helpless. Id.

822.    On the day of the 1984 Annex bombing, JANE CHILD3 TTDOE was at home with her mother. Id.  They found out about the attack, and they waited for hours for word from JOHN VICTIM TTDOE. Id.  JANE CHILD3 TTDOE experienced the same helpless feeling she had the previous year. Id.  When JOHN VICTIM TTDOE eventually came home, JANE CHILD3 TTDOE was relieved that her father was safe, but he was covered in blood and this scared her. Id.

823.    JANE CHILD3 TTDOE found it difficult to watch her father suffer. Id. at 149. He would sometimes wake up screaming, and this made it difficult for JANE CHILD3 TTDOE to sleep. Id.  When she was about [REDACTED] years old, JANE CHILD3 TTDOE developed sleep difficulties of her own, including nightmares, and began taking sleeping pills. Id.

824.    JANE CHILD3 TTDOE feels that the family is no longer as close as it had been before the attacks; that there is now distance between them. Id.  She often thinks about the bombings when she sees JOHN VICTIM TTDOE drift off in thought. Id.  She believes that he is thinking of the friends and colleagues he lost, and this depresses her. Id.

**f.  Estate of JANE PARENT1 TTDOE (Mother of JOHN VICTIM TTDOE)**

825.    JANE PARENT1 TTDOE was the mother of JOHN VICTIM TTDOE. [#68] at 152.  JANE PARENT1 TTDOE was [REDACTED] when JOHN VICTIM TTDOE was injured in the 1983 Embassy bombing and in the 1984 Annex bombing. Id.  The two had "a very close

emotional bond." Id. at 153.  She is represented in this litigation by her son, JOHN VICTIM

TTDOE. Id. at 152.

826.    JANE PARENT1 TTDOE was at home when the 1983 Embassy bombing

occurred. Id.  When the bomb went off, it blew out the windows of her house. Id.  She thought

that JOHN VICTIM TTDOE had died in the attack and was "beside herself." Id.  When JOHN

VICTIM TTDOE eventually came home, JANE PARENT1 TTDOE was sobbing and she

hugged her son. Id.  After this attack, JANE PARENT1 TTDOE became "extremely anxious and

worried" about JOHN VICTIM TTDOE's safety. Id.

827.    JANE PARENT1 TTDOE first learned about the 1984 Annex bombing from the

news. Id.  The family congregated at JANE PARENT1 TTDOE's house, and they cried together

thinking that JOHN VICTIM TTDOE could not possibly be so lucky as to survive two attacks.

Id.  JOHN VICTIM TTDOE called to let them know he survived, but he could not see his mother

for two weeks. Id.

828.    Because of JOHN VICTIM TTDOE's injuries, JANE PARENT1 TTDOE was

anxious for the remainder of her life. Id. at 154.  She worried about him [REDACTED] and she

became depressed. Id.

**g.  Estate of JOHN PARENT2 TTDOE (Father of JOHN VICTIM TTDOE)**

829.    JOHN PARENT2 TTDOE was the father of JOHN VICTIM TTDOE. [#68] at

156.  JOHN VICTIM TTDOE and JOHN PARENT2 TTDOE shared a "good father-son

relationship." Id. at 157.  JOHN PARENT2 TTDOE was [REDACTED] when JOHN VICTIM

TTDOE was injured in the 1983 Embassy bombing and in the 1984 Annex bombing. Id. at 156.

He is represented in this litigation by his son, JOHN VICTIM TTDOE. Id.

830.    JOHN PARENT2 TTDOE was at home when the 1983 Embassy bombing occurred. Id. at 157.  When the bomb went off, it blew out the windows of his house. Id.  He thought that JOHN VICTIM TTDOE had died in the attack and was "beside" himself. Id.  When JOHN VICTIM TTDOE eventually came home, JOHN PARENT2 TTDOE cried and hugged JOHN VICTIM TTDOE. Id.

831.    JOHN PARENT2 TTDOE first learned about the 1984 Annex bombing from the news. Id.  The family congregated at his house, and they cried together thinking that JOHN VICTIM TTDOE could not possibly be so lucky as to survive two attacks. Id.  JOHN VICTIM TTDOE called to let them know he survived, but he could not see his father for two weeks. Id.  When he finally saw JOHN VICTIM TTDOE, JOHN PARENT2 TTDOE was in shock. Id.  He cried and gave his son a big hug. Id. at 158.

832.    After the bombings, JOHN PARENT2 TTDOE became depressed. Id.  He would worry whether JOHN VICTIM TTDOE would return home alive each day. Id.  JOHN VICTIM TTDOE believes that JOHN PARENT2 TTDOE thought about the attacks every day until he died. Id.  JOHN VICTIM TTDOE also believes that the stroke which killed JOHN PARENT2 TTDOE was brought on by the stress and anxiety he experienced as a result of the attacks. Id.

**h.  JANE SIBLING5 TTDOE (Sister of JOHN VICTIM TTDOE)**

833.    JANE SIBLING5 TTDOE is the sister of JOHN VICTIM TTDOE. [#68] at 197.  The two had a very close relationship. Id.

834.    JANE SIBLING5 TTDOE heard the blast from the 1983 Embassy bombing. Id.  She was scared for her brother. Id.  She went to search for JOHN VICTIM TTDOE at the Embassy and at the hospitals. Id.  Later, she waited to hear news of her brother with her family,

which was the "most difficult part" of the day for her. Id.  When he finally arrived home, she was relieved that he had survived, but "in shock" at how badly he was injured. Id.

835.     JANE SIBLING5 TTDOE learned of the 1984 Annex bombing from the news. Id. at 198.  Again she feared for her brother's life and waited for her brother with her family. Id. She was distraught, thinking that he might not have survived. Id.  Hours later, she learned that he was once again injured, but had survived. Id.

836.     JANE SIBLING5 TTDOE took a long time to recover from the effects of the bombing. Id.

**i.   JANE SIBLING3 TTDOE (Sister of JOHN VICTIM TTDOE)**

837.     JANE SIBLING3 TTDOE is the sister of JOHN VICTIM TTDOE. [#68] at 175.

838.     JANE SIBLING3 TTDOE was at home, close to the Embassy, at the time of the 1983 Embassy bombing. Id.  The blast shook her house. Id.  She knew that JOHN VICTIM TTDOE was working that day so she ran, crying, to look for him. Id.  At the Embassy, JANE SIBLING3 TTDOE saw bodies and ambulances, and this increased the worry for her brother. Id. She eventually learned that JOHN VICTIM TTDOE had been injured, but that he was alive. Id. She was relieved that he had survived, but pained that he had been injured. Id.

839.     JANE SIBLING3 TTDOE learned about the 1984 Annex bombing from the news, and once again she was scared for her brother. Id. at 176.  She did not find out that he was alive, but again injured, for several hours. Id.

840.     JANE SIBLING3 TTDOE is thankful her brother survived, but has trouble forgetting the pain surrounding the attacks. Id.

**j.   JANE SIBLING4 TTDOE (Sister of JOHN VICTIM TTDOE)**

841.    JANE SIBLING4 TTDOE is the sister of JOHN VICTIM TTDOE. [#68] at 182. She has always been "incredibly close" with JOHN VICTIM TTDOE. Id.

842.    JANE SIBLING4 TTDOE was cooking at home when the 1983 Embassy bombing occurred. Id.  She heard a loud noise and her windows shattered. Id.  When she found out that the blast came from the Embassy, she ran out to look for her brother. Id. at 183.  She feared that JOHN VICTIM TTDOE had died. Id.  It was several hours before she found out that he had survived. Id.

843.    JANE SIBLING4 TTDOE learned about the 1984 Annex bombing on the news. Id.  She immediately tried to call JOHN VICTIM TTDOE, but could not get through. Id.  She waited for news about her brother with her family, in "complete disbelief" that this could happen again. Id.  It once again took several hours to find out that he survived. Id.

844.    JANE SIBLING4 TTDOE feels that her family can no longer be happy like they were before the attacks. Id.  She thinks about the attacks whenever she walks by the old Embassy grounds, which are near her home. Id.

**k.  Estate of JANE SIBLING5 TTDOE (Sister of JOHN VICTIM TTDOE)**

845.    JANE SIBLING5 TTDOE was the sister of JOHN VICTIM TTDOE. [#68] at 189.  They shared a close relationship, and were neighbors as adults. Id. at 189-90.  She is represented in this litigation by her brother, JOHN SIBLING1 TTDOE. Id. at 189.

846.    JANE SIBLING5 TTDOE was at home on the day of the 1983 Embassy bombing. Id. at 190.  She heard the explosion and went to the Embassy in search of her brother. Id.  She saw dead and mutilated bodies there, but could not find out what happened to JOHN VICTIM TTDOE. Id.  When JOHN VICTIM TTDOE arrived home hours later, JANE

SIBLING5 TTDOE was relieved that he had survived, but she found it difficult to see him wounded. Id.

847.    Once JANE SIBLING5 TTDOE learned about the 1984 Annex bombing, she was "devastated" and feared that her brother had not survived the attack. Id.  JOHN SIBLING1 TTDOE is certain that JANE SIBLING5 TTDOE was relieved when JOHN VICTIM TTDOE came home alive, though injured. Id.

848.    JANE SIBLING5 TTDOE "suffered for a long time" after the attacks. Id.  She would worry about JOHN VICTIM TTDOE's safety. Id.

**l.   JOHN SIBLING2 TTDOE (Brother of JOHN VICTIM TTDOE)**

849.    JOHN SIBLING2 TTDOE is the brother of JOHN VICTIM TTDOE. [#68] at 167.  They continue to share "a strong brotherly relationship." Id.

850.    JOHN SIBLING2 TTDOE was at his apartment, about [REDACTED] from the Embassy, at the time of the 1983 Embassy bombing. Id.  He heard the explosion and saw smoke coming from the building. Id.  He immediately thought of JOHN VICTIM TTDOE and ran out to look for him. Id. at 168.  He was terribly upset, thinking the worst had happened to his brother. Id.  Several hours later, JOHN SIBLING2 TTDOE found out that his brother had survived, albeit with injuries. Id.

851.    JOHN SIBLING2 TTDOE was at work when the 1984 Annex bombing occurred. Id.  He heard about the attack on the news. Id.  Just as with the previous attack, JOHN SIBLING2 TTDOE was upset and scared, as he had to wait several hours to hear news of JOHN VICTIM TTDOE. Id.

852.    Since the attacks, JOHN SIBLING2 TTDOE has had trouble sleeping. Id.

**m.  JOHN SIBLING1 TTDOE (Brother of JOHN VICTIM TTDOE)**

853.     JOHN SIBLING1 TTDOE is the brother of JOHN VICTIM TTDOE. [#68] at 161.  As young adults, the two shared a "very strong relationship." Id.

854.     JOHN SIBLING1 TTDOE was at the market place when the 1983 Embassy bombing occurred. Id.  He heard the explosion and ran to the Embassy to search for his brother. Id.  He tried to find information on JOHN VICTIM TTDOE, but no one seemed to know anything about his condition. Id.  Waiting to hear word of his brother was "extremely difficult." Id.  When he finally found JOHN VICTIM TTDOE, JOHN SIBLING1 TTDOE was relieved that he had survived, but it was difficult to see his injuries. Id.

855.     JOHN SIBLING1 TTDOE was working in [REDACTED] at the time of the 1984 Annex bombing. Id.  When he heard about the attack on the news, JOHN SIBLING1 TTDOE was scared for his brother. Id.  He later heard from his family that JOHN VICTIM TTDOE had survived, but had been injured. Id.

856.     JOHN SIBLING1 TTDOE suffered "a long time" after these events, crying day and night. Id.  He would worry about his brother's safety. Id.

## XLVII.     Family of JOHN VICTIM UUDOE

### a.  JOHN VICTIM UUDOE (Injured)

857.     JOHN VICTIM UUDOE was injured in the 1984 Annex bombing. [#93-1] at 818. He was in his late twenties or early thirties at the time of the attack, and he was then employed in [REDACTED]. Id. at 818-19.

858.     When the bombing occurred, JOHN VICTIM UUDOE was talking on the phone on the bottom floor of the Embassy Annex. Id. at 828.  The walls caved in on him, injuring his back and head. Id.  Due to fire, smoke, and dust, JOHN VICTIM UUDOE could not see for about 20 minutes. Id.  He went to find the person he was on the phone with, only to discover that

this colleague was dead, along with everyone else in his office. <u>Id.</u> at 829.  JOHN VICTIM

UUDOE experienced flashbacks to his experience in the 1983 Embassy bombing, during which

he assisted with the recovery efforts by working as [REDACTED]. <u>Id.</u>

859.  JOHN VICTIM UUDOE received treatment for his injuries, which included

stitches to his back and head, as well as removal of his broken teeth. <u>Id.</u> at 830.  JOHN VICTIM

UUDOE continues to experience back pain from his injuries. <u>Id.</u> at 828.

### b.  Estate of JANE PARENT1 UUDOE (Mother of JOHN VICTIM UUDOE)

860.  JANE PARENT1 UUDOE was the mother of JOHN VICTIM UUDOE. [#68] at

240.  JOHN VICTIM UUDOE and JANE PARENT1 UUDOE were "like friends." <u>Id.</u>  The two

were living together at the time of the 1984 Annex bombing. <u>Id.</u> at 241.  She is represented in

this litigation by her son, JOHN VICTIM UUDOE. <u>Id.</u> at 240.

861.  The news of the explosion "shook" JANE PARENT1 UUDOE. <u>Id.</u> at 241.  When

JOHN VICTIM UUDOE came home that night with stitches in his head and with displaced

teeth, JANE PARENT1 UUDOE screamed and cried. <u>Id.</u>  She pulled at her hair and clothes. <u>Id.</u>

She was anxious and it was very difficult to calm her down. <u>Id.</u>

862.  According to JOHN VICTIM UUDOE, JANE PARENT1 UUDOE became

"mentally disturbed" after the attack. <u>Id.</u>  She became lonely and JOHN VICTIM UUDOE

describes it as if "her personality was dying." <u>Id.</u>  She lost interest in life. <u>Id.</u>  JANE PARENT1

UUDOE blamed herself for JOHN VICTIM UUDOE's injuries because she had asked him to

[REDACTED] to care for her. <u>Id.</u> at 242.  For the rest of her life she would sometimes

experience nervous breakdowns, which doctors attributed to the shock she sustained when she

saw JOHN VICTIM UUDOE's injuries. <u>Id.</u>

### c.  JOHN SIBLING1 UUDOE (Brother of JOHN VICTIM UUDOE)

863.     JOHN SIBLING1 UUDOE is the brother of JOHN VICTIM UUDOE. [#68] at 204.  They were "very close" growing up, and stayed so as adults.  Id.  They were both living at their family's house at the time of the 1984 Annex bombing.  Id.

864.     JOHN SIBLING1 UUDOE learned of the attack from his co-workers.  Id.  He tried to go to the Embassy Annex, but the roads were blocked, so instead he went home to be with family.  Id.  At home, the neighbors shared rumors that everyone at the Embassy had died.  Id.  He wondered if JOHN VICTIM UUDOE died and felt pain and anguish.  Id.  He eventually started to lose hope that JOHN VICTIM UUDOE had survived.  Id.

865.     JOHN SIBLING1 UUDOE was anxious when he finally saw JOHN VICTIM UUDOE.  Id. at 205.  He felt "terrible emotional shock" as JOHN VICTIM UUDOE recounted his experience.  Id.  The shock of this story is still with JOHN SIBLING1 UUDOE.  Id.  He often cries and has nightmares related to the attack.  Id.

**d.  JANE SIBLING6 UUDOE (Sister of JOHN VICTIM UUDOE)**

866.     JANE SIBLING6 UUDOE is the sister of JOHN VICTIM UUDOE. [#68] at 234.  JANE SIBLING6 UUDOE was about [REDACTED] years old at the time of the 1984 Annex bombing.  Id.  JOHN VICTIM UUDOE was like a father figure to JANE SIBLING6 UUDOE.  Id.  They were living in the same house at the time of the attack.  Id.

867.     On the day of the attack, JANE SIBLING6 UUDOE was at her uncle's house, near the Embassy Annex, and she heard the explosion.  Id.  She was very scared by the scene, and began to scream and cry as she worried about her brother's safety.  Id.  Eventually, JANE SIBLING6 UUDOE found JOHN VICTIM UUDOE's name listed as injured, but she was still worried until she saw him.  Id.  When she finally saw JOHN VICTIM UUDOE covered in blood, the sight made her cry.  Id. at 235.  Seeing his injuries also added to her shock.  Id.

868.    After the attack, JANE SIBLING6 UUDOE experienced depression and guilt. Id.
She began to suffer from nightmares. Id.  The scene from that day is "forever imprinted on [her]
mind." Id.

### e.  Estate of JANE SIBLING5 UUDOE (Sister of JOHN VICTIM UUDOE)

869.    JANE SIBLING5 UUDOE was the sister of JOHN VICTIM UUDOE. [#68] at
228.  They shared a "good relationship," and were "close friends." Id.  She is represented in this
litigation by her son, LEGAL REPRESENTATIVE 013. Id.

870.    JANE SIBLING5 UUDOE was visiting the family home near the Embassy Annex
when the 1984 Annex bombing occurred. Id.  She immediately thought of JOHN VICTIM
UUDOE, and became worried and panicked. Id.  When she first saw JOHN VICTIM UUDOE in
the hospital, she fainted. Id.  She could not believe that he was alive. Id.

871.    After the attack, JANE SIBLING5 UUDOE was extremely stressed and could not
eat for three days. Id.  She started to grind her teeth at night and experienced nightmares. Id. at
229.  She felt unsafe and lost her sense of peace. Id.

### f.  JOHN SIBLING4 UUDOE (Brother of JOHN VICTIM UUDOE)

872.    JOHN SIBLING4 UUDOE is the brother of JOHN VICTIM UUDOE. [#68] at
221.  He was about [REDACTED] years old at the time of the 1984 Annex bombing. Id. at 22.
JOHN VICTIM UUDOE and JOHN SIBLING4 UUDOE have a "special bond," and JOHN
SIBLING4 UUDOE considered JOHN VICTIM UUDOE to be "almost like a second father." Id.
at 221.

873.    JOHN SIBLING4 UUDOE was at home at the time of the bombing and he heard
the explosion. Id. at 222.  He turned on the news to find out that the Embassy Annex had been
attacked, which rendered him "breathless." Id.  He became incredibly worried for JOHN

VICTIM UUDOE. Id.  After five or six hours, JOHN SIBLING4 UUDOE finally learned that JOHN VICTIM UUDOE was alive, but injured. Id.  He was not able to speak to JOHN VICTIM UUDOE for about two days. Id. at 223.  He was relieved to speak to JOHN VICTIM UUDOE, but still nervous and anxious until he saw him. Id.  He cried the first time he saw JOHN VICTIM UUDOE. Id.

874.    After the attack, JOHN SIBLING4 UUDOE felt as if the joy was taken out of his life and replaced with "sadness, anguish, sorrow, and despair." Id. at 223-24.  Even today, JOHN SIBLING4 UUDOE shakes when he thinks of the bombing and what it did to JOHN VICTIM UUDOE. Id. at 224.

### g.  JOHN SIBLING2 UUDOE (Brother of JOHN VICTIM UUDOE)

875.    JOHN SIBLING2 UUDOE is the brother of JOHN VICTIM UUDOE. [#68] at 212.  JOHN SIBLING2 UUDOE and JOHN VICTIM UUDOE "shared everything" as children, and remained close as adults despite the fact that JOHN SIBLING2 UUDOE had moved to [REDACTED]. Id.

876.    JOHN SIBLING2 UUDOE was driving when he heard about the attack on the radio. Id. at 213.  He feared for JOHN VICTIM UUDOE and was "shocked and hurt and angry for what happened." Id.  At some point, JOHN SIBLING2 UUDOE heard JOHN VICTIM UUDOE listed among the dead on the radio, which he found "devastating." Id.  He did not learn that JOHN VICTIM UUDOE had survived until someone from Lebanon came and told him. Id.  When he finally spoke with JOHN VICTIM UUDOE, it pained him to hear of his brother's suffering. Id. at 214.

877.    JOHN SIBLING2 UUDOE experienced nightmares regarding JOHN VICTIM UUDOE's injuries. Id.  He is "constantly reminded" of the attack. Id.

### h.   JOHN SIBLING3 UUDOE (Brother of JOHN VICTIM UUDOE)

878.    JOHN SIBLING3 UUDOE is the brother of JOHN VICTIM UUDOE. [#68] at

217.  JOHN SIBLING3 UUDOE and JOHN VICTIM UUDOE were living together at the time

of the 1984 Annex bombing, and were "very close." Id.

879.    JOHN SIBLING3 UUDOE was near the Embassy Annex at the time of the attack.

Id.  JOHN SIBLING3 UUDOE himself suffered burns and injuries from shrapnel. Id.  He went

looking for JOHN VICTIM UUDOE, in spite of his own injuries. Id.  When JOHN SIBLING3

UUDOE finally saw JOHN VICTIM UUDOE, JOHN VICTIM UUDOE was covered in blood.

Id.  JOHN SIBLING3 UUDOE experienced a great deal of anguish when he saw JOHN VICTIM

UUDOE this way. Id.

880.    JOHN VICTIM UUDOE's injuries left JOHN SIBLING3 UUDOE feeling

frustrated and angry. Id. at 218.  He still has nightmares about the attack. Id.

### XLVIII.      Family of JOHN VICTIM WWDOE

### a.   JOHN VICTIM WWDOE (Injured)

881.    JOHN VICTIM WWDOE was injured in the 1984 Annex bombing. [#93-1] at

1102.  At the time of the bombing, JOHN VICTIM WWDOE was employed at the Embassy

Annex as [REDACTED]. Id. at 1103.

882.    JOHN VICTIM WWDOE was entering the Embassy Annex at a security

checkpoint when the attack commenced. Id. at 1112.  He saw a white van approach the Embassy

Annex and heard gunshots. Id.  The next thing JOHN VICTIM WWDOE remembers is waking

up in pain in the hospital. Id. at 1113.  He screamed that he could not see, and begged for

someone to "fix" his eyes. Id.  He had also sustained injuries to his face, head, and hands. Id. at

1114-15.

883.    After the bombing, JOHN VICTIM WWDOE was unable to work for three to four months and had to he remain at home. Id. at 1106.  After that time, he [REDACTED], but because of his impaired vision, he began working as [REDACTED]. Id. at 1107-08.

884.    JOHN VICTIM WWDOE became nervous after the attacks. Id. at 1126.  If he hears the trees rustling outside his home, he will take a gun with him to check outside the home. Id. at 1126-27.

### b.  JANE SPOUSE WWDOE (Wife of JOHN VICTIM WWDOE)

885.    JANE SPOUSE WWDOE is the wife of JOHN VICTIM WWDOE. [#68] at 246. They have always shared a "very close and loving relationship." Id.

886.    JANE SPOUSE WWDOE lived close to the Embassy Annex at the time of the 1984 Annex bombing, and she heard the explosion. Id.  She asked a neighbor what had happened. Id.  When she was told that the Embassy Annex had been bombed, she ran to the Annex, even though she was [REDACTED]. Id.  When she saw JOHN VICTIM WWDOE's name erroneously listed among the dead, it was a "terrible shock" to her. Id.  Later she found out that he was alive, but severely injured, and went to the hospital to find JOHN VICTIM WWDOE with glass shrapnel "embedded in his eyes, nose, and face." Id.  It was major shock to her to see him like this. Id.

887.    After the attack, JANE SPOUSE WWDOE feared that the shock she experienced would [REDACTED]. Id. at 247.  For a long time, she also did not sleep well and suffered from nightmares. Id.

888.    JANE SPOUSE WWDOE is still constantly reminded of the attack and of JOHN VICTIM WWDOE's injuries. Id.  She still experiences the residual anxiety and fear from the attack. Id.

### c.   JANE CHILD1 WWDOE (Daughter of JOHN VICTIM WWDOE)

889.   JANE CHILD1 WWDOE is the daughter of JOHN VICTIM WWDOE. [#68] at 270.  JOHN VICTIM WWDOE is "everything" to her, and considers him "the most precious person in [her] life." Id.

890.   Due to her young age at the time of the 1984 Annex bombing, JANE CHILD1 WWDOE does not remember many details from this time. Id.  She does remember JOHN VICTIM WWDOE screaming when she tried to brush his hair after the attack. Id. at 271.  This was hard for JANE CHILD1 WWDOE, because she just wanted to play with her father. Id.

891.   JANE CHILD1 WWDOE thinks of the bombing and what it did to her father every time she looks at his scars. Id. at 272.

### d.   JANE PARENT1 WWDOE (Mother of JOHN VICTIM WWDOE)

892.   JANE PARENT1 WWDOE is the mother of JOHN VICTIM WWDOE. [#93-1] at 1154.

893.   JANE PARENT1 WWDOE first heard about the 1984 Annex bombing on the radio. Id. at 1160.  She went to the hospital to find JOHN VICTIM WWDOE, and when she saw him, she could not believe that he had survived. Id. at 1160-61.  She became very emotional when she saw his injuries, and she started to cry. Id.

894.   JANE PARENT1 WWDOE took care of JOHN VICTIM WWDOE while he was recovering from his injuries. Id. at 1162.  However, she was so overcome by JOHN VICTIM WWDOE's injuries that she herself had to spend [REDACTED] days in the hospital. Id. at 1164.

### e.   JOHN SIBLING1 WWDOE (Brother of JOHN VICTIM WWDOE)

895.    JOHN SIBLING1 WWDOE is the brother of JOHN VICTIM WWDOE. [#68] at 253.  JOHN SIBLING1 WWDOE and JOHN VICTIM WWDOE "always had a good relationship." Id.

896.    JOHN SIBLING1 WWDOE was in [REDACTED] at the time of the 1984 Annex bombing. Id.  It fell to him to tell their father about the attack, which he remembers being "difficult.' Id.  He was "extremely anxious." Id. at 253-54.  He eventually learned that his brother had survived, but it took a while to confirm JOHN VICTIM WWDOE's identity due to the extent of his facial injuries. Id.

897.    JOHN SIBLING1 WWDOE was shocked by JOHN VICTIM WWDOE's injuries and how deeply they affected his parents. Id. He tried to provide comfort and support to the entire family after the attack. Id.

### f.  JOHN SIBLING2 WWDOE (Brother of JOHN VICTIM WWDOE)

898.    JOHN SIBLING2 WWDOE is the brother of JOHN VICTIM WWDOE. [#68] at 258.  They have always shared a "good relationship." Id.

899.    JOHN SIBLING2 WWDOE was in [REDACTED] at the time of the 1984 Annex bombing. Id.  He first learned of the attack from family. Id.  At first, JOHN SIBLING2 WWDOE was told that JOHN VICTIM WWDOE had been killed; he felt angry, upset, and emotionally disordered. Id.  The next day, he learned that JOHN VICTIM WWDOE had survived but was severely injured. Id.  JOHN SIBLING2 WWDOE was frustrated that he could not be in Lebanon to see his brother, and found the week after the attack to be "horrible and very difficult for [him] emotionally." Id.

900.    JOHN SIBLING2 WWDOE still feels the emotions he had from the time of the bombing. Id. at 259.  He has trouble forgetting the "bad memories" from that time. Id.

**g.   JANE SIBLING3 WWDOE (Sister of JOHN VICTIM WWDOE)**

901.    JANE SIBLING3 WWDOE is the sister of JOHN VICTIM WWDOE. [#68] at

264.  She has always had a "good relationship" with JOHN VICTIM WWDOE. Id.

902.    JANE SIBLING3 WWDOE was in [REDACTED] at the time of the 1984 Annex

bombing. Id.  She heard about the attack on the news, which listed JOHN VICTIM WWDOE as

among the victims. Id.  She went to the hospital to find her brother, and when she got there

JOHN VICTIM WWDOE was in surgery. Id.  She found waiting for him to get out of surgery to

be "very hard," and she was "extremely worried" about her brother. Id.  Later, when JOHN

VICTIM WWDOE was in recovery, JANE SIBLING3 WWDOE would visit him in the hospital.

Id.

903.    JANE SIBLING3 WWDOE was deeply affected by JOHN VICTIM WWDOE's

injuries, leaving her feeling very frustrated and depressed. Id. at 265.  She is still "very sad about

the terrible things that happened" to JOHN VICTIM WWDOE. Id.

**XLIX. Family of JOHN VICTIM XXDOE**

**a.   JOHN VICTIM XXDOE (Injured)**

904.    JOHN VICTIM XXDOE was about 26 years old when he was injured in the 1984

Annex Bombing. [#68] at 275.  At the time of the attack, JOHN VICTIM XXDOE was

employed at the Embassy Annex as [REDACTED], a job which he began in [REDACTED]. Id.

905.    JOHN VICTIM XXDOE was in his office on the [REDACTED] floor of the

Annex when the bomb went off. Id.  He remembers being on his knees, in a daze, and that his

face was numb and he had no vision out of his right eye. Id.  He remembers having to jump over

dead bodies to get out of the building. Id. at 276.

906.    JOHN VICTIM XXDOE spent about [REDACTED] days in the hospital. Id.  He had suffered fractures to his nose and skull. Id.  He also had cuts to his face and chest, and suffered damage to his hearing and eye sight. Id.  He received 66 stitches and had surgeries to repair his skull. Id.

907.    After leaving the hospital, JOHN VICTIM XXDOE was home for several months, as he was slow to recover. Id. at 277.  He worried that he would be disfigured for the rest of his life. Id.  He also worried how his injuries would affect his relationship with his girlfriend and his family. Id.

908.    He still experiences pain on the right side of his face and head, and still has some diminished hearing. Id.  He also has lower back pain. Id.  He has also been more anxious and fearful since the attack. Id. at 278.  He is still haunted by the memories of the attack and its aftermath. Id.

**b.  JOHN PARENT1 XXDOE (Father of JOHN VICTIM XXDOE)**

909.    JOHN PARENT1 XXDOE is the father of JOHN VICTIM XXDOE. [#68] at 299. JOHN PARENT1 XXDOE and JOHN VICTIM XXDOE are "very close." Id.

910.    JOHN PARENT1 XXDOE was at work at the time of the bombing. Id.  After he heard about the attack, he went to hospital after hospital in search of JOHN VICTIM XXDOE. Id.  JOHN PARENT1 XXDOE collapsed when he finally saw what happened to JOHN VICTIM XXDOE. Id.  It was a "terrible shock" to JOHN PARENT1 XXDOE to see his son so injured. Id. He was angry and worried about JOHN VICTIM XXDOE. Id.

911.    Thinking about the bombing and JOHN VICTIM XXDOE's injuries is still painful for JOHN PARENT1 XXDOE. Id. at 300.  These thoughts fill him with anxiety and sadness. Id.

### c.  JANE PARENT2 XXDOE (Mother of JOHN VICTIM XXDOE)

912.    JANE PARENT2 XXDOE is the mother of JOHN VICTIM XXDOE. [#68] at 305.  JANE PARENT2 XXDOE loves JOHN VICTIM XXDOE very much. Id.

913.    JANE PARENT2 XXDOE was at home at the time of the bombing. Id.  She first heard of the bombing from some of JOHN VICTIM XXDOE's friends, and she became terrified for his safety. Id.  She immediately left the house in search of JOHN VICTIM XXDOE. Id.  When she finally found JOHN VICTIM XXDOE at the hospital and saw his condition, she became frightened and sad. Id. at 306.  While JOHN VICTIM XXDOE was recovering at the hospital, JANE PARENT2 XXDOE would visit him every day. Id.

914.    When JOHN VICTIM XXDOE was finally able to return home, JANE PARENT2 XXDOE was happy, but was also very tense and nervous. Id.  She began to develop diabetes, which she attributes to her emotional state at the time. Id.  The bombing is still a painful memory for her. Id.

### d.  JOHN SIBLING1 XXDOE (Brother of JOHN VICTIM XXDOE)

915.    JOHN SIBLING1 XXDOE is the brother of JOHN VICTIM XXDOE. [#68] at 281.  He was about [REDACTED] years old when JOHN VICTIM XXDOE was injured in the 1984 Annex bombing. Id.  The two used to do "everything" together. Id.

916.    JOHN SIBLING1 XXDOE was walking near the Embassy Annex, when he noticed smoke. Id.  He found a radio and heard the news of the bombing. Id.  He was afraid, and he rushed to the hospital in search of JOHN VICTIM XXDOE. Id.   When he eventually saw JOHN VICTIM XXDOE and the extent of his injuries, JOHN SIBLING1 XXDOE fell down in shock. Id. at 281-82.

917.     It was very painful for JOHN SIBLING1 XXDOE to see JOHN VICTIM

XXDOE suffer from the bombing. Id. at 282.  He still remembers the emotions he had on the day

of the attack. Id.

**e.   JOHN SIBLING2 XXDOE (Brother of JOHN VICTIM XXDOE)**

918.      JOHN SIBLING2 XXDOE is the brother of JOHN VICTIM XXDOE. [#68] at

287.  Growing up, they had an "excellent relationship," and it remained strong into adulthood. Id.

He was about [REDACTED] years old when JOHN VICTIM XXDOE was injured in the 1984

Annex bombing. Id.

919.     When JOHN SIBLING2 XXDOE heard about the attack, he went from hospital to

hospital in search of JOHN VICTIM XXDOE. Id.  When he saw the extent of JOHN VICTIM

XXDOE's injuries, the sight pained him. Id.

920.     Thinking about the bombing and its effects on JOHN VICTIM XXDOE still pains

JOHN SIBLING2 XXDOE. Id.  Every time he sees JOHN VICTIM XXDOE, he is reminded of

that suffering. Id.

**f.   JOHN SIBLING3 XXDOE (Brother of JOHN VICTIM XXDOE)**

921.     JOHN SIBLING3 XXDOE is the brother of JOHN VICTIM XXDOE. [#68] at

293.  He was about [REDACTED] years old when JOHN VICTIM XXDOE was injured in the

1984 Annex bombing. Id.  Growing up, JOHN SIBLING3 XXDOE and JOHN VICTIM

XXDOE had "a very good relationship." Id.

922.     JOHN SIBLING3 XXDOE was at work on the day of the bombing. Id.  He saw

smoke, but did not know that it was from a bombing at the Annex until he heard it on the news.

Id.  He ran to the hospitals to search for JOHN VICTIM XXDOE. Id.  He was very afraid and

sad. Id.  After about two and a half hours, JOHN SIBLING3 XXDOE was able to locate JOHN

VICTIM XXDOE. Id. When JOHN VICTIM XXDOE told JOHN SIBLING3 XXDOE what he had been through, JOHN SIBLING3 XXDOE experienced a feeling that he "cannot describe." Id. at 294.

923.     JOHN SIBLING3 XXDOE has been very affected by JOHN VICTIM XXDOE's injuries. Id. It makes him very sad to think of his brother's suffering. Id.

**L.     Family of JANE VICTIM YYDOE**

**c.  Estate of JANE VICTIM YYDOE (Deceased)**

924.     JANE VICTIM YYDOE was about 23 years old when she was killed in the 1983 Embassy bombing. [#93-1] at 56. At the time of her death, JANE VICTIM YYDOE was employed by the Embassy as [REDACTED]. Id. at 60. She is represented in this litigation by her brother, JOHN SIBLING1 YYDOE. Id. at 53.

925.     JANE VICTIM YYDOE's uncle identified her body. Id. at 65. She had suffered a head wound and died from suffocation. Id.

926.     The projected income from JANE VICTIM YYDOE's death until her anticipated age of retirement, increased by the average annual CPI rate for all future years, yields a total economic loss to JANE VICTIM YYDOE's estate of $946,000. [#65] at 40.

**d.  Estate of JOHN PARENT1 YYDOE (Father of JANE VICTIM YYDOE)**

927.     JOHN PARENT1 YYDOE was the father of JANE VICTIM YYDOE. [#93-1] at 54. He loved JANE VICTIM YYDOE "very much." Id. at 65. He is represented in this litigation by his son, JOHN SIBLING1 YYDOE. Id. at 54.

928.     JOHN PARENT1 YYDOE first learned of the attack from his neighbors. Id. at 63. He was "very, very sad," and had to be taken to the hospital due to aggravation of a preexisting ailment. Id. He prayed that JANE VICTIM YYDOE would be alright. Id. at 66.

After four days, JOHN PARENT1 YYDOE learned that JANE VICTIM YYDOE had been killed. Id. at 64.

929.    JANE VICTIM YYDOE's death had a significant impact on JOHN PARENT1 YYDOE's life. Id. at 65.  JOHN SIBLING1 YYDOE believes that JANE VICTIM YYDOE's death impacted JOHN PARENT1 YYDOE's health, increasing the rate of its deterioration. Id. at 66-67.

**e.  JANE PARENT2 YYDOE (Mother of JANE VICTIM YYDOE)**

930.    JANE PARENT2 YYDOE is the mother of JANE VICTIM YYDOE. [#68] at 329.

931.    JANE PARENT2 YYDOE was at home when the bombing occurred, and she felt the house shake from the blast. Id.  She first learned that the Embassy had been attacked from the news. Id.  It took about five days to find out what happened to JANE VICTIM YYDOE, and JANE PARENT2 YYDOE found the wait to be "agonizing." Id.  She fainted when she learned of JANE VICTIM YYDOE's death. Id.  She feels that she was "totally destroyed" by the news. Id.

932.    JANE PARENT2 YYDOE has experienced many physical ailments which she strongly believes are connected to the grief she has experienced as a result of JANE VICTIM YYDOE's death. Id.  She also believes that her husband's death is the result of his own grief. Id.

**f.  JOHN SIBLING1 YYDOE (Brother of JANE VICTIM YYDOE)**

933.    JOHN SIBLING1 YYDOE is the brother of JANE VICTIM YYDOE. [#93-1] at 54.  He was about [REDACTED] years old at the time of JANE VICTIM YYDOE's death. Id. at 57.  They were living together at the time of the attack. Id.

934.    On the day of the bombing, JOHN SIBLING1 YYDOE returned home from school to find people crying in the house, including his mother. Id. at 62.  After four days, JOHN SIBLING1 YYDOE learned that JANE VICTIM YYDOE had died, and he began to cry. Id. at 64.

935.    JOHN SIBLING1 YYDOE still dreams of his sister. Id. at 70.

**g.   JANE SIBLING2 YYDOE (Sister of JANE VICTIM YYDOE)**

936.    JANE SIBLING2 YYDOE is the sister of JANE VICTIM YYDOE. [#68] at 314. JANE VICTIM YYDOE was JANE SIBLING2 YYDOE's "best friend." Id.

937.    JANE SIBLING2 YYDOE was making lunch for her husband when she heard the explosion. Id.  Her husband told her that the Embassy had been bombed, but JANE SIBLING2 YYDOE was so terrified for JANE VICTIM YYDOE that she could not bring herself to watch the news. Id.  She went to be with her family later that day, and they waited five "agonizing" days before finally learning that JANE VICTIM YYDOE had been killed. Id.

938.    JANE VICTIM YYDOE's death changed JANE SIBLING2 YYDOE's life forever. Id. at 315.  JANE VICTIM YYDOE is always on her mind. Id.

**h.   JANE SIBLING3 YYDOE (Sister of JANE VICTIM YYDOE)**

939.    JANE SIBLING3 YYDOE is the sister of JANE VICTIM YYDOE. [#68] at 318. She loved JANE VICTIM YYDOE "very much." Id. at 319.

940.    On the day of the bombing, JANE SIBLING3 YYDOE was at home recovering from back surgery. Id. at 318.  She heard the explosion, and felt the blast shake her house. Id. Her mother turned on the television and they saw a report of the Embassy bombing. Id.  In spite of her injury, JANE SIBLING3 YYDOE tried to go to the Embassy to look for JANE VICTIM YYDOE, but she was turned away when she got there. Id.  She went from hospital to hospital for

five days in search of JANE VICTIM YYDOE, until she learned that JANE VICTIM YYDOE

had been killed. Id.  She identified JANE VICTIM YYDOE's body. Id.

941.    JANE VICTIM YYDOE's death "devastated" JANE SIBLING3 YYDOE. Id. at

319.  After JANE VICTIM YYDOE died, all of the responsibilities she had fell to JANE

SIBLING3 YYDOE. Id.  JANE SIBLING3 YYDOE still has nightmares about the attack and

misses her sister very much. Id. at 320.

### i.   JANE SIBLING4 YYDOE (Sister of JANE VICTIM YYDOE)

942.    JANE SIBLING4 YYDOE is the sister of JANE VICTIM YYDOE. [#68] at 323.

She was about [REDACTED] years old when JANE VICTIM YYDOE was killed in the 1983

Embassy bombing. Id.

943.    JANE SIBLING4 YYDOE was at school when the bombing occurred. Id.  When

she came home, her house was full of people who were crying and shouting. Id.  When she

realized that the Embassy had been attacked, she ran to her room where she cried and hit her

head against the wall. Id.  After five days, when she finally learned that JANE VICTIM YYDOE

had died, JANE SIBLING4 YYDOE screamed and punched a wall. Id. at 324.

944.    JANE SIBLING4 YYDOE believes that JANE VICTIM YYDOE's death

changed her life. Id. at 325.  After JANE VICTIM YYDOE died, JANE SIBLING4 YYDOE no

longer "lived [her] life." Id.  She is still sad and cries for JANE VICTIM YYDOE's loss. Id.

## LI.   Family of JANE VICTIM ZZDOE

### a.   Estate of JANE VICTIM ZZDOE (Deceased)

945.    JANE VICTIM ZZDOE was about 35 years old when she was killed in the 1983

Embassy bombing. [#68] at 335.  At the time of her death, JANE VICTIM ZZDOE was

employed at [REDACTED] in [REDACTED] as [REDACTED]. Id.  JANE VICTIM ZZDOE

was at the Embassy in Beirut to train the employees of [REDACTED]. Id.  She is represented in this litigation by her brother, JOHN SIBLING2 ZZDOE. Id.

946.  JANE VICTIM ZZDOE was at the Embassy when the bombing occurred, and died in the explosion. Id.  The exact circumstances of her death are unknown. Id.  Her family first learned of her death about five days after the attack, when they were notified that someone would be required to identify the body. Id.

947.  JANE VICTIM ZZDOE's salary at the Embassy was approximately $8,800 annually. [#65] at 42.  The projected income from her death until her anticipated age of retirement, increased by the average annual CPI rate for all future years, yields a total economic loss to JANE VICTIM ZZDOE's estate of $955,000. Id. at 43.

**b.  Estate of JOHN SPOUSE ZZDOE (Husband of JANE VICTIM ZZDOE)**

948.  JOHN SPOUSE ZZDOE was the husband of JANE VICTIM ZZDOE. [#68] at 342.  They shared a "very good relationship." Id. at 343.  JANE VICTIM ZZDOE seemed to "anchor and stabilize" JOHN SPOUSE ZZDOE. Id.  He is represented in this litigation by his brother, LEGAL REPRESENTATIVE 015. Id. at 342.

949.  JOHN SPOUSE ZZDOE was in [REDACTED] at the time of the attack. Id.  After he learned of JANE VICTIM ZZDOE's death, JOHN SPOUSE ZZDOE traveled to Beirut to identify his wife's body. Id.

950.  The loss of JANE VICTIM ZZDOE "deeply saddened" JOHN SPOUSE ZZDOE. Id. at 343.  He seemed to "collapse into himself" after her death. Id.  He had trouble coping and eventually turned to alcohol for solace. Id.

**c.  Estate of JANE PARENT1 ZZDOE (Mother of JANE VICTIM ZZDOE)**

951.    JANE PARENT1 ZZDOE was the mother of JANE VICTIM ZZDOE. [#68] at 376.  JANE VICTIM ZZDOE had a "very good relationship" with her mother. Id.  She is represented in this litigation by her son, JOHN SIBLING2 ZZDOE. Id.

952.    JANE PARENT1 ZZDOE was at a [REDACTED] an hour outside of [REDACTED] when the bombing occurred. Id.  Some of her children brought her home from the [REDACTED] and told her about the bombing after they had arrived back in [REDACTED]. Id.  She did not learn that JANE VICTIM ZZDOE had died until five days later. Id. at 377.

953.    JANE PARENT1 ZZDOE was "traumatized" by JANE VICTIM ZZDOE's death. Id.  She had trouble sleeping. Id.  She would often talk about the bombing and JANE VICTIM ZZDOE, and would cry when she did so. Id.

### d.  JANE SIBLING1 ZZDOE (Sister of JANE VICTIM ZZDOE)

954.    JANE SIBLING1 ZZDOE is the sister of JANE VICTIM ZZDOE. [#68] at 349.  JANE SIBLING1 ZZDOE and JANE VICTIM ZZDOE "were more than just sisters – [they] were close friends." Id. at 350.

955.    JANE SIBLING1 ZZDOE was at home when the attack occurred, and she first learned of the bombing on the news. Id.  JANE SIBLING1 ZZDOE was in shock for days when she found out that JANE VICTIM ZZDOE had been killed. Id.

956.    After JANE VICTIM ZZDOE's death, JANE SIBLING1 ZZDOE developed high blood pressure, which she believes is attributable to her sister's death. Id.  She feels that JANE VICTIM ZZDOE's loss has left a large void in their family that can never be filled. Id. at 351.

### e.  JOHN SIBLING4 ZZDOE (Brother of JANE VICTIM ZZDOE)

957.    JOHN SIBLING4 ZZDOE is the brother of JANE VICTIM ZZDOE. [#68] at 370.  They shared a "very good relationship." Id.

958.    JOHN SIBLING4 ZZDOE first learned about the attack on the radio. Id.  He tried calling the Embassy and the Foreign Affairs Ministry, and anxiously awaited news of JANE VICTIM ZZDOE's fate. Id.  After the Embassy finally contacted them to let the family know that JANE VICTIM ZZDOE had died, JOHN SIBLING4 ZZDOE went to Lebanon with JANE VICTIM ZZDOE's husband to identify the body. Id. at 370-71.

959.    JOHN SIBLING4 ZZDOE found it very hard to lose his sister so suddenly. Id. at 371.  He felt sad and depressed. Id.

### f.   JOHN SIBLING2 ZZDOE (Brother of JANE VICTIM ZZDOE)

960.    JOHN SIBLING2 ZZDOE is the brother of JANE VICTIM ZZDOE. [#68] at 357.  JOHN SIBLING2 ZZDOE and his sister grew up in a "very close, united family," and the two "got along well." Id.

961.    JOHN SIBLING2 ZZDOE was in [REDACTED] at the time of the bombing. Id. He first learned of the attack on the evening news. Id. at 358.  He waited anxiously for days to hear news of his sister. Id.  He finally learned of her death five days after the attack. Id.

962.    JOHN SIBLING2 ZZDOE had trouble coming to terms with JANE VICTIM ZZDOE's death. Id.  [REDACTED] weeks after the bombing, JOHN SIBLING2 ZZDOE's daughter was born and he named her JANE VICTIM ZZDOE in honor of his sister. Id.

### g.   JANE SIBLING3 ZZDOE (Sister of JANE VICTIM ZZDOE)

963.    JANE SIBLING3 ZZDOE is the sister of JANE VICTIM ZZDOE. [#68] at 364. JANE SIBLING3 ZZDOE and JANE VICTIM ZZDOE had a "good relationship." Id.

964.    JANE SIBLING3 ZZDOE was at home on the day of the bombing. Id.  She received a call from another sister who told her to turn on the news. Id.  When she did, JANE SIBLING3 ZZDOE learned of the bombing and became scared and anxious to hear word of

JANE VICTIM ZZDOE. Id.  She did not learn of JANE VICTIM ZZDOE's death for five days. Id. at 365.

965.    JANE SIBLING3 ZZDOE is still very upset about JANE VICTIM ZZDOE's death. Id.  She finds it difficult to talk about JANE VICTIM ZZDOE's death, and cannot do so without crying. Id.

**LII.    Family of JANE VICTIM AAADOE**

   **a.  Estate of JANE VICTIM AAADOE (Injured)**

966.    JANE VICTIM AAADOE was about 47 years old when she was injured in the 1983 Embassy bombing. [#68] at 383.  At that time, she was employed at the Embassy as [REDACTED] in the [REDACTED]. Id.  She is represented in this litigation by her sister, JANE SIBLING6 AAADOE.  See Minute Order 9/05/2012.

967.    JANE VICTIM AAADOE was at work when the explosion occurred. [#68] at 384.  A large desk fell on top of her, causing pain in her hands, legs, and most especially in her back. Id.  A co-worker helped her get out from under the desk. Id.  Once she began to see the extent of the bombing, she became paralyzed with fear and had to be helped from the building by a Marine. Id.

968.    Since the extent of her injuries was not immediately apparent, JANE VICTIM AAADOE chose to go home instead of to the hospital. Id.  Once the initial shock of her injuries wore off, she experienced "unbearable" pain in her back. Id.  The pain never went away despite physical therapy and operations for a slipped disc. Id.  By [REDACTED], the back injury prevented her from working anymore. Id. at 385.

969.    JANE VICTIM AAADOE lived in fear after the bombing. Id.  She suffered from depression and could picture the scene from the bombing. Id.  She experienced nightmares and was "constantly unhappy." Id.

**b.  Estate of JANE PARENT2 AAADOE (Mother of JANE VICTIM AAADOE)**

970.    JANE PARENT2 AAADOE was the mother of JANE VICTIM AAADOE. [#68] at 432.  JANE PARENT2 AAADOE and JANE VICTIM AAADOE had a "very good relationship." Id.  She is represented in this litigation by her daughter, JANE SIBLING6 AAADOE.  See Minute Order 9/05/2012.

971.    JANE PARENT2 AAADOE was at home when the bombing occurred. [#68] at 432.  Her daughter JANE SIBLING4 AAADOE first told her about the attack. Id.  The news came as a "total shock" to JANE PARENT2 AAADOE, and soon after she began to complain of "heart pain." Id.  The next day she suffered a heart attack, and was hospitalized for [REDACTED] days. Id.

972.    JANE PARENT2 AAADOE died [REDACTED] after the attack. Id.  Between the attack and the time of her death, JANE PARENT2 AAADOE experienced heart problems and depression. Id.  JANE VICTIM AAADOE believed that these conditions, as well as the heart attack, were brought on by the bombing and by JANE VICTIM AAADOE's injuries. Id.

**c.  Estate of JOHN PARENT1 AAADOE (Father of JANE VICTIM AAADOE)**

973.    JOHN PARENT1 AAADOE was the father of JANE VICTIM AAADOE. [#68] at 426.  JOHN PARENT1 AAADOE and JANE VICTIM AAADOE had a "wonderful relationship." Id.  He is represented in this litigation by his daughter, JANE SIBLING6 AAADOE.  See Minute Order 9/05/2012.

974.     JOHN PARENT1 AAADOE was at home when the bombing occurred. [#68] at 426.  His daughter JANE SIBLING4 AAADOE first told him about the attack. Id.  He found the initial reports of the attack "incredibly disturbing," and became to scream and hit his head. Id. He was only able to calm down when he saw JANE VICTIM AAADOE alive. Id.

975.     JOHN PARENT1 AAADOE was very troubled by the bombing and JANE VICTIM AAADOE's injuries, and he began to suffer depression. Id.  He was fearful of another attack and worried about JANE VICTIM AAADOE's safety. Id.

### d.  JOHN SIBLING1 AAADOE (Brother of JANE VICTIM AAADOE)

976.     JOHN SIBLING1 AAADOE is the brother of JANE VICTIM AAADOE. [#93-1] at 900-01.  JOHN SIBLING1 AAADOE and JANE VICTIM AAADOE were living in the same house at the time of the 1983 Embassy bombing. Id. at 902.

977.     When JOHN SIBLING1 AAADOE learned of the attack, he rushed to the Embassy. Id. at 904.  On the way to the Embassy, JOHN SIBLING1 AAADOE was in a car accident, and was taken to the hospital for a broken leg, among other injuries. Id.

978.     JOHN SIBLING1 AAADOE was very nervous for his sister's well-being after the attack. Id. at 908.  He spent time with JANE VICTIM AAADOE regularly, trying to make her laugh to take her mind off her trauma. Id. at 914.

### e.  JANE SIBLING7 AAADOE (Sister of JANE VICTIM AAADOE)

979.     JANE SIBLING7 AAADOE is the sister of JANE VICTIM AAADOE. [#68] at 420.  JANE SIBLING7 AAADOE and JANE VICTIM AAADOE had a "happy relationship." Id.  She was about [REDACTED] years old when JANE VICTIM AAADOE was injured in the 1983 Embassy bombing. Id.

980.    JANE SIBLING7 AAADOE was in the mountains outside of Beirut when the bombing occurred. Id.  When her husband told her about the attack, JANE SIBLING7 AAADOE felt "an immediate impact." Id.  She cried, worried, and felt demoralized until she found out that JANE VICTIM AAADOE had survived. Id.

981.    JANE SIBLING7 AAADOE became fearful of further attacks. Id. at 421.  She thinks about JANE VICTIM AAADOE's injuries daily, and suffers from nightmares concerning these injuries. Id.  She feels stressed and worried. Id.

**f.   JANE SIBLING3 AAADOE (Sister of JANE VICTIM AAADOE)**

982.    JANE SIBLING3 AAADOE is the sister of JANE VICTIM AAADOE. [#68] at 398.  They were close as children, and maintained their relationship into adulthood. Id.  She was about [REDACTED] years old when JANE VICTIM AAADOE was injured in the 1983 Embassy bombing. Id.

983.    JANE SIBLING3 AAADOE was at home on the day of the bombing, and first heard of the attack from the radio. Id.  Thinking of JANE VICTIM AAADOE, JANE SIBLING3 AAADOE began to cry and was anxious to find out if she was alright. Id.  Because of travel and communication difficulties at the time, JANE SIBLING3 AAADOE did not hear of JANE VICTIM AAADOE's condition for about five or six months. Id.  She was extremely stressed and worried during this time. Id.  When she finally saw JANE VICTIM AAADOE, JANE SIBLING3 AAADOE cried and was depressed and saddened by her injuries. Id.

984.    JANE SIBLING3 AAADOE still remembers the bombing, and feels as if the bomb "hit [her] heart directly." Id. at 399.  Whenever she thinks about the bombing, she relives all the feelings she experienced at the time. Id.

**g.   JANE SIBLING2 AAADOE (Sister of JANE VICTIM AAADOE)**

985.     JANE SIBLING2 AAADOE is the sister of JANE VICTIM AAADOE. [#68] at 392. JANE SIBLING2 AAADOE and JANE VICTIM AAADOE were "very close" as both children and adults. Id.  She was about [REDACTED] years old when JANE VICTIM AAADOE was injured in the 1983 Embassy bombing. Id.

986.     JANE SIBLING2 AAADOE was at home on the day of the bombing. Id.  When she heard the news of the attack on the radio, JANE SIBLING2 AAADOE collapsed. Id.  She feared that JANE VICTIM AAADOE was dead. Id.  After she found out that JANE VICTIM AAADOE had survived, JANE SIBLING2 AAADOE went to JANE VICTIM AAADOE's house and cried when she saw JANE VICTIM AAADOE's injuries. Id.  It was difficult for JANE SIBLING2 AAADOE to see her sister in pain. Id. at 393.

987.     JANE SIBLING2 AAADOE experienced a good deal of grief, sorrow, and pain due to JANE VICTIM AAADOE's injuries. Id.  She became fearful for her children. Id.  She suffered from nightmares and would scare easily when she heard loud noises. Id.

### h.  JANE SIBLING4 AAADOE (Sister of JANE VICTIM AAADOE)

988.     JANE SIBLING4 AAADOE is the sister of JANE VICTIM AAADOE. [#68] at 404. JANE SIBLING4 AAADOE and JANE VICTIM AAADOE have "always been close." Id.

989.     On the day of the bombing, JANE SIBLING4 AAADOE and JANE VICTIM AAADOE had a phone conversation just before the attack. Id.  About 15 minutes after the call ended, JANE SIBLING4 AAADOE heard an announcement about the bombing on the radio. Id.  She screamed and cried when she heard the news. Id.  She went with some of her other siblings to the Embassy, but they were in a car accident on the way, and were not able to find out what happened to JANE VICTIM AAADOE until the next day. Id.

990.     Seeing JANE VICTIM AAADOE struggle after the bombing made JANE

SIBLING4 AAADOE "incredibly sad and depressed." Id. at 405.  She worried about JANE

VICTIM AAADOE. Id.  She still has nightmares about the bombing. Id.

**i.  JANE SIBLING5 AAADOE (Sister of JANE VICTIM AAADOE)**

991.     JANE SIBLING5 AAADOE is the sister of JANE VICTIM AAADOE. [#68] at

410. JANE SIBLING5 AAADOE and JANE VICTIM AAADOE had a "happy, normal

relationship." Id.

992.     When JANE SIBLING5 AAADOE heard the news of the bombing, she felt as if

"everything was upside down." Id.  She was shocked and thought that her sister was dead. Id.

She went with some of her other siblings to the Embassy, but they were in a car accident on the

way, and were not able to find out what happened to JANE VICTIM AAADOE until the next

day. Id.  When she did see JANE VICTIM AAADOE, she became "demoralized and

heartbroken" after hearing what JANE VICTIM AAADOE went through and the extent of her

injuries. Id.

993.     JANE SIBLING5 AAADOE has suffered from depression and has experienced

nightmares, both of which she attributes to the bombing and her sister's resultant injuries. Id.

She has also felt paranoid and has feared additional attacks. Id.  She feels as though she has not

been at peace since the day of the attack. Id.

**j.  JANE SIBLING6 AAADOE (Sister of JANE VICTIM AAADOE)**

994.     JANE SIBLING6 AAADOE is the sister of JANE VICTIM AAADOE. [#68] at

416. JANE SIBLING6 AAADOE and JANE VICTIM AAADOE had a "close and loving

relationship." Id.

995.    JANE SIBLING6 AAADOE was living in [REDACTED] at the time of the bombing, and she learned about the attack from television news. Id.  She believed there was no way that JANE VICTIM AAADOE could have survived. Id. at 417.  JANE SIBLING6 AAADOE had trouble getting through to Lebanon on the telephone for four or five days, and during that time she did not know if JANE VICTIM AAADOE had survived. Id.  During this time, JANE SIBLING6 AAADOE had trouble sleeping, experienced nightmares when she could sleep, and worried about her sister. Id.  She was finally able to get through to her family after five days, and cried when she spoke to JANE VICTIM AAADOE. Id.  JANE SIBLING6 AAADOE felt frustrated and guilty that she could not be in Lebanon to help her sister. Id.

996.    JANE SIBLING6 AAADOE has nightmares about what JANE VICTIM AAADOE went through. Id. at 418.  She feels anger and frustration over JANE VICTIM AAADOE's experiences from the bombing. Id.

## LIII.   Family of JOHN VICTIM BBBDOE

### a.   JOHN VICTIM BBBDOE (Injured)

997.    JOHN VICTIM BBBDOE was injured in the 1984 Annex bombing. [#93-1] at 515.  He was about 28 years old and was employed at the Embassy as [REDACTED] at the time of the bombing. Id. at 516.

998.    At the time of the bombing, JOHN VICTIM BBBDOE was on the main road to the Embassy, about 30 meters away from the point of detonation. Id. at 525.  The force of the blast sent JOHN VICTIM BBBDOE flying backwards 20 meters though the air and into a wall. Id.  He was knocked unconscious. Id.  After he regained consciousness, JOHN VICTIM BBBDOE was taken to the hospital. Id. at 526.  He had shrapnel in his back. Id.  This eventually

led to long term complications. Id.  He later would have to undergo spinal cord surgery due to this injury. Id. at 526-27.

999.    Due to his injuries, JOHN VICTIM BBBDOE has missed out on promotions and other jobs. Id. at 530.  Even today, JOHN VICTIM BBBDOE cannot stand for extended periods of time due to his injuries. Id.

**b.  JOHN SIBLING1 BBBDOE (Brother of JOHN VICTIM BBBDOE)**

1000.   JOHN SIBLING1 BBBDOE is the brother of JOHN VICTIM BBBDOE. [#68] at 439. JOHN SIBLING1 BBBDOE is about [REDACTED] years older than JOHN VICTIM BBBDOE, and because of this he was somewhat of a father-figure to JOHN VICTIM BBBDOE. Id.

1001.   JOHN SIBLING1 BBBDOE was at home on the day of the 1984 Annex bombing. Id.  He heard about the attack on the radio. Id.  He spent five hours calling hospitals in Beirut to see if they were treating JOHN VICTIM BBBDOE. Id.  When he finally learned that JOHN VICTIM BBBDOE was alive, JOHN SIBLING1 BBBDOE was relieved, and when he finally saw his brother three days later, JOHN SIBLING1 BBBDOE kissed him and cried. Id. at 439-40.

1002.   After the attack, JOHN SIBLING1 BBBDOE became anxious and afraid. Id. at 440. JOHN SIBLING1 BBBDOE worried about JOHN VICTIM BBBDOE when he [REDACTED]. Id.  This also "constantly" reminded JOHN SIBLING1 BBBDOE of the attack. Id.

**c.  JOHN SIBLING2 BBBDOE (Brother of JOHN VICTIM BBBDOE)**

1003.   JOHN SIBLING2 BBBDOE is the brother of JOHN VICTIM BBBDOE. [#68] at 445. JOHN SIBLING2 BBBDOE and JOHN VICTIM BBBDOE shared a "beautiful childhood together," and they remained close as adults. Id.

1004.   JOHN SIBLING2 BBBDOE was working with [REDACTED] on the day of the attack. Id.  A colleague told him of the attack, and JOHN SIBLING2 BBBDOE rushed to the Embassy Annex. Id.  When he got to the Embassy Annex, a co-worker of JOHN VICTIM BBBDOE's told JOHN SIBLING2 BBBDOE that his brother survived, but that he had been injured. Id. at 446.  JOHN SIBLING2 BBBDOE was relieved. Id.  When he later saw JOHN VICTIM BBBDOE at the hospital, JOHN SIBLING2 BBBDOE kissed him and they both cried. Id.

1005.   It hurt JOHN SIBLING2 BBBDOE to see his brother's injuries. Id.  He was shocked and devastated by what happened to JOHN VICTIM BBBDOE. Id.  He was afraid for JOHN VICTIM BBBDOE, and even today, JOHN SIBLING2 BBBDOE becomes nervous whenever a family member is late to a gathering. Id.

**d.  Estate of JOHN SIBLING3 BBBDOE (Brother of JOHN VICTIM BBBDOE)**

1006.   JOHN SIBLING3 BBBDOE was the brother of JOHN VICTIM BBBDOE. [#68] at 453.  JOHN SIBLING3 BBBDOE was about [REDACTED] years older than JOHN VICTIM BBBDOE, and cared for him "like a son." Id.  He is represented in this litigation by his sister, JANE SIBLING4 BBBDOE. Id.

1007.   JOHN SIBLING3 BBBDOE was at his aunt's house on the day of the bombing. Id.  JOHN SIBLING3 BBBDOE was making calls to find out details about JOHN VICTIM BBBDOE when JANE SIBLING4 BBBDOE came and told him that JOHN VICTIM BBBDOE had survived the attack. Id.  JOHN SIBLING3 BBBDOE was shaking and crying when he saw JOHN VICTIM BBBDOE later that evening. Id.

1008.   JOHN SIBLING3 BBBDOE took time off of work to be with JOHN VICTIM

BBBDOE. Id. at 454.  He was concerned and anxious about JOHN VICTIM BBBDOE, and he

feared that something else would happen to his brother. Id.

**e.   JANE SIBLING4 BBBDOE (Sister of JOHN VICTIM BBBDOE)**

1009.   JANE SIBLING4 BBBDOE is the sister of JOHN VICTIM BBBDOE. [#68] at

459.  JANE SIBLING4 BBBDOE and JOHN VICTIM BBBDOE were "very close" growing up.

Id.

1010.   JANE SIBLING4 BBBDOE was at work when she heard about the attack on the

radio. Id.  She immediately left work and drove to the Embassy Annex, crying and running red

lights. Id.  When she found JOHN VICTIM BBBDOE, he was covered in blood and she fainted

at the sight of him. Id.  After JOHN VICTIM BBBDOE went to the hospital, JANE SIBLING4

BBBDOE went home to tell their family that he was alright. Id.  She shook with anxiety for the

rest of the day. Id.

1011.   After the bombing, JANE SIBLING4 BBBDOE suffered from insomnia and

nightmares. Id. at 460.  She suffered from fear and anxiety, for which she took medication. Id.

Even today, she is reminded of the attack any time she drives past the Embassy. Id.

**f.   JANE SIBLING5 BBBDOE (Sister of JOHN VICTIM BBBDOE)**

1012.   JANE SIBLING5 BBBDOE is the sister of JOHN VICTIM BBBDOE. [#68] at

465.  Growing up, JOHN VICTIM BBBDOE would take care of JANE SIBLING5 BBBDOE

and they remain close today. Id.

1013.   JANE SIBLING5 BBBDOE was living in [REDACTED] at the time of the

attack. Id.  She heard about the attack on the radio and was shocked and devastated. Id.  She had

no idea whether JOHN VICTIM BBBDOE had survived or not until JANE SIBLING4

BBBDOE came to the house to tell them he had survived. Id.  She did not see JOHN VICTIM

BBBDOE until two weeks after the attack. Id.

1014.   After that attack, JANE SIBLING5 BBBDOE worried about JOHN VICTIM

BBBDOE every day. Id. at 466.  She feels as though she developed a bad temper as a result of

the bombing and her brother's injuries. Id.  She is reminded of the attack whenever she hears bad

news. Id.

## LIV.   Family of JOHN VICTIM CCCDOE

### a.   Estate of JOHN VICTIM CCCDOE (Injured)

1015.   JOHN VICTIM CCCDOE was injured in both the 1983 Embassy bombing and

the 1984 Annex bombing. [#93-1] at 1265.  JOHN VICTIM CCCDOE was employed at the

Embassy as [REDACTED]. Id. at 1267.  He is represented in this litigation by his wife, JANE

SPOUSE CCCDOE. Id. at 1264.

1016.   JOHN VICTIM CCCDOE was in his office at the time of the 1983 Embassy

bombing. Id. at 1279.  He was partially shielded from the blast by [REDACTED], though he did

sustain some injuries when [REDACTED] fell on him. Id. at 1281.  Everyone else in his office

was killed. Id.  JOHN VICTIM CCCDOE sustained injuries to his face and back. Id. at 1285.

1017.   JOHN VICTIM CCCDOE was at work on the day of the 1984 Annex bombing.

Id. at 1285.  He suffered a heart attack during the bombing and was taken to the hospital. Id. at

1286.

1018.   JOHN VICTIM CCCDOE's experiences in the bombings affected him until the

day he died. Id. at 1289.

### b.   JANE SPOUSE CCCDOE (Wife of JOHN VICTIM CCCDOE)

1019.   JANE SPOUSE CCCDOE was the wife of JOHN VICTIM CCCDOE. [#93-1] at 1264.

1020.   JANE SPOUSE CCCDOE was standing on the balcony of her home when she heard the explosion of the 1983 Embassy bombing. Id. at 1279-80.  She then found out that the explosion came from the Embassy from a radio report. Id. at 1280.  She left for the Embassy only to find it in rubble. Id.  There she learned that JOHN VICTIM CCCDOE was injured and had been helping the other wounded evacuate the building, and was then taken to the hospital. Id.  When she later saw JOHN VICTIM CCCDOE at the hospital, he was "covered in blood and all injured." Id.  JANE SPOUSE CCCDOE still shakes when she thinks about seeing JOHN VICTIM CCCDOE this way. Id.

1021.   JANE SPOUSE CCCDOE learned about the 1984 Annex bombing from the radio. Id. at 1285.  She then took a cab to the Embassy Annex, but she was not allowed into the area. Id. at 1286.  JANE SPOUSE CCCDOE was not able to see JOHN VICTIM CCCDOE until the next day. Id.

1022.   JANE SPOUSE CCCDOE feels that the attacks have turned her family "upside down." Id. at 1296.  She feels that it has "destroyed" their lives. Id. at 1297.

**c.  JANE CHILD1 CCCDOE (Daughter of JOHN VICTIM CCCDOE)**

1023.   JANE CHILD1 CCCDOE is the daughter of JOHN VICTIM CCCDOE. [#89-2] at 18.  She was about [REDACTED] years old when JOHN VICTIM CCCDOE was injured in the 1983 Embassy bombing, and about [REDACTED] years old when he was injured in the 1984 Annex bombing. Id.  JOHN VICTIM CCCDOE and JANE CHILD1 CCCDOE were "very, very, very close." Id. at 20.

1024.   On the day of the 1983 Embassy bombing, JANE CHILD1 CCCDOE was sitting on the balcony of their home with her sister when they heard a "loud, loud sound." Id. at 23.  She learned on the radio that the sound came from the attack on the Embassy. Id. at 24.  She remembers this as a "horrible experience." Id. at 25.  Her mother left JANE CHILD1 CCCDOE with a neighbor while she went to the Embassy. Id.  It was not until hours later that she learned that JOHN VICTIM CCCDOE had survived, but that he was badly hurt. Id. at 26.  When she finally saw JOHN VICTIM CCCDOE, he was "all cut up," and his face was bandaged. Id.  It was "terrible" for JANE CHILD1 CCCDOE to witness her father's injuries. Id.

1025.   JANE CHILD1 CCCDOE was at home on the day of the 1984 Annex bombing. Id. at 30.  She first learned about the attack on the radio. Id. at 31.  It took many hours for her to learn that her father had survived the attack. Id. at 32.  When she first saw JOHN VICTIM CCCDOE after the attack, she noticed that he had more cuts and bruises than after the first attack. Id. at 34.

1026.   JANE CHILD1 CCCDOE found it difficult to handle the emotional toll the bombings had on JOHN VICTIM CCCDOE. Id. at 35.  After the second attack, JANE CHILD1 CCCDOE felt as if her father was dead. Id.  She feels that she lost her father "before he even passed away," and as if JOHN VICTIM CCCDOE's life stopped after he left the Embassy. Id. at 46.

### d.  JOHN CHILD2 CCCDOE (Son of JOHN VICTIM CCCDOE)

1027.   JOHN CHILD2 CCCDOE is the son of JOHN VICTIM CCCDOE. [#68] at 474. JOHN VICTIM CCCDOE and JOHN CHILD2 CCCDOE have a "good relationship." Id.  JOHN CHILD2 CCCDOE was about [REDACTED] years old at the time of the 1983 Embassy bombing. Id. at 475.

1028.   JOHN CHILD2 CCCDOE was riding in a taxi with his grandmother, when they heard news of the 1983 Embassy bombing on the radio. Id.  He was immediately afraid that something had happened to JOHN VICTIM CCCDOE and they rushed home. Id.  He found it hard to wait for news of JOHN VICTIM CCCDOE, and he did not find out that his father had survived until later that night. Id.  JOHN CHILD2 CCCDOE did not see his father until the next morning. Id.

1029.   After this attack, JOHN CHILD2 CCCDOE began to worry more, and he would feel anxious and afraid. Id.  Every time he heard a breaking news announcement on the radio, it would remind him of the Embassy attack. Id.

1030.   JOHN CHILD2 CCCDOE heard about the 1984 Annex bombing on the radio. Id. He was shocked and in disbelief. Id.  JOHN CHILD2 CCCDOE worried that his father would not survive, and that he would be gravely affected even if he survived the actual attack. Id.  He eventually received a phone call that JOHN VICTIM CCCDOE had survived. Id. at 476.

1031.   After witnessing JOHN VICTIM CCCDOE's injuries from the attacks, JOHN CHILD2 CCCDOE became anxious and nervous. Id.  He feels that he can never forget what happened to his father. Id.

**e.  JANE CHILD3 CCCDOE (Daughter of JOHN VICTIM CCCDOE)**

1032.   JANE CHILD3 CCCDOE is the daughter of JOHN VICTIM CCCDOE. [#68] at 478. JANE CHILD3 CCCDOE and JOHN VICTIM CCCDOE had a "good relationship." Id. She was about [REDACTED] years old at the time of the 1983 Embassy bombing and about [REDACTED] years old at the time of the 1984 Annex bombing. Id.

1033.   Because she was so young at the time of both attacks, JANE CHILD3 CCCDOE does not remember much of the details of these events. Id.  She does remember that her father

suffered from health problems, and that it was hard to watch him suffer as a result of them. Id. at 479.  She later attributed these health problems to the injuries JOHN VICTIM CCCDOE suffered in the bombings. Id. at 480.

1034.   It broke JANE CHILD3 CCCDOE's heart to watch her father suffer. Id. at 479.

**f.   JANE CHILD4 CCCDOE (Daughter of JOHN VICTIM CCCDOE)**

1035.   JANE CHILD4 CCCDOE is the daughter of JOHN VICTIM CCCDOE. [#68] at 482.  She was about [REDACTED] years old at the time of the 1983 Embassy bombing. Id. at 483.

1036.   On the day of the 1983 Embassy bombing, JANE CHILD4 CCCDOE was at school. Id.  She first learned of the attack when she came home. Id.  It was a "terribly shock" to her. Id.

1037.   JANE CHILD4 CCCDOE was at home on the day of the 1984 Annex bombing. Id.  When she heard the news of this attack, she found it to be an "even bigger emotional shock" than the first attack. Id.

1038.   JANE CHILD4 CCCDOE believes that the health problems JOHN VICTIM CCCDOE later suffered, such as his heart condition, were a result of his experiences and injuries from the bombings. Id. at 484.  She found it very difficult to watch his health deteriorate. Id.

**LV.   Family of JANE VICTIM DDDDOE**

**a.   Estate of JANE VICTIM DDDDOE (Deceased)**

1039.   JANE VICTIM DDDDOE was about 69 years old when she was killed in the 1983 Embassy bombing. [#68] at 486.  At the time of her death, JANE VICTIM DDDDOE was employed at the Embassy as [REDACTED]. Id.  She is represented in this litigation by her daughter, JANE CHILD2 DDDDOE. Id.

1040.   JANE VICTIM DDDDOE was picking up food in the cafeteria when the bomb exploded. Id.  The blast threw her down a corridor, and she suffered massive internal injuries. Id. Though she survived the immediate aftermath of the attack, she died en route to the hospital. Id.

**b.  JANE CHILD1 DDDDOE (Daughter of JANE VICTIM DDDDOE)**

1041.   JANE CHILD1 DDDDOE is the daughter of JANE VICTIM DDDDOE. [#68] at 505.  JANE VICTIM DDDDOE and JANE CHILD1 DDDDOE had a very good relationship. Id. JANE CHILD1 DDDDOE was about [REDACTED] years old when JANE VICTIM DDDDOE was killed in the 1983 Embassy bombing. Id.  Due to dementia, JANE CHILD1 DDDDOE is represented in this litigation by her husband, [REDACTED]. Id.

1042.   JANE CHILD1 DDDDOE heard the blast and later found out that it had come from the Embassy bombing. Id. at 506.  She ran straight to the Embassy, and then to the hospital in search of her mother. Id.  JANE CHILD1 DDDDOE passed out at the hospital and awoke to find out that her mother was dead. Id.

1043.   Over the next two weeks, JANE CHILD1 DDDDOE would cry and shout. Id. For about a month, she experienced nervousness and anxiety, which caused her to have trouble sleeping. Id.  JANE CHILD1 DDDDOE started to get better after this time, but she was still angry and sad from time to time. Id.  She was later diagnosed with high blood pressure, and [REDACTED] states that the doctors attributed this to the shock from JANE VICTIM DDDDOE's sudden death. Id.

**c.  JANE CHILD2 DDDDOE (Daughter of JANE VICTIM DDDDOE)**

1044.   JANE CHILD2 DDDDOE is the daughter of JANE VICTIM DDDDOE. [#68] at 510.  JANE CHILD2 DDDDOE viewed her mother as "a perfect person." Id.

1045.   JANE CHILD2 DDDDOE was in [REDACTED] at the time of the attack, and learned of the bombing on the news. Id. at 511.  The next day, JANE CHILD2 DDDDOE was changing planes in [REDACTED] when she saw a newspaper which listed JANE VICTIM DDDDOE among those who died from the attack. Id.

1046.   After the attack, JANE CHILD2 DDDDOE had a hard time eating. Id. at 512. She remembers crying for her mother so much at night that sometimes she had to change pillows. Id.  When JANE CHILD2 DDDDOE thinks about the bombing today, she loses feeling in her hands. Id.  She is still sad and depressed for her mother's loss. Id.

**d.  Estate of JANE SIBLING1 DDDDOE (Sister of JANE VICTIM DDDDOE)**

1047.   JANE SIBLING1 DDDDOE was the sister of JANE VICTIM DDDDOE. [#68] at 491.  JANE SIBLING1 DDDDOE and JANE VICTIM DDDDOE came from a close family, and they remained close as adults. Id.  JANE VICTIM DDDDOE is represented in this litigation by her son, LEGAL REPRESENTATIVE 003. Id.

1048.   JANE SIBLING1 DDDDOE was at home on the day of the 1983 Embassy bombing. Id. at 492.  She was eating lunch with LEGAL REPRESENTATIVE 003 when they received a call from JANE VICTIM DDDDOE's son-in-law, who told them that JANE VICTIM DDDDOE had been killed. Id.  JANE SIBLING1 DDDDOE was shocked by the news and she began to cry. Id.

1049.   Losing JANE VICTIM DDDDOE was hard for JANE SIBLING1 DDDDOE. Id. In the weeks that followed the bombing, JANE SIBLING1 DDDDOE had a hard time eating and sleeping. Id.  She never stopped remembering or praying for JANE VICTIM DDDDOE. Id.

**e.  JANE SIBLING2 DDDDOE (Sister of JANE VICTIM DDDDOE)**

1050.   JANE SIBLING2 DDDDOE is the sister of JANE VICTIM DDDDOE. [#68] at 496.  JANE SIBLING2 DDDDOE and JANE VICTIM DDDDOE developed a strong relationship as children, and as adults they spoke nearly every day. Id. at 497.  Due to dementia, she is represented in this litigation by her son, [REDACTED]. Id. at 496.

1051.   When JANE SIBLING2 DDDDOE heard of the attack, she went to the hospital to look for JANE VICTIM DDDDOE. Id. at 498.  At the hospital, JANE SIBLING2 DDDDOE was crying and yelling. Id.

1052.   JANE SIBLING2 DDDDOE was very upset by JANE VICTIM DDDDOE's violent death. Id. at 497.  She became very paranoid after the bombing. Id. at 498.  She developed sleeping problems, and she began to take sleeping pills, which she still takes today. Id.

### f.   Estate of JANE SIBLING3 DDDDOE (Sister of JANE VICTIM DDDDOE)

1053.   JANE SIBLING3 DDDDOE was the sister of JANE VICTIM DDDDOE. [#68] at 501.  JANE SIBLING3 DDDDOE and JANE VICTIM DDDDOE had a close relationship. Id. at 502.  JANE SIBLING3 DDDDOE was about [REDACTED] years old when JANE VICTIM DDDDOE was killed in the 1983 Embassy bombing. Id. at 501.  She is represented in this litigation by her daughter, LEGAL REPRESENTATIVE 004. Id.

1054.   On the day of the attack, JANE SIBLING3 DDDDOE was taking a taxicab home from work when she heard reports of the bombing on the radio. Id. at 502.  She started crying and went directly to the hospital. Id.  At the hospital, JANE SIBLING3 DDDDOE saw the uncovered hand of an otherwise covered body, and recognized it as that of her sister. Id.  She was devastated. Id.

1055.   JANE SIBLING3 DDDDOE did not sleep well for several weeks after the attack. Id. at 503.  She never completely got over the shock of her sister's sudden death. Id.

**LVI.   Family of JOHN VICTIM EEEDOE**

    **a.  JOHN VICTIM EEEDOE (Injured)**

    1056.   JOHN VICTIM EEEDOE was about 27 years old when he was injured in the 1983 Embassy bombing. [#93-1] at 235.  He was [REDACTED] at the time of the attack. Id. at 236.

    1057.   Instead of going on his regular lunch with a co-worker, JOHN VICTIM EEEDOE was taking a nap behind his desk when the explosion occurred. Id. at 241-42.  The blast blew everything off of his desk and took his office door off of its hinges. Id. at 242.  Though the blast affected his hearing for several minutes, JOHN VICTIM EEEDOE went into the hallway to see if there was anything he could do to help his co-workers. Id.  He helped some people out of the building. Id.  JOHN VICTIM EEEDOE later found out that the co-worker who he was supposed to have had lunch with had died in the blast. Id.  This left him with a sense of survivor's guilt. Id.  Physically, JOHN VICTIM EEEDOE suffered permanent perforations to his eardrums, which has seriously affected his hearing. Id. at 245-46.

    1058.   JOHN VICTIM EEEDOE is still troubled by survivor's guilt. Id. at 243.  He has also developed irritable bowel syndrome, which he attributes to the attack. Id. at 246.  He has also experienced trouble sleeping and has been diagnosed with post-traumatic stress disorder. Id.

**LVII.  Family of JOHN VICTIM FFFDOE**

    **a.  JOHN VICTIM FFFDOE (Injured)**

    1059.   JOHN VICTIM FFFDOE was injured in the 1984 Annex bombing. [#93-1] at 714.  At the time of the bombing, JOHN VICTIM FFFDOE was employed at the Embassy as [REDACTED] Id. at 708.  He began working at the Embassy [REDACTED]. Id. [REDACTED]. Id. at 710.

1060.   JOHN VICTIM FFFDOE was [REDACTED] when the attack occurred. Id. at

713.  He heard gunshots and saw a white van approach. Id.  When the bomb went off, it caused a

nearby wall to fall on JOHN VICTIM FFFDOE. Id.  He woke up about two minutes later to

discover that he had suffered injuries to his head, hand, and back. Id. at 714.  After he was taken

to a hospital, a doctor diagnosed JOHN VICTIM FFFDOE as being in shock. Id. at 715.

1061.   JOHN VICTIM FFFDOE [REDACTED] thinks about the attack every day. Id. at

711.  He still experiences headaches, which he attributes to his injuries from the bombing. Id. at

716.

## CONCLUSIONS OF LAW

**I.   Applicable Law**

**a.  Plaintiffs' Federal Law Claims Under 28 U.S.C. § 1605A**

On August 16, 2011, Judge Bates granted summary judgment on liability against the

defendants in this case. Doe, 808 F. Supp. 2d at 23.  Judge Bates determined that all those who

were killed or injured in the 1983 and 1984 bombings have a federal cause of action against the

defendants, and their claims should be adjudicated under federal law. Id. at 23-24.  The cause of

action stems from the 2008 Amendments to the National Defense Authorization Act, Pub. L. No.

110-181, § 1083, 122 Stat. 3, 338-44 (2008) ("2008 NDAA"), which revised the FSIA

framework under which state-sponsored terrorism cases may be brought by substituting 28

U.S.C. § 1605A in place of 28 U.S.C. § 1605(a)(7).  Most importantly, the 2008 Amendments

furnished a cause of action against state sponsors of terrorism, whereas the earlier law, §

1605(a)(7), could only be used as a "pass through" for plaintiffs seeking to bring suit in federal

court against foreign sovereigns for terrorism-related claims; the claims themselves had to be

based on state law. Murphy v. Islamic Republic of Iran, 740 F. Supp. 2d 51, 55 (D.D.C. 2010).

To make out a claim under the federal cause of action, and thereby obtain relief in the form of damages, the plaintiffs "must prove that the consequences of the [defendants'] conduct were 'reasonably certain (i.e. more likely than not) to occur, and must prove the amount of the damages by a reasonable estimate consistent with this [Circuit's] application of the American rule on damages.'" Oveissi v. Islamic Republic of Iran, __ F. Supp. 2d __, No. 11-CIV-849, 2012 WL 3024758, at *8 (D.D.C. July 25, 2012) (quoting Salazar v. Islamic Republic of Iran, 370 F. Supp. 2d 105, 115-16 (D.D.C. 2005)).

Judge Bates instructed that, in adjudicating the plaintiffs' claims, the Court should look to "general principles of tort law." Doe, 808 F. Supp. 2d at 23 n.7. For those who died as a result of state-sponsored terrorist activity, courts in this jurisdiction have consistently applied the amended FSIA to allow recovery under the tort of "wrongful death." See, e.g., Valore v. Islamic Republic of Iran, 700 F. Supp. 2d 52, 78 (D.D.C. 2010). Given Judge Bates' finding on liability, I recommend that the estates of all those who were killed in the 1983 Embassy bombing or the 1984 Annex bombing recover an appropriate amount of compensatory damages for their wrongful death claims.

Those plaintiffs who were injured in, but survived, either the 1983 or 1984 bombings are likewise, entitled to recover for their injuries under tort principles. In previous cases of this nature, plaintiffs were permitted to recover for their personal injuries, including pain and suffering under the tort of "intentional infliction of emotional distress." See, e.g., Baker v. Socialist People's Libyan Arab Jamahriya, 775 F. Supp. 2d 48, 74 (D.D.C. 2011). Under that tort, "one who by extreme and outrageous conduct intentionally . . . causes severe emotional distress to another is subject to liability for such emotional distress, and if bodily harm to the other results from it, for such bodily harm." Id. (citing Restatement (Second) of Torts § 46(1)

(1965)).  This Court has held that acts of terrorism "by their very definition" amount to extreme and outrageous conduct.  <u>Valore</u>, 700 F. Supp. 2d at 77.  Accordingly, I recommend that all plaintiffs who were injured in the 1983 or 1984 recover for their pain and suffering.

### b.  D.C. Law for Plaintiffs Who Lack Federal Cause of Action

Judge Bates further held that this Court will apply District of Columbia law to any plaintiffs for whom jurisdiction was proper, but who lacked a federal cause of action under the FSIA.  <u>Doe</u>, 808 F. Supp. 2d at 23.  This includes all of the foreign national family members of both injured and deceased victims from the 1983 and 1984 bombings.

Individuals in this category assert claims under D.C. law for intentional infliction of emotional distress ("IIED") and solatium.  A claim of solatium seeks compensation for "the mental anguish, bereavement and grief that those with a close personal relationship to a decedent experience as a result of the decedent's death, as well as the harm caused by the loss of the decedent, society and comfort." <u>Belkin v. Islamic Republic of Iran</u>, 667 F. Supp. 2d 8, 22 (D.D.C. 2009) (citing <u>Dammarell</u>, 281 F. Supp. 2d at 196-97).  To prevail on a claim for IIED, the plaintiff must show that the defendant's conduct was extreme and outrageous, done intentionally or recklessly, and which caused the plaintiff severe emotional distress. <u>Hoskins v. Howard Univ.</u>, 839 F. Supp. 2d 268, 282 (D.D.C. 2012); <u>Stethem v. Islamic Republic of Iran</u>, 201 F. Supp. 2d 78, 89 (D.D.C. 2002).

I conclude that the family members of the victims of both the 1983 and 1984 bombings have each made out their claims for IIED and solatium, as detailed in their affidavits, *de bene esse* depositions, and live testimony before this Court.  Accordingly, I recommend that each of these plaintiffs recover for their injuries on these claims.

I will now turn to the appropriate amount of damages for each of these causes of action. My reasoning is set forth below, and the specific damages calculation for each plaintiff is set forth in a chart, attached as Appendix A to this Report and Recommendation.

## II.  Damages

Under the FSIA, plaintiffs may recover a total award encompassing compensation for economic losses, solatium, and pain and suffering, and an award of punitive damages. 28 U.S.C. § 1605A(c).  Those who survive a terrorist attack may recover for any economic loss sustained as a result of their injuries, as well as for their pain and suffering. Estate of Bland v. Islamic Republic of Iran, 831 F. Supp. 2d 150, 153 (D.D.C. 2011).  The estates of those who did not survive can recover for the economic losses sustained by their death, and family members of the deceased may recover for solatium. Id.  All plaintiffs with a federal cause of action can recover punitive damages. Id.; 28 U.S.C. § 1605A(c).

### a.  Compensatory Damages

#### 1.  Economic Damages

Under the FSIA, courts have awarded the estates of individuals killed in terrorist attacks "economic damages in the form of lost wages, benefits and retirement pay, and other out-of-pocket expenses." Dammarell, 381 F. Supp. 2d at 199.

To support their claim for economic damages, plaintiffs submitted evidence in the form of affidavits, *de bene esse* depositions, and live testimony regarding the salary of the deceased at the time of the bombings, their past employment history, and other personal information.  That information was then used by Steven A. Wolf, who was accepted as an expert on the calculation of damages, to project the estimated total economic losses of each estate over what would have been the deceased's expected lifetime of productive work. [#65].  Mr. Wolf used conservative

financial assumptions about the growth of money over time, and assumed each individual's employment status would not change over time. Id. at 34-35.  Mr. Wolf assumed a working lifespan for security worker victims to age 60, and for all others to age 64. Id.

### 2.      Pain and Suffering – Deceased Victims

When the victim endured extreme pain and suffering for a period of several hours or less, courts have "rather uniformly" awarded the estate $1 million. Baker v. Socialist People's Libyan Arab Jamahirya, 775 F. Supp. 2d 48, 81 (D.D.C. 2011) (citing Haim v. Islamic Republic of Iran, 425 F. Supp. 2d 56, 71-72 (D.D.C. 2006)).  See also Eisenfeld v. Islamic Republic of Iran, 172 F. Supp. 2d 1, 8 (D.D.C. 2000) (awarding $1 million for pain and suffering endured in the several minutes between the suicide bombing of a passenger bus and the victim's death); Flatow, 999 F. Supp. at 28 (awarding $1 million for pain and suffering endured for three to five hours between the suicide bombing of a bus and the victim's death).  When the period of the victim's pain was longer than a few hours, the awards have increased. Haim, 425 F. Supp. 2d at 72 (citing Stethem v. Islamic Republic of Iran, 201 F. Supp. 2d 78, 91 (D.D.C. 2002) (awarding $1.5 million for pain and suffering endured over a 15-hour period in which the victim was repeatedly beaten before being shot)).  Courts have been influenced not only by the length of time that the victim endured physical suffering, but also, in some cases, by the victim's mental anguish stemming from the knowledge that death was imminent.

In this case, it is difficult to tell how long each deceased victim suffered.  Some would have died as soon as the bomb exploded, as they were close to the explosion site.  Others were likely immediately crushed by falling debris, and likewise did not suffer.  Still others may have been trapped for long periods of time and succumbed to the injuries only after suffering greatly.  Because it took rescue workers days to find each body, it is hard to say with any certainty who

suffered and for how long.  I therefore recommend that an award of $1 million for pain and

suffering be given to the decedent's estate only where testimony was provided directly asserting

that the victim suffered before he or she died.  In instances where family members testified that

their loved ones died instantly, or where no testimony was given on the subject, no award for

pain and suffering should be awarded to the decedent's estate.

### 3.        Pain and Suffering – Injured Victims

Individuals who were substantially injured in a terrorist attack, but who did not succumb

to their injuries, are typically awarded a "baseline" of $5 million in compensatory damages.

Estate of Bland v. Islamic Republic of Iran, 831 F. Supp. 2d 150, 154 (D.D.C. 2011) (citing the

Peterson framework from Peterson v. Islamic Republic of Iran ("Peterson II"), 515 F. Supp. 2d

25, 54 (D.D.C. 2007)).  Courts will "depart upward from this baseline to $7-$12 million in more

severe instances of physical and psychological pain, such as where victims suffered relatively

more numerous and severe injuries, were rendered quadriplegic, partially lost vision and hearing,

or were mistaken for dead," and will "depart downward to $2-$3 million" where victims suffered

only minor injuries." Valore, 700 F. Supp. 2d at 84.

I have determined that the vast majority of those injured in the 1983 and 1984 bombings

are entitled to the baseline damages award of $5,000,000.  The award for each victim is indicated

in the "pain and suffering" column under "compensatory damages" in the attached Appendix.  In

instances where I recommend a departure upward from that baseline, the reason for doing so

appears in the "comments" column on the far right of the chart.

### 4.        Solatium – Family Members

"In determining the appropriate amount of compensatory damages, the Court may look to prior decisions awarding damages for pain and suffering, and to those awarding damages for solatium." Acosta v. Islamic Republic of Iran, 574 F. Supp. 2d 15, 29 (D.D.C. 2008).

In recent cases, the framework used in Peterson II, 515 F. Supp. 2d at 52, has been used to calculate solatium damages.  See Valore, 700 F. Supp. 2d at 85; Belkin, 667 F. Supp. 2d at 23. In Valore, the appropriate amount of solatium damages for the families of deceased victims was calculated as follows:  $8 million to spouses of deceased victims, $5 million to parents of deceased victims, and $2.5 million to siblings of deceased victims.[16] Valore, 700 F. Supp. 2d 85. The appropriate amount of damages for family members of injured victims was calculated as follows:  $4 million to spouses of injured victims, $2.5 million to parents of injured victims, and $1.25 million to siblings of injured victims. Id.  The court in Valore also noted, however, that the amounts are a guide, and not set in stone. Id. at 86.  There may be upward departures where there are "aggravating circumstances," as may be indicated by testimony that "describes a general feeling of permanent loss or change caused by decedent's absence" or "medical treatment for depression and related affective disorders." Id. (citations omitted).   Self-destructive behavior or a need for psychiatric treatment, starting after the incident, may also indicate a particularly powerful feeling of loss. Id.  On the other hand, there may be circumstances where a downward departure is appropriate, as when the relationship between the decedent and claimant is more attenuated.

As a finder of fact, guided by my own experience, I find that the distinctions the Valore court made among family members to be responsible and reasonable.  Spouses can and do remain together for a lifetime.  Children, on the other hand, grow up and leave their parents'

[16] While it did not come up in Valore, the court in Peterson II determined that parents and children of victims were entitled to the same award. Peterson, 515 F. Supp. 2d at 52.

home, so both children and parents seem to incur the same kind of loss when the other dies.

Finally, siblings most often draw apart when they leave their parents' home.  Without pretending

that any judgment can be lapidary, the <u>Valore</u> court's assessment is most reasonable and I will

accept it.

The Court adopts these amounts as guidelines for making its determinations with regards

to solatium damages, which are set forth for each plaintiff in the attached chart.  Because nearly

all the family members testified that they experienced anxiety and fear after the attacks—and

rightfully so—it is difficult to say that some plaintiffs suffered more than others as a result of

their loved one's injury or death.  Further, no medical evidence, such as letters from treating

physicians, copies of prescriptions, or hospital records, was submitted.  This is not to say that I

believe the family members of those killed or injured in these attacks did not suffer greatly.  To

the contrary, I credit their testimony regarding their psychological suffering in full.  Rather, I

believe that, given the large-scale nature of these bombings and the profound difficulty *everyone*

must have had coping with their aftermaths, it would be unfair to recommend any upward

departures from the <u>Valore</u> guidelines for only certain family members' pain and suffering.

Instead, I believe it is best to recommend that the <u>Valore</u> guidelines be adopted across the board.

These awards are reflected in the "pain and suffering" column under compensatory damages in

the chart attached as Appendix A.

### b.  Punitive Damages

Punitive damages against the state were not available until the 2008 revisions to the

FSIA. <u>Valore</u>, 700 F. Supp. 2d at 87.  According to the Restatement (Second) of Torts, the

purpose of punitive damages is "to punish" a defendant for "outrageous conduct," and "to deter

him and others like him from similar conduct in the future." Restatement (Second) of Torts §

908(1) (1977); see also Acosta, 574 F. Supp. 2d at 30.  Courts evaluate four factors in

determining a proper punitive damages award: "(1) the character of the defendant's act, (2) the

nature and extent of harm to the plaintiffs that defendants caused or intended to cause, (3) the

need for deterrence, and (4) the wealth of the defendants." Acosta, 574 F. Supp. 2d at 30

(quoting Flatow v. Islamic Republic of Iran, 999 F. Supp. 1, 32 (D.D.C. 1998)).

In this case, the evidence shows defendants supported, protected, harbored, aided,

abetted, enabled, sponsored, conspired with, and subsidized a known terrorist organization

whose *modus operandi* included the targeting, brutalization, and murder of their victims.  The

character of these acts merits an award of punitive damages.  See, e.g., Cronin v. Islamic

Republic of Iran, 238 F. Supp. 2d 222, 235 (D.D.C. 2002) (finding the character of the

defendant's act—where the defendant provided material support and resources to terrorist

organizations to carry out acts such as kidnapping and torture—supported a punitive damage

award of $300,000,000).  As noted by Dr. Clawson, and adopted by Judge Bates, Iran spent in

the range of $50 million to $150 million on its terrorist efforts in 1983. Doe, 808 F. Supp. 2d at

10.  Thus, not only is there a need for deterrence, but there is evidence that the defendant has

substantial wealth.

Recent cases of this nature against Iran have taken a uniform approach in determining the

appropriate amount of punitive damages in terrorism cases.  In Valore, Heiser, and Acosta, the

court held that an appropriate measure of punitive damages was the state's annual expenditures

on terrorism multiplied by a number from three to five. Valore, 700 F. Supp. 2d at 88-90; Heiser,

659 F. Supp. 2d at 30-31; Acosta, 574 F. Supp. 2d at 31.  In Valore, where the Court multiplied

the amount expended each year by five, the court gave two reasons for doing so.  First, Chief

Judge Lamberth pointed out that Iran had begun to participate more actively in litigation in the

United States. Valore, 700 F. Supp. 2d at 89.  The court hypothesized that, in light of Iran's "paying more attention to the cases that have been brought against it," it might be more likely that the punitive damages would have the desired effect of "send[ing] the strongest possible message" to Iran that its support of terrorism would not be tolerated. Id.  Furthermore, the terrorist act underlying the case was the 1983 bombing of a Marine barracks in Beirut, which was the most deadly state-sponsored terrorist attack on Americans until September 11, 2001, killing 241 American military servicemen. Id. at 57.  The punitive award in that case was $1 billion. Id. at 89.  In Heiser, the estimated terrorism expenditures by Iran were between $50 million and $150 million per year; based on that range, the court took the mean, $100 million, and multiplied it by three, noting that this court had, with one exception, never awarded an amount higher than $300 million in punitive damages against Iran. Heiser, 659 F. Supp. 2d at 30-31.  In Acosta, the Court had the same numbers, and came to the same conclusion, awarding $300 million dollars in punitive damages against Iran. Acosta, 574 F. Supp. 2d at 31.

No matter which formula is used, the punitive damage finding must still comport with the requirements of due process, and should be commensurate with awards in other FSIA cases. Gates v. Syrian Arab Republic, 580 F. Supp. 2d 53, 75 n.19 (D.D.C. 2008) (citing BMW of N. Am., Inc. v. Gore, 517 U.S. 559, 575 (1996)).  Were this court to adopt the mean-terrorism-expenditures-times-three formula, the total punitive damages would be $300 million.  Courts have consistently used this approach in awarding punitive damages against the defendants in this case.  See, e.g., Wagner v. Islamic Republic of Iran, 172 F. Supp. 2d 128, 138 (D.D.C. 2001) (awarding $300 million in punitive damages against MOIS, a defendant in that case, for the 1984 Annex bombing); Brewer v. Islamic Republic of Iran, 664 F. Supp. 2d 43, 58-59 (D.D.C. 2009) (same).

The plaintiffs agree that a punitive damages award of $300 million would be appropriate in this case.  However, two clarifications are of note.  First, the 2008 FSIA amendments established the availability of punitive damages awards only for individuals who have a federal private right of action under that statute.  See 28 U.S.C. § 1605A(c) (stating that where a private right of action exists, "damages may include economic damages, solatium, pain and suffering, and punitive damages").   Here, only the individuals who were 1) employees of the U.S. government, or 2) U.S. citizens at the time of the two attacks are entitled to the punitive award.  Second, given that this case involves two separate terrorist acts—the 1983 Embassy bombing and the 1984 Annex bombing—two separate awards are needed.

Accordingly, I recommend awarding $300 million in punitive damages to be split evenly among the victims of the 1983 Embassy, and $300 million in punitive damages to be split evenly among the victims of the 1984 Annex bombing.  This results in each victim of the 1983 bombing receiving $8,108,108.11 ($300,000,000 divided by the 37 people who have a federal private cause of action [those foreign national employees of the U.S. government who were either killed or injured]), and each victim of the 1984 Annex bombing receiving $11,111,111.11 ($300,000,000 divided by the 27 people who have a federal private cause of action).  Some individuals were injured in both the 1983 and 1984 bombings; accordingly, the total punitive damages award recommended for those individuals, reflected in the attached chart, is $19,219,219.22 ($8,108,108.11 for the 1983 award + $11,111,111.11 for the 1984 award).[17]

### c.  Prejudgment Interest

It is within the Court's discretion to award plaintiffs prejudgment interest from the date of the attacks on April 18, 1983, and September 20, 1984, until the date of final judgment.  Pugh v.

---

[17] Due to rounding, the total punitive award, when divided equally among the plaintiffs for each respective bombing, amounts to just over $600,000,000, at $600,000,000.04.

<u>Socialist People's Libyan Arab Jamahiriya</u>, 530 F. Supp. 2d 216, 263 (D.D.C. 2008).  The decision to award prejudgment interest, as well as how to compute that interest, rests within the discretion of the court, subject to equitable considerations. <u>Id.</u> (citations omitted).  "Courts in this Circuit have awarded prejudgment interest in cases where plaintiffs were delayed in recovering compensation for their injuries—including, specifically, where such injuries were the result of targeted attacks perpetrated by foreign defendants." <u>Id.</u>  Prejudgment interest is entirely appropriate in this case, and necessary to fully compensate the victims for the injuries they sustained as a result of Iran's material support of Hizbollah.  Such awards compensate the victims for any delay due to litigation, and prevent Iran from profiting from its terrorist attacks. <u>See</u>, <u>id.</u>

An appropriate measure of what rate to use when calculating prejudgment interest is the prime rate, *i.e.*, the rate banks charge for short-term unsecured loans to credit-worthy customers. <u>Oldham v. Korean Air Lines Co.</u>, 127 F.3d 43, 54 (D.C. Cir. 1997) (citing <u>Forman v. Korean Air Lines Co., Ltd.</u>, 84 F.3d 446, 450 (D.C. Cir. 1996), <u>cert. denied</u>, 519 U.S. 1028 (1996)).  In <u>Baker</u>, 775 F. Supp. 2d at 87, I stated:  "The Court accepted testimony from Dr. Markham regarding his economic analysis and the applicable prime rate of interest for each year from 1985 through 2010. Markham, T-4, 175-177; Pltf's Exh.93, Table 1.  Using his report and the current prime rate, the Court averages the prime rate from 1985 through 2011, with a result of 7.03%."  I shall use the same analysis here because the prime rate has not changed since I decided that case.[18]

---

[18] The prime rate as of January 2013 is 3.25%; it has not changed since 2009. Economic Data – FRED® of the Federal Reserve Bank of St. Louis, http://research.stlouisfed.org/fred2/series/MPRIME (last visited Feb. 15, 2013).

Plaintiffs sustained injuries in the form of pain and suffering for the victims of the attack, and emotional distress for their immediate families, as addressed by the awards for solatium. Thus, the court recommends awarding plaintiffs prejudgment interest on their damages for economic loss, solatium, and pain and suffering, again computed at a rate of 7.03% per annum from April 18, 1983, or September 20, 1984, depending on the family, to the present. Accordingly, in the attached chart, the "total compensatory damages award" column reflects the compensatory damages compounded annually by 7.03%. The compensatory damages awarded to the victims of the 1983 attack and their families are compounded annually over a term of 30 years (2013 judgment – 1983 incident = 30 years). The compensatory damages awarded to the victims of the 1984 attack and their families are compounded annually over a term of 29 years (2013 judgment – 1984 incident = 29 years).

## CONCLUSION

Consistent with the findings of fact and conclusions of law set forth above, I recommend that the plaintiffs in this case be awarded a total of $9,119,113,644.45 in damages, to be allocated according to the chart attached at Appendix A.

**Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. See Thomas v. Arn, 474 U.S. 140 (1985).**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 1 | JOHN DOE | Deceased | Estate | | $1,158,000.00 | | | $1,158,000.00 | $8,889,438.35 | $8,108,108.11 | $16,997,546.46 | |
| | | | JANE SPOUSE DOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JANE PARENT1 DOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD5 DOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD3 DOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD4 DOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD2 DOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD1 DOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| 2 | JOHN VICTIM ADOE | Deceased | Estate | | $1,006,000.00 | | | $1,006,000.00 | $7,722,603.61 | $8,108,108.11 | $15,830,711.72 | |
| | | | JANE SPOUSE ADOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD1 ADOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD2 ADOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE SIBLING2 ADOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING1 ADOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 3 | JOHN VICTIM BDOE | Deceased | Estate | | $432,000.00 | | | $432,000.00 | $3,316,267.16 | $8,108,108.11 | $11,424,375.27 | |
| | | | JANE SPOUSE BDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD1 BDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD2 BDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD3 BDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD4 BDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| 4 | JOHN VICTIM CDOE | Deceased | Estate | | $1,024,000.00 | | | $1,024,000.00 | $7,860,781.40 | $8,108,108.11 | $15,968,889.51 | |
| | | | JANE PARENT1 CDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| 5 | JOHN VICTIM DDOE | Deceased | Estate | | $656,000.00 | | | $656,000.00 | $5,035,813.09 | $8,108,108.11 | $13,143,921.20 | |
| | | | JANE SPOUSE DDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| 6 | JOHN VICTIM EDOE | Deceased | Estate | | $429,000.00 | | | $429,000.00 | $3,293,237.52 | $8,108,108.11 | $11,401,345.63 | |
| | | | JANE SPOUSE EDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JANE CHILD1 EDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN SIBLING1 EDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING2 EDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 7 | JOHN VICTIM FDOE | Deceased | Estate | | $750,000.00 | | | $750,000.00 | $5,757,408.26 | $8,108,108.11 | $13,865,516.37 | |
| | | | JANE SPOUSE FDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN PARENT1 FDOE | Father | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD1 FDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD2 FDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| 8 | JOHN VICTIM GDOE | Deceased | Estate | | $1,506,000.00 | | | $1,506,000.00 | $11,560,875.78 | $8,108,108.11 | $19,668,983.89 | |
| | | | JANE SPOUSE GDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD1 GDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE SIBLING1 GDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING2 GDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING3 GDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE CHILD2 GDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| 9 | JOHN VICTIM HDOE | Deceased | Estate | | $1,072,000.00 | | | $1,072,000.00 | $8,229,255.53 | $8,108,108.11 | $16,337,363.64 | |
| | | | JANE SPOUSE HDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD1 HDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD2 HDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 10 | JANE VICTIM IDOE | Deceased | Estate | | $735,000.00 | | | $735,000.00 | $5,642,260.09 | $8,108,108.11 | $13,750,368.20 | |
| | | | JOHN SPOUSE IDOE | Husband | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD1 IDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN SIBLING1 IDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING2 IDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN CHILD2 IDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| 11 | JOHN VICTIM JDOE | Deceased | Estate | | $1,115,000.00 | | | $1,115,000.00 | $8,559,346.94 | $8,108,108.11 | $16,667,455.05 | |
| | | | JANE SPOUSE JDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD1 JDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN SIBLING1 JDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING2 JDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING3 JDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 12 | JOHN VICTIM KDOE | Deceased | Estate | | $264,000.00 | | | $264,000.00 | $2,026,607.71 | $8,108,108.11 | $10,134,715.82 | |
| | | | JANE SPOUSE KDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD2 KDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD3 KDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD1 KDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 13 | JOHN CHILD2 KDOE | Injured | | | | $7,000,000.00 | | $7,000,000.00 | $50,206,307.00 | $11,111,111.11 | $61,317,418.11 | The evidence indicates that JOHN CHILD2 KDOE lost hearing in one ear as a result of the 1984 Annex bombing. Accordingly, I recommend an increase from the baseline of $5,000,000 for pain and suffering. |
| | | | JANE SPOUSE KDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN CHILD3 KDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN CHILD1 KDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| 14 | JANE VICTIM LDOE | Deceased | Estate | | $945,000.00 | | | $945,000.00 | $7,254,334.40 | $8,108,108.11 | $15,362,442.51 | |
| | | | JANE PARENT1 LDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE SIBLING2 LDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING1 LDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 15 | JOHN VICTIM MDOE | Deceased | Estate | | $893,000.00 | | | $893,000.00 | $6,855,154.10 | $8,108,108.11 | $14,963,262.21 | |
| | | | JANE PARENT1 MDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN SIBLING1 MDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING2 MDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 16 | JANE VICTIM NDOE | Deceased | Estate | | $1,058,000.00 | | | $1,058,000.00 | $8,121,783.91 | $8,108,108.11 | $16,229,892.02 | |
| | | | JOHN PARENT1 NDOE | Father | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE PARENT2 NDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN SIBLING1 NDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING6 NDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING5 NDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING3 NDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING2 NDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING4 NDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING7 NDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 17 | JOHN VICTIM ODOE | Deceased | Estate | | $865,000.00 | | | $865,000.00 | $6,640,210.85 | $8,108,108.11 | $14,748,318.96 | |
| | | | JANE PARENT1 ODOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| 18 | JOHN VICTIM PDOE | Deceased | Estate | | $572,000.00 | | | $572,000.00 | $4,390,983.36 | $8,108,108.11 | $12,499,091.47 | |
| | | | JANE SPOUSE PDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD4 PDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD2 PDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD1 PDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| | | | JANE CHILD5 PDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN CHILD3 PDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN SIBLING1 PDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 19 | JOHN VICTIM QDOE | Injured | | | | $7,000,000.00 | | $7,000,000.00 | $53,735,810.38 | $8,108,108.11 | $61,843,918.49 | The evidence indicates that JOHN VICTIM QDOE, as a result of the 1983 bombing, lost an eye and part of his nose, and underwent 5 surgeries.  Accordingly, I recommend an upward departure from the baseline of $5,000,000 for pain and suffering. |
| | | | JANE SPOUSE QDOE | Wife | | | $4,000,000.00 | $4,000,000.00 | $30,706,177.36 | | $30,706,177.36 | |
| | | | JOHN CHILD1 QDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE CHILD2 QDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN PARENT1 QDOE | Father | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE PARENT2 QDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING2 QDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| 20 | JANE VICTIM RDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $38,382,721.70 | $8,108,108.11 | $46,490,829.81 | |
| | | | JANE PARENT1 RDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING1 RDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |

| Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Economic | Pain & Suffering | Solatium | | | | | |
| | | JANE SIBLING3 RDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| 21 JANE VICTIM SDOE | Injured | | | | $7,000,000.00 | | $7,000,000.00 | $53,735,810.38 | $8,108,108.11 | $61,843,918.49 | The evidence indicates that JANE VICTIM SDOE suffered severe injuries as a result of the 1983 Embassy bombing, including the loss of an eye and the loss of vision in the other eye.  Accordingly, I recommend an upward departure from the baseline of $5,000,000 for pain and suffering. |
| | | JOHN SPOUSE SDOE | Husband | | | $4,000,000.00 | $4,000,000.00 | $30,706,177.36 | | $30,706,177.36 | |
| | | JOHN CHILD2 SDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | JOHN CHILD1 SDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | JOHN CHILD3 SDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 22 JOHN VICTIM TDOE | Injured | | | $5,000,000.00 | | | $5,000,000.00 | $38,382,721.70 | $8,108,108.11 | $46,490,829.81 | |
| | | JANE SPOUSE TDOE | Wife | | | $4,000,000.00 | $4,000,000.00 | $30,706,177.36 | | $30,706,177.36 | |
| | | JANE CHILD2 TDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | JANE CHILD3 TDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | JOHN CHILD1 TDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 23 | JOHN VICTIM UDOE | Injured | | | | $10,000,000.00 | | $10,000,000.00 | $76,765,443.41 | $19,219,219.22 | $95,984,662.63 | JOHN VICTIM UDOE was injured in both the 1983 Embassy bombing and the 1984 Annex bombing. Accordingly, the pain and suffering damages amount I recommend reflects two separate awards of $5,000,000 each. The recommended damages awards for his family members are likewise doubled, and his total punitive damages award reflects his share of both the 1983 and 1984 awards. |
| | | | JANE SPOUSE UDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD1 UDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD2 UDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD3 UDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE SIBLING3 UDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING1 UDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING2 UDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING5 UDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING4 UDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 24 | JANE VICTIM VDOE | Injured | | | | $10,000,000.00 | | $10,000,000.00 | $76,765,443.41 | $19,219,219.22 | $95,984,662.63 | JANE VICTIM VDOE was injured in both the 1983 Embassy bombing and the 1984 Annex bombing. Accordingly, the pain and suffering damages amount I recommend reflects two separate awards of $5,000,000 each.  The recommended damages awards for each of her family members are likewise doubled, and the total punitive damages award reflect her shares of the total punitive awards for both the 1983 and 1984 incidents. |
| | | | JANE PARENT1 VDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN SIBLING1 VDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 25 | JANE VICTIM WDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $38,382,721.70 | $8,108,108.11 | $46,490,829.81 | |
| | | | JOHN SPOUSE WDOE | Husband | | | $4,000,000.00 | $4,000,000.00 | $30,706,177.36 | | $30,706,177.36 | |
| | | | JOHN CHILD1 WDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE PARENT1 WDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 26 | JOHN VICTIM YDOE | Injured | Estate | | | $5,000,000.00 | | $5,000,000.00 | $38,382,721.70 | $8,108,108.11 | $46,490,829.81 | |
| | | | JANE CHILD1 YDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE CHILD2 YDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN CHILD3 YDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 27 | JOHN VICTIM ZDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $38,382,721.70 | $8,108,108.11 | $46,490,829.81 | |
| | | | JANE SPOUSE ZDOE | Wife | | | $4,000,000.00 | $4,000,000.00 | $30,706,177.36 | | $30,706,177.36 | |
| 28 | JOHN VICTIM AADOE | Injured | Estate | | | $5,000,000.00 | | $5,000,000.00 | $38,382,721.70 | $8,108,108.11 | $46,490,829.81 | |
| | | | JANE SPOUSE AADOE | Wife | | | $4,000,000.00 | $4,000,000.00 | $30,706,177.36 | | $30,706,177.36 | |
| | | | JOHN CHILD1 AADOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN CHILD2 AADOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE CHILD3 AADOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE CHILD4 AADOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING1 AADOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| 29 | JANE VICTIM BBDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $38,382,721.70 | $8,108,108.11 | $46,490,829.81 | |
| | | | JOHN SPOUSE BBDOE | Husband | | | $4,000,000.00 | $4,000,000.00 | $30,706,177.36 | | $30,706,177.36 | |
| | | | JOHN CHILD1 BBDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 30 | JANE VICTIM CCDOE | Injured | | | | $10,000,000.00 | | $10,000,000.00 | $76,765,443.41 | $19,219,219.22 | $95,984,662.63 | JANE VICTIM CCDOE was injured in both the 1983 and 1984 bombings.  In total, she suffered severe hearing loss and numerous pieces of glass were stuck in her skull for years.  Accordingly, her recommended total pain and suffering award reflects two awards of $5,000,000 for each of the two bombings, and her total punitive damages award reflects her share of both the 1983 and 1984 punitive awards. |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 31 | JANE VICTIM DDDOE | Injured | | | | $7,000,000.00 | | $7,000,000.00 | $53,735,810.38 | $8,108,108.11 | $61,843,918.49 | JANE VICTIM DDDOE suffered from permanent hearing loss and back and neck injuries as a result of the 1983 Bombing. I therefore recommend an upward departure for her pain and suffering award from the baseline of $5,000,000. |
| | | | JOHN PARENT1 DDDOE | Father | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE PARENT2 DDDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING2 DDDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JOHN SIBLING3 DDDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JOHN SIBLING1 DDDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JANE SIBLING4 DDDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JANE SIBLING5 DDDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| 32 | JOHN PARENT1 DDDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JANE PARENT2 DDDOE | Wife | | | $4,000,000.00 | $4,000,000.00 | $28,689,318.29 | | $28,689,318.29 | |
| | | | JANE VICTIM DDDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN SIBLING2 DDDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN SIBLING3 DDDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| | | | JOHN SIBLING1 DDDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING4 DDDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING5 DDDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| 33 | JOHN VICTIM EEDOE | Deceased | Estate | | $529,000.00 | | | $529,000.00 | $3,794,162.34 | $11,111,111.11 | $14,905,273.45 | |
| | | | JOHN PARENT1 EEDOE | Father | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JANE PARENT2 EEDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JOHN SIBLING1 EEDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING3 EEDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING2 EEDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| 34 | JOHN VICTIM FFDOE | Deceased | Estate | | $481,000.00 | | | $481,000.00 | $3,449,890.52 | $11,111,111.11 | $14,561,001.63 | |
| | | | JANE SPOUSE FFDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $57,378,636.57 | | $57,378,636.57 | |
| | | | JOHN CHILD1 FFDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JANE PARENT1 FFDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JOHN SIBLING1 FFDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN SIBLING2 FFDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN SIBLING3 FFDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| | | | JANE SIBLING4 FFDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING5 FFDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING6 FFDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| 35 | JOHN VICTIM GGDOE | Deceased | Estate | | $511,000.00 | | | $511,000.00 | $3,665,060.41 | $11,111,111.11 | $14,776,171.52 | |
| | | | JANE SPOUSE GGDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $57,378,636.57 | | $57,378,636.57 | |
| | | | JOHN CHILD1 GGDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JANE SIBLING1 GGDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING2 GGDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING3 GGDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 36 | JOHN VICTIM HHDOE | Deceased | Estate | | $724,000.00 | $1,000,000.00 | | $1,724,000.00 | $12,365,096.18 | $11,111,111.11 | $23,476,207.29 | The testimony indicates that JOHN VICTIM HHDOE spent [REDACTED] days in a coma before succumbing to his injuries. Accordingly, I recommend that his estate be awarded $1,00,000 for his pain and suffering. |
| | | | JANE SPOUSE HHDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $57,378,636.57 | | $57,378,636.57 | |
| | | | JOHN CHILD1 HHDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JANE PARENT1 HHDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JANE SIBLING1 HHDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING2 HHDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING3 HHDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN SIBLING4 HHDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| 37 | JOHN VICTIM IIDOE | Deceased | Estate | | $270,000.00 | $1,000,000.00 | | $1,270,000.00 | $9,108,858.56 | $11,111,111.11 | $20,219,969.67 | The testimony indicates that JOHN VICTIM IIDOE was taken to the hospital alive, but later succumed to his injuries. Accordingly, I recommend that his estate be awarded $1,000,000 for his pain and suffering. |
| | | | JANE SPOUSE IIDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $57,378,636.57 | | $57,378,636.57 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 38 | JOHN VICTIM JJDOE | Deceased | Estate | | $1,143,000.00 | $1,000,000.00 | | $2,143,000.00 | $15,370,302.27 | $11,111,111.11 | $26,481,413.38 | The testimony indicates that JOHN VICTIM JJDOE called out to say he was alive, but later died when a piece of debris fell on his head. Accordingly, I recommend that his estate be awarded $1,000,000 for his pain and suffering. |
| | | | JANE SPOUSE JJDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $57,378,636.57 | | $57,378,636.57 | |
| | | | JOHN CHILD1 JJDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JOHN CHILD2 JJDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JANE CHILD3 JJDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $35,861,647.86 | | $35,861,647.86 | |
| | | | JOHN SIBLING1 JJDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING5 JJDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING2 JJDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING4 JJDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING3 JJDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING6 JJDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 39 | JOHN VICTIM KKDOE | Injured | | | | $7,000,000.00 | | $7,000,000.00 | $50,206,307.00 | $11,111,111.11 | $61,317,418.11 | The evidence indicates that JOHN VICTIM KKDOE suffered severe injuries from the 1984 Annex bombing, including deafness in his right ear, nerve damage to his arm, a broken clavicle, lung damage, and many cuts. Accordingly, I recommended an upward departure from the baseline pain and suffering damages award of $5,000,000. |
| | | | JANE SPOUSE KKDOE | Wife | | | $4,000,000.00 | $4,000,000.00 | $28,689,318.29 | | $28,689,318.29 | |
| | | | JANE CHILD2 KKDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE CHILD3 KKDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE CHILD1 KKDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| 40 | JANE VICTIM LLDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JANE SIBLING1 LLDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| 41 | JANE VICTIM MMDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 42 | JOHN VICTIM NNDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JANE SPOUSE NNDOE | Wife | | | $4,000,000.00 | $4,000,000.00 | $28,689,318.29 | | $28,689,318.29 | |
| | | | JOHN CHILD1 NNDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE CHILD2 NNDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE CHILD3 NNDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE CHILD4 NNDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| 43 | JOHN VICTIM OODOE | Injured | | | $7,000,000.00 | | | $7,000,000.00 | $50,206,307.00 | $11,111,111.11 | $61,317,418.11 | The evidence indicates that JOHN VICTIM OODOE suffered severe injuries as a result of the 1984 Annex bombing, including loss of hearing in his left ear and numerous broken ribs that never healed.  Accordingly, I recommend an upward departure from the baseline award of $5,000,000 for pain and suffering. |
| | | | JANE SPOUSE OODOE | Wife | | | $4,000,000.00 | $4,000,000.00 | $28,689,318.29 | | $28,689,318.29 | |
| | | | JOHN CHILD1 OODOE | Son | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE CHILD3 OODOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN CHILD2 OODOE | Son | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE CHILD4 OODOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN CHILD5 OODOE | Son | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 44 | JOHN VICTIM PPDOE | Injured | | | | $7,000,000.00 | | $7,000,000.00 | $50,206,307.00 | $11,111,111.11 | $61,317,418.11 | The evidence indicates that JOHN VICTIM PPDOE suffered severe injures as a result of the 1984 Annex bombing, inlcuding a severely broken leg and shrapnel lodged in his chest.  JOHN VICTIM PPDOE was hospitalized for [REDACTED] months and spent numerous months in rehabilitation for his injured leg.  Accordingly, I recommend an upward departure from the baseline award of $5,000,000 for pain and suffering. |
| | | | JANE PARENT1 PPDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN PARENT2 PPDOE | Father | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN SIBLING3 PPDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN SIBLING1 PPDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JANE SIBLING2 PPDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| 45 | JANE VICTIM QQDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JOHN PARENT1 QQDOE | Father | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE PARENT2 QQDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING1 QQDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JANE SIBLING2 QQDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | JANE VICTIM RRDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JANE CHILD2 RRDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN CHILD1 RRDOE | Son | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| 47 | JANE VICTIM SSDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JANE PARENT1 SSDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE SIBLING1 SSDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| 48 | JOHN VICTIM TTDOE | Injured | | | | $10,000,000.00 | | $10,000,000.00 | $76,765,443.41 | $19,219,219.22 | $95,984,662.63 | JOHN VICTIM TTDOE was injured in both the 1983 and 1984 bomings.  Accordingly, he is entitled to shares from the punitive awards recommended for each incident, and his and his family members' compensatory damages awards reflect an award for each of the two incidents. |
| | | | JANE SPOUSE TTDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JOHN CHILD1 TTDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD2 TTDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD3 TTDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE PARENT1 TTDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN PARENT2 TTDOE | Father | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | JANE SIBLING6 TTDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING3 TTDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING4 TTDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING5 TTDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING2 TTDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING1 TTDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 49 | JOHN VICTIM UUDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JANE PARENT1 UUDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN SIBLING1 UUDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JANE SIBLING6 UUDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JANE SIBLING5 UUDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN SIBLING4 UUDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN SIBLING2 UUDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN SIBLING3 UUDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 50 | JOHN VICTIM WWDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JANE SPOUSE WWDOE | Wife | | | $4,000,000.00 | $4,000,000.00 | $28,689,318.29 | | $28,689,318.29 | |
| | | | JANE CHILD1 WWDOE | Daughter | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE PARENT1 WWDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN SIBLING1 WWDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN SIBLING2 WWDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JANE SIBLING3 WWDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| 51 | JOHN VICTIM XXDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JOHN PARENT1 XXDOE | Father | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JANE PARENT2 XXDOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $17,930,823.93 | | $17,930,823.93 | |
| | | | JOHN SIBLING1 XXDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN SIBLING2 XXDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN SIBLING3 XXDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 52 | JANE VICTIM YYDOE | Deceased | Estate | | $946,000.00 | | | $946,000.00 | $7,262,010.95 | $8,108,108.11 | $15,370,119.06 | |
| | | | JOHN PARENT1 YYDOE | Father | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE PARENT2 YYDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JOHN SIBLING1 YYDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING2 YYDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING3 YYDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING4 YYDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 53 | JANE VICTIM ZZDOE | Deceased | Estate | | $955,000.00 | | | $955,000.00 | $7,331,099.85 | $8,108,108.11 | $15,439,207.96 | |
| | | | JOHN SPOUSE ZZDOE | Husband | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | | JANE PARENT1 ZZDOE | Mother | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE SIBLING1 ZZDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING4 ZZDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING2 ZZDOE | Brother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING3 ZZDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 54 | JANE VICTIM AAADOE | Injured | Estate | | | $5,000,000.00 | | $5,000,000.00 | $38,382,721.70 | $8,108,108.11 | $46,490,829.81 | |
| | | | JANE PARENT2 AAADOE | Mother | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN PARENT1 AAADOE | Father | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JOHN SIBLING1 AAADOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JANE SIBLING7 AAADOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JANE SIBLING3 AAADOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JANE SIBLING2 AAADOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JANE SIBLING4 AAADOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JANE SIBLING5 AAADOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| | | | JANE SIBLING6 AAADOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $9,595,680.43 | | $9,595,680.43 | |
| 55 | JOHN VICTIM BBBDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | JOHN SIBLING1 BBBDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN SIBLING2 BBBDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JOHN SIBLING3 BBBDOE | Brother | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JANE SIBLING4 BBBDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |
| | | | JANE SIBLING5 BBBDOE | Sister | | | $1,250,000.00 | $1,250,000.00 | $8,965,411.96 | | $8,965,411.96 | |

| Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 56 JOHN VICTIM CCCDOE | Injured | Estate | | | $10,000,000.00 | | $10,000,000.00 | $76,765,443.41 | $19,219,219.22 | $95,984,662.63 | JOHN VICTIM CCCDOE was injured in both the 1983 and 1984 bombings. Accordingly, his pain and suffering award reflects two awards of $5,000,000, one for each of the bombings, and his punitive damages award reflects his share of the awards for each incident.  The recommended awards for each of his family members for solatium damages includes awards for each incident as well. |
| | | JANE SPOUSE CCCDOE | Wife | | | $8,000,000.00 | $8,000,000.00 | $61,412,354.72 | | $61,412,354.72 | |
| | | JANE CHILD1 CCCDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | JOHN CHILD2 CCCDOE | Son | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | JANE CHILD3 CCCDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | JANE CHILD4 CCCDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Total Compensatory Damages | Compensatory Damages x 7.03% per annum | Punitive Damages | Total Award | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | | | |
| 57 | JANE VICTIM DDDDOE | Deceased | Estate | | | $1,000,000.00 | | $1,000,000.00 | $7,676,544.34 | $8,108,108.11 | $15,784,652.45 | JANE VICTIM DDDDOE was [REDACTED] years old when she was killed in the 1983 Embassy bombing, and was therefore past the anticipated age of retirement used to calculate economic losses as a result of death. Accordingly, I recommend that no economic damages be awarded to her estate. |
| | | | JANE CHILD1 DDDDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE CHILD2 DDDDOE | Daughter | | | $5,000,000.00 | $5,000,000.00 | $38,382,721.70 | | $38,382,721.70 | |
| | | | JANE SIBLING1 DDDDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING2 DDDDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| | | | JANE SIBLING3 DDDDOE | Sister | | | $2,500,000.00 | $2,500,000.00 | $19,191,360.85 | | $19,191,360.85 | |
| 58 | JOHN VICTIM EEEDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $38,382,721.70 | $8,108,108.11 | $46,490,829.81 | |
| 59 | JOHN VICTIM FFFDOE | Injured | | | | $5,000,000.00 | | $5,000,000.00 | $35,861,647.86 | $11,111,111.11 | $46,972,758.97 | |
| | | | | | | | | **Total:** | | $600,000,000.04 | $9,119,113,644.45 | |

**NOTES:**

37 individuals killed/injured in the 1983 attack = $300,000,000 / 37 = $8,108,108.11 per victim.

27 individuals killed/injured in the 1984 attack = $300,000,000 / 27 = $11,111,111.11 per victim.

Individuals injured in both the 1983 and 1984 attacks are entitled to a total punitive damages award of $19,219,219.22.

The total compensatory damages award reflects the compensatatory damages compounded annually by 7.03%. The compensatory damages awarded to the victims of the 1983 attack and their families are compounded annually over a term of 30 years. The compensatory damages awarded to the victims of the 1984 attack and their families are compounded annually over a term of 29 years.

252