UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF DOE *et al.*,

    Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN *et al.*,

    Defendants.

No. 1:08-cv-540-JDB-JMF

**RESPONSE TO COURT'S APRIL 16, 2013 ORDER**

Plaintiffs submit the following in response to the Court's April 16, 2013 Order that Plaintiffs "notify the Court of all cases in which punitive damages were awarded against the Islamic Republic of Iran, the Iranian Ministry of Information and Security, or the Iranian Islamic Revolutionary Guard Corp, based on their roles in the April 18, 1983 or September 20, 1984 U.S. Embassy bombings in Beirut, Lebanon." Plaintiffs are aware of the following such cases, with the indicated punitive damage awards:

1. *Brewer v. Islamic Republic of Iran*, 664 F. Supp. 2d 43 (D.D.C. 2009)   $300,000,000
2. *Wagner v. Islamic Republic of Iran*, 172 F. Supp. 2d 128 (D.D.C. 2001) $300,000,000

In providing this information, Plaintiffs note that the cases arising from the 1983 and 1984 Embassy attacks were brought, and decided, pursuant to different statutory schemes. As Judge Huvelle noted in *Brewer*, "Prior to the 2008 NDAA [and the enactment of 28 U.S.C. § 1605A], punitive damages were only available against officials, employees, or agents of a foreign state, but not the foreign state itself. The 2008 NDAA repealed this scheme and now expressly provides that punitive damages are available against officials, agents and employees of

a foreign state, *as well as the foreign state itself*." 664 F. Supp. 2d at 58 (emphasis in original) (internal citations omitted).

As far as undersigned counsel is aware, other than the instant case, *Brewer* is the only case arising from either of the Embassy attacks that was brought or decided under 28 U.S.C. § 1605A. Counsel is aware of only three other cases arising from these attacks: *Welch v. Islamic Republic of Iran*, No. 01–863, 2007 WL 7688043 (D.D.C. Sept. 20, 2007); *Salazar v. Islamic Republic of Iran*, 370 F. Supp. 2d 105 (D.D.C. 2005); and *Dammarell v. Islamic Republic of Iran*, 281 F. Supp. 2d 105 (D.D.C. 2003). Each of these cases was brought pursuant to 28 U.S.C. § 1605(a)(7), and no punitive damages were awarded.

Date: April 22, 2013                                    Respectfully submitted,

 /s/ Stuart H. Newberger
Stuart H. Newberger, D.C. Bar No. 294793
Laurel Pyke Malson, D.C. Bar No. 317776
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Kerry M. Mustico, D.C. Bar No. 982240
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
202-624-2500 (tel)
202-628-5116 (fax)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that Defendants in this action could not be sent a copy of the Response to Court's April 16, 2013 Order as they have not yet entered an appearance and appear not to have acknowledged other efforts to contact them in this action or in others similar to it.

Date: April 22, 2013                              */s/ Aryeh S. Portnoy*
                                                  Aryeh S. Portnoy