UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF JOHN DOE, et al.,

    Plaintiffs,

       v.                          Civil Action No.  08-540 (JDB)

ISLAMIC REPUBLIC OF IRAN, et al.,

    Defendants.

## ORDER

Upon consideration of [105] the Report and Recommendation by Magistrate Judge Facciola, and the entire record herein, it is hereby

**ORDERED** that the [105] the Report and Recommendation is adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that judgment is entered against defendants in the amount of $8,411,899,098.08; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED**.

                                                 /s/
                                         JOHN D. BATES
                                   United States District Judge

Dated:  May 9, 2013