**Doe v. Iran**
**Damages Award, by Plaintiff**

| # | Name of Victim | Deceased/Injured | Family Members | Relation | Compensatory Damages — Economic | Compensatory Damages — Pain & Suffering | Compensatory Damages — Solatium | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JOHN DOE | Deceased | Estate | | $1,158,000.00 | | | $1,158,000.00 | $925,925.92 | $2,083,925.92 |
| | | | JANE SPOUSE DOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JANE PARENT1 DOE | Mother | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD5 DOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE CHILD3 DOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE CHILD4 DOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD2 DOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD1 DOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| 2 | JOHN VICTIM ADOE | Deceased | Estate | | $1,006,000.00 | | | $1,006,000.00 | $925,925.92 | $1,931,925.92 |
| | | | JANE SPOUSE ADOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JOHN CHILD1 ADOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE CHILD2 ADOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE SIBLING2 ADOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING1 ADOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 3 | JOHN VICTIM BDOE | Deceased | Estate | | $432,000.00 | | | $432,000.00 | $925,925.92 | $1,357,925.92 |
| | | | JANE SPOUSE BDOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JOHN CHILD1 BDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD2 BDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE CHILD3 BDOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE CHILD4 BDOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| 4 | JOHN VICTIM CDOE | Deceased | Estate | | $1,024,000.00 | | | $1,024,000.00 | $925,925.92 | $1,949,925.92 |
| | | | JANE PARENT1 CDOE | Mother | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| 5 | JOHN VICTIM DDOE | Deceased | Estate | | $656,000.00 | | | $656,000.00 | $925,925.92 | $1,581,925.92 |
| | | | JANE SPOUSE DDOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| 6 | JOHN VICTIM EDOE | Deceased | Estate | | $429,000.00 | | | $429,000.00 | $925,925.92 | $1,354,925.92 |
| | | | JANE SPOUSE EDOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JANE CHILD1 EDOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN SIBLING1 EDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN SIBLING2 EDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |

**Doe v. Iran**
**Damages Award, by Plaintiff**

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 7 | JOHN VICTIM FDOE | Deceased | Estate | | $750,000.00 | | | $750,000.00 | $925,925.92 | $1,675,925.92 |
| | | | JANE SPOUSE FDOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JOHN PARENT1 FDOE | Father | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD1 FDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE CHILD2 FDOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| 8 | JOHN VICTIM GDOE | Deceased | Estate | | $1,506,000.00 | | | $1,506,000.00 | $925,925.92 | $2,431,925.92 |
| | | | JANE SPOUSE GDOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JOHN CHILD1 GDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE SIBLING1 GDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING2 GDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING3 GDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE CHILD2 GDOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| 9 | JOHN VICTIM HDOE | Deceased | Estate | | $1,072,000.00 | | | $1,072,000.00 | $925,925.92 | $1,997,925.92 |
| | | | JANE SPOUSE HDOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JOHN CHILD1 HDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE CHILD2 HDOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| 10 | JANE VICTIM IDOE | Deceased | Estate | | $735,000.00 | | | $735,000.00 | $925,925.92 | $1,660,925.92 |
| | | | JOHN SPOUSE IDOE | Husband | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JOHN CHILD1 IDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN SIBLING1 IDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING2 IDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN CHILD2 IDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |

**Doe v. Iran**
Damages Award, by Plaintiff

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 11 | JOHN VICTIM JDOE | Deceased | Estate | | $1,115,000.00 | | | $1,115,000.00 | $925,925.92 | $2,040,925.92 |
| | | | JANE SPOUSE JDOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JOHN CHILD1 JDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN SIBLING1 JDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING2 JDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING3 JDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 12 | JOHN VICTIM KDOE | Deceased | Estate | | $264,000.00 | | | $264,000.00 | $925,925.92 | $1,189,925.92 |
| | | | JANE SPOUSE KDOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JOHN CHILD2 KDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD3 KDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD1 KDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| 13 | JOHN CHILD2 KDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE SPOUSE KDOE | Mother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN CHILD3 KDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN CHILD1 KDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| 14 | JANE VICTIM LDOE | Deceased | Estate | | $945,000.00 | | | $945,000.00 | $925,925.92 | $1,870,925.92 |
| | | | JANE PARENT1 LDOE | Mother | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE SIBLING2 LDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN SIBLING1 LDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |

3

**Doe v. Iran**
**Damages Award, by Plaintiff**

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 15 | JOHN VICTIM MDOE | Deceased | Estate | | $893,000.00 | | | $893,000.00 | $925,925.92 | $1,818,925.92 |
| | | | JANE PARENT1 MDOE | Mother | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN SIBLING1 MDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN SIBLING2 MDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 16 | JANE VICTIM NDOE | Deceased | Estate | | $1,058,000.00 | | | $1,058,000.00 | $925,925.92 | $1,983,925.92 |
| | | | JOHN PARENT1 NDOE | Father | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE PARENT2 NDOE | Mother | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN SIBLING1 NDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING6 NDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING5 NDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN SIBLING3 NDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN SIBLING2 NDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING4 NDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING7 NDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 17 | JOHN VICTIM ODOE | Deceased | Estate | | $865,000.00 | | | $865,000.00 | $925,925.92 | $1,790,925.92 |
| | | | JANE PARENT1 ODOE | Mother | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| 18 | JOHN VICTIM PDOE | Deceased | Estate | | $572,000.00 | | | $572,000.00 | $925,925.92 | $1,497,925.92 |
| | | | JANE SPOUSE PDOE | Wife | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JOHN CHILD4 PDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD2 PDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD1 PDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE CHILD5 PDOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN CHILD3 PDOE | Son | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN SIBLING1 PDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |

Doe v. Iran
**Damages Award, by Plaintiff**

|   | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages - Economic | Compensatory Damages - Pain & Suffering | Compensatory Damages - Solatium | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | JOHN VICTIM QDOE | Injured |  |  |  | $7,000,000.00 |  | $53,492,600.00 | $925,925.92 | $54,418,525.92 |
|  |  |  | JANE SPOUSE QDOE | Wife |  |  | $4,000,000.00 | $30,567,200.00 | $925,925.92 | $31,493,125.92 |
|  |  |  | JOHN CHILD1 QDOE | Son |  |  | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
|  |  |  | JANE CHILD2 QDOE | Daughter |  |  | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
|  |  |  | JOHN PARENT1 QDOE | Father |  |  | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
|  |  |  | JANE PARENT2 QDOE | Mother |  |  | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
|  |  |  | JOHN SIBLING2 QDOE | Brother |  |  | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| 20 | JANE VICTIM RDOE | Injured |  |  |  | $7,000,000.00 |  | $53,492,600.00 | $925,925.92 | $54,418,525.92 |
|  |  |  | JANE PARENT1 RDOE | Mother |  |  | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
|  |  |  | JOHN SIBLING1 RDOE | Brother |  |  | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
|  |  |  | JANE SIBLING3 RDOE | Sister |  |  | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 21 | JANE VICTIM SDOE | Injured | | | | $7,000,000.00 | | $53,492,600.00 | $925,925.92 | $54,418,525.92 |
| | | | JOHN SPOUSE SDOE | Husband | | | $4,000,000.00 | $30,567,200.00 | $925,925.92 | $31,493,125.92 |
| | | | JOHN CHILD2 SDOE | Son | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN CHILD1 SDOE | Son | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN CHILD3 SDOE | Son | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 22 | JOHN VICTIM TDOE | Injured | | | | $5,000,000.00 | | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE SPOUSE TDOE | Wife | | | $4,000,000.00 | $30,567,200.00 | $925,925.92 | $31,493,125.92 |
| | | | JANE CHILD2 TDOE | Daughter | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE CHILD3 TDOE | Daughter | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN CHILD1 TDOE | Son | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | Injured | | | | $10,000,000.00 | | $72,312,000.00 | $925,925.92 | $73,237,925.92 |
| | | | JANE SPOUSE UDOE | Wife | | | $8,000,000.00 | $57,849,600.00 | $925,925.92 | $58,775,525.92 |
| | | | JOHN CHILD1 UDOE | Son | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JANE CHILD2 UDOE | Daughter | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JANE CHILD3 UDOE | Daughter | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |

**Doe v. Iran**
**Damages Award, by Plaintiff**

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 23 | JOHN VICTIM UDOE | | JANE SIBLING3 UDOE | Sister | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| | | | JANE SIBLING1 UDOE | Sister | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| | | | JANE SIBLING2 UDOE | Sister | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| | | | JANE SIBLING5 UDOE | Sister | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| | | | JANE SIBLING4 UDOE | Sister | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| 24 | JANE VICTIM VDOE | Injured | | | | $10,000,000.00 | | $72,312,000.00 | $925,925.92 | $73,237,925.92 |
| | | | JANE PARENT1 VDOE | Mother | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JOHN SIBLING1 VDOE | Brother | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| 25 | JANE VICTIM WDOE | Injured | | | | $5,000,000.00 | | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN SPOUSE WDOE | Husband | | | $4,000,000.00 | $30,567,200.00 | $925,925.92 | $31,493,125.92 |
| | | | JOHN CHILD1 WDOE | Son | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE PARENT1 WDOE | Mother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 26 | JOHN VICTIM YDOE | Injured | Estate | | | $7,000,000.00 | | $53,492,600.00 | $925,925.92 | $54,418,525.92 |
| | | | JANE CHILD1 YDOE | Daughter | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE CHILD2 YDOE | Daughter | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN CHILD3 YDOE | Son | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |

**Doe v. Iran**
**Damages Award, by Plaintiff**

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages - Economic | Compensatory Damages - Pain & Suffering | Compensatory Damages - Solatium | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | JOHN VICTIM ZDOE | Injured | | | | $5,000,000.00 | | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE SPOUSE ZDOE | Wife | | | $4,000,000.00 | $30,567,200.00 | $925,925.92 | $31,493,125.92 |
| 28 | JOHN VICTIM AADOE | Injured | Estate | | | $5,000,000.00 | | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE SPOUSE AADOE | Wife | | | $4,000,000.00 | $30,567,200.00 | $925,925.92 | $31,493,125.92 |
| | | | JOHN CHILD1 AADOE | Son | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN CHILD2 AADOE | Son | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE CHILD3 AADOE | Daughter | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE CHILD4 AADOE | Daughter | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING1 AADOE | Sister | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| 29 | JANE VICTIM BBDOE | Injured | | | | $5,000,000.00 | | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN SPOUSE BBDOE | Husband | | | $4,000,000.00 | $30,567,200.00 | $925,925.92 | $31,493,125.92 |
| | | | JOHN CHILD1 BBDOE | Son | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 30 | JANE VICTIM CCDOE | Injured | | | | $10,000,000.00 | | $72,312,000.00 | $925,925.92 | $73,237,925.92 |

**Doe v. Iran**
**Damages Award, by Plaintiff**

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 31 | JANE VICTIM DDDOE | Injured | | | | $7,000,000.00 | | $53,492,600.00 | $925,925.92 | $54,418,525.92 |
| | | | JOHN PARENT1 DDDOE | Father | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE PARENT2 DDDOE | Mother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN SIBLING2 DDDOE | Brother | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| | | | JOHN SIBLING3 DDDOE | Brother | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| | | | JOHN SIBLING1 DDDOE | Brother | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| | | | JANE SIBLING4 DDDOE | Sister | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| | | | JANE SIBLING5 DDDOE | Sister | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| 32 | JOHN PARENT1 DDDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE PARENT2 DDDOE | Wife | | | $4,000,000.00 | $27,282,400.00 | $925,925.92 | $28,208,325.92 |
| | | | JANE VICTIM DDDOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN SIBLING2 DDDOE | Son | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN SIBLING3 DDDOE | Son | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN SIBLING1 DDDOE | Son | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING4 DDDOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING5 DDDOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |

**Doe v. Iran**
**Damages Award, by Plaintiff**

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages - Economic | Compensatory Damages - Pain & Suffering | Compensatory Damages - Solatium | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Deceased | Estate | | $529,000.00 | | | $529,000.00 | $925,925.92 | $1,454,925.92 |
| | | | JOHN PARENT1 EEDOE | Father | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE PARENT2 EEDOE | Mother | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| 33 | JOHN VICTIM EEDOE | | JOHN SIBLING1 EEDOE | Brother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING3 EEDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING2 EEDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | Deceased | Estate | | $481,000.00 | | | $481,000.00 | $925,925.92 | $1,406,925.92 |
| | | | JANE SPOUSE FFDOE | Wife | | | $8,000,000.00 | $54,564,800.00 | $925,925.92 | $55,490,725.92 |
| | | | JOHN CHILD1 FFDOE | Son | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE PARENT1 FFDOE | Mother | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JOHN SIBLING1 FFDOE | Brother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| 34 | JOHN VICTIM FFDOE | | JOHN SIBLING2 FFDOE | Brother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN SIBLING3 FFDOE | Brother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING4 FFDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING5 FFDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING6 FFDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | Deceased | Estate | | $511,000.00 | | | $511,000.00 | $925,925.92 | $1,436,925.92 |
| | | | JANE SPOUSE GGDOE | Wife | | | $8,000,000.00 | $54,564,800.00 | $925,925.92 | $55,490,725.92 |
| | | | JOHN CHILD1 GGDOE | Son | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| 35 | JOHN VICTIM GGDOE | | JANE SIBLING1 GGDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING2 GGDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING3 GGDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 36 | JOHN VICTIM HHDOE | Deceased | Estate | | $724,000.00 | $1,000,000.00 | | $7,544,600.00 | $925,925.92 | $8,470,525.92 |
| | | | JANE SPOUSE HHDOE | Wife | | | $8,000,000.00 | $54,564,800.00 | $925,925.92 | $55,490,725.92 |
| | | | JOHN CHILD1 HHDOE | Son | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE PARENT1 HHDOE | Mother | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE SIBLING1 HHDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING2 HHDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING3 HHDOE | Sister | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN SIBLING4 HHDOE | Brother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| 37 | JOHN VICTIM IIDOE | Deceased | Estate | | $270,000.00 | | | $270,000.00 | $925,925.92 | $1,195,925.92 |
| | | | JANE SPOUSE IIDOE | Wife | | | $8,000,000.00 | $54,564,800.00 | $925,925.92 | $55,490,725.92 |
| | | Deceased | Estate | | $1,143,000.00 | | | $1,143,000.00 | $925,925.92 | $2,068,925.92 |
| | | | JANE SPOUSE JJDOE | Wife | | | $8,000,000.00 | $54,564,800.00 | $925,925.92 | $55,490,725.92 |
| | | | JOHN CHILD1 JJDOE | Son | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JOHN CHILD2 JJDOE | Son | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE CHILD3 JJDOE | Daughter | | | $5,000,000.00 | $34,103,000.00 | $925,925.92 | $35,028,925.92 |

|    | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages ||| Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
|    |                |                   |                |          | Economic | Pain & Suffering | Solatium |  |  |  |
| 38 | JOHN VICTIM JJDOE |  | JOHN SIBLING1 JJDOE | Brother |  |  | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
|    |                |  | JANE SIBLING5 JJDOE | Sister |  |  | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
|    |                |  | JANE SIBLING2 JJDOE | Sister |  |  | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
|    |                |  | JANE SIBLING4 JJDOE | Sister |  |  | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
|    |                |  | JANE SIBLING3 JJDOE | Sister |  |  | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
|    |                |  | JANE SIBLING6 JJDOE | Sister |  |  | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| 39 | JOHN VICTIM KKDOE | Injured |  |  |  | $7,000,000.00 |  | $47,744,200.00 | $925,925.92 | $48,670,125.92 |
|    |                |  | JANE SPOUSE KKDOE | Wife |  |  | $4,000,000.00 | $27,282,400.00 | $925,925.92 | $28,208,325.92 |
|    |                |  | JANE CHILD2 KKDOE | Daughter |  |  | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
|    |                |  | JANE CHILD3 KKDOE | Daughter |  |  | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
|    |                |  | JANE CHILD1 KKDOE | Daughter |  |  | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| 40 | JANE VICTIM LLDOE | Injured |  |  |  | $5,000,000.00 |  | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
|    |                |  | JANE SIBLING1 LLDOE | Sister |  |  | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| 41 | JANE VICTIM MMDOE | Injured |  |  |  | $5,000,000.00 |  | $34,103,000.00 | $925,925.92 | $35,028,925.92 |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 42 | JOHN VICTIM NNDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE SPOUSE NNDOE | Wife | | | $4,000,000.00 | $27,282,400.00 | $925,925.92 | $28,208,325.92 |
| | | | JOHN CHILD1 NNDOE | Son | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE CHILD2 NNDOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE CHILD3 NNDOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE CHILD4 NNDOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| 43 | JOHN VICTIM OODOE | Injured | | | | $7,000,000.00 | | $47,744,200.00 | $925,925.92 | $48,670,125.92 |
| | | | JANE SPOUSE OODOE | Wife | | | $4,000,000.00 | $27,282,400.00 | $925,925.92 | $28,208,325.92 |
| | | | JOHN CHILD1 OODOE | Son | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE CHILD3 OODOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN CHILD2 OODOE | Son | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE CHILD4 OODOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN CHILD5 OODOE | Son | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | Injured | | | | $7,000,000.00 | | $47,744,200.00 | $925,925.92 | $48,670,125.92 |
| | | | JANE PARENT1 PPDOE | Mother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 44 | JOHN VICTIM PPDOE | | JOHN PARENT2 PPDOE | Father | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN SIBLING3 PPDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN SIBLING1 PPDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JANE SIBLING2 PPDOE | Sister | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| 45 | JANE VICTIM QQDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JOHN PARENT1 QQDOE | Father | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE PARENT2 QQDOE | Mother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING1 QQDOE | Sister | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JANE SIBLING2 QQDOE | Sister | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| 46 | JANE VICTIM RRDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE CHILD2 RRDOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN CHILD1 RRDOE | Son | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| 47 | JANE VICTIM SSDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE PARENT1 SSDOE | Mother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE SIBLING1 SSDOE | Sister | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| 48 | JOHN VICTIM TTDOE | Injured | | | | $3,500,000.00 | | $25,514,500.00 | $925,925.92 | $26,440,425.92 |
| | | | JANE SPOUSE TTDOE | Wife | | | $8,000,000.00 | $57,849,600.00 | $925,925.92 | $58,775,525.92 |
| | | | JOHN CHILD1 TTDOE | Son | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JANE CHILD2 TTDOE | Daughter | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JANE CHILD3 TTDOE | Daughter | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JANE PARENT1 TTDOE | Mother | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JOHN PARENT2 TTDOE | Father | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JANE SIBLING6 TTDOE | Sister | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| | | | JANE SIBLING3 TTDOE | Sister | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| | | | JANE SIBLING4 TTDOE | Sister | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| | | | JANE SIBLING5 TTDOE | Sister | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| | | | JOHN SIBLING2 TTDOE | Brother | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| | | | JOHN SIBLING1 TTDOE | Brother | | | $2,500,000.00 | $18,078,000.00 | $925,925.92 | $19,003,925.92 |
| 49 | JOHN VICTIM UUDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE PARENT1 UUDOE | Mother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN SIBLING1 UUDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JANE SIBLING6 UUDOE | Sister | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JANE SIBLING5 UUDOE | Sister | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN SIBLING4 UUDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN SIBLING2 UUDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN SIBLING3 UUDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| 50 | JOHN VICTIM WWDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JANE SPOUSE WWDOE | Wife | | | $4,000,000.00 | $27,282,400.00 | $925,925.92 | $28,208,325.92 |
| | | | JANE CHILD1 WWDOE | Daughter | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE PARENT1 WWDOE | Mother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN SIBLING1 WWDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN SIBLING2 WWDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JANE SIBLING3 WWDOE | Sister | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| 51 | JOHN VICTIM XXDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JOHN PARENT1 XXDOE | Father | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JANE PARENT2 XXDOE | Mother | | | $2,500,000.00 | $17,051,500.00 | $925,925.92 | $17,977,425.92 |
| | | | JOHN SIBLING1 XXDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN SIBLING2 XXDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN SIBLING3 XXDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages - Economic | Compensatory Damages - Pain & Suffering | Compensatory Damages - Solatium | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | JANE VICTIM YYDOE | Deceased | Estate | | $946,000.00 | | | $946,000.00 | $925,925.92 | $1,871,925.92 |
| | | | JOHN PARENT1 YYDOE | Father | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE PARENT2 YYDOE | Mother | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JOHN SIBLING1 YYDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING2 YYDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING3 YYDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING4 YYDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 53 | JANE VICTIM ZZDOE | Deceased | Estate | | $955,000.00 | | | $955,000.00 | $925,925.92 | $1,880,925.92 |
| | | | JOHN SPOUSE ZZDOE | Husband | | | $8,000,000.00 | $61,134,400.00 | $925,925.92 | $62,060,325.92 |
| | | | JANE PARENT1 ZZDOE | Mother | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE SIBLING1 ZZDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN SIBLING4 ZZDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN SIBLING2 ZZDOE | Brother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING3 ZZDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 54 | JANE VICTIM AAADOE | Injured | Estate | | | $5,000,000.00 | | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE PARENT2 AAADOE | Mother | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN PARENT1 AAADOE | Father | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JOHN SIBLING1 AAADOE | Brother | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| | | | JANE SIBLING7 AAADOE | Sister | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| | | | JANE SIBLING3 AAADOE | Sister | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| | | | JANE SIBLING2 AAADOE | Sister | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| | | | JANE SIBLING4 AAADOE | Sister | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| | | | JANE SIBLING5 AAADOE | Sister | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| | | | JANE SIBLING6 AAADOE | Sister | | | $1,250,000.00 | $9,552,250.00 | $925,925.92 | $10,478,175.92 |
| 55 | JOHN VICTIM BBBDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | JOHN SIBLING1 BBBDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN SIBLING2 BBBDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JOHN SIBLING3 BBBDOE | Brother | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JANE SIBLING4 BBBDOE | Sister | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| | | | JANE SIBLING5 BBBDOE | Sister | | | $1,250,000.00 | $8,525,750.00 | $925,925.92 | $9,451,675.92 |
| 56 | JOHN VICTIM CCCDOE | Injured | Estate | | | $10,000,000.00 | | $72,312,000.00 | $925,925.92 | $73,237,925.92 |
| | | | JANE SPOUSE CCCDOE | Wife | | | $8,000,000.00 | $57,849,600.00 | $925,925.92 | $58,775,525.92 |
| | | | JANE CHILD1 CCCDOE | Daughter | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JOHN CHILD2 CCCDOE | Son | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JANE CHILD3 CCCDOE | Daughter | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |
| | | | JANE CHILD4 CCCDOE | Daughter | | | $5,000,000.00 | $36,156,000.00 | $925,925.92 | $37,081,925.92 |

**Doe v. Iran**
**Damages Award, by Plaintiff**

| | Name of Victim | Deceased/ Injured | Family Members | Relation | Compensatory Damages | | | Compensatory Damages With Applicable Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Economic | Pain & Suffering | Solatium | | | |
| 57 | JANE VICTIM DDDDOE | Deceased | Estate | | | | | $0.00 | $925,925.92 | $925,925.92 |
| | | | JANE CHILD1 DDDDOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE CHILD2 DDDDOE | Daughter | | | $5,000,000.00 | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| | | | JANE SIBLING1 DDDDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING2 DDDDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| | | | JANE SIBLING3 DDDDOE | Sister | | | $2,500,000.00 | $19,104,500.00 | $925,925.92 | $20,030,425.92 |
| 58 | JOHN VICTIM EEEDOE | Injured | | | | $5,000,000.00 | | $38,209,000.00 | $925,925.92 | $39,134,925.92 |
| 59 | JOHN VICTIM FFFDOE | Injured | | | | $5,000,000.00 | | $34,103,000.00 | $925,925.92 | $35,028,925.92 |
| | | | | | | | | | $299,999,998.08 | $8,411,899,098.08 |

**NOTES:** The total compensatory damages award reflects prejudgment interest on solatium and pain and suffering damages. The interest is calculated using the prejudgment interest rate for each year and assuming annual compounding. This results in a multiplier of 7.6418 for awards for the 1983 attack, and a multiplier of 6.8206 for awards for the 1984 attack. For plaintiffs receiving damages for both attacks, the portion attributable to the 1983 attack is compounded with the 1983 multiplier and the portion attributable to the 1984 attack is compounded with the 1984 multiplier.