## United States District Court, District of Columbia

## Case Number 08 cv 540 JDB

ESTATE OF John DOE, et al.,

Plaintiffs

John Doe Z  Intervener

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

Defendants.

Leave to file GRANTED

_John D. Bates_  6/27/13
John D. Bates
United States District Judge

## MOTION TO INTERVENE

   COMES NOW the intervenor, John Doe Z , Pro Se and to this Honorable Court respectfully
prays that he be permitted to file a Complaint in intervention under Federal Rules Of Civil
Procedure Rule 24 in the above-entitled case, see  Louisell & Hazard, Pleading and Procedure:
State and Federal 749–50 (1962) amended in 1948 provided for intervention of right where the
applicant established that he would be adversely affected by the distribution or disposition of
property involved in an action to which he had not been made a party thereof;

1.  That this intervention will not, in the least, unduly delay in this proceeding or prejudice the
rights of the original parties in the case;

RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
District Court, District of

2.  That the intervenor's right can be fully protected in this proceeding rather than by filing a separate proceeding.

WHEREOF, it is respectfully prayed that ,John Doe Z  be allowed to intervene as party  and the attached Pleadings be admitted .

Respectfully Submitted ,

John Doe Z  , Pro Se

**United States District Court, District of Columbia**

**Case  Number 08 cv 540 JDB**

ESTATE OF John DOE, et al.,

Plaintiffs,

John Doe Z Intervener

v.

ISLAMIC REPUBLIC OF IRAN, et al.,

Defendants.

**Pleadings**

COMES NOW , Intervenor,JOHN DOE Z  Pro Se and to this Honorable Court respectfully

Submit his pleading under Federal Rules of Civil Procedure, Rule 5(c)(C) and Join this action as

plaintiff  and  file this Intervention  under Federal Rules of Civil Procedure Rule 24

JOHN DOE Z  Pro Se  bring this action seeking damages arising  out of the terrorist attack

against the United states Embassy in Beirut ,Lebanon  1984 , Plaintiff is a sibling of a victim

named as  plaintiff in this lawsuit , this case was filed  as a related action to Dammarell v.

Islamic Republic of Iran C.A No. 012224 JDB ,2006 WI 2583043 (DDC) Sept.7,2006 , because it

arises out of the same acts , this Court found The Defendants in this action ,The Islamic

RECEIVED
Mail Room

Angela D Caesar, Clerk of Court

Republic Of Iranian Ministry Of Information and Security liable for the April 18 ,1983 -1984
terrorist attack on the U.S Embassy in Beirut , and awarded judgment in favor of Plaintiffs.The
Court entered Case 1:08-cv-00540-JDB-JMF Document 106 Filed 05/09/13 Page 2 of 17a final
judgment of liability in favor of plaintiffs and referred plaintiffs' claims to Magistrate Judge John
Facciola to prepare proposed findings and recommendations for a determination of damages.
See Estate of Doe, 808 F. Supp. 2d at 23-24.After receiving evidence, Judge Facciola has filed a
thorough 220-page Report & Recommendation. See Report and Recommendation [Docket
Entry 105] (Apr. 30, 2013)As a result, the Court will award plaintiffs a total judgment in the
amount of over $8.4 billion.

The Court also agrees with the Report & Recommendation that prejudgment interest is
appropriate on the whole award, including pain and suffering and solatium. See Reed v. Islamic
Republic of Iran, 845 F. Supp. 2d 204, 214-15 (D.D.C. 2012) (awarding prejudgment interest on
the full award). But see Oveissi v. Islamic Republic of Iran, 768 F. Supp. 2d 16, 30 n.12 (D.D.C.
2011)


## Awards for Pain and Suffering Due to Injury


Pain and suffering awards for surviving victims are determined based on factors including "the
severity of the pain immediately following the injury, the length of hospitalization, and the extent of
the impairment that will remain with the victim for the rest of his or her life." See O'Brien v.
Islamic Republic of Iran, 853 F. Supp. 2d 44, 46 (D.D.C. 2012)(internal quotation marks omitted).
In calculating the damages amount, "the Court must take pains to ensure that individuals with
similar injuries receive similar awards." Peterson v. Islamic Republic of Iran, 515 F. Supp. 2d 25,
54 (D.D.C. 2007). In light of the need for uniformity, Courts in this district have developed a
general framework for assessing pain and suffering damages for victims of terrorist attacks,

awarding a baseline of $5 million to individuals suffering severe physical injuries, such as

compound fractures, serious flesh wounds, and scars from shrapnel, as well as lasting and

severe psychological pain. See Valore v. Islamic Republic of Iran, 700 F. Supp. 2d 52, 84

(D.D.C. 2010). Where physical and psychological pain is more dire—such as where victims

suffered relatively more numerous and severe injuries, were courts have departed upward from

this baseline to $7 million and above. See O'Brien, 853 F. Supp. 2d at 47. At the other end of the

spectrum, downward departures to a range of $1.5 to $3 million are warranted where the victim

suffers severe emotional injury accompanied by relatively minor physical injuries. See Valore,700

F. Supp. 2d at 84-85. The Report and Recommendation suggests an award of $5 million in pain

and suffering for most plaintiffs, and recommends an award of $7 million for a small number of

plaintiffs. The Court will adopt these recommendations with four adjustments to ensure

consistency with prior cases and between plaintiffs in this case.


**Cause Of Action**


JOHN DOE Z ,  in support of this complaint allege as follows :

JOHN DOE Z  born in Lebanon and is an American citizen , domiciled in Lebanon at the time of

the attack , In 1982 sold my successful   business in Texas, and moved to Beirut ,Lebanon with

my  sister Jane Doe Z who  is a Plaintiff / Victim  in this action Lawsuit she worked with me for a

long time and we were very close siblings , My sister was employed by the American Embassy

in Beirut , and she  was very happy with her job , I joined our Real Estate family business and

through my sister I was informed that the American Embassy was looking to lease numerous

apartments and buildings to house Embassy employees , I met with the office of Mr.John DoeX

an Embassy employe who was responsible for approving housing details and contracts .I was in

contact with the office of Mr.John Doe X on a daily basis as the matter of housing was in a rush mode , mostly our contact was meeting in person at the office in the Embassy and accompany them  to various locations to show property ,On the day of the attack in 1984  i was on my way as usual to scout for property near the  Embassy , i was a minute away from the Embassy when , first i felt like a suction , vacuum like  tremendous pressure in my ears , and the loud boom noise , and finally a ball of fire and smoke , debris flew in the air , and then a moment of absolute silence . I was in a severe shock and instantly ran towards the Embassy entrance , what a horrific sight ! Disaster , every thing was blown up into pieces , scattered body parts ,legs, arms pieces of flesh and bone , bloody people moaning and  screaming in pain for help , i was shaking from the horror and feared that my sister is among the dead , I could not  help it I lost control and started yelling my sister's name , everyone was in a daze and no one answered I joined the other  first responders in moving debris and obstacles to free the injured ,one horrific scene after the other  we carried victims one after the other , I was there at least one hour , I was asked to transport critically injured victims to the nearest hospital " John Doe  Hospital " I could not refuse such a request and  I was in survival mode , I transported two victims to the hospital. The victims were full of blood , Deep open flesh wounds , bone  sticking out , moaning in pain , the hospital was 15-20 minutes away , I kept repeating to them that they are going to be okay, over and over ,  I had my hand  pressed on the car horn cutting lanes speeding  because of the traffic jam it seemed  it took forever to get to the  ER .I was in panic to locate my sister and was relieved  by a friend an Embassy employee confirmed that she was among the injured . I rushed to be united with her at the hospital , she was  full of glass fragments on her face and her head ,all over her body  her clothes were torn , she was in a state of shock dazed and did not understand what happened to her and why , she was in pain and in a very bad shape but it was a great relief to see her alive . Through the years the thoughts of the horror and anxious feelings persist  . I realize today that my first experience of panic attack was on that day of the attack ,

and since then I was never the same , I had Post Traumatic Disorder ,I was very fearful to do anything , my life was shattered and went into deep severe depression , self medicated , Xanax ,and Trazadone . I have constant 24 /365 days ear noise that is disturbing and distracting , the Dr. said it could be the result of pressure and very loud noise from the attack, it is permanent injury and continues to this day. In 1986 I came back to the U.S.A hoping to establish a new business but because of my Depression and panic attacks i was not able to achieve till this date , financially I was ruined because of mental ,emotional and physical injury caused by the attack .I started treatment for severe Depression and Panic attacks in 1990s , In 2004 I was admitted to Doe Health System for Depression and Panic Attacks continued treatment and ,In January 2009 I was admitted to Doe County Mental Health and Mental retardation Center,I am currently being treated for Schizoaffective Disorder , this disorder includes Depression panic attacks , sleeplessness, hopelessness, and mood disorder ,all triggered by Post Traumatic Disorder and continue this treatment for the rest of my life. The vision of the horror of the attack is repeated in my mind till this day and a lasting and severe psychological pain accompany me .( Affidavit attached )

Identity disclosure prevented me to join this action lawsuit knowing my Identity will not be protected will jeopardize our family safety and security , I was scared and so are the rest of my 5 siblings they were scared to file because of no Identity protection was offered , till we learned recently that a protective order was granted , we have family in Lebanon and visit it frequently , with the situation of killings and kidnapping and lawlessness no one wants to take any chances as the Defendants and their allies are very powerful in Lebanon and caution and safety should be highly considered .

**Conclusion**

Plaintiff is entitled to recovery from this judgment in this Action Lawsuit ,the compensatory damages awarded here will help alleviate plaintiffs' physical, emotional, and financial injuries. So,too, Plaintiff hopes that the punitive damages award will help deter Iran and MOIS from again inflicting such suffering on innocent people.

**Prayer**

Plaintiff, prays that the Court award him judgment in the amount of $5 million in pain and suffering And the recommended amount the Court deems in punitive damages .

Respectfully Submitted ,

John Doe Z

TABLE OF CONTENTS

1. SEALED ATTACHMENT  MOTION TO PROCEED WITH PSEUDONYM

2. ORDER TO PROCEED WITH PSEUDONYM

3. MOTION TO INTERVENE

4. ORDER MOTION TO INTERVENE

5. PLEADINGS

6. JUDGMENT ORDER

7. SWORN TESTIMONY

8. MEDICAL REPORT

9. SERVICE CERTIFICATE





RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
U.S. District Court, District of C...

**SWORN TESTIMONY**

I, John Doe Z , hereby swear and affirm under penalty of perjury  that the facts set forth in this pleadings are true and correct .

Date: June, 15, 2013

**SWORN TESTIMONY**

I, John Doe Z , hereby swear and affirm under penalty of perjury  that the facts set forth in this

pleadings are true and correct .

_____

Date: _____

CERTIFICATE

I certify that I mailed a copy of the foregoing Motion To Intervene to :
Crowell & Moring LLP 1001 Pennsylvania Ave. N.W . Washington D.C 20004 -2595

_____

John Doe Z  Pro Se