1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p 202 624-2500 ■ f 202 628-5116



July 10, 2013

Stuart H. Newberger
(202) 624-2649
snewberger@crowell.com

**VIA HAND DELIVERY**

Office of the Clerk
Attn: Angela D. Caesar
United States District Court
For the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re:    Request for Service of Process on Defendants Islamic Republic of Iran and its Ministry of Information and Security in *John Doe et al. v. Islamic Republic of Iran, et al.*, Civil Action No. 08-0540-JDB (D.D.C.)

Dear Ms. Caesar:

    We are writing to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service on Defendants Islamic Republic of Iran and its Ministry of Information and Security of the May 9, 2013 Order ("Order") and accompanying Memorandum Opinion ("Memorandum Opinion") in the above-captioned matter.

**Background**

    We previously wrote to you on June 23, 2009, requesting that service be effected of the First Amended Complaint through your office pursuant to 28 U.S.C. § 1608(a)(3). We noted that service could not be made pursuant to 28 U.S.C. §§ 1608(a)(1) and 1608(a)(2). Therefore, pursuant to 28 U.S.C. § 1608(a)(3), you dispatched a copy of the summons, complaint and a notice of suit, together with a translation of each into Farsi (the official language of the Islamic Republic of Iran), to Defendants Islamic Republic of Iran and its Ministry of Information Security on June 24, 2009.

    As Defendants Islamic Republic of Iran and its Ministry of Information and Security failed to respond, we wrote to you on July 31, 2009, requesting that the Clerk dispatch the alternative means of service provided for under 28 U.S.C. § 1608(a)(4), which applies when "service cannot be made within 30 days" under 28 U.S.C. § 1608(a)(3). On August 5, 2009, you dispatched a copy of the summons, First Amended Complaint and a notice of suit, together with a translation of each into Farsi to Defendants Islamic Republic of Iran and its Ministry of Information and Security. No response ever was received from Defendants and on January 29,

2010, the Clerk entered default against Defendants Islamic Republic of Iran and its Ministry of Information and Security.

The original complaint, filed on March 28, 2008, has been amended several times. On February 27, 2012, Plaintiffs filed a Fifth Amended Complaint. We wrote to you on May 24, 2012, requesting that service be effected of the Fifth Amended Complaint through the means of service provided for under 28 U.S.C. § 1608(a)(4), which applies when "service cannot be made within 30 days" under 28 U.S.C. § 1608(a)(3). At that time, we noted that in the normal course, we would request service on Defendants pursuant to 28 U.S.C. § 1608(a)(3) before proceeding to request service through diplomatic channels. However, in light of the fact that many attempts to effect service on Iran by mail are unsuccessful, the United States District Court for the District of Columbia allows an attorney to "request service directly through diplomatic channels (28 U.S.C. § 1608(a)(4)) without attempting service under any other provision."[1]

Pursuant to 28 U.S.C. § 1608(a)(4), you dispatched a copy of the summons, Fifth Amended Complaint and a notice of suit, together with a translation of each into Farsi to Defendants Islamic Republic of Iran and its Ministry of Information and Security on May 25, 2012.

**Request for Assistance with Service**

Pursuant to 28 U.S.C. § 1608(e), which requires a copy of any default judgment to be sent to a foreign state or political subdivision defendant in the manner prescribed for service of the summons and complaint in 28 U.S.C. § 1608, we hereby request your assistance in serving the Order and Memorandum Opinion on Defendants Islamic Republic of Iran and its Ministry of Information and Security under 28 U.S.C. § 1608(a)(4).

Under 28 U.S.C. § 1608(a)(4), the Clerk of the Court shall send two copies of the pleading, together with a translation into Farsi, "by any form of mail requiring signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. § 1608(a)(4), for each defendant, I have enclosed: (1) two copies of the May 9, 2013 Order; (2) two copies of the accompanying Memorandum and Opinion; (3) two copies of the Notice of Default Judgment (attached to each of which is a copy of the Foreign Sovereign Immunities Act); and (4) two copies of each document translated into Farsi, the official language of the Islamic Republic of Iran.

Please take the necessary steps to dispatch these materials to effect service on Defendants Islamic Republic of Iran and its Ministry of Information and Security pursuant to 28 U.S.C. § 1608(a)(4). I spoke with an official in the Department of State's Overseas Citizens Services

---

[1] United States District Court for the District of Columbia Attorney Manual for Service of Process on a Foreign Defendant (Pursuant to FRCP 4 and the Foreign Sovereign Immunities Act).

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ New York ■ San Francisco ■ Los Angeles ■ Orange County ■ Anchorage ■ London ■ Brussels

office, who recommends using the following address when dispatching the above documents to the Director of Consular Services:

>U.S. Department of State
>Director of Consular Services
>Attention: Mr. William Fritzlen
>SA-29, 4th Floor
>2100 Pennsylvania Avenue, N.W.
>Washington, DC 20037

    I am aware that you typically prepare the appropriate materials and return them to us to handle the actual mailing to the Department of State and payment of mailing expenses, so please contact me at (202) 624-2649 when the materials are ready and I will arrange to have them picked up.  Thank you for your assistance with this matter.

Sincerely yours,

Stuart Newberger

Enclosures

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ New York ▪ San Francisco ▪ Los Angeles ▪ Orange County ▪ Anchorage ▪ London ▪ Brussels