CO-939
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF JOHN DOE et al
_____
Plaintiff(s)

vs.

Civil Action No.: 08-cv-00540-JDB
_____

ISLAMIC REPUBLIC OF IRAN et al
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __11th__ day of ____July____, 20 13 ,
I mailed:

1. ☐ One copy of the summons and complaint      by registered mail, return receipt requested      , to
the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit     , together with a translation of each into the
official language of the foreign state, by registered mail, return receipt requested    , to the head of the
ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the summons, complaint and notice of suit      ], together with a translation of each into
the official language of the foreign state, by certified mail, return receipt requested      ], to the U.S.
Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, SA-29,
2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC,20037 ATTN: Director of Overseas
Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint      , together with a translation of each into the official
language of the foreign state, by registered mail, return receipt requested      ], to the agency or
instrumentality of the foreign state, pursuant to the provisions of 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: _____/s/ T. Davis_____
Deputy Clerk

If YES, enter delivery address below:    ☐ No

U.S. Dept. of State
Director of Consular Servs.
Attn: Mr. William Fritzlen
SA-29, 4th Floor
2100 Penn. Ave. N.W.
Washington, D.C. 20037

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2  Article Number
(Transfer from service lat    7003 2260 0006 5116 8326

PS Form 3811, February 2004    Domestic Return Receipt    CASE NO: 08CV540



7003 2260 0006 5116 8326

CERTIFIED MAIL

U.S. Department of State
Director of Consular Services
Attention: Mr. William Fritzlen
SA-29, 4th Floor
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037