UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN DOE, *et al.*,   )<br>                                                        )<br>              Plaintiffs,            )<br>                                                        )<br>      v.                                           )  Civil Action No. 08-540 (JDB)<br>                                                        )<br>ISLAMIC REPUBLIC OF IRAN, *et al.*,  )<br>                                                        )<br>              Defendants.          )<br>                                                        ) | |

### PLAINTIFFS' RENEWED MOTION FOR ENTRY OF AN ORDER PURSUANT TO 28 U.S.C. § 1610(c)

Plaintiffs, by and through undersigned counsel, and having addressed the issues raised in the Court's prior Order denying their motion without prejudice (Dkt. No. 119), hereby renew their motion to the Court for entry of an order pursuant to 28 U.S.C. § 1610(c), finding that a reasonable period of time has elapsed following entry of judgment and the giving of notice required under 28 U.S.C. § 1608(e) to the Islamic Republic of Iran ("Iran") and the Iranian Ministry of Information and Security ("Iran MOIS") (collectively, "Defendants"), so that Plaintiffs may begin enforcing the judgment under 28 U.S.C. § 1608(a)-(b).

Plaintiffs therefore respectfully request that the Court issue an order pursuant to 28 U.S.C. § 1610(c) with respect to Defendants.

Dated:  May 27, 2022                                 Respectfully submitted,

                                                                     */s/ Aryeh S. Portnoy*
                                                                     Aryeh S. Portnoy, D.C. Bar No. 464507
                                                                     John L. Murino, D.C. Bar No. 484818
                                                                     Stuart H. Newberger, D.C. Bar No. 294793

                                                                     CROWELL & MORING LLP
                                                                     1001 Pennsylvania Avenue, N.W.
                                                                     Washington, DC 20004
                                                                     Phone:  202-624-2500
                                                                     Fax:  202-628-5116

                                                                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I filed the foregoing paper through the Court's ECF system. Defendants in this case, Islamic Republic of Iran and Iranian Ministry of Information and Security, could not be served with a copy of the foregoing paper because they have not yet entered appearances in this case and appear not to have acknowledged other efforts to contact them in this or similar actions.

*/s/ Aryeh S. Portnoy*
Aryeh S. Portnoy